# United States Bankruptcy Court
## Middle District of Florida

In re: **FoodFirst Global Restaurants, Inc.**, Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **FoodFirst Global Restaurants, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FoodFirst Global Holdings LL**
**420 S. Orange Ave., Ste 900**
**Orlando, FL 32801**

☐ None [*Check if applicable*]

**April 10, 2020**
Date

/s/ **R.Scott Shuker, Esq**
**R.Scott Shuker, Esq**
Signature of Attorney or Litigant
Counsel for **FoodFirst Global Restaurants, Inc.**
**Shuker & Dorris, P.A.**
**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
**(407) 337-2060**
**rshuker@shukerdorris.com**