## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**In re:**    CASE NO.    6:20-bk-02159-KSJ

**FOODFIRST GLOBAL RESTAURANTS, INC.**    CHAPTER 11

    **Debtor.**

_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**FOODFIRST GLOBAL RESTAURANTS, INC.**, ("FoodFirst" or "Debtor"), a Ohio corporation, and seven (7) of its affiliates or subsidiaries[1] (the "Affiliated Debtors") ("FoodFirst" and the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), by and through their undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, file this Chapter 11 Case Management Summary, and state as follows:

    **I.**    **Description of FoodFirst's Business**

1.    On April 9, 2020, Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division. No trustee has been appointed and Debtors continue to operate their businesses and manage their properties as debtors-in-possession under §§ 1107(a) and 1108 of the Bankruptcy Code.

2.    FoodFirst is a privately held Ohio corporation created in May of 2018. FoodFirst wholly owns six subsidiary entities which either hold assets utilized by FoodFirst or are signatories to leases; but all staffing, operations, and payroll are handled through FoodFirst. FoodFirst owns and

---

[1] Food First Global Restaurants, LLC, Case No. 6:20-bk-02159; FoodFirst Global Holdings, LLC, Case No: 6:20-bk-02161; Brio Tuscan Grille of Maryland, Inc., Brio Marlton, LLC, Case No: 6:20-bk-02162; Case No: 6:20-bk-02163-; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164; Cherry Hill To, LLC, Case No: 6:20-bk-02166; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165; and Bravo Development of Kansas, Inc., Case No: 6:20-bk-02167.

1

operates nearly one hundred restaurants nationwide. FoodFirst maintains its corporate offices at: 420 South Orange Ave, Suite 900, Orlando, Florida 32801-4903.

**II.   Events Leading to and Reasons for Filing**

3. FoodFirst was created in May of 2018 and thereafter acquired Brio Tuscan Grille, which was renamed Brio Italian Mediterranean, ("Brio"), and Bravo Cucina Italiana, renamed BRAVO Fresh Italian, ("Bravo" and collectively, the "Restaurants"), in a $100 million transaction that closed May 24, 2018. Brio was positioned within the upscale casual dining market, while Bravo was marketed toward the core casual dining market. When acquired, Brio and Bravo operated 110 locations in 32 states across the country reporting annual sales of more than $400 million for 2017 with nearly 10,000 employees. Bravo's first location opened in 1992 in Columbus, Ohio, with the first Brio restaurant opening in Columbus five years later. By 2006, the Restaurants expanded to 19 states with 31 Bravo and 19 Brio locations.

4. From 2006 to 2010 the Restaurants underwent substantial expansion reaching 28 states with 85 total locations, including 47 Bravos and 38 Brios. The expansion required significant amounts of debt, some of which carried costly terms. Leadership offered a public primary offering of shares to raise $140 million in 2010 to satisfy existing debt and fuel additional growth. At the end of 2013 there were 107 Restaurant locations.

5. The expansion decelerated as both customer preferences and the industry changed. The rise of quick-service and fast-casual options resulted in consistent customer declines at the Restaurants between 2013 and 2018. Prior leadership experimented with different concepts to attract new customers but was unable to find the right model to substantially fuel the growth leadership expected. In 2017, five underperforming Restaurants closed due to early termination clauses or expiration opportunities.

6. FoodFirst took the Restaurants private in 2018 to rebuild and refresh the brands with

the expectation of continuing to expand across the country and internationally. Corporate headquarters moved from Columbus, Ohio to Orlando, Florida to take advantage of the thriving economy, a culture of innovation, the diverse community, and substantial international tourism. Leadership implemented newly crafted Italian Mediterranean inspired menus at the Restaurants. Renewed attention toward enhancing food quality and operational efficiencies, as well as remodeling the Restaurants were expected to significantly enhance profitability.

7. Unfortunately, the changes did not yield the results expected. Annual sales at the end of 2019 were $307 million, significantly below expectations. Traditional and digital advertising increased, cost reduction initiatives were successfully implemented, and efforts to measurably increase customer satisfaction yielded positive results. Yet labor costs, employee turnover, and a substantial number of poor and under-performing Restaurants reduced overall sales volume and profitability.

8. FoodFirst sought out new leadership to implement additional efforts to return the Restaurants to greater profitability and potential expansion. Steven R. Layt, ("Mr. Layt"), took on the roles of CEO and COO on January 28, 2020. Mr. Layt's restaurant experience dates back to 1992. His most recent position was President and CEO of the Pizza Hut Division of NPC International.

9. Under the direction of Mr. Layt, FoodFirst was focused on finding additional efficiency improvements and appropriate cost reductions for labor costs, food waste reduction, and targeted marketing expenditures. Additionally, the company looked to further reduce the number of Restaurants while providing intense attention for underperformers. Before Mr. Layt joined FoodFirst, ten (10) locations were already closed in early January 2020, and a substantial number of additional locations were under review for potential closure. However, the improvement process was radically altered due to the current international health crisis, (the "Pandemic"), creating massive restaurant closings and employee losses throughout the country via state ordered shelter-in-

place requirements, which exacerbates the need to reduce the Restaurants' footprint in order to maintain the strongest and most viable locations.

10. Leadership will continue reviewing underperforming locations for potential closure and/or sale where appropriate. FoodFirst expects to reject a significant number of leases in the very near term. There are more than seventy Restaurants with leases expiring between 2021 and 2028. Approximately twenty Restaurants have leases expiring in 2020. An emergency motion to reject certain leases is expected to be filed contemporaneously or shortly after the chapter 11 petition is filed. FoodFirst will continue to closely monitor the Restaurants performance during the Pandemic and the assorted State shelter-in-place orders to determine which locations remain viable.

11. The Pandemic is creating enormous disruption throughout the economy, and the restaurant industry as a whole is especially effected. FoodFirst's difficult position prior to the Pandemic makes its current situation even more precarious. In order to save jobs and the viable Restaurants it will be necessary to pursue a company sale and an accompanying Management Services agreement.

### III. Debtor's Corporate Ownership

12. FoodFirst is the sole owner of its co-Debtor subsidiaries. No officers or directors holds an ownership interest in FoodFirst or the co-Debtors. Co-Debtor FoodFirst Global Holdings, Inc. is the sole owner of FoodFirst.

### IV. Debtors' Cash Management System

13. The Debtor maintains its primary banking accounts at Huntington Bank. Prior to the Petition Date, Debtor maintained a complex cash management system to properly account for all monetary receipts and disbursements, (the "Cash Management System").

14. All Debtor credit card sales are processed and deposited into a master credit card account and ultimately swept into a primary cash account, (the "Master Account"). The Master

Account serves as the concentrated collection point for all cash received by Debtor. Once received in the Master Account, disbursements are made via several ZBA accounts set up to handle, *inter alia*, general disbursements, ACH payments to certain vendors, rent payments, payroll, and taxes. This automated system allows for the efficient payment and tracking of critical expenses.

V. **Amounts Owed to Various Classes of Creditors**

15. As of the Petition Date, Debtors were indebted to various creditors as follows:

| Secured Lenders | Approximate Amount Owed (lien type) |
| --- | --- |
| City National Bank | $6,000,000 revolving (lien on the inventory and assets, excluding real property) |
| Garrison Loan Agency Services | $21,000,000 (lien on the inventory and assets, excluding real property) |

16. Obligations owed to priority creditors such as governmental creditors for taxes.

FoodFirst believes it is current with respect to their federal tax obligations but may have a combined State sales tax obligation owing to eleven states in the approximate amount of $2,235,000.

17. Amount of unsecured claims. As of the Petition Date, Debtors were indebted to non-disputed and non-insider unsecured creditors in the approximate amount of $10,000,000.

VI. **General Description and Approximate Value of Debtor's Current and Fixed Assets**

19. Debtors' combined assets, at book value, include approximately $575,000 in food and beverage inventory, $550,000 in accounts receivable, $640,000 in furniture and restaurant equipment and approximately $2,000,000 in real property. Debtor is uncertain as to market value due to the current economic crisis.

VII. **Number of Employees and Amount of Wages Owed as of the Petition Date**

20. As of the Petition Date, Debtors employ approximately 120 hourly and salaried employees (the "Employees"). The Employees are paid bi-weekly, for services performed during the prior two-week period. Contemporaneously with the filing of this summary, FoodFirst is seeking

to pay prepetition wages in the approximate amount of $400,000.00, which are scheduled to be paid beginning on April 17, 2020. No single Employee is believed to be owed more than the $12,850.00 limit set forth in 11 U.S.C. § 507(a)(4).

### VIII. Retention of Robert Morrison as Chief Restructuring Officer

21. FoodFirst intends to hire, as an independent contractor, Mr. Robert Morrison, (Mr. Morrison"), to serve as its Chief Restructuring Officer in the limited capacity to independently and objectively evaluate alternative outcomes of FoodFirst's Chapter 11 proceedings. Specifically, the scope will be to (a) negotiate the final terms of a debtor in possession loan (and consider any alternatives); (b) negotiate the sale of assets and assumption of leases (and consider any alternatives); (c) review whether a sale is a better alternative than liquidation; and (d) propose and seek confirmation of a plan of liquidation or alternative exit.

### IX. Anticipated Emergency Relief to be Requested with 14 Days from the Petition Date

22. Emergency Motion for Authority to Use Cash Collateral

23. Emergency Motion for Authority to Pay Pre-petition Wages

24. Emergency Motion for Joint Administration of Cases

25. Emergency Motion to Maintain Bank Accounts

26. Emergency Motion to Reject Certain Leases

27. Emergency Motion to Enter Management Agreement

28. Emergency Motion to Approve Debtor-in-Possession Loan.

**RESPECTFULLY SUBMITTED** this 10th day of April 2020.

/s/ John B. Dorris
**R. Scott Shuker, Esq.**
Florida Bar No. 0984469
rshuker@shukerdorris.com
**Mariane L. Dorris, Esq.**
Florida Bar No. 173665
mdorris@shukerdorris.com

**John B. Dorris, Esq.**
Florida Bar No. 0098158
jdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile:  407-337-2050
*Attorneys for the Debtors*

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**                                                                    **CASE NO.    6:20-bk-0-KSJ**

**FOODFIRST GLOBAL RESTAURANTS, INC.**                                        **CHAPTER 11**

    **Debtor.**
_____/

## CERTIFICATE OF SERVICE

  **I HEREBY CERTIFY** that a true copy of the forgoing **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: Debtor c/o Steven R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Mr. Ron Freed, Ron.Freed@cnb.com, City National Bank, 555 South Flower Street, 24th Floor, Los Angeles, CA 90071; Mr. Matthew White, mwhite@garrisoninv.com, Garrison Loan Agency Service, 1290 Avenue of the Americas, Suite 914, New York, NY 10104; all parties entitled to receive CM/ECF noticing; the twenty largest unsecured creditors as shown on the matrix attached to the original of this certificate filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, this 10th day of April 2020.

                  /s/ John B. Dorris
                  John B. Dorris, Esq.

FoodFirst Global Restaurants, Inc.
420 S. Orange Ave., Ste. 900
Orlando, FL 32801

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

100 PRATT ST. VENTURE, LLC
PO BOX 780462
Philadelphia, PA 19178-0462

AMERICAN EXPRESS PCARD
1801 NW 66TH AVE. STE 103C
Fort Lauderdale, FL 33313-4571

ANTHEM BCBS
PO BOX 645438
Cincinnati, OH 45264-5438

Bugatti Merger Sub, Inc.
420 S. Orange Ave., Ste. 900
Orlando, FL 32801

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121

Chapman & Cutler LLP
Attn: Anthony DiGiacomo, Esq
1270 Ave of Americas 30th FL
New York, NY 10020

CHERRY HILL TOWN CTR PARTN
1260 SHELTON ROAD
ATTN: SHOSHANA MAGDIELI
Piscataway, NJ 08854

City National Bank
Attn: Portfolio Manager
555 South Flower St, 24th FL
Los Angeles, CA 90071

City National Bank
Attn: Managing Counsel
555 South Flower St, 24th FL
Los Angeles, CA 90071

Davis & Jones, LLC
209 West 2nd St. Ste. 322
Fort Worth, TX 76102

DOLPHIN MALL ASSOCIATES
PO BOX 6700
DEPT 189501
Detroit, MI 48267-1895

EASTON TOWN CENTER LLC
L-3769
Columbus, OH 43260-3769

ESIS Customer Service
P.O. Box 15054 #1275 3-E
Wilmington, DE 19850

FAIRFAX COMP OF VIRGINIA
P.O BOX 67000
DEPT 56501
Detroit, MI 48267-0565

Garrison Loan Agency Service
Attn: Portfolio Manager
1290 Ave of Americas Ste 914
New York, NY 10104

Garrison Loan Agency Service
Attn: Legal Department
1290 Ave of Americas Ste 914
New York, NY 10104

Gordon Food Service
P.O. Box 88029
Chicago, IL 60680-1029

GULFSTREAM PARK RACING
ATTN: ACCTS RECEIVABLES
901 S. FEDERAL HWY
Hallandale, FL 33009

HINES GLOBAL REIT
4875 TOWN CENTER LLC
P.O. BOX 742632
Atlanta, GA 30374-2632

Holland & Knight LLP
Attn: Eric W. Kimiball
200 Crescent Court, Ste 1600
Dallas, TX 75201

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

K&L Gates LLP
Rua Iguatemi
151 conjunto 281
São Paulo - SP, 01451-011
Brazil

Little John's Refrigeration
1795 N. Fry Rd., Ste. 315
Katy, TX 77449

Lucas Santos Rodas
Av Brig. Faira Lima
2601 - CJ. 42
Sao Paulo - SP - 01452-924
Brazil

MICHAEL'S FINER MEATS
29037 NETWORK PLACE
Chicago, IL 60673-1290

OHIO TREASURER OF STATE
180 E. BORAD STREET
Columbus, OH 43215

Tribal Casino Gaming Enterpr
P.O. Box 1955
Cherokee, NC 28719

OPEN TABLE INC
29109 NETWORK PLACE
Chicago, IL 60673-1291

TYSONS CORNER CENTER
P.O. BOX 849554
Los Angeles, CA 90087-9554

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Wasserstrom Company
P.O. Box 182056
Columbus, OH 43218-2056

Paul, Weiss, Rifkind, et al
Attn: S. Koo or D. Klein
1285 Avenue of the Americas
New York, NY 10019-6064

WEST FARMS MALL, LLC
PO BOX 67000
DEPT 55501
Detroit, MI 48267-0555

Piper Sandler & Co.
800 Nicollet Mall
Suite 900
Minneapolis, MN 55402

PRODUCE ALLIANCE LLC
PO BOX 7762
Carol Stream, IL 60197-7762

PROFORMA
6341 NICHOLAS DRIVE
Columbus, OH 43235

ROUSE - PARK MEADOWS, LLC
P.O. BOX 86
Minneapolis, MN 55486-3096

STAR-WEST FRANKLIN PK MALL
P.O. BOX 398008
San Francisco, CA 94139-8008