**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**FOODFIRST GLOBAL
RESTAURANTS, INC.,** *et al.*,

              **Debtors.**

                                                                    /

**Applicable Debtors:**

**FOODFIRST GLOBAL
RESTAURANTS, INC.
CASE NO.: 6:20-bk-02159-KSJ**

**BRAVO DEVELOPMENT OF
KANSAS, INC.
CASE NO.: 6:20-bk-02167-KSJ**

                                                                    /

**CASE NO.: 6:20-bk-02159-KSJ**

**CHAPTER 11**

**Jointly Administration Requested**[1]

**EMERGENCY HEARING REQUESTED
PRIOR TO APRIL 15, 2020**

**DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING
REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL
PROPERTY *NUNC PRO TUNC* TO THE PETITION DATE**
(Emergency Relief Requested)

**FOODFIRST GLOBAL RESTAURANTS, INC.,** ("FoodFirst" or "Debtor"), a Ohio

corporation, and seven (7) of its affiliates or subsidiaries (the "Affiliated Debtors") ("FoodFirst" and

the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), where

appropriate), by and through their undersigned counsel, and pursuant to Section 365(a) of Title 11 of

the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy

---

[1] Jointly-administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-KSJ; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-KSJ; Brio Marlton, LLC, Case No: 6:20-bk-02162-KSJ; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-KSJ;; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-KSJ; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-KSJ; Cherry Hill To, LLC, Case No: 6:20-bk-02166-

Procedure, hereby request the entry of an order authorizing the rejection of certain unexpired leases of non-residential real property (identified below). In support thereof, Debtors state as follows:

## Background

1.      On April 10, 2020 (the "Petition Date"), the Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases. The Debtors' chapter 11 cases, and the cases of seven (7) affiliated entities, are subject to a request for joint administration for procedural purposes pursuant to Bankruptcy Rule 1015(b).

2.      FoodFirst was created in May of 2018 and thereafter acquired Brio Tuscan Grille, which was renamed Brio Italian Mediterranean, ("Brio"), and Bravo Cucina Italiana, renamed BRAVO Fresh Italian, ("Bravo" and collectively, the "Restaurants"), in a $100 million transaction that closed May 24, 2018. Brio was positioned within the upscale casual dining market, while Bravo was marketed toward the core casual dining market. When acquired, Brio and Bravo operated 110 locations in 32 states across the country reporting annual sales of more than $400 million for 2017 with nearly 10,000 employees. Bravo's first location opened in 1992 in Columbus, Ohio, with the first Brio restaurant opening in Columbus five years later. By 2006, the Restaurants expanded to 19 states with 31 Bravo and 19 Brio locations.

3.      From 2006 to 2010 the Restaurants underwent substantial expansion reaching 28 states with 85 total locations, including 47 Bravos and 38 Brios. By the end of 2013 there were 107 Restaurant locations.  Unfortunately, due to changes in the marketplace and the economy, by the end of 2019, annual sales were only $307 million, which was significantly below expectations.

---

KSJ; and Bravo Development of Kansas, Inc., Case No: 6:20-bk-02167-KSJ.

4.	Currently, the pressing operational issue before the Debtor is reducing the number of Restaurants while providing intense attention for underperformers.  As of January 2020, ten locations were closed, and since then a substantial number of additional locations have been closed. The Debtors have been continuing to review underperforming locations for potential closure.

5.	FoodFirst formerly occupied the attached list of forty-three (43) leased premises pursuant to a non-residential real property lease (collectively, the "Restaurant Leases").  A list of the Restaurant Leases is attached hereto as **Exhibit "A"** and is incorporated herein by reference. Copies of the Restaurant Leases are available upon request from the undersigned.

6.	In general, the Restaurant Leases, require the payment of base monthly rent, applicable sales taxes, and prorated common area and real estate tax expenses associated with the applicable location.

7.	Prior to the Petition Date, all of the locations of the Restaurant Leases were closed; however, the Restaurant Leases have not been rejected and remains an asset of FoodFirst and its estate pursuant to which administrative rent claims continue to accrue. Debtors intend to pursue a sale of their assets and an assignment/assumption of certain leases. In consultation with the likely purchaser and from Debtors' own revenue of the operations, none of the Restaurant Leases are sustainable and, as such, it is the business judgment of Debtors that such leases should be rejected.

8.	Accordingly, by this Motion Debtors seek to reject the Restaurant Leases pursuant to Section 365(a) of the Bankruptcy Code effective as of the Petition Date. The Debtors no longer require the leases for an effective reorganization or sale.

**Relief Requested**

9.	Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession may assume or reject any executory contract or unexpired lease of the debtor, subject to court approval. The right of a debtor-in-possession to reject unexpired leases and executory contracts

3

is fundamental to the bankruptcy process because it supplies a mechanism to eliminate financial burdens on the bankruptcy estate. See *In re Wells*, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998). The United States Court of Appeal for the Eleventh Circuit has noted that the decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference by the court, subject only to a review under the "business judgment" rule. See *In Re Gardinier, Inc.*, 831 F.2d 974, 976, n. 2 (11th Cir. 1987). For the reasons set forth below, the Debtors' rejection of the Leases comports with the requirements of Section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

10.     Here, the Debtors have concluded that the Restaurant Leases are not necessary for an effective reorganization or sale and have determined that continued performance under the Restaurant Leases would constitute an unnecessary drain upon the financial resources of the Debtors without any corresponding benefit to their bankrupt estates, inasmuch as the Debtors no longer occupy their respective locations. In light of the foregoing, Debtors have determined, in the exercise of their business judgment, that rejection of the Restaurant Leases is in the best interests of their bankrupt estates. Accordingly, Debtors submit that the rejection of the Restaurant Leases comports with the requirements of Section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

**WHEREFORE**, in light of the foregoing, Debtors respectfully request the Court enter an order: (i) authorizing the rejection of the Restaurant Leases; (ii) determining that such rejection is effective as of the date each location was vacated; and (iii) granting such additional and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 10th day of April 2020.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.

Florida Bar No. 984469
rshuker@shukerdorris.com
Mariane L. Dorris, Esq.
Florida Bar No. 0098158
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone:  407-337-2060
Facsimile:  407-337-2050
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**In re:**

**FOODFIRST GLOBAL**
**RESTAURANTS, INC.,** *et al.,*
           **Debtors.**

_____/

**Applicable Debtors:**

**FOODFIRST GLOBAL**
**RESTAURANTS, INC.**
**CASE NO.: 6:20-bk-02159-KSJ**

**BRAVO DEVELOPMENT OF**
**KANSAS, INC.**
**CASE NO.: 6:20-bk-02167-KSJ**

_____/

**CASE NO.:  6:20-bk-02159-KSJ**

**CHAPTER 11**

**Jointly Administered**

**CERTIFICATE OF SERVICE**

        **I HEREBY CERTIFY** that a true copy of **DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY** *NUNC PRO TUNC* **TO THE PETITION DATE**, has been furnished either electronically or by U.S. First Class, postage prepaid mail to: the landlords noted on the matrix attached hereto as Exhibit "A"; the 20 largest unsecured creditors as reflected on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, Florida 32801, this 10th day of April 2020.

                                                            /s/ R. Scott Shuker
                                                            R. Scott Shuker, Esq.

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Development of Kansas, Inc. | LEAWOOD TCP, LLC. | DBA Leawood Bravo Town Center Plaza 5005 W. 117 St. Leawood, KS 66211<br><br>1027 | Glimcher Dayton Mall, Inc. 180 E. Broad Street 21st Floor Columbus, OH 43215 |
| Bravo Brio Restaurant Group, Inc. | CVM HOLDINGS, LLC | DBA Crabtree Brio Crabtree Valley Mall 4325 Glenwood Ave. Raleigh, NC 27612<br><br><br>2076 | CVM HOLDINGS, LLC 4325 Glenwood Avenue Raleigh, NC 27612<br><br>Plaza Associates, Inc. Attn:  Legal Department 2840 Plaza Place, Ste 100 Raleigh, NC 27612 |
| Bravo Brio Restaurant Group, Inc. | CBL-T-C LLC. | DBA West County Bravo 15 W County CTR Des Peres, MO 63131<br><br><br>1084 | West County Mall CMBS, LLC 2030 Hamilton Place Blvd. Ste 500 Chattanooga, TN 37421<br><br>CBL & Associates Management, Inc. 80 West County Center St. Louis, MO 63131 |
| Bravo Brio Restaurant Group, Inc. | THE WOODLANDS MALL ASSOC. | DBA Woodlands Brio The Woodlands Mall 1201 Lake Woodlands Dr. The Woodlands, TX 77380<br><br>2035 | Christiana Mall, LLC Attn: Law / Lease Admin Dept. 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607<br><br>THE WOODLANDS MALL ASSOC. Attn: General Manager 1201 Lake Woodlands Dr. Suite 700 The Woodlands, TX 77380 |
| Bravo Brio Restaurant Group, Inc. | YTC BUTTERFIELD OWNER LLC | Lombard Brio Yorktown Center, 330 Yorktown Center Lombard, IL 60148<br><br>2063 | Pacific Retail Capital Partners LLC 100 N. Sepulveda Blvd STE 1925 El Segundo, CA 90245<br><br>YTC BUTTERFIELD OWNER LLC 203 Yorktown Center Lombard, IL 60148 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | TM STONY POINT PARK, L.P. | Stony Point Brio Stony Point Fashion Park, 9210 Stony Point Pkwy Richmond, VA  23235  2033 | SRP Property Management, LLC (#1046) 1 E. Wacker Dr., Ste. 3700 Chicago, IL 60601  Stony Point Fashion Park Attn:  General Manager 9200 Stony Point Pkwy Richmond, VA 23235 |
| Bravo Brio Restaurant Group, Inc. | INLAND CONTINENTAL PROPERT | Memorial Square Bravo Memorial Square Shopping Center, 13810 N Pennsylvania Ave Oklahoma City, OK 73134  1044 | Kane Russell Coleman & Logan 3700 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201  Blanton Property Company Attn: Tom Blanton 1033 NW Grand Boulevard Oklahoma City, OK 73118-6039 |
| Bravo Brio Restaurant Group, Inc. | WATTERS CREEK OWNER, LLC. | Watters Creek Brio Watters Creek at Montgomery Farm, 810 Central Expy S Allen TX 75013-2783  2065 | Watters Creek at Montgomery Farm Attn: Management Office 970 Garden Park Drive Allen, TX 75013  Trademark Property Company 1701 River Run, Ste 500 Fort Worth, TX 76102 |
| Bravo Brio Restaurant Group, Inc. | STAR-WEST FRANKLIN PK MALL | Franklin Park Bravo Franklin Park Mall, 5001 Monroe St. Toledo, OH 43623  1046 | Starwood Retail Property Management, LLC 1 E. Wacker Dr., Ste. 3700 Chicago, IL 60601  STAR-WEST FRANKLIN PK MALL 5001 Monroe St Toledo, OH 43623 |
| Bravo Brio Restaurant Group, Inc. | DEL AMO FASHION CENTER | DEL AMO Brio Del Amo Fashion 21532 Hawthorne Blvd. Torrance, CA 90503-5708  2126 | M.S. Management Associates, Inc. 225 West Washington St. Indianapolis, IN 46204-3438 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | 168TH AND DODGE L.P. | Omaha Bravo Village Pointe, 17151 Davenport St. Omaha, NE 68118<br><br>1113 | RED Development, LLC (AZ) One E. Washington St., Ste 300 Phoenix, AZ 85004<br><br>Daspin & Aument Attn: Nicole Rudman Brown 227 W. Monroe St, Ste 3500 Chicago, IL 60606 |
| Bravo Brio Restaurant Group, Inc. | WILLOW LAKE SHOPPING CENTER | Willowlake Bravo 2658 Lake Circle Dr., Indianapolis, IN 46268-4221<br><br>1009 | Regency Centers Attn: Vice President 1315 W. 22nd St., Ste 250 Oak Brook, IL 60623<br><br>First Washington Realty, Inc. Attn: Executive V.P. 4350 East-West Highway Suite 400 Bethesda, MD 20814 |
| Bravo Brio Restaurant Group, Inc. | LEHIGH VALLEY MALL, LLC. | Lehigh Bravo Lehigh Valley Mall, 950 Lehigh Lifestyle Ctr., Whitehall, PA 18052<br><br>1066 | Simon Property Group 225 W. Washington Street Indianapolis, IN 46204 |
| Bravo Brio Restaurant Group, Inc. | EAST BELTLINE DEVELOPMENT | Knapps Crossing Bravo 2078 E BELTLINE AVE NE Grand Rapids, MI 49525-9716<br><br>1141 | Honigman Miller Schwartz, et al 39400 Woodward Avenue Suite 101 Bloomfield Hills, MI 48304<br><br>Lomax Stem Development Co. 38500 Woodward Avenue Suite 200 Bloomfield Hills, MI 48304 |
| Bravo Development, Inc. | CAUSEWAY LLC | Metairie Bravo Lakeside Shopping Center, 3413 Veterans Memorial Blvd Metairie, LA 70002<br><br>1010 | As Agent for Causeway Associates 3301 Veterans Boulevard Metairie, LA 70002<br><br>As Agent for Causeway Associates 370 Seventh Avenue Suite 618 New York, NY 10001 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | GREAT WASH PARK LLC | Summerlin Brio Tivoli Village at Queensridge, 420 S Rampart Blvd. Las Vegas, NV 89145<br><br>2093 | Pacific Retail Capital Partners LLC 100 N. Sepulveda Blvd Suite 1925 El Segundo, CA 90245<br><br>Tivoli Village 400 Rampart Blvd Suite 350 Las Vegas, NV 89145 |
| Bravo Brio Restaurant Group, Inc. | PIEDMONT ROW DRIVE LLC | Piedmont Brio 4720 Piedmont Row Dr. Charlotte, NC 28210<br><br>2055 | Principal Real Estate Investors 801 Grand Avenue Des Moines, IA 50392 |
| Bravo Brio Restaurant Group, Inc. | WALT WHITMAN MALL, LLC. | Walt Whitman Brio Walt Whitman Shops, 160 Walt Whitman Rd. Huntington Station, NY 11746<br><br>2118 | M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 |
| Bravo Brio Restaurant Group, Inc. | GULFSTREAM PARK RACING | Gulfstream  Park Brio The Village at Gulfstream Park, 600 Silks Run Hallandale Beach, FL 33009<br><br>2090 | Allen Matkins Leck Gamble et al. 501 West Broadway 15th Floor San Diego, CA 92101<br><br>Magna Entertainment Group 337 Magna Drive Aurora, Ontario 74G7K1 |
| Bravo Brio Restaurant Group, Inc. | MALL AT SUMMIT LLC | Summit Bravo Summit Mall, 3265 W. Market St. Akron, OH 44333<br><br>1071 | M.S. Management Associates, Inc. 225 West Washington Street Indianapolis, IN 46204 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | JORDAN CREEK TOWN CENTER | Jordan Creek Bravo Jordan Creek Town Center 120 S. Jordan Creek Pkwy West Des Moines, IA 50266  1040 | JORDAN CREEK TOWN CENTER 101 JORDAN CREEK PARKWAY SUITE 12518 West Des Moines, IA 50266  JORDAN CREEK TOWN CENTER Attn: Legal Dept. 350 N. Orleans St., Ste 300 Chicago, IL 60654-1607 |
| Bravo Brio Restaurant Group, Inc. | MFC BEAVERCREEK, LLC. | Fairfield Commons Bravo The Mall at Fairfield Commons, 2731 Fairfield Commons Beavercreek, OH 45431  1140 | MFC BEAVERCREEK, LLC 180 East Broad Street 21st Floor Columbus, OH 43215 |
| Bravo Brio Restaurant Group, Inc. | MALL AT BRIARWOOD, LLC. | Briarwood Bravo Briarwood Mall, 760 Briarwood Circle Ann Arbor, MI 48108  1134 | M.S. Management Associates Inc. 225 West Washington St. Indianapolis, IN 46204-3438 |
| Bravo Brio Restaurant Group, Inc. | 100 PRATT ST. VENTURE, LLC | Inner Harbor Brio 100 E Pratt St 1200 Baltimore, MD 21202  2107 | 100 PRATT ST. VENTURE, LLC Attn: CBRE MANAGEMENT 100 EAST PRATT ST, STE 1200 Baltimore, MD 21202 |
| Bravo Brio Restaurant Group, Inc. | CAPREF BROOKWOOD VILLAGE | Birmingham Brio 591 Brookwood Village, 591 Brookwood Vlg. Birmingham, AL 35209  2018 | CAPREF BROOKWOOD VILLAGE 780 Brookwood Village Birmingham, AL 35209  Patras Williams, LLC Attn:  Amy M. Williams 14 Countryside Lane, Ste 100 Ringwood, NJ 07456 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | QUAKER ASSOCIATES, LLC. | Quaker Bridge Brio Quaker Bridge Mall, 3320 US Highway Lawrenceville, NJ 08648<br><br>2120 | Kravco Simon Company 225 WEST WASHINGTON ST Indianapolis, IN 46204-3438 |
| Bravo Development, Inc. | EASTON TOWN CENTER LLC | BON VIE Easton Town Center, 4089 The Strand E Columbus, OH 43219-6131<br><br>3017 | Steiner & Associates Attn: Lease Administration 4016 Townsfair Way, Suite 201 Columbus, OH 43219 |
| Bravo Brio Restaurant Group, Inc. | CHERRY HILL TOWN CTR PARTN | Cherry Hill Brio 901 Haddonfield Rd Cherry Hill, NJ 08002-2734<br><br>2062 | Edgewood Properties Attn: Lease Administrator 1260 Stelton Road Piscataway, NJ 08854<br><br>JMP Holding Corp. Attn:  Joseph Marino 160 Essex St, Ste 200 Lodi, NJ 07644<br><br>The Weingarten Law Firm, LLC Attn: Sheryl Weingarten, Esq. 1260 Stelton Road Piscataway, NJ 08854 |
| Bravo Brio Restaurant Group, Inc. | CHAGRIN RETAIL LLC | Eton (Chagrin) Bravo 28889 Chagrin Blvd Woodmere, OH 44122-4603<br><br>1026 | Stark Enterprises, Inc. 629 Euclid Avenue Suite 1300 Cleveland, OH 44114 |
| Bravo Brio Restaurant Group, Inc. | PYRAMID WALDEN COMPANY L P | Walden Bravo Walden Galleria, 1 Walden Galleria Buffalo, NY 14225-5408<br><br>1058 | Pyramid Management Group, Inc. 4 Clinton Square Syracuse, NY 13202 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | MACWH, LP. | Danbury Fair Brio Danbury Fair, 7 Backus Ave Danbury, CT 06810-7422<br><br>2105 | MACWH, LP. PO Box 2172 Santa Monica, CA 90407<br><br>Danbury Mall, LLC Attn: Center Manager 7 Backus Avenue Danbury, CT 06810 |
| Bravo Brio Restaurant Group, Inc. | HARBOURSIDE PLACE, LLC. | Harbourside Bravo 149 Soundings Ave Jupiter, FL 33477-5088<br><br>1133 | HARBOURSIDE PLACE, LLC 115 Front St., Ste 300 Jupiter, FL 33477 |
| Bravo Brio Restaurant Group, Inc. | LEGACY VILLAGE INVESTORS LLC | Legacy Brio Legacy Village, 24325 Cedar Rd Lyndhurst, OH 44124-3776<br><br>2029 | The Offices at Legacy Village 25333 Cedar Road Lyndhurst, OH 44124 |
| Bravo Brio Restaurant Group, Inc. | ARBORETUM MALL, LLC. | Austin, TX Brio The Arboretum, 10000 Research Blvd AUSTIN TX 78759-5854<br><br>2110 | WP GLIMCHER INC. 180 East Broad St, 21st Floor Columbus, OH 43215 |
| Bravo Brio Restaurant Group, Inc. | CORNERSTONE HOLDING LP. | Boca Raton, FL Brio Boca Center, 5050 Town Center Cir. Boca Raton, FL 33486-1004<br><br>2108 | Cornerstone Real Estate Advisers LLC Attn: Celia Dondes, VP 180 Glastonbury Blvd., Ste 200 Glastonbury, CT 06033<br><br>Crocker Partners Property Management, LLC Attn: Robert E. Smith 5200 Town Center Circle, Ste 105 Boca Raton, FL 33486 |
| Bravo Brio Restaurant Group, Inc. | THE FALLS SHOPPING CENTER | The Falls Brio 8888 SW 136th St. Miami, FL 33176-5883<br><br>2109 | M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | HINES GLOBAL REIT | Jacksonville Brio The Markets at Town Center 4910 Big Island Dr. Jacksonville, FL 32246-5302<br><br>2112 | Genesis Real Estate Advisers, LLC Attn: Frasier M. Smith 800 Mount Vernon Hwy, Ste 410 Sandy Springs, GA 30328<br><br>HINES GLOBAL REIT 11512 Lake Mead Ave., Ste 603 Jacksonville, FL 32256 |
| Bravo Brio Restaurant Group, Inc. | ROUSE - PARK MEADOWS, LLC | Park Meadows Brio Park Meadows 8441 Park Meadows Center Dr. Lone Tree, CO 80124-5128<br><br>2074 | PARK MEADOWS Attn: General Manager 8401 PARK MEADOWS CENTER DR Lone Tree, CO 80124<br><br>Park Meadows Mall, LLC 350 N. ORLEANS ST., STE 300 Chicago, IL 60654-1607 |
| Bravo Brio Restaurant Group, Inc. | BPC HENDERSON LLC. | Henderson Bravo Galleria at Sunset, 1300 W Sunset Rd Henderson, NV 89014-6620<br><br>1138 | BPC HENDERSON LLC 600 Superior Avenue East Suite 1500 Cleveland, OH 44114 |
| Bravo Brio Restaurant Group, Inc. | WILLOWBROOK MALL, LLC. | Willowbrook Brio Willowbrook Mall, 1400 Willowbrook Mall Wayne, NJ 07470-6905<br><br>2111 | WILLOWBROOK MALL, LLC 1400 WILLOWBROOK MALL Wayne, NJ 07470<br><br>WILLOWBROOK MALL, LLC Attn: Legal Dept. 350 N. ORLEANS ST., STE 300 Chicago, IL 60654-1607 |
| Bravo Brio Restaurant Group, Inc. | TYSONS CORNER CENTER | Tyson's Corner Brio Tysons Corner Center, 7854L Tysons Corner Ctr. Tysons Corner, VA 22102-4512<br><br>2048 | TYSONS CORNER HOLDING LLC 1961 Chain Bridge Road Suite 305 Tysons Corner, VA 22102 |

**Exhibit "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | DOLPHIN MALL ASSOCIATES LLC | Dolphin Mall Brio Dolphin Mall, 11401 NW 12th St Miami, FL 33172-6904<br><br>2124 | DOLPHIN MALL ASSOCIATES LLC 200 East Long Lake Road Suite 300 Bloomfield Hills, MI 48304-2324 |
| Bravo Brio Restaurant Group, Inc. | APC WORKFORCE SOLUTIONS LLC | Columbus Office 777 Goodale Blvd Columbus, OH 43212 | Fillmore Property Group, Ltd. 7555 E. Pleasant Valley Road Suite 160 Independence, OH 44131 |
| Bravo Brio Restaurant Group, Inc. | VILLAGE OF GULFSTEAM | Gulfstream  Park Brio The Village at Gulfstream Park, Hallandale Beach, FL 600 Silks Run 2090 | Allen Matkins Leck Gamble et al. Attn: Michael C. Pruter, Esq. 501 West Broadway, 15th FL San Diego, CA 92101<br><br>Magna Entertainment Group 337 Magna Drive Aurora, Ontario  74G7K1 |

FoodFirst Global Restaurants, Inc.
420 S. Orange Ave., Ste. 900
Orlando, FL 32801

City National Bank
Attn: Portfolio Manager
555 South Flower St, 24th FL
Los Angeles, CA 90071

Gordon Food Service
P.O. Box 88029
Chicago, IL 60680-1029

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

City National Bank
Attn: Managing Counsel
555 South Flower St, 24th FL
Los Angeles, CA 90071

GULFSTREAM PARK RACING
ATTN: ACCTS RECEIVABLES
901 S. FEDERAL HWY
Hallandale, FL 33009

100 PRATT ST. VENTURE, LLC
PO BOX 780462
Philadelphia, PA 19178-0462

Davis & Jones, LLC
209 West 2nd St. Ste. 322
Fort Worth, TX 76102

HINES GLOBAL REIT
4875 TOWN CENTER LLC
P.O. BOX 742632
Atlanta, GA 30374-2632

AMERICAN EXPRESS PCARD
1801 NW 66TH AVE. STE 103C
Fort Lauderdale, FL 33313-4571

DOLPHIN MALL ASSOCIATES
PO BOX 6700
DEPT 189501
Detroit, MI 48267-1895

Holland & Knight LLP
Attn: Eric W. Kimiball
200 Crescent Court, Ste 1600
Dallas, TX 75201

ANTHEM BCBS
PO BOX 645438
Cincinnati, OH 45264-5438

EASTON TOWN CENTER LLC
L-3769
Columbus, OH 43260-3769

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Bugatti Merger Sub, Inc.
420 S. Orange Ave., Ste. 900
Orlando, FL 32801

ESIS Customer Service
P.O. Box 15054 #1275 3-E
Wilmington, DE 19850

K&L Gates LLP
Rua Iguatemi
151 conjunto 281
São Paulo - SP, 01451-011
Brazil

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121

FAIRFAX COMP OF VIRGINIA
P.O BOX 67000
DEPT 56501
Detroit, MI 48267-0565

Little John's Refrigeration
1795 N. Fry Rd., Ste. 315
Katy, TX 77449

Chapman & Cutler LLP
Attn: Anthony DiGiacomo, Esq
1270 Ave of Americas 30th FL
New York, NY 10020

Garrison Loan Agency Service
Attn: Portfolio Manager
1290 Ave of Americas Ste 914
New York, NY 10104

Lucas Santos Rodas
Av Brig. Faira Lima
2601 - CJ. 42
Sao Paulo - SP - 01452-924
Brazil

CHERRY HILL TOWN CTR PARTN
1260 SHELTON ROAD
ATTN: SHOSHANA MAGDIELI
Piscataway, NJ 08854

Garrison Loan Agency Service
Attn: Legal Department
1290 Ave of Americas Ste 914
New York, NY 10104

MICHAEL'S FINER MEATS
29037 NETWORK PLACE
Chicago, IL 60673-1290

OHIO TREASURER OF STATE
180 E. BORAD STREET
Columbus, OH 43215

Tribal Casino Gaming Enterpr
P.O. Box 1955
Cherokee, NC 28719


OPEN TABLE INC
29109 NETWORK PLACE
Chicago, IL 60673-1291

TYSONS CORNER CENTER
P.O. BOX 849554
Los Angeles, CA 90087-9554


Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Wasserstrom Company
P.O. Box 182056
Columbus, OH 43218-2056


Paul, Weiss, Rifkind, et al
Attn: S. Koo or D. Klein
1285 Avenue of the Americas
New York, NY 10019-6064

WEST FARMS MALL, LLC
PO BOX 67000
DEPT 55501
Detroit, MI 48267-0555


Piper Sandler & Co.
800 Nicollet Mall
Suite 900
Minneapolis, MN 55402


PRODUCE ALLIANCE LLC
PO BOX 7762
Carol Stream, IL 60197-7762


PROFORMA
6341 NICHOLAS DRIVE
Columbus, OH 43235


ROUSE - PARK MEADOWS, LLC
P.O. BOX 86
Minneapolis, MN 55486-3096


STAR-WEST FRANKLIN PK MALL
P.O. BOX 398008
San Francisco, CA 94139-8008