**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.:   6:20-bk-02159-KSJ** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.,** | **CHAPTER 11** |
| | *EMERGENCY RELIEF REQUESTED* |
| **Debtor.** | Hearing on or before April 15, 2020 |
| _____/ | |

**EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL**
**AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**

**FOODFIRST GLOBAL RESTAURANTS, INC.**, ("FoodFirst" or "Debtor"), a Ohio corporation, and seven (7) of its affiliates or subsidiaries[1] (the "Affiliated Debtors") ("FoodFirst" and the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), by and through their undersigned counsel, and pursuant to 11 U.S.C. §§ 363(c)(2) and 363(e), and the Federal Rules of Bankruptcy Procedure 4001(b), hereby move for authority to use cash collateral and to provide adequate protection to City National Bank and Garrison Loan Agency Services, LLC, (the "Lenders"),[2] and in support of the relief sought, state as follows:

**Jurisdiction**

1.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334 and 11 U.S.C. § 363. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M).

**Background**

2.    On April 10, 2020, (the "Petition Date"), the Debtors filed voluntary petitions for

---

[1] FoodFirst Global Restaurants, Case No: 6:20-bk-02159-KSJ; FoodFirst Global Holdings, LLC, Case No. 6:20-02161-KSJ; Brio Marlton, LLC, Case No: 6:20-bk-02162-KSJ; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-KSJ; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-KSJ; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-KSJ; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-KSJ; and Bravo Development of Kansas, Inc., Case No: 6:20-bk-02167-KSJ.

[2] Debtors' inclusion of the creditors to this Motion is in no way an admission that such creditors have a properly perfected security interest in the Debtor's property. The Debtor specifically reserves its rights to contest the validity of such alleged security interest that may be asserted by Lender.

relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

3. FoodFirst is a privately held Ohio corporation created in May 2018. FoodFirst wholly owns six subsidiary entities which either hold assets utilized by FoodFirst or are signatories to restaurant leases; but all operations, staffing, and payroll are handled through FoodFirst. FoodFirst owns and operates nearly one hundred Italian themed restaurants under the Bravo or Brio name, (the "Restaurants"), across the country. For a complete history and description of Debtors' operations, please refer to the Case Management Summary filed contemporaneously with this Motion.

4. As of the Petition Date, the Debtor owed approximately $6,000,000 on a revolving loan agreement, (the "Loan"), from City National Bank and Garrison Loan Agency Services, LLC, (the "Lenders"). The Loan is secured by a blanket lien on the Debtor's assets, excluding real property. By virtue of its purported lien, the Lenders may assert a first priority security interest in the Debtor's cash on hand and funds to be received into its operating accounts during normal operations (the "Cash Collateral").

## The Cash Management System

5. The Debtor maintains its primary banking accounts at Huntington Bank. Prior to the Petition Date, the Debtor maintained a complex cash management system through which the Restaurants collect and account for all monetary receipts and disbursements, (the "Cash Management System"). The Cash Management System was developed to enable Debtor to accurately track cash, checks, and cash equivalents received by and transferred from the Restaurants to FoodFirst.

6. The individual Restaurants do not have bank accounts; instead credit card sales are processed and deposited into a master credit card account and ultimately swept into a primary cash

account, (the "Master Account"). The Master Account serves as the concentrated collection point for all cash received by the Debtor. Once received in the Master Account, disbursements are made via several ZBA accounts set up to handle, *inter alia*, general disbursements, ACH payments to certain vendors, rent payments, payroll, and taxes. This automated system allows for the efficient payment and tracking of critical expenses.

## Cash Collateral and the Relief Sought by the Debtor

7.  The Debtor will require the use of approximately $4,147,000 of Cash Collateral to continue to operate its business for the next thirteen weeks, and, depending on the month, a greater or lesser amount will be required for each comparable period thereafter. Debtor will use the Cash Collateral to pay its respective share of operating expenses, pending a final hearing on this Motion (the "Interim Period").

8.  A budget reflecting the estimated income and expenses over the next thirteen weeks is attached hereto as **Exhibit "A"** and is incorporated herein by reference.

9.  As adequate protection for the use of Cash Collateral, Debtor proposes to grant the Lenders a replacement lien to the extent of any diminution in value, with such lien to have the same validity, extent, and priority as its respective pre-petition lien but subject to a lien in favor of a debtor-in-possession being requested simultaneously hereto. Debtor will maintain adequate liquidity during the Interim Period and asserts all interests on Cash Collateral are adequately protected by the replacement lien and the ongoing value of the business.

10. If the Debtor is not permitted to use Cash Collateral, it will be forced to halt operations, creating an adverse effect on creditors and employees, and will likely eliminate the total value of assets pledged as collateral. Thus, the Debtor believes that the protections outlined herein are fair and reasonable under the circumstances and will be sufficient to protect the interests of the Lenders' collateral from a diminution in value during the period of use by the Debtor. Accordingly,

under the circumstances of this Chapter 11 case, the granting of the relief requested in the Motion is warranted.

**WHEREFORE, Debtors** respectfully request the Court enter an order granting the request for an emergency hearing, the request to use Cash Collateral on an interim period of thirteen-weeks, and for such other and further relief as is just and proper.

**RESPECTFULLY SUBMITTED** this 10th day of April 2020.

/s/ R. Scott Shuker
**R. Scott Shuker, Esq.**
Florida Bar No. 0984469
rshuker@shukerdorris.com
**Mariane L. Dorris, Esq.**
Florida Bar No. 173665
mdorris@shukerdorris.com
**John B. Dorris, Esq.**
Florida Bar No. 0098158
jdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile: 407-337-2050
*Attorneys for the Debtor*

4

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:20-bk-02159-KSJ** |
| | **CHAPTER 11** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.** | |
| Debtor. | *EMERGENCY RELIEF REQUESTED* |
| _____/ | *ON OR BEFORE APRIL 15, 2020* |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**, together with all exhibits, has been furnished either electronically or by facsimile and by U.S. First Class, postage prepaid mail to: Debtor c/o Steven R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Mr. Ron Freed, Ron.Freed@cnb.com, City National Bank, 555 South Flower Street, 24th Floor, Los Angeles, CA 90071; Mr. Matthew White, mwhite@garrisoninv.com, Garrison Loan Agency Service, 1290 Avenue of the Americas, Suite 914, New York, NY 10104; all parties entitled to receive CM/ECF noticing; the twenty largest unsecured creditors as shown on the matrix attached to the original of this certificate filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, this 10th day of April 2020.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esq.

FoodFirst Global Restaurants, Inc.
420 S. Orange Ave., Ste. 900
Orlando, FL 32801

City National Bank
Attn: Portfolio Manager
555 South Flower St, 24th FL
Los Angeles, CA 90071

Gordon Food Service
P.O. Box 88029
Chicago, IL 60680-1029

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

City National Bank
Attn: Managing Counsel
555 South Flower St, 24th FL
Los Angeles, CA 90071

GULFSTREAM PARK RACING
ATTN: ACCTS RECEIVABLES
901 S. FEDERAL HWY
Hallandale, FL 33009

100 PRATT ST. VENTURE, LLC
PO BOX 780462
Philadelphia, PA 19178-0462

Davis & Jones, LLC
209 West 2nd St. Ste. 322
Fort Worth, TX 76102

HINES GLOBAL REIT
4875 TOWN CENTER LLC
P.O. BOX 742632
Atlanta, GA 30374-2632

AMERICAN EXPRESS PCARD
1801 NW 66TH AVE. STE 103C
Fort Lauderdale, FL 33313-4571

DOLPHIN MALL ASSOCIATES
PO BOX 6700
DEPT 189501
Detroit, MI 48267-1895

Holland & Knight LLP
Attn: Eric W. Kimiball
200 Crescent Court, Ste 1600
Dallas, TX 75201

ANTHEM BCBS
PO BOX 645438
Cincinnati, OH 45264-5438

EASTON TOWN CENTER LLC
L-3769
Columbus, OH 43260-3769

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Bugatti Merger Sub, Inc.
420 S. Orange Ave., Ste. 900
Orlando, FL 32801

ESIS Customer Service
P.O. Box 15054 #1275 3-E
Wilmington, DE 19850

K&L Gates LLP
Rua Iguatemi
151 conjunto 281
São Paulo - SP, 01451-011
Brazil

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121

FAIRFAX COMP OF VIRGINIA
P.O BOX 67000
DEPT 56501
Detroit, MI 48267-0565

Little John's Refrigeration
1795 N. Fry Rd., Ste. 315
Katy, TX 77449

Chapman & Cutler LLP
Attn: Anthony DiGiacomo, Esq
1270 Ave of Americas 30th FL
New York, NY 10020

Garrison Loan Agency Service
Attn: Portfolio Manager
1290 Ave of Americas Ste 914
New York, NY 10104

Lucas Santos Rodas
Av Brig. Faira Lima
2601 - CJ. 42
Sao Paulo - SP - 01452-924
Brazil

CHERRY HILL TOWN CTR PARTN
1260 SHELTON ROAD
ATTN: SHOSHANA MAGDIELI
Piscataway, NJ 08854

Garrison Loan Agency Service
Attn: Legal Department
1290 Ave of Americas Ste 914
New York, NY 10104

MICHAEL'S FINER MEATS
29037 NETWORK PLACE
Chicago, IL 60673-1290

OHIO TREASURER OF STATE
180 E. BORAD STREET
Columbus, OH 43215

Tribal Casino Gaming Enterpr
P.O. Box 1955
Cherokee, NC 28719

OPEN TABLE INC
29109 NETWORK PLACE
Chicago, IL 60673-1291

TYSONS CORNER CENTER
P.O. BOX 849554
Los Angeles, CA 90087-9554

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Wasserstrom Company
P.O. Box 182056
Columbus, OH 43218-2056

Paul, Weiss, Rifkind, et al
Attn: S. Koo or D. Klein
1285 Avenue of the Americas
New York, NY 10019-6064

WEST FARMS MALL, LLC
PO BOX 67000
DEPT 55501
Detroit, MI 48267-0555

Piper Sandler & Co.
800 Nicollet Mall
Suite 900
Minneapolis, MN 55402

PRODUCE ALLIANCE LLC
PO BOX 7762
Carol Stream, IL 60197-7762

PROFORMA
6341 NICHOLAS DRIVE
Columbus, OH 43235

ROUSE - PARK MEADOWS, LLC
P.O. BOX 86
Minneapolis, MN 55486-3096

STAR-WEST FRANKLIN PK MALL
P.O. BOX 398008
San Francisco, CA 94139-8008

**Exhibit "A"**

13 Week Cash Inflow / Outflow

| Period | Week 1 Forecast 11-Apr-20 | Week 2 Forecast 18-Apr-20 | Week 3 Forecast 25-Apr-20 | Week 4 Forecast 2-May-20 | Week 5 Forecast 9-May-20 | Week 6 Forecast 16-May-20 | Week 7 Forecast 23-May-20 | Week 8 Forecast 30-May-20 | Week 9 Forecast 6-Jun-20 | Week 10 Forecast 13-Jun-20 | Week 11 Forecast 20-Jun-20 | Week 12 Forecast 27-Jun-20 | Week 13 Forecast 4-Jul-20 | 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Cash Inflows** | | | | | | | | | | | | | | |
| Credit/Debit Cards | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 1,831 |
| Deposits (Cash/Checks) | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 208 |
| AR Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ACH Incoming | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 125 |
| **Total Operating Cash Inflows** | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 166 | 2,164 |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Food supplier | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (623) |
| Payroll | - | (380) | - | (200) | - | (200) | - | (200) | - | (200) | - | (200) | - | (1,380) |
| Sales & Use Tax | - | - | (38) | - | - | - | - | (48) | - | - | - | (38) | - | (125) |
| Advertising | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (260) |
| Rent | - | - | - | - | - | - | - | - | - | - | - | - | (1,500) | (1,500) |
| Credit Card Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Software | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (67) |
| General Liability | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (117) |
| Trash | (5) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (11) |
| Packaging | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (62) |
| Delivery Fees | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (79) |
| Utilities | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (311) |
| R&M | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (26) |
| Capex | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (195) |
| **Total Operating Disbursements** | (139) | (514) | (173) | (334) | (134) | (334) | (134) | (382) | (134) | (334) | (134) | (373) | (1,634) | (4,756) |
| **Net Cash Flow before Non-Op Disbursements** | 28 | (348) | (6) | (168) | 32 | (168) | 32 | (216) | 32 | (168) | 32 | (206) | (1,468) | (2,592) |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Corporate management | (500) | - | - | - | (500) | - | - | - | - | (500) | - | - | - | (1,500) |
| Deferred rent | - | - | - | - | - | - | - | - | - | - | - | - | (3,000) | (3,000) |
| Other | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (65) |
| **Total Non-Operating Disbursements** | (505) | (5) | (5) | (5) | (505) | (5) | (5) | (5) | (5) | (505) | (5) | (5) | (3,005) | (4,565) |
| **Net Cash Flow** | (477) | (353) | (11) | (173) | (473) | (173) | 27 | (221) | 27 | (673) | 27 | (211) | (4,473) | (7,157) |
| Beginning Cash Balance - Book | 725 | 748 | 395 | 883 | 711 | 738 | 565 | 592 | 871 | 898 | 725 | 752 | 1,041 | 725 |
| Net Cash Flow | (477) | (353) | (11) | (173) | (473) | (173) | 27 | (221) | 27 | (673) | 27 | (211) | (4,473) | (7,157) |
| Change in Borrowings | 500 | - | 500 | - | 500 | - | - | 500 | - | 500 | - | 500 | 4,500 | 7,500 |
| **Ending Available Cash Balance - Book** | 748 | 395 | 883 | 711 | 738 | 565 | 592 | 871 | 898 | 725 | 752 | 1,041 | 1,068 | 1,068 |
| **DIP Loan** | | | | | | | | | | | | | | |
| Ending Balance | 856 | 856 | 1,423 | 1,423 | 1,978 | 1,978 | 1,978 | 2,567 | 2,567 | 3,122 | 3,122 | 3,724 | 8,824 | |
| Ending Availability | 9,144 | 9,144 | 8,577 | 8,577 | 8,022 | 8,022 | 8,022 | 7,433 | 7,433 | 6,878 | 6,878 | 6,276 | 1,176 | |

CONFIDENTIAL - NOT FOR EXTERNAL DISTRIBUTION

**Exhibit "A"**

**Debt Schedule**

| Period<br>Actual/Forecast<br>Week Ending | Week 1<br>Forecast<br>11-Apr-20 | Week 2<br>Forecast<br>18-Apr-20 | Week 3<br>Forecast<br>25-Apr-20 | Week 4<br>Forecast<br>2-May-20 | Week 5<br>Forecast<br>9-May-20 | Week 6<br>Forecast<br>16-May-20 | Week 7<br>Forecast<br>23-May-20 | Week 8<br>Forecast<br>30-May-20 | Week 9<br>Forecast<br>6-Jun-20 | Week 10<br>Forecast<br>13-Jun-20 | Week 11<br>Forecast<br>20-Jun-20 | Week 12<br>Forecast<br>27-Jun-20 | Week 13<br>Forecast<br>4-Jul-20 | 13-Week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DIP Balance** | | | | | | | | | | | | | | |
| Total DIP Beginning Balance | - | 856 | 856 | 1,423 | 1,423 | 1,978 | 1,978 | 1,978 | 2,567 | 2,567 | 3,122 | 3,122 | 3,724 | - |
| Borrowings | 500 | - | 500 | - | 500 | - | - | 500 | - | 500 | - | 500 | 4,500 | 7,500 |
| Fees | 356 | - | 56 | - | 56 | - | - | 56 | - | 56 | - | 56 | 500 | 1,133 |
| Expenses | - | - | - | - | - | - | - | - | - | - | - | - | 100 | 100 |
| (Paydown) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| PIK Interest Accrual | - | - | 12 | - | - | - | - | 33 | - | - | - | 46 | - | 90 |
| **Total Ending Balance** | 856 | 856 | 1,423 | 1,423 | 1,978 | 1,978 | 1,978 | 2,567 | 2,567 | 3,122 | 3,122 | 3,724 | 8,824 | 8,824 |
| **DIP Funding to Company** | 500 | - | 500 | - | 500 | - | - | 500 | - | 500 | - | 500 | 4,500 | |
| Gross Up for Commitment Fee | 556 | - | 556 | - | 556 | - | - | 556 | - | 556 | - | 556 | 5,000 | |
| Origination Fee | 300 | - | - | - | - | - | - | - | - | - | - | - | - | |
| Expense Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | 100 | |
| **DIP Draw** | 856 | - | 556 | - | 556 | - | - | 556 | - | 556 | - | 556 | 5,100 | |
| **PIK Interest** | | | | | | | | | | | | | | |
| PIK Interest Accrual | | | 12 | | | | | 33 | | | | 46 | | |
| PIK Interest Rate | | | 0.8% | | | | | 1.3% | | | | 1.3% | | |
| Number of Days per Month | | | 20 | | | | | 31 | | | | 30 | | |
| **DIP Availability** | | | | | | | | | | | | | | |
| Beginning Availability | 10,000 | 9,144 | 9,144 | 8,577 | 8,577 | 8,022 | 8,022 | 8,022 | 7,433 | 7,433 | 6,878 | 6,878 | 6,276 | |
| Change in Borrowings | (856) | - | (567) | - | (556) | - | - | (588) | - | (556) | - | (602) | (5,100) | |
| **Ending Availability** | 9,144 | 9,144 | 8,577 | 8,577 | 8,022 | 8,022 | 8,022 | 7,433 | 7,433 | 6,878 | 6,878 | 6,276 | 1,176 | |