**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **In Re:** ) ) ) **FOODFIRST GLOBAL** ) **RESTAURANTS, INC.,** *et al.,* ) ) ) ) ) ) **Debtors.** ) ) | **CHAPTER 11** **CASE NO.: 6:20-bk-02159-KSJ** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

> Simon Property Group, Inc.
> Attn: Ronald M. Tucker, Esq.
> 225 West Washington Street
> Indianapolis, Indiana 46204

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

> Respectfully submitted
>
> _____*/s/Ronald M. Tucker*_____
> Ronald M. Tucker, Esq., Attorney for
> Simon Property Group, Inc. and its related entities
> IN 11428-49
> (317) 263-2346
> (317) 263-7901 (FAX)
> E-mail address: rtucker@simon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 13th day of April, 2020 via ECF Noticing to the parties of record.

By: /s/Ronald M. Tucker
Ronald M. Tucker, Esq.

Debtor
FoodFirst Global Restaurants, Inc.
420 S Orange Ave Ste 900
Orlando, FL 32801
ORANGE-FL
Tax ID / EIN: 34-1566328

represented by R Scott Shuker
Shuker & Dorris, P.A.
121 South Orange Avenue
Suite 1120
Orlando, FL 32801
(407) 337-2060
Fax : (407) 337-2060
Email: bankruptcy@shukerdorris.com

Mariane L Dorris
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801
(407) 337-2060
Fax : (407) 337-2050
Email: bankruptcy@shukerdorris.com


U.S. Trustee
United States Trustee - ORL
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801
407-648-6301   represented by Jill E Kelso
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801
(407) 648-6301
Fax : (407) 648-6323
Email: jill.kelso@usdoj.gov