**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **IN RE** | **CASE NO.: 6:20-bk-02159- KSJ** |
| | **CHAPTER 11** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.,** | |
| Debtor.                    / | |
| **FOODFIRST GLOBAL HOLDINGS, INC.** | **CASE NO.: 6:20-bk-02161-KSJ** |
| **BRIO MARLTON, LLC** | **CASE NO.: 6:20-bk-02162-KSJ** |
| **BRIO TUSCAN GRILLE OF MARYLAND, INC.** | **CASE NO.: 6:20-bk-02163-KSJ** |
| **BRIO TUSCAN GRILLE OF BALTIMORE, LLC** | **CASE NO.: 6:20-bk-02164-KSJ** |
| **BRIO TUSCAN GRILLE OF CHEROKEE, LLC** | **CASE NO.: 6:20-bk-02165-KSJ** |
| **CHERRY HILL TWO, LLC** | **CASE NO.: 6:20-bk-02166-KSJ** |
| **BRAVO DEVELOPMENT OF KANSAS, INC.** | **CASE NO.: 6:20-bk-02167-KSJ** |

**NOTICE OF EMERGENCY PRELIMINARY HEARING**
(Telephonic Appearance via Courtcall Only)

**PLEASE TAKE NOTICE** that an emergency preliminary hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on **Tuesday, April 14, 2020 at 4:00 p.m., at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom A, Orlando, Florida 32801**, however, all parties are directed to appear telephonically via Courtcall pursuant to paragraph number 5 below, to consider and act upon the following:

**DEBTOR-IN-POSSESSION'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGES, SALARIES, AND BENEFITS, REIMBURSE PREPETITION EMPLOYEES' MEDICAL BENEFIT EXPENSES AND REQUEST FOR EMERGENCY HEARING**
**(Doc. No. 3 filed in 6:20-bk-02159-KSJ)**
**(and in all other cases);**

**DEBTORS' EMERGENCY MOTION FOR JOINT ADMINISTRATION OF CASES**
**(Doc. No. 6 filed in 6:20-bk-02159-KSJ);**

**DEBTOR'S EMERGENCY MOTION FOR AUTHORITY
PURSUANT TO 11 U.S.C. §§ 105(a), 345(b),
AND 363 AUTHORIZING THE MAINTENANCE OF DEBTOR'S BANK ACCOUNTS**
**(Doc. No. 7 filed in 6:20-bk-02159-KSJ);**

**DEBTORS' EMERGENCY MOTION FOR ORDER AUTHORIZING
REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL
PROPERTY *NUNC PRO TUNC* TO THE PETITION DATE**
**(Doc. No. 8 filed in 6:20-bk-02159-KSJ);**

**EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL
AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**
**(Doc. No. 9 filed in 6:20-bk-02159-KSJ);**

**EMERGENCY MOTION FOR ORDER AUTHORIZING APPROVAL OF
MANAGEMENT AND ACCOUNTING AGREEMENT**
**(Doc. No. 14 filed in 6:20-bk-02159-KSJ);**

**and**

**EMERGENCY MOTION OF DEBTORS SEEKING ENTRY OF AN INTERIM
AND FINAL ORDER: (A) AUTHORIZING THE DEBTORS TO OBTAIN POST
PETITION FINANCING FROM THE DIP LENDER PURSUANT TO 11 U.S.C.
§§ 105, 361, 362, 363, AND 364; (B) PROVIDING LIENS, SECURITY INTERESTS
AND SUPERPRIORITY CLAIMS TO THE DIP LENDER; (C) MODIFYING THE
AUTOMATIC STAY TO ALLOW THE DIP LENDER TO TAKE CERTAIN ACTIONS;
(D) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED
PARTIES AND (E) APPROVING THE FORM AND METHOD OF NOTICE THEREOF
AND REQUEST FOR EMERGENCY HEARING**
**(Doc. No. 23 filed in 6:20-bk-02159-KSJ)**

and transact such other business as may properly come before the meeting.

1. The hearing may be continued upon announcement made in open Court without further notice.

2. All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

3. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    4.     Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

    5.     Telephonic appearance before Judge Jennemann through CourtCall procedures:

      i.   Telephonic appearances must be arranged by contacting CourtCall at 866-582-6878 not later than 5 p.m., EST, on the business day prior to the hearing date.

      ii.  CourtCall will provide counsel with written confirmation of a telephonic appearance and give counsel a number to call to make that appearance.

      iii.  Counsel is responsible for dialing into the call by the time of the scheduled hearing. CourtCall does not place calls to counsel.

      iv.  Please direct questions regarding charges and payment arrangements directly to CourtCall.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing has been furnished either electronically or by U.S. First Class Mail or FedEx Overnight (where indicated), by email (if email address is known) and by fax (if known) to: has been furnished by facsimile, electronic transmission and/or U.S. First Class mail, postage prepaid, to: Debtors, c/o Stephen R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, NY 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New York, NY 10036, vindelicato@proskauer.com; Ron Freed, Vice President, Ron.Freed@cnb.com; City National Bank, 555 South Flower St., 16th Floor, Los Angeles, CA 90071; Matthew White, Esq., mwhite@garrisoninv.com, Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020; digiacomo@chapman.com; Garrison Funding; Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, Suzanne.gilbert@hklaw.com; Brian Smith, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, brian.smith@hklaw.com; the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801; and the list of 20 largest unsecured creditors and the Local Rule 1007-2 Parties-in-Interest List, the landlords noted on the matrix attached hereto as Exhibit "A", filed with the Court, this 13th day of April 2020.

                                                /s/ R. Scott Shuker
                                                R. Scott Shuker
                                                Florida Bar No.: 984469
                                                rshuker@shukerdorris.com
                                                Mariane L. Dorris
                                                Florida Bar No.: 0173665

mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel:   (407) 337-2060
Fax:   (407) 337-2050
*Attorneys for the Debtor*

4

```
Label Matrix for local noticing       FoodFirst Global Restaurants, Inc.    100 PRATT ST. VENTURE, LLC
113A-6                                420 S Orange Ave Ste 900               PO BOX 780462
Case 6:20-bk-02159-KJ                 Orlando, FL 32801-4903                 Philadelphia, PA 19178-0462
Middle District of Florida
Orlando
Mon Apr 13 09:53:12 EDT 2020

AMERICAN EXPRESS PCARD                ANTHEM BCBS                            (p)C H ROBINSON WORLDWIDE INC
1801 NW 66TH AVE. STE 103C            PO BOX 645438                          ATTN BANKRUPTCY TEAM BILL GLAD
Fort Lauderdale, FL 33313-4571        CINCINNATI, OH 45264-5438              14701 CHARLSON ROAD
                                                                             SUITE 2400
                                                                             EDEN PRAIRIE MN 55347-5093

CHERRY HILL TOWN CTR PARTN            DOLPHIN MALL ASSOCIATES                EASTON TOWN CENTER LLC
1260 SHELTON ROAD                     PO BOX 6700                            L-3769
ATTN: SHOSHANA MAGDIELI               DEPT 189501                            Columbus, OH 43260-3769
Piscataway, NJ 08854                  Detroit, MI 48267-1895

FAIRFAX COMP OF VIRGINIA              GORDON FOOD SERVICE                    GULFSTREAM PARK RACING
P.O BOX 67000                         P.O. BOX 88029                         ATTN: ACCTS RECEIVABLES
DEPT 56501                            CHICAGO, IL 60680-1029                 901 S. FEDERAL HWY
Detroit, MI 48267-0565                                                       Hallandale, FL 33009-7199

HINES GLOBAL REIT                     MICHAEL'S FINER MEATS                  OPEN TABLE INC
4875 TOWN CENTER LLC                  29037 NETWORK PLACE                    29109 NETWORK PLACE
P.O. BOX 742632                       Chicago, IL 60673-1290                 Chicago, IL 60673-1291
Atlanta, GA 30374-2632

PRODUCE ALLIANCE LLC                  PROFORMA                               ROUSE - PARK MEADOWS, LLC
PO BOX 7762                           6341 NICHOLAS DRIVE                    P.O. BOX 86
Carol Stream, IL 60197-7762           Columbus, OH 43235-5204                Minneapolis, MN 55486-3096

STAR-WEST FRANKLIN PK MALL            TYSONS CORNER CENTER                   WASSERSTROM COMPANY
P.O. BOX 398008                       P.O. BOX 849554                        P.O. BOX 182056
SAN FRANCISCO, CA 94139-8008          Los Angeles, CA 90084-9554             COLUMBUS OH 43218-2056

WEST FARMS MALL, LLC                  Mariane L Dorris +                     R Scott Shuker +
PO BOX 67000                          Shuker & Dorris, P.A.                  Shuker & Dorris, P.A.
DEPT 55501                            121 South Orange Avenue, Suite 1120    121 South Orange Avenue
Detroit, MI 48267-0555                Orlando, FL 32801-3238                 Suite 1120
                                                                             Orlando, FL 32801-3238

United States Trustee - ORL +         Ronald M Tucker +                      Jill E Kelso +
Office of the United States Trustee   Simon Property Group                   Office of the United States Trustee
George C Young Federal Building       225 West Washington Street             400 W. Washington Street
400 West Washington Street, Suite 1100 Indianapolis, IN 46204-3438           Suite 1100
Orlando, FL 32801-2210                                                       Orlando, FL 32801-2440

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| C.H. ROBINSON COMPANY, INC<br>P.O. BOX 9121<br>Minneapolis, MN 55480-9121 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                  27 |

| | | |
|---|---|---|
| FoodFirst Global Restaurants, Inc.<br>420 S. Orange Ave., Ste. 900<br>Orlando, FL 32801 | City National Bank<br>Attn: Portfolio Manager<br>555 South Flower St, 24th FL<br>Los Angeles, CA 90071 | Gordon Food Service<br>P.O. Box 88029<br>Chicago, IL 60680-1029 |
| R.Scott Shuker, Esq<br>Shuker & Dorris, P.A.<br>121 S. Orange Avenue<br>Suite 1120<br>Orlando, FL 32801 | City National Bank<br>Attn: Managing Counsel<br>555 South Flower St, 24th FL<br>Los Angeles, CA 90071 | GULFSTREAM PARK RACING<br>ATTN: ACCTS RECEIVABLES<br>901 S. FEDERAL HWY<br>Hallandale, FL 33009 |
| 100 PRATT ST. VENTURE, LLC<br>PO BOX 780462<br>Philadelphia, PA 19178-0462 | Davis & Jones, LLC<br>209 West 2nd St. Ste. 322<br>Fort Worth, TX 76102 | HINES GLOBAL REIT<br>4875 TOWN CENTER LLC<br>P.O. BOX 742632<br>Atlanta, GA 30374-2632 |
| AMERICAN EXPRESS PCARD<br>1801 NW 66TH AVE. STE 103C<br>Fort Lauderdale, FL 33313-4571 | DOLPHIN MALL ASSOCIATES<br>PO BOX 6700<br>DEPT 189501<br>Detroit, MI 48267-1895 | Holland & Knight LLP<br>Attn: Eric W. Kimiball<br>200 Crescent Court, Ste 1600<br>Dallas, TX 75201 |
| ANTHEM BCBS<br>PO BOX 645438<br>Cincinnati, OH 45264-5438 | EASTON TOWN CENTER LLC<br>L-3769<br>Columbus, OH 43260-3769 | Internal Revenue Service<br>Centralized Insolvency Ops<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Bugatti Merger Sub, Inc.<br>420 S. Orange Ave., Ste. 900<br>Orlando, FL 32801 | ESIS Customer Service<br>P.O. Box 15054 #1275 3-E<br>Wilmington, DE 19850 | K&L Gates LLP<br>Rua Iguatemi<br>151 conjunto 281<br>São Paulo - SP, 01451-011<br>Brazil |
| C.H. ROBINSON COMPANY, INC<br>P.O. BOX 9121<br>Minneapolis, MN 55480-9121 | FAIRFAX COMP OF VIRGINIA<br>P.O BOX 67000<br>DEPT 56501<br>Detroit, MI 48267-0565 | Little John's Refrigeration<br>1795 N. Fry Rd., Ste. 315<br>Katy, TX 77449 |
| Chapman & Cutler LLP<br>Attn: Anthony DiGiacomo, Esq<br>1270 Ave of Americas 30th FL<br>New York, NY 10020 | Garrison Loan Agency Service<br>Attn: Portfolio Manager<br>1290 Ave of Americas Ste 914<br>New York, NY 10104 | Lucas Santos Rodas<br>Av Brig. Faira Lima<br>2601 - CJ. 42<br>Sao Paulo - SP - 01452-924<br>Brazil |
| CHERRY HILL TOWN CTR PARTN<br>1260 SHELTON ROAD<br>ATTN: SHOSHANA MAGDIELI<br>Piscataway, NJ 08854 | Garrison Loan Agency Service<br>Attn: Legal Department<br>1290 Ave of Americas Ste 914<br>New York, NY 10104 | MICHAEL'S FINER MEATS<br>29037 NETWORK PLACE<br>Chicago, IL 60673-1290 |

OHIO TREASURER OF STATE
180 E. BORAD STREET
Columbus, OH 43215

Tribal Casino Gaming Enterpr
P.O. Box 1955
Cherokee, NC 28719

OPEN TABLE INC
29109 NETWORK PLACE
Chicago, IL 60673-1291

TYSONS CORNER CENTER
P.O. BOX 849554
Los Angeles, CA 90087-9554

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

Wasserstrom Company
P.O. Box 182056
Columbus, OH 43218-2056

Paul, Weiss, Rifkind, et al
Attn: S. Koo or D. Klein
1285 Avenue of the Americas
New York, NY 10019-6064

WEST FARMS MALL, LLC
PO BOX 67000
DEPT 55501
Detroit, MI 48267-0555

Piper Sandler & Co.
800 Nicollet Mall
Suite 900
Minneapolis, MN 55402

PRODUCE ALLIANCE LLC
PO BOX 7762
Carol Stream, IL 60197-7762

PROFORMA
6341 NICHOLAS DRIVE
Columbus, OH 43235

ROUSE - PARK MEADOWS, LLC
P.O. BOX 86
Minneapolis, MN 55486-3096

STAR-WEST FRANKLIN PK MALL
P.O. BOX 398008
San Francisco, CA 94139-8008

<u>Exhibit "A"</u>

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) | e-mail |
|---|---|---|---|---|
| Bravo Development of Kansas, Inc. | LEAWOOD TCP, LLC. | Leawood Bravo Town Center Plaza, Leawood, KS 5005 W 117th St 1027 | Glimcher Dayton Mall, Inc. 180 E. Broad Street 21st Floor Columbus, OH 43215 | TARA.HORAN@GENERALGROWTH.COM |
| Bravo Brio Restaurant Group, Inc. | CVM HOLDINGS, LLC | Crabtree Brio Crabtree Valley Mall, Raleigh, NC 4325 Glenwood Ave 2076 | CVM HOLDINGS, LLC 4325 Glenwood Avenue Raleigh, NC 27612<br><br>Plaza Associates, Inc. Attn: Legal Department 2840 Plaza Place, Ste 100 Raleigh, NC 27612 | eyambao@lormaxstern.com |
| Bravo Brio Restaurant Group, Inc. | CBL-T-C LLC. | West County Bravo West County Center, Des Peres, MO 15 West County Center 1084 | West County Mall CMBS, LLC 2030 Hamilton Place Blvd. Ste 500 Chattanooga, TN 37421<br><br>CBL & Associates Management, Inc. 80 West County Center St. Louis, MO 63131 | lfish@midwaycompanies.com |
| Bravo Brio Restaurant Group, Inc. | THE WOODLANDS MALL ASSOC. | Woodlands Brio The Woodlands Mall, The Woodlands, TX 1201 Lake Woodlands Dr 2035 | Christiana Mall, LLC Attn: Law / Lease Admin Dept. 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607<br><br>THE WOODLANDS MALL ASSOC. Attn: General Manager 1201 Lake Woodlands Dr. Suite 700 The Woodlands, TX 77380 | VLIDRAL@YORKTOWNCENTER.COM |
| Bravo Brio Restaurant Group, Inc. | YTC BUTTERFIELD OWNER LLC | Lombard Brio Yorktown Center, Lombard, IL 330 Yorktown Center 2063 | Pacific Retail Capital Partners LLC 100 N. Sepulveda Blvd STE 1925 El Segundo, CA 90245<br><br>YTC BUTTERFIELD OWNER LLC 203 Yorktown Center Lombard, IL 60148 | PTOMLIN@PLAZAASSOCIATESINC.COM |
| Bravo Brio Restaurant Group, Inc. | TM STONY POINT PARK, L.P. | Stony Point Brio Stony Point Fashion Park, Richmond, VA 9210 Stony Point Pkwy 2033 | SRP Property Management, LLC (#1046) 1 E. Wacker Dr., Ste. 3700 Chicago, IL 60601<br><br>Stony Point Fashion Park Attn: General Manager 9200 Stony Point Pkwy Richmond, VA 23235 | connie.schultz@brookfieldpropertiesretail.com |
| Bravo Brio Restaurant Group, Inc. | INLAND CONTINENTAL PROPERT | Memorial Square Bravo Memorial Square Shopping Center, Oklahoma City, OK 13810 N Pennsylvania Ave 1044 | Kane Russell Coleman & Logan 3700 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201<br><br>Blanton Property Company Attn: Tom Blanton 1033 NW Grand Boulevard Oklahoma City, OK 73118-6039 | mariela.chapina@urw.com |
| Bravo Brio Restaurant Group, Inc. | WATTERS CREEK OWNER, LLC. | Watters Creek Brio Watters Creek at Montgomery Farm, Allen, TX 810 Central Expressway 2065 | Watters Creek at Montgomery Farm Attn: Management Office 970 Garden Park Drive Allen, TX 75013<br><br>Trademark Property Company 1701 River Run, Ste 500 Fort Worth, TX 76102 | jcouch@beargrass.win.net |
| Bravo Brio Restaurant Group, Inc. | STAR-WEST FRANKLIN PK MALL | Franklin Park Bravo Franklin Park Mall, Toledo, OH 5001 Monroe St 1046 | Starwood Retail Property Management, LLC 1 E. Wacker Dr., Ste. 3700 Chicago, IL 60601<br><br>STAR-WEST FRANKLIN PK MALL 5001 Monroe St Toledo, OH 43623 | jennifer.carey@washingtonprime.com |

<u>Exhibit "A"</u>

| Debtor | Landlord | Premises | Notice Address | Email |
|---|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | DEL AMO FASHION CENTER | DEL AMO Brio<br>Del Amo Fashion Center, Torrance, CA<br>21532 Hawthorne Blvd<br>2126 | M.S. Management Associates, Inc.<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 | fallen@mmrs.com |
| Bravo Brio Restaurant Group, Inc. | 168TH AND DODGE L.P. | Omaha Bravo<br>Village Pointe, Omaha, NE<br>17151 Davenport St<br>1113 | RED Development, LLC (AZ)<br>One E. Washington St., Ste 300<br>Phoenix, AZ 85004<br><br>Daspin & Aument<br>Attn: Nicole Rudman Brown<br>227 W. Monroe St, Ste 3500<br>Chicago, IL 60606 | Bill.Coleman@MadisonMarquette.com |
| Bravo Brio Restaurant Group, Inc. | WILLOW LAKE SHOPPING CENTER | Willowlake Bravo<br>2658 Lake Circle Drive, Indianapolis, IN<br>2658 Lake Circle Dr<br>1009 | Regency Centers<br>Attn: Vice President<br>1315 W. 22nd St., Ste 250<br>Oak Brook, IL 60623<br><br>First Washington Realty, Inc.<br>Attn: Executive V.P.<br>4350 East-West Highway<br>Suite 400<br>Bethesda, MD 20814 | tservices@sitecenters.com |
| Bravo Brio Restaurant Group, Inc. | LEHIGH VALLEY MALL, LLC. | Lehigh Bravo<br>Lehigh Valley Mall, Whitehall, PA<br>950 Lehigh Lifestyle Center<br>1066 | Simon Property Group<br>225 W. Washington Street<br>Indianapolis, IN 46204 | kevin.shrewsbury@simon.com |
| Bravo Brio Restaurant Group, Inc. | EAST BELTLINE DEVELOPMENT | Knapps Crossing Bravo<br>2078 E. Beltline Ave NE, Grand Rapids, MI<br>2078 E. Beltline Ave NE<br>1141 | Honigman Miller Schwartz, et al<br>39400 Woodward Avenue<br>Suite 101<br>Bloomfield Hills, MI 48304<br><br>Lomax Stem Development Co.<br>38500 Woodward Avenue<br>Suite 200<br>Bloomfield Hills, MI 48304 | cgoldstein@crockerpartners.com |
| Bravo Development, Inc. | CAUSEWAY LLC | Metairie Bravo<br>Lakeside Shopping Center, Metairie, LA<br>3413 Veterans Memorial Blvd<br>1010 | As Agent for Causeway Associates<br>3301 Veterans Boulevard<br>Metairie, LA 70002<br><br>As Agent for Causeway Associates<br>370 Seventh Avenue<br>Suite 618<br>New York, NY 10001 | Mike.Cozzi@InlandGroup.com |
| Bravo Brio Restaurant Group, Inc. | GREAT WASH PARK LLC | Summerlin Brio<br>Tivoli Village at Queensridge, Las Vegas, NV<br>420 South Rampart<br>2093 | Pacific Retail Capital Partners LLC<br>100 N. Sepulveda Blvd<br>Suite 1925<br>El Segundo, CA 90245<br><br>Tivoli Village<br>400 Rampart Blvd<br>Suite 350<br>Las Vegas, NV 89145 | Erica.Mace@simon.com |
| Bravo Brio Restaurant Group, Inc. | PIEDMONT ROW DRIVE LLC | Piedmont Brio<br>4720 Piedmont Row Dr, Charlotte, NC<br>4720 Piedmont Row Dr<br>2055 | Principal Real Estate Investors<br>801 Grand Avenue<br>Des Moines, IA 50392 | TIPOCK@DIVARIS.COM |
| Bravo Brio Restaurant Group, Inc. | WALT WHITMAN MALL, LLC. | Walt Whitman Brio<br>Walt Whitman Shops, Huntington Station, NY<br>160 Walt Whitman Rd<br>2118 | M.S. Management Associates Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | cparrish@simon.com |
| Bravo Brio Restaurant Group, Inc. | GULFSTREAM PARK RACING | Gulfstream Park Brio<br>The Village at Gulfstream Park, Hallandale Beach, FL<br>600 Silks Run<br>2090 | Allen Matkins Leck Gamble et al.<br>501 West Broadway<br>15th Floor<br>San Diego, CA 92101<br><br>Magna Entertainment Group<br>337 Magna Drive<br>Aurora, Ontario 74G7K1 | brandonfurniss@regencycenters.com |
| Bravo Brio Restaurant Group, Inc. | MALL AT SUMMIT LLC | Summit Bravo<br>Summit Mall, Akron, OH<br>3265 W. Market St<br>1071 | M.S. Management Associates, Inc.<br>225 West Washington Street<br>Indianapolis, IN 46204 | helen.ciesla@hines.com |

<u>Exhibit "A"</u>

| Debtor | Landlord | Location | Notice Address | Email |
|---|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | JORDAN CREEK TOWN CENTER | Jordan Creek Bravo<br>Jordan Creek Town Center, West Des Moines, IA<br>120 S Jordan Creek Pkwy<br>1040 | JORDAN CREEK TOWN CENTER<br>101 JORDAN CREEK PARKWAY<br>SUITE 12518<br>West Des Moines, IA 50266<br><br>JORDAN CREEK TOWN CENTER<br>Attn: Legal Dept.<br>350 N. Orleans St., Ste 300<br>Chicago, IL 60654-1607 | connie.schultz@brookfieldpropertiesretail.com |
| Bravo Brio Restaurant Group, Inc. | MFC BEAVERCREEK, LLC. | Fairfield Commons Bravo<br>The Mall at Fairfield Commons, Beavercreek, OH<br>2731 Fairfield Commons<br>1140 | MFC BEAVERCREEK, LLC<br>180 East Broad Street<br>21st Floor<br>Columbus, OH 43215 | RDENNIS@STARWOODRETAIL.COM |
| Bravo Brio Restaurant Group, Inc. | MALL AT BRIARWOOD, LLC. | Briarwood Bravo<br>Briarwood Mall, Ann Arbor, MI<br>760 Briarwood Circle<br>1134 | M.S. Management Associates Inc.<br>225 West Washington St.<br>Indianapolis, IN 46204-3438 | csimpson@fairbourne.com |
| Bravo Brio Restaurant Group, Inc. | 100 PRATT ST. VENTURE, LLC | Inner Harbor Brio<br>100 E Pratt St 1200<br>2107 | 100 PRATT ST. VENTURE, LLC<br>Attn: CBRE MANAGEMENT<br>100 EAST PRATT ST, STE 1200<br>Baltimore, MD 21202 | guy@rpai.com |
| Bravo Brio Restaurant Group, Inc. | CAPREF BROOKWOOD VILLAGE | Birmingham Brio<br>591 Brookwood Village, Birmingham, AL<br>591 Brookwood Village<br>2018 | CAPREF BROOKWOOD VILLAGE<br>780 Brookwood Village<br>Birmingham, AL 35209<br><br>Patras Williams, LLC<br>Attn: Amy M. Williams<br>14 Countryside Lane, Ste 100<br>Ringwood, NJ 07456 | Joyce.Smith@am.jll.com |
| Bravo Brio Restaurant Group, Inc. | QUAKER ASSOCIATES, LLC. | Quaker Bridge Brio<br>Quaker Bridge Mall, Lawrenceville, NJ<br>3320 Brunswick Pike<br>2120 | Kravco Simon Company<br>225 WEST WASHINGTON ST<br>Indianapolis, IN 46204-3438 | CMENCONI@STARWOODRETAIL.COM |
| Bravo Development, Inc. | EASTON TOWN CENTER LLC | BON VIE<br>Easton Town Center, Columbus, OH<br>4089 The Strand East<br>3017 | Steiner & Associates<br>Attn: Lease Administration<br>4016 Townsfair Way, Suite 201<br>Columbus, OH 43219 | hhamilton@starkenterprises.com |
| Bravo Brio Restaurant Group, Inc. | CHERRY HILL TOWN CTR PARTN | Cherry Hill Brio<br>901 Haddonfield Road, Cherry Hill, NJ<br>901 Haddonfield Rd<br>2062 | Edgewood Properties<br>Attn: Lease Administrator<br>1260 Stelton Road<br>Piscataway, NJ 08854<br><br>JMP Holding Corp.<br>Attn: Joseph Marino<br>160 Essex St, Ste 200<br>Lodi, NJ 07644<br><br>The Weingarten Law Firm, LLC<br>Attn: Sheryl Weingarten, Esq.<br>1260 Stelton Road<br>Piscataway, NJ 08854 | PEGGY@SILKANDSTEWART.COM |
| Bravo Brio Restaurant Group, Inc. | CHAGRIN RETAIL LLC | Eton (Chagrin) Bravo<br>Eton Chagrin Boulevard, Woodmere, OH<br>28889 Chagrin Blvd<br>1026 | Stark Enterprises, Inc.<br>629 Euclid Avenue<br>Suite 1300<br>Cleveland, OH 44114 | Christine.Wood@cblproperties.com |
| Bravo Brio Restaurant Group, Inc. | PYRAMID WALDEN COMPANY L P | Walden Bravo<br>Walden Galleria, Buffalo, NY<br>One Walden Galleria<br>1058 | Pyramid Management Group, Inc.<br>4 Clinton Square<br>Syracuse, NY 13202 | ppullen@trademarkproperty.com |
| Bravo Brio Restaurant Group, Inc. | MACWH, LP. | Danbury Fair Brio<br>Danbury Fair, Danbury, CT<br>7 Backus Ave<br>2105 | MACWH, LP.<br>PO Box 2172<br>Santa Monica, CA 90407<br><br>Danbury Mall, LLC<br>Attn: Center Manager<br>7 Backus Avenue<br>Danbury, CT 06810 | Stephanie.Feehan@am.jll.com |

Exhibit "A"

| | | | | |
|---|---|---|---|---|
| Bravo Brio Restaurant Group, Inc. | HARBOURSIDE PLACE, LLC. | Harbourside Bravo 149 Soundings Avenue, Jupiter, FL 149 Soundings Ave 1133 | HARBOURSIDE PLACE, LLC 115 Front St., Ste 300 Jupiter, FL 33477 | aanderson@bayerproperties.com |
| Bravo Brio Restaurant Group, Inc. | LEGACY VILLAGE INVESTORS LLC | Legacy Brio Legacy Village, Lyndhurst, OH 24325 Cedar Rd 2029 | The Offices at Legacy Village 25333 Cedar Road Lyndhurst, OH 44124 | carol_walcheck@cblproperties.com |
| Bravo Brio Restaurant Group, Inc. | ARBORETUM MALL, LLC. | Austin, TX Brio The Arboretum, Austin, TX 10000 Research Blvd 2110 | WP GLIMCHER INC. 180 East Broad St, 21st Floor Columbus, OH 43215 | mollyjensen@pyramidmg.com |
| Bravo Brio Restaurant Group, Inc. | CORNERSTONE HOLDING LP. | Boca Raton, FL Brio Boca Center, Boca Raton, FL 5050 Town Center Circle 2108 | Cornerstone Real Estate Advisers LLC Attn: Celia Dondes, VP 180 Glastonbury Blvd., Ste 200 Glastonbury, CT 06033<br><br>Crocker Partners Property Management, LLC Attn: Robert E. Smith 5200 Town Center Circle, Ste 105 Boca Raton, FL 33486 | jcouch@beargrass.win.net |
| Bravo Brio Restaurant Group, Inc. | THE FALLS SHOPPING CENTER | The Falls Brio The Falls, Miami, FL 8888 SW 136 St 2109 | M.S. Management Associates Inc. 225 West Washington Street Indianapolis, IN 46204-3438 | mhensley@simon.com |
| Bravo Brio Restaurant Group, Inc. | HINES GLOBAL REIT | Jacksonville Brio The Markets at Town Center, Jacksonville, FL 4910 Big Island Dr, Parcel 8 2112 | Genesis Real Estate Advisers, LLC Attn: Frasier M. Smith 800 Mount Vernon Hwy, Ste 410 Sandy Springs, GA 30328<br><br>HINES GLOBAL REIT 11512 Lake Mead Ave., Ste 603 Jacksonville, FL 32256 | mhill@rbaikens.com |
| Bravo Brio Restaurant Group, Inc. | ROUSE - PARK MEADOWS, LLC | Park Meadows Brio Park Meadows, Lone Tree, CO 8441 Park Meadows Center Drive 2074 | PARK MEADOWS Attn: General Manager 8401 PARK MEADOWS CENTER DR Lone Tree, CO 80124<br><br>Park Meadows Mall, LLC 350 N. ORLEANS ST., STE 300 Chicago, IL 60654-1607 | jeff.krason@brookfieldpropertiesretail.com |
| Bravo Brio Restaurant Group, Inc. | BPC HENDERSON LLC. | Henderson Bravo Galleria at Sunset, Henderson, NV 1300 West Sunset Rd 1138 | BPC HENDERSON LLC 600 Superior Avenue East Suite 1500 Cleveland, OH 44114 | SFuller@Related.com |
| Bravo Brio Restaurant Group, Inc. | WILLOWBROOK MALL, LLC. | Willowbrook Brio Willowbrook Mall, Wayne, NJ 1400 Willowbrook Mall 2111 | WILLOWBROOK MALL, LLC 1400 WILLOWBROOK MALL Wayne, NJ 07470<br><br>WILLOWBROOK MALL, LLC Attn: Legal Dept. 350 N. ORLEANS ST., STE 300 Chicago, IL 60654-1607 | s.trowbridge@qic.com |
| Bravo Brio Restaurant Group, Inc. | TYSONS CORNER CENTER | Tyson's Corner Brio Tysons Corner Center, Tysons Corner, VA 7854L Tysons Corner Center 2048 | TYSONS CORNER HOLDING LLC 1961 Chain Bridge Road Suite 305 Tysons Corner, VA 22102 | aryn.pickard@washingtonprime.com |
| Bravo Brio Restaurant Group, Inc. | DOLPHIN MALL ASSOCIATES LLC | Dolphin Mall Brio Dolphin Mall, Miami, FL 11401 N.W. 12th St 2124 | DOLPHIN MALL ASSOCIATES LLC 200 East Long Lake Road Suite 300 Bloomfield Hills, MI 48304-2324 | CKANN@WILKOW.COM |
| Bravo Brio Restaurant Group, Inc. | APC WORKFORCE SOLUTIONS LLC | Columbus Office 777 Goodale Blvd Columbus, OH 43212 | Fillmore Property Group, Ltd. 7555 E. Pleasant Valley Road Suite 160 Independence, OH 44131 | Danielle.Rudisill@lincolnharris.com |

**Exhibit "A"**

| Bravo Brio Restaurant Group, Inc. | VILLAGE OF GULFSTEAM | Gulfstream Park Brio The Village at Gulfstream Park, Hallandale Beach, FL 600 Silks Run 2090 | Allen Matkins Leck Gamble et al. Attn: Michael C. Pruter, Esq. 501 West Broadway, 15th Fl. San Diego, CA 92101<br><br>Magna Entertainment Group 337 Magna Drive Aurora, Ontario  74G7K1 | brandonfurniss@regencycenters.com |