## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FOODFIRST GLOBAL | ) | |
| RESTAURANTS, INC., et al., | ) | |
| | ) | Case No. 20-02159-KSJ |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PAPERS

To:    The Clerk of the Above-Named Court

Please enter my appearance as counsel for the Taubman Landlords,[1] as Creditors, in the above-named action.  This appearance is intended solely for the purpose of receiving notices and it is not intended that the filing of this appearance be deemed a submission to the jurisdiction of this Court.

Request is hereby made, pursuant to Bankruptcy Rule 2002(g), that all notices required to be electronically delivered and/or mailed to creditors under Bankruptcy Rule 2002 at the following address:

Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
Email address:  aconway@taubman.com

Dated:  April 13, 2020

Andrew S. Conway,
Attorney for the Taubman Landlords

By:    /s/ Andrew S. Conway
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427 Phone
Email address:  aconway@taubman.com

---

[1]  The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Taubman Cherry Creek Shopping Center, L.L.C., commonly known as Cherry Creek Shopping Center, located in Denver, Colorado; City Creek Center Associates LLC, commonly known as City Creek Center, located in Salt Lake City, Utah; Country Club Plaza JV LLC, commonly known as Country Club Plaza, located in Kansas City Missouri; Dolphin Mall Associates LLC, commonly known as Dolphin Mall, located in Miami, Florida;  Fairfax Company of Virginia L.L.C., commonly known as Fair Oaks Mall, located in Fairfax, Virginia; Tampa Westshore Associates Limited Partnership, commonly known as International Plaza, located in Tampa, Florida; Plaza Internacional Puerto Rico LLC, commonly known as The Mall of San Juan, located in San Juan, Puerto Rico; TB Mall at UTC LLC, commonly known as The Mall at University Town Center, located in Sarasota, Florida; and West Farms Mall, LLC, commonly known as Westfarms, located in West Hartford, Connecticut.

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FOODFIRST GLOBAL | ) | |
| RESTAURANTS, INC., et al., | ) | |
| | ) | Case No. 20-02159-KSJ |
| Debtors. | ) | |

### NOTICE OF FILING OF
### GENERAL POWER OF ATTORNEY

To: Clerk of the Above-Named Court:

Please take notice that the undersigned has been authorized to vote on any questions that may be lawfully submitted to creditors of the debtors in the above-entitled case; to vote for a trustee of the estate of the debtors and for a committee of creditors to execute in the name of the Taubman Landlords[1] (the "Claimants"), and on their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any acts for the claimants in all matters arising in this case, pursuant to a General Power of Attorney, dated August 2, 2018 (a copy of which is attached hereto as Exhibit A).

Dated:  April 13, 2020

Andrew S. Conway,
Attorney for the Taubman Landlords

By:    /s/ Andrew S. Conway
Andrew S. Conway, Esq.
200 East Long Lake Road, Suite 300
Bloomfield Hills, Michigan 48304
(248) 258-7427 Phone
Email address:  aconway@taubman.com

---

[1]  The Taubman Landlords are the owners of certain regional retail shopping centers, which include the following: Taubman Cherry Creek Shopping Center, L.L.C., commonly known as Cherry Creek Shopping Center, located in Denver, Colorado; City Creek Center Associates LLC, commonly known as City Creek Center, located in Salt Lake City, Utah; Country Club Plaza JV LLC, commonly known as Country Club Plaza, located in Kansas City Missouri; Dolphin Mall Associates LLC, commonly known as Dolphin Mall, located in Miami, Florida;  Fairfax Company of Virginia L.L.C., commonly known as Fair Oaks Mall, located in Fairfax, Virginia; Tampa Westshore Associates Limited Partnership, commonly known as International Plaza, located in Tampa, Florida; Plaza Internacional Puerto Rico LLC, commonly known as The Mall of San Juan, located in San Juan, Puerto Rico; TB Mall at UTC LLC, commonly known as The Mall at University Town Center, located in Sarasota, Florida; and West Farms Mall, LLC, commonly known as Westfarms, located in West Hartford, Connecticut.

## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| FOODFIRST GLOBAL | ) | |
| RESTAURANTS, INC., et al., | ) | |
| | ) | Case No. 20-02159-KSJ |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

Mona K. Jabr, being first duly sworn, deposes and says that she is an employee of The Taubman Company, and that on April 13, 2020, she served a copy of the **Notice of Appearance and Request for Service of Notices and Papers, Notice of Filing of General Power of Attorney,** and this **Certificate of Service** via Notice of Electronic Filing and/or by enclosing the papers in sealed envelopes with first-class postage fully prepaid and depositing the envelopes and their contents in the United States mail, addressed as follows:

SHUKER & DORRIS, P.A.
John B. Dorris, Esq.
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: 407-337-2060
Facsimile: 407-337-2050

OFFICE OF UNITED STATES TRUSTEE
George C. Young Federal Building
400 West Washington Street, Suite 1100
Orlando, Florida 32801


/s/ Mona K. Jabr
Mona K. Jabr

## EXHIBIT A

## GENERAL POWER OF ATTORNEY

To:     Andrew S. Conway, Esq.
        200 East Long Lake Road
        Suite 300
        Bloomfield Hills, Michigan  48304

The undersigned, on behalf of The Taubman Company LLC, d/b/a The Taubman Company, the managing agent for the "Taubman Landlords" (see attached list), hereby authorizes you as attorney in fact for the Taubman Landlords and with full power of substitution, to vote on any question that may be lawfully submitted to creditors of the debtor in any bankruptcy action in which any of the Taubman Landlords are creditors; to vote for a trustee of the estate of the debtor and for a committee of creditors; to execute in the name of the Taubman Landlords and on each of their behalf, and to file and prosecute, one or more proofs of claim, any supplements of amendments to proofs of claims; to receive dividends; and in general to perform any act for any of the Taubman Landlords in any bankruptcy action in which any of the Taubman Landlords are creditors.

Dated:  August 2, 2018

The Taubman Company LLC,
a Delaware limited liability company, as
Managing Agent for the Taubman Landlords

By:     /s/_____
        Chris B. Heaphy

Its:    Executive Vice President, General Counsel
        and Secretary

## ACKNOWLEDGMENT

Acknowledged before me on August 2, 2018, by Chris B. Heaphy, who states that he is the Executive Vice President, General Counsel and Secretary of The Taubman Company LLC, d/b/a The Taubman Company, the Managing Agent for the Taubman Landlords, and is authorized to execute this Power of Attorney on behalf of the Taubman Landlords.

/s/_____
Mona K. Jabr
Notary Public, Oakland County, Michigan
My commission expires: May 4, 2023
Acting in Oakland County, Michigan

## TAUBMAN LANDLORDS

| **Landlord** | **Center Name** |
|---|---|
| La Cienega Partners Limited Partnership, a Delaware limited partnership | Beverly Center Los Angeles, California |
| Charleston Center LLC, a Delaware limited liability company | Charleston Place Charleston, South Carolina |
| Taubman-Cherry Creek Limited Partnership, a Colorado limited partnership | Olde Cherry Creek Denver, Colorado |
| Taubman-Cherry Creek Shopping Center L.L.C., a Delaware limited liability company | Cherry Creek Denver, Colorado |
| City Creek Center Associates LLC, a Delaware limited liability company | City Creek Center Salt Lake City, Utah |
| Country Club Plaza JV LLC, a Delaware limited liability company | Country Club Plaza Kansas City, Missouri |
| Dolphin Mall Associates LLC, a Delaware limited liability company | Dolphin Mall Miami, Florida |
| El Paseo Village LLC, a Delaware limited liability company | El Paseo Village Palm Desert, California |
| Fairfax Company of Virginia L.L.C., a Virginia limited liability company | Fair Oaks Fairfax, Virginia |
| The Gardens on El Paseo LLC, a Delaware limited liability company | The Gardens on El Paseo Palm Desert, California |
| Taubman Auburn Hills Associates Limited Partnership, a Delaware limited partnership | Great Lakes Crossing Outlets Auburn Hills, Michigan |
| Green Hills Mall TRG LLC, a Delaware limited liability company | The Mall at Green Hills Nashville, Tennessee |
| TRG IMP LLC a Delaware limited liability company | International Market Place Honolulu, Hawaii |
| Tampa Westshore Associates Limited Partnership, a Delaware limited partnership | International Plaza Tampa, Florida |

2

| **Landlord** | **Center Name** |
|---|---|
| Plaza Internacional Puerto Rico LLC, a Puerto Rico limited liability company | The Mall of San Juan San Juan, Puerto Rico |
| Short Hills Associates, L.L.C., a Delaware limited liability company | The Mall at Short Hills Millburn, New Jersey |
| Rich-Taubman Associates, a Connecticut general partnership | Stamford Town Center Stamford, Connecticut |
| SunValley Shopping Center LLC, a Delaware limited liability company | SunValley Concord, California |
| TVO Mall Owner LLC, a Michigan limited liability company | Twelve Oaks Mall Novi, Michigan |
| TB Mall at UTC LLC, a Delaware limited liability company | The Mall at University Town Center Sarasota, Florida |
| West Farms Mall, LLC, a Delaware limited liability company | Westfarms Mall West Hartford/Farmington, Connecticut |