ORDERED.

Dated: April 17, 2020

Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE | CHAPTER 11 |
| FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*, | CASE NO.: 6:20-bk-02159-KJ |
| | Jointly Administered[1] |
| Debtors. | |

### ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO PAY PREPETITION WAGES, SALARIES, AND BENEFITS, REIMBURSE PREPETITION EMPLOYEES' MEDICAL BENEFIT EXPENSES AND REQUEST FOR EMERGENCY HEARING

THIS CASE came on for emergency hearing on April 14, 2020 (the "Hearing") upon *Debtor's Emergency Motion for Authority to Pay Prepetition Wages, Salaries, and Benefits, Reimburse Prepetition Employees' Medical Benefit Expenses and Request for Emergency Hearing* filed by **FOODFIRST GLOBAL RESTAURANTS, INC.** (the "Debtor") on April 10, 2020 (Doc No. 3) (the "Motion"). Upon consideration of the Motion and the agreement announced by counsel at the Hearing, it is hereby

---

[1] Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-KJ; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-KJ; Brio Marlton, LLC, Case No: 6:20-bk-02162-KJ; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-KJ; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-KJ; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-KJ; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-KJ; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-KJ.

**ORDERED:**

1. The Motion is **GRANTED** to the extent provided herein.

2. For the pay period March 30, 2020 through April 12, 2020 (the "Prepetition Pay Period"), which is to be funded on April 15, 2020 and paid in the ordinary course of business on April 17, 2020, Debtor is authorized, but not required, to pay prepetition payroll in the approximate amount of $400,000.00 (gross amount including federal withholding taxes and voluntary deductions) in total for unpaid wages.

3. No payments may be made to any affiliate insider without prior approval of the Office of the U.S. Trustee or this Court, and no employee will receive compensation in excess of $13,650.00, the limit set forth in 11 U.S.C. § 507(a)(4).

###

Attorney R. Scott Shuker shall serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.