UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

**FoodFirst Global Restaurants, Inc.**, *et al.*,

            Debtors.
_____/

Case No.:  6:20-bk-02159-LVV
Chapter 11

Jointly Administered[1]

### UNITED STATES TRUSTEE'S APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS FOR FOODFIRST GLOBAL RESTAURANTS, INC.

Pursuant to 11 U.S.C. § 1102(a), Nancy J. Gargula, United States Trustee for Region 21, hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

Rouse-Park Meadows, LLC
c/o Brookfield Property Retail, Inc.
Attn:  Julie Minnick Bowden, National Bankruptcy Director
350 N. Orleans Street, Suite 300
Chicago, IL 60654
Phone:  312-960-2707
julie.bowden@brookfieldpropertiesretail.com

---

[1] Jointly Administered cases:  FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-LVV; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No: 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-LVV; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

Performance Food Group, Inc.
d/b/a Bar Harbor Seafood
Attn: Bradley Boe, Director of Credit
188 Inverness Drive West
Englewood, CO 80112
Phone: 303-898-8137
Brad.boe@pfgc.com


Simon Property Group, Inc.
Attn: Ronald M. Tucker, Vice President/Bankruptcy Counsel
225 W. Washington Street
Indianapolis, IN 46204
Phone: 317-371-1787
rtucker@simon.com


      The United States Trustee may appoint additional members to the Committee, or

reconstitute the Committee as and if necessary, at any time during this case.


DATED:    April 21, 2020.

                Respectfully submitted,

                NANCY J. GARGULA
                United States Trustee, Region 21

                By:    /s/ Jill E. Kelso
                Jill E. Kelso, Trial Attorney
                United States Department of Justice
                Office of the United States Trustee
                Florida Bar No.: 0578541
                George C. Young Federal Building and Courthouse
                400 W. Washington Street, Suite 1100
                Orlando, FL 32801
                Telephone No.: (407) 648-6301, Ext. 137
                Facsimile No.: (407) 648-6323
                jill.kelso@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing, United States Trustee's Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims has been served electronically through CM/ECF on April 21, 2020, to all parties having appeared electronically in the instant matter and by email to the members of the committee at the email addresses as set forth above.

                                     /s/ Jill E. Kelso
                                     *Jill E. Kelso, Trial Attorney*