ORDERED.

Dated: April 21, 2020

Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE | CHAPTER 11 |
| FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*, | CASE NO.: 6:20-bk-02159-KJ |
| | Jointly Administered[1] |
| Debtors. | |

**INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO USE
CASH COLLATERAL AND NOTICE OF CONTINUED HEARING**
**[Continued Hearing: April 22, 2020 at 2:00 PM]**

**THIS CASE** came on for emergency preliminary hearing on April 14, 2020 at 4:00 p.m. (the "Hearing") upon the *Emergency Motion for Authority to Use Cash Collateral and Request for Emergency Preliminary Hearing* filed by **FOODFIRST GLOBAL RESTAURANTS, INC** (the "Debtor") on April 10, 2020 (Doc. No. 9) (the "Motion") and the Omnibus Objection to the Motion filed by Willie Itule Produce Inc., Sirna & Sons, Inc. t/a Sirna & Sons Produce, Premier Produce

---

[1] Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-KJ; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-KJ; Brio Marlton, LLC, Case No: 6:20-bk-02162-KJ; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-KJ; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-KJ; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-KJ; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-KJ; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-KJ.

Central Florida, LLC t/a Downtown Produce, PPINC., LLC d/b/a Premier Produce, Gulf Coast Produce Distributors, Inc., Get Fresh Produce, Inc., Produce Alliance LLC on April 13, 2020 (Doc. No. 26) (the "Objection"). Upon consideration of the Motion, the Objection, the evidence presented at the Hearing and agreement of the parties, it is

**ORDERED:**

1. <u>Interim Authorization Granted</u>. The Motion is **GRANTED**, on an interim basis, to the extent provided herein.

2. <u>Continued Hearing</u>. The authority granted hereunder shall continue until **April 22, 2020 at 2:00 p.m.**, at which time the Court will hold a continued hearing on use of cash collateral at which the Court: (i) will address any objection(s); and (ii) may authorize continued use of cash collateral.

3. <u>Cash Collateral Authorization</u>. The Debtor is authorized to use cash collateral to pay: (a) amounts expressly authorized by this Court, including payments to the United States Trustee for quarterly fees; (b) the current and necessary expenses set forth in the budget attached hereto as **Exhibit A,** plus an amount not to exceed ten (10) percent for the expenses. This authorization will continue through Wednesday, April 22, 2020. Except as authorized in this order, the Debtor is prohibited from the use of cash collateral.

4. <u>Debtor Obligations</u>. The Debtor shall timely perform all obligations of a debtor-in-possession required by the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the orders of this Court.

5. <u>Replacement Lien</u>. During the interim period, City National Bank and Garrison Loan Agency Services shall have a perfected post-petition lien against cash collateral to the same extent and with the same validity and priority as the prepetition lien, without the need to file or execute any documents as may otherwise be required under applicable non-bankruptcy law.

6. <u>PACA Objection.</u>  As partial adequate protection as requested in the Objection, Debtor has agreed to set up a separate account in respect of potential PACA Claims (the "PACA Account"). Debtors shall deposit $400,000 into the PACA Account for payment of valid PACA claims, as determined by the Court, and no amounts shall be disbursed from such account absent further order of the Court.

7. <u>Without Prejudice</u>.  This Order is without prejudice to: (a) any subsequent request by a party-in-interest for modified adequate protection or restrictions on use of Cash Collateral; or (b) any other right or remedy which may be available.

8. "<u>Creditors Committee</u>. The provisions of this Order are without prejudice to the rights of the United States Trustee to appoint a committee or any rights of a duly-appointed committee to timely challenge the validity, priority, or extent of any lien(s) asserted against cash collateral."

9. <u>Enforcement</u>.  The Court shall retain jurisdiction to enforce the terms of this Order.

10. **<u>Continued Hearing</u>. The interim authority granted herein shall continue until April 22, 2020, at 2:00 p.m., at which time the Court has scheduled a further interim telephonic hearing before the Honorable Lori V. Vaughan, U.S. Bankruptcy Judge, at United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom D, Orlando, Florida 32801 to consider the continued use of Cash Collateral and the Objection.**

###

Attorney R. Scott Shuker is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of this Order.

**13 Week Cash Inflow / Outflow**

| Period<br>Actual/Forecast<br>Week Ending | Week 1<br>Forecast<br>11-Apr-20 | Week 2<br>Forecast<br>18-Apr-20 | Week 3<br>Forecast<br>25-Apr-20 | Week 4<br>Forecast<br>2-May-20 | Week 5<br>Forecast<br>9-May-20 | Week 6<br>Forecast<br>16-May-20 | Week 7<br>Forecast<br>23-May-20 | Week 8<br>Forecast<br>30-May-20 | Week 9<br>Forecast<br>6-Jun-20 | Week 10<br>Forecast<br>13-Jun-20 | Week 11<br>Forecast<br>20-Jun-20 | Week 12<br>Forecast<br>27-Jun-20 | Week 13<br>Forecast<br>4-Jul-20 | 13-Week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Cash Inflows** | | | | | | | | | | | | | | |
| Credit/Debit Cards | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 141 | 1,831 |
| Deposits (Cash/Checks) | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 208 |
| AR Deposits | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| ACH Incoming | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sales & Use Tax | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 125 |
| **Total Operating Cash Inflows** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **166** | **2,164** |
| **Operating Disbursements** | | | | | | | | | | | | | | |
| Food supplier | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (48) | (623) |
| Payroll | - | (380) | - | (200) | - | (200) | - | (200) | - | (200) | - | (200) | - | (1,380) |
| Sales & Use Tax | - | - | (38) | - | - | - | - | (48) | - | - | - | (38) | - | (125) |
| Advertising | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (20) | (260) |
| Rent | - | - | - | - | - | - | - | - | - | - | - | - | (1,500) | (1,500) |
| Credit Card Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Software | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (67) |
| General Liability | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (9) | (117) |
| Trash | (5) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (0) | (11) |
| Packaging | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (62) |
| Delivery Fees | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (79) |
| Utilities | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (24) | (311) |
| R&M | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (2) | (26) |
| Capex | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Taxes | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (15) | (195) |
| **Total Operating Disbursements** | **(139)** | **(514)** | **(173)** | **(334)** | **(134)** | **(334)** | **(134)** | **(382)** | **(134)** | **(334)** | **(134)** | **(373)** | **(1,634)** | **(4,756)** |
| **Net Cash Flow before Non-Op Disbursements** | **28** | **(348)** | **(6)** | **(168)** | **32** | **(168)** | **32** | **(216)** | **32** | **(168)** | **32** | **(206)** | **(1,468)** | **(2,592)** |
| **Non-Operating Disbursements** | | | | | | | | | | | | | | |
| Corporate management | (500) | - | - | - | (500) | - | - | - | - | (500) | - | - | - | (1,500) |
| Deferred rent | - | - | - | - | - | - | - | - | - | - | - | - | (3,000) | (3,000) |
| Other | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (5) | (65) |
| **Total Non-Operating Disbursements** | **(505)** | **(5)** | **(5)** | **(5)** | **(505)** | **(5)** | **(5)** | **(5)** | **(5)** | **(505)** | **(5)** | **(5)** | **(3,005)** | **(4,565)** |
| **Net Cash Flow** | **(477)** | **(353)** | **(11)** | **(173)** | **(473)** | **(173)** | **27** | **(221)** | **27** | **(673)** | **27** | **(211)** | **(4,473)** | **(7,157)** |
| **Beginning Cash Balance - Book** | 725 | 748 | 395 | 883 | 711 | 738 | 565 | 592 | 871 | 898 | 725 | 752 | 1,041 | 725 |
| Net Cash Flow | (477) | (353) | (11) | (173) | (473) | (173) | 27 | (221) | 27 | (673) | 27 | (211) | (4,473) | (7,157) |
| Change in Borrowings | 500 | - | 500 | - | 500 | - | - | 500 | - | 500 | - | 500 | 4,500 | 7,500 |
| **Ending Available Cash Balance - Book** | **748** | **395** | **883** | **711** | **738** | **565** | **592** | **871** | **898** | **725** | **752** | **1,041** | **1,068** | **1,068** |
| **DIP Loan** | | | | | | | | | | | | | | |
| Ending Balance | 856 | 856 | 1,423 | 1,423 | 1,978 | 1,978 | 1,978 | 2,567 | 2,567 | 3,122 | 3,122 | 3,724 | 8,824 | |
| Ending Availability | 9,144 | 9,144 | 8,577 | 8,577 | 8,022 | 8,022 | 8,022 | 7,433 | 7,433 | 6,878 | 6,878 | 6,276 | 1,176 | |