**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE** **CHAPTER 11**

**FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*,** **CASE NO.: 6:20-bk-02159-LVV**

**Jointly Administered**[1]

**Debtors.**

**APPLICATION OF FOODFIRST GLOBAL RESTAURANTS, INC., *ET AL.*, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF SHUKER & DORRIS, P.A., AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO APRIL 10, 2020**

**FOODFIRST GLOBAL RESTAURANTS, INC.**, *et al*, ("FFGR") and its affiliates and related entities listed in Footnote 1 below, which are jointly-administered debtors and debtors-in-possession (collectively, hereinafter referred to as the "Debtors"), hereby seek authorization to employ R. Scott Shuker and the law firm of Shuker & Dorris, P.A. ("ShukerDorris") as its counsel in these cases, *nunc pro tunc* to April 10, 2020. In support of this Application, the Debtors rely on the Verified Statement Pursuant to F.R.B.P. 2014 (attached hereto as **Exhibit A,** and the Statement Pursuant to 11 U.S.C. § 329(a) and F.R.B.P. 2016 made by R. Scott Shuker, attached hereto as **Exhibit B**, In further support of this Application, the Debtors respectfully state as follows:

1. On April 10, 2020 ("Petition Date"), the Debtors filed their voluntary petitions for reorganization under Chapter 11 of the Bankruptcy Code (the "Code"). No trustee has been appointed, and the Debtors are administering their cases as debtors-in-possession.

1 Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-LVV; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No: 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-LVV; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

2. Immediately thereafter, the Debtors filed their motions for joint administration of their affiliated and related cases ("Joint Administration").

3. The Debtors desire to employ ShukerDorris, under § 327(a) of the Bankruptcy Code, to assist the Debtors in their bankruptcy cases.

4. The Debtors have selected ShukerDorris because:

(a) partners and associates of ShukerDorris have substantial experience in rendering the types of legal services that will be required in these cases;

(b) partners and associates of ShukerDorris are admitted to practice in this Court; and

(c) ShukerDorris will be able to efficiently and cost-effectively render services necessary in these Chapter 11 cases.

5. In the continuation of the Debtors' estates and in the administration of these cases, legal services will be required as to, but not limited to, the following;

(a) advising as to the Debtors' rights and duties in this case;

(b) preparing pleadings related to these cases, including a disclosure statement and a plan of reorganization; and

(c) taking any and all other necessary action incident to the proper preservation and administration of these estates.

6. ShukerDorris has represented the Debtors, jointly, since on or about April 1, 2020, in connection with these Chapter 11 cases.

7. To the best of the Debtors' knowledge, ShukerDorris has no connection with the creditors or other parties-in-interest or their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee. ShukerDorris represents no

interest adverse to the Debtors and is disinterested as required by 11 U.S.C. § 327(a) and as required under Bankruptcy Rule 2014.

8. At this time, ShukerDorris is not aware of any intercompany debt. ShukerDorris asserts that if there were any intercompany debt, it would not give rise to a conflict because the Debtors will be filing a joint plan of reorganization or liquidation under which such obligations are released and of no effect. If ShukerDorris receives additional information on intercompany claims, it will file a supplemental disclosure.

9. The terms of employment agreed to between the Debtors and ShukerDorris, subject to approval of the Court, are that services will be billed at the standard hourly rates of the respective attorneys and paralegals of ShukerDorris, which rates range from $575-400 for Partners, $350 for Associates, and $160-105 for paraprofessionals. Currently, the following rates are in effect:

| | |
|---|---|
| RS Shuker | $575 |
| ML Dorris | $400 |
| JB Dorris | $350 |
| MA Franklin | $160 |
| V Bernal | $105 |

10. The Debtors have been advised that these rates are subject to periodic adjustment to reflect economic and other considerations. ShukerDorris will apply its advance fee to its periodic billings subject to interim and final applications for compensation and approval by the Court, and, at an appropriate time, ShukerDorris may make application for an award of additional compensation; and the Debtors, subject to Court approval, have been advised that they shall be responsible for all fees and all actual, standard costs and expenses incurred by ShukerDorris.

11. Prior to the commencement of this case, Debtor advanced $141,817.30 for post-petition services and expenses. ShukerDorris will hold the Advance Fee in its trust account and apply the Advance Fee to its periodic billings subject to interim and final application for

compensation and approval by the Court. ShukerDorris has not shared, or agreed to share, the Advance Fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of ShukerDorris.

12. Debtor paid ShukerDorris $71,918.70 on a current basis, for services rendered and costs incurred prior to commencement of this case, including the preparation of eight petitions for reorganization under Chapter 11 of the Code, all related initial pleadings filed in this case, and prepetition expenses in this case, including the filing fee for the seven voluntary petitions.

13. The Debtors have been advised, that upon application and subject to Court approval, they shall be responsible for all fees and actual expenses incurred by ShukerDorris.

14. ShukerDorris did not agree to any variation from its standard billing arrangements.

15. No professional included in this engagement varied their rates based on geographic location.

16. The billing rates reflected herein, as to Debtors, have not changed in the preceding twelve months.

**WHEREFORE**, FoodFirst Global Restaurants, Inc., and its seven affiliated and related entities, respectfully request the entry of an order authorizing them to retain and employ R. Scott Shuker and the law firm of Shuker & Dorris, P.A., as their bankruptcy counsel in these cases, *nunc pro tunc* to April 10, 2020, and for such other and further relief as is just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 20th day of April 2020.

**FOODFIRST GLOBAL RESTAURANTS, INC.**
**and AFFILIATES AND RELATED ENTITIES**

By: ______________________
Steven R. Layt, CEO

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE**

**FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*,**

**Debtors.**

**CHAPTER 11**

**CASE NO.: 6:20-bk-02159-LVV**

**Jointly Administered**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the **APPLICATION OF FOODFIRST GLOBAL RESTAURANTS, INC., *ET AL.*, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF SHUKER & DORRIS, P.A., AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO APRIL 10, 2020**, and all exhibits, has been furnished either electronically or by U.S. First Class Mail to: Debtors, c/o Stephen R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, NY 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New York, NY 10036, vindelicato@proskauer.com; Ron Freed, Vice President, Ron.Freed@cnb.com; City National Bank, 555 South Flower St., 16th Floor, Los Angeles, CA 90071; Matthew White, Esq., mwhite@garrisoninv.com, Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020; digiacomo@chapman.com; Garrison Funding; Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, Suzanne.gilbert@hklaw.com; Brian Smith, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, brian.smith@hklaw.com; the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801; the Local Rule 1007-2 Parties-in-Interest List as shown on the matrix filed with the original application filed with the Court on this 22nd day of April 2020.

R. Scott Shuker
Florida Bar No. 984469
rshuker@ShukerDorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Tel: 407-337-2060
Fax: 407-337-2050
*Attorneys for Debtors*

Label Matrix for local noticing
113A-6
Case 6:20-bk-02159-LVV
Middle District of Florida
Orlando
Wed Apr 22 09:03:10 EDT 2020

James D'Loughy
AdvisorLaw PLLC
2925 PGA Blvd Ste 204
Palm Beach Gardens, FL 33410-2909

FoodFirst Global Restaurants, Inc.
420 S Orange Ave Ste 900
Orlando, FL 32801-4903

Ernie Zachary Park
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier, CA 90602-1797

100 PRATT ST. VENTURE, LLC
PO BOX 780462
Philadelphia, PA 19178-0462

168th and Dodge LP
c/o Michelle E. Shriro
Singer & Levick PC
16200 Addison Road, Suite 140
Addison, TX 75001-5377

AMERICAN EXPRESS PCARD
1801 NW 66TH AVE. STE 103C
Fort Lauderdale, FL 33313-4571

ANTHEM BCBS
PO BOX 645438
CINCINNATI, OH 45264-5438

Alsco Inc
c/o James D'Loughy Esq
AdvisorLaw PLLC
2925 PGA Blvd Ste 204
Palm Beach Gardens FL 33410-2909

(p)C H ROBINSON WORLDWIDE INC
ATTN BANKRUPTCY TEAM BILL GLAD
14701 CHARLSON ROAD
SUITE 2400
EDEN PRAIRIE MN 55347-5093

C.H. Robinson Worldwide, Inc.
c/o Mark A. Amendola, Esq.
Martyn and Associates Co.
820 W. Superior Ave 10th Floor
Cleveland, OH 44113-1827

CBL & Associates Management, Inc.
c/o Buffey Klein
Husch Blackwell, LLP
1900 N. Pearl St, Ste 1800
Dallas, TX 75201-2467

CHERRY HILL TOWN CTR PARTN
1260 SHELTON ROAD
ATTN: SHOSHANA MAGDIELI
Piscataway, NJ 08854

City National Bank
c/o Franklin H. Top III
CHAPMAN AND CUTLER LLP
111 West Monroe St
Chicago IL 60603-4080

Creditor
c/o Leslie C. Heilman
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3023

DOLPHIN MALL ASSOCIATES
PO BOX 6700
DEPT 189501
Detroit, MI 48267-1895

EASTON TOWN CENTER LLC
L-3769
Columbus, OH 43260-3769

FAIRFAX COMP OF VIRGINIA
P.O BOX 67000
DEPT 56501
Detroit, MI 48267-0565

GORDON FOOD SERVICE
P.O. BOX 88029
CHICAGO, IL 60680-1029

GULFSTREAM PARK RACING
ATTN: ACCTS RECEIVABLES
901 S. FEDERAL HWY
Hallandale, FL 33009-7199

Gordon Food Services, Inc.
c/o Jason M Torf
200 W. Madison Street, Ste. 3500
Chicago, IL 60606-3417

Gordon Food Services, Inc.
c/o John C. Cannizzaro
250 West Street
Suite 700
Columbus, OH 43215-7509

Gordon Food Services, Inc.
c/o Michael W. Ott
200 W. Madison St, Ste. 3500
Chicago, IL 60606-3417

HINES GLOBAL REIT
4875 TOWN CENTER LLC
P.O. BOX 742632
Atlanta, GA 30374-2632

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Irvine Spectrum Center LLC
a DE LLC
c/o Ernie Zachary Park Esq
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier CA 90602-1797

MICHAEL'S FINER MEATS
29037 NETWORK PLACE
Chicago, IL 60673-1290

Mollie Hart
c/o Anidjar & Levine, P.A.
300 SE 17th Street
Fort Lauderdale, FL 33316-2550

Montgomery County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

OPEN TABLE INC
29109 NETWORK PLACE
Chicago, IL 60673-1291

PRODUCE ALLIANCE LLC
PO BOX 7762
Carol Stream, IL 60197-7762

PROFORMA
6341 NICHOLAS DRIVE
Columbus, OH 43235-5204

Pacific Retail Capital Partners
c/o Leslie C. Heilman Esq
BALLARD SPAHR LLP
919 N. Market St 11th FL
Wilmington, DE 19801-3023

ROUSE - PARK MEADOWS, LLC
P.O. BOX 86
Minneapolis, MN 55486-3096

Ronald E. Gold, Esq.
Frost Brown Todd LLC
3300 Great American Tower
301 E. Fourth Street
Cincinnati, Ohio 45202-4257

STAR-WEST FRANKLIN PK MALL
P.O. BOX 398008
SAN FRANCISCO, CA 94139-8008

Simon Property Group
Attn: Ronald M. Tucker, Esquire
225 West Washington Street
Indianapolis, IN 46204-3438

Simon Property Group, Inc.
c/o Richard B. Webber II, Esquire
Zimmerman, Kiser & Sutcliffe, P.A.
PO Box 3000
Orlando, FL 32802-3000

Starwood Retail Partners LLC
c/o Leslie C. Heilman Esq
BALLARD SPAHR LLP
919 N. Market St 11th FL
Wilmington, DE 19801-3023

TYSONS CORNER CENTER
P.O. BOX 849554
Los Angeles, CA 90084-9554

The Macerich Company
c/o Leslie C. Heilman Esq
BALLARD SPAHR LLP
919 N. Market St 11th FL
Wilmington, DE 19801-3023

The Taubman Landlords c/o
Andrew S. Conway, Esq.
200 East Long Lake Road, Ste 300
Bloomfield Hills, MI 48304-2324

VORH Associates, LLC
c/o David M. Blau, Esq.
Clark Hill PLC
151 S Old Woodward Ave Ste 200
Birmingham, MI 48009-6103

Village at Gulfstream Park, LLC
c/o Leslie C. Heilman
Ballard Spahr LLC
919 N. Market St, 11th Floor
Wilmington, DE 19801-3023

WASSERSTROM COMPANY
P.O. BOX 182056
COLUMBUS OH 43218-2056

WEST FARMS MALL, LLC
PO BOX 67000
DEPT 55501
Detroit, MI 48267-0555

WMB 2, LLC
TWB Oxmoor 2, LLC
c/o John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main St Ste 1600
Lexington, KY 40507-1746

Washington Prime Group Inc.
c/o Steven R. Wirth, Esq.
Akerman LLP
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250

Washington Prime Group, Inc.
Attn: Ronald E. Gold, Esquire
3300 Great American Tower
301 E. Fourth Street
Cincinnati, OH 45202-4245

Watters Creek Owner, LLC
c/o Leslie C. Heilman Esq
BALLARD SPAHR LLP
919 N. Market St 11th FL
Wilmington, DE 19801-3023

YTC Mall Owner, LLC
c/o Leslie C. Heilman Esq
BALLARD SPAHR LLP
919 N. Market St 11th FL
Wilmington, DE 19801-3023

Mariane L Dorris +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue
Suite 1120
Orlando, FL 32801-3238

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

John P Dillman +
Linebarger Goggan Blair & Sampson LLP
Post Office Box 3064
Houston, TX 77253-3064

Ronald M Tucker +
Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Denise D Dell-Powell +
Dean Mead Egerton Bloodworth Capouano
420 S. Orange Avenue, Suite 700
Orlando, FL 32801-4911

Andrew S Conway +
The Taubman Company
200 East Long Lake Road
Suite 300
Bloomfield Hills, MI 48304-2324

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

John P Brice +
Wyatt Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

Marc P Barmat +
Furr & Cohen, P.A.
2255 Glades Road, Suite 301E
Boca Raton, FL 33431-7383

Steven R Wirth +
Akerman Senterfitt
401 E. Jackson Street, Suite 1700
Tampa, FL 33602-5250

Alan M Burger +
McDonald Hopkins LLC
505 South Flagler Drive, Suite 300
West Palm Beach, FL 33401-5942

Richard B Webber II+
Zimmerman Kiser & Sutcliffe PA
315 East Robinson Street
Suite 600
Orlando, FL 32801-4341

Mark A Amendola +
Martyn and Associates
820 Superior Avenue, Northwest
Tenth Floor
Cleveland, OH 44113-1827

Buffey E Klein +
Husch Blackwell LLP
2001 Ross Avenue, Suite 2000
Dallas, TX 75201-2995

Leslie C Heilman +
Ballard Spahr,LLP
919 North Market St, 11th Floor
Wilmington, DE 19801-3023

David M Blau +
Clark Hill PLC
151 S. Old Woodward Ave., Ste. 200
Birminghaum, MI 48009-6103

Ronald E Gold +
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202-4257

Michelle E Shriro +
Singer & Levick, PC
16200 Addison Road, Suite 140
Addison, TX 75001-5377

Jason M Torf +
Ice Miller LLP
200 W Madison Street, Suite 3500
Chicago, IL 60606-3417

Franklin H Top III+
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

Lawrence A Levine +
Anidjar & Levine, P.A.
300 SE 17th Street
Fort Lauderdale, FL 33316-2550

Mary Jean Fassett +
McCarron & Diess
4530 Wisconsin Avenue, NW, Suite 301
Washington, DC 20016-4667

Note: Entries with a '+' at the end of the name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)WMB 2. LLC
TWB Oxmoor 2, LLC
c/o John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main St Ste 1600
Lexington, KY 40507-1746

(d)Leslie C Heilman +
Ballard Spahr,LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3023

| End of Label Matrix | |
|---|---|
| Mailable recipients | 74 |
| Bypassed recipients | 2 |
| Total | 76 |

**Exhibit "A"**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE**

**FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*,**

**Debtors.**

**CHAPTER 11**

**CASE NO.: 6:20-bk-02159-LVV**

**Jointly Administered[1]**

**VERIFIED STATEMENT PURSUANT TO RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE IN SUPPORT OF APPLICATION OF FOODFIRST GLOBAL RESTAURANTS, INC., *ET AL.*, TO EMPLOY R. SCOTT SHUKER AND THE LAW FIRM OF SHUKER & DORRIS, P.A., AS DEBTORS' COUNSEL, *NUNC PRO TUNC* TO APRIL 10, 2020**

I, R. Scott Shuker, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a Partner with the firm of **SHUKER & DORRIS, P.A.** ("ShukerDorris"), and have been duly admitted to practice in this Court.

2. Except as stated below and to Debtors' knowledge, ShukerDorris has no connection with the creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee.

3. ShukerDorris was retained by the Debtors, jointly, on or about April 1, 2020 in connection with these cases.

1 Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-LVV; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No: 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-LVV; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

**Exhibit "A"**

4. ShukerDorris and its individual attorneys have not previously represented the Debtors.

5. ShukerDorris is not a creditor of the Debtors.

6. To the best of the Debtors' knowledge, ShukerDorris has no connection with the creditors or other parties in interest or their respective attorneys and accountants, the United States Trustee, or any persons employed by the United States Trustee. ShukerDorris represents no interest adverse to the Debtors and is disinterested as required by 11 U.S.C. §327(a) and as required under Bankruptcy Rule 2014.

7. At this time, ShukerDorris is not aware of any intercompany debt. ShukerDorris asserts that if there were any intercompany debt, it would not give rise to a conflict because the Debtors will be filing a joint plan of reorganization or liquidation under which such obligations are released and of no effect. ShukerDorris does not represent (nor has it in the past) any affiliate or insider of the Debtors. If ShukerDorris receives additional information on intercompany claims, it will file a supplemental disclosure.

8. ShukerDorris has no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office. Partners and associates of ShukerDorris have dealt with the U.S. Trustee's office in other cases and have social contact with various attorneys of the U.S. Trustee's office.

9. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtors, (2) a computer search of ShukerDorris's client list, and (3) a memorandum circulated to all of ShukerDorris's attorneys requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

**Exhibit "A"**

I verify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

**DATED AND EXECUTED** this 22nd day of April 2020.

R. Scott Shuker
Florida Bar No. 9844692
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for Debtors*

**Exhibit "B"**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

**IN RE** **CHAPTER 11**

**FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*,** **CASE NO.: 6:20-bk-02159-LVV**

**Jointly Administered**[1]

**Debtors.**

**STATEMENT OF R. SCOTT SHUKER AND SHUKER & DORRIS, P.A., PURSUANT TO 11 U.S.C. § 329(a) AND RULE 2016(b), OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

**R. SCOTT SHUKER**, a partner with the law firm of **SHUKER & DORRIS, P.A.** ("ShukerDorris"), in accordance with 11 U.S.C. § 329(a) and F.R.B.P. 2016(b), state as follows:

1. ShukerDorris has represented **FOODFIRST GLOBAL RESTAURANTS, INC.,** and its affiliates and related entities listed below, which are jointly-administered debtors and debtors-in-possession (collectively, hereinafter referred to as the "Debtors"), since April 1, 2020 in connection with these cases.

2. Prior to the commencement of this case, Debtors advanced $141,817.30 for post-petition services and expenses. ShukerDorris will hold the Advance Fee in its trust account and apply the Advance Fee to its periodic billings subject to interim and final application for compensation and approval by the Court. ShukerDorris has not shared, or agreed to share, the Advance Fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of ShukerDorris.

1 Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-LVV; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No: 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-LVV; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

**Exhibit "B"**

3. Debtors paid ShukerDorris $71,918.70 on a current basis, for services rendered and costs incurred prior to commencement of this case, including the preparation of eight petitions for reorganization under Chapter 11 of the Code, all related initial pleadings filed in this case, and prepetition expenses in this case, including the filing fee for the seven voluntary petitions.

4. The Debtors have been advised, that upon application and subject to Court approval, they shall be responsible for all fees and actual expenses incurred by ShukerDorris.

5. ShukerDorris has not shared, or agreed to share, the advance fee, additional fees, or subsequent reimbursement of expenses with any other entity, other than partners or regular associates of ShukerDorris.

6. ShukerDorris did not agree to any variation from its standard billing arrangements.

7. No professional included in this engagement varied their rates based on geographic location.

8. The billing rates reflected herein, as to Debtors, have not changed in the preceding twelve months.

**DATED AND EXECUTED** this 22nd day of April 2020.

R. Scott Shuker
Florida Bar No. 9844692
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for Debtors*