UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

FOODFIRST GLOBAL RESTAURANTS, INC.,
et al.,

    Debtors.

_____/

Chapter 11

Case No. 6:20-bk-02159-LVV,
Jointly Administered with:
6:20-bk-02161-LVV; 6:20-bk-02162-LVV; 6:20-bk-02163-LVV;
6:20-bk-02164-LVV; 6:20-bk-02165-LVV; 6:20-bk-02166-LVV;
6:20-bk-02167-LVV

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Mark J. Wolfson, appearing as proposed counsel on behalf of the Official Committee of Unsecured Creditors, requests service of all notices and papers herein upon the address listed below, pursuant to section 1109 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure.

        FOLEY & LARDNER LLP
        Mark J. Wolfson (FBN 0352756)
        100 N. Tampa Street, Suite 2700
        Tampa, Florida  33602
        (813) 229-2300 (telephone)
        (813) 221-4210 (facsimile)
        Primary email: mwolfson@foley.com
        Secondary email: crowell@foley.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the Reorganized

4852-8843-3594.1

Debtor, its property, or its estate.  The undersigned requests that his name be added to the mailing matrix.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Service of Papers* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of:  (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedy; and (vi) any other rights, claims actions, defenses, setoffs, and recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 22, 2020                                                Respectfully submitted,

/s/ Mark J. Wolfson
Mark J. Wolfson (FBN 0352756)
FOLEY & LARDNER LLP
100 N. Tampa Street, Suite 2700
Tampa, Florida  33602
(813) 229-2300 (telephone)
(813) 221-4210 (facsimile)
Primary email: mwolfson@foley.com
Secondary email: crowell@foley.com

***Proposed Counsel for the Official Committee of Unsecured Creditors***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed and served this 22nd day of April via the CM-ECF filing system which will send email notification to those registered recipients.

                                                */s/ Mark J. Wolfson*
                                                Attorney