# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

In Re:

FOODFIRST GLOBAL RESTAURANTS, INC., *et al*.,

        Debtors.

CHAPTER 11

CASE NO.: 6:20-bk-02159-LVV

Jointly Administered[1]

## MOTION FOR ADMISSION OF BRADFORD J. SANDLER TO PRACTICE PRO HAC VICE, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT

The Official Committee of Unsecured Creditors ("UCC"), by and through its proposed undersigned counsel, pursuant to Local Rule 2090-1, hereby files this Motion to Admit Bradford J. Sandler ("Movant") of Pachulski Stang Ziehl & Jones LLP Pro Hac Vice in the above-styled action. In support of this motion, Movant states as follows:

1. Movant is licensed to practice in the States of New York, Pennsylvania, Delaware, and New Jersey and is a member in good standing of the bar of said states.

2. Movant is admitted to practice before the United States District Court for Delaware; New Jersey; the Eastern District of Pennsylvania; and the Southern District of New York.

3. Movant designates Mark J. Wolfson, a resident Florida attorney, of the law firm of Foley & Lardner LLP, who is qualified to practice in this Court and who consents to designation as local counsel.

---

[1] Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No. 6:20-bk-002159-LVV; FoodFirst Global Holdings, Inc., Case No. 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No. 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No. 6:20-bk-02163-LLV; Brio Tuscan Grille of Baltimore, LLC, Case No. 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No. 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No. 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

4. Movant certifies that he has never been disbarred and is not currently suspended from practice in the States of New York, Pennsylvania, Delaware, and New Jersey, or any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

5. Movant certifies that he has not previously moved for admission pro hac vice to appear in a proceeding in the United States District Court for the Middle District of Florida.

6. Movant certifies further that he will make himself familiar with and shall be governed by the local rules of this Court, the rules of professional conduct, and all other requirements governing the Middle District of Florida District Court and the Orlando Division of the United States District Court.

7. Movant's business address, telephone number, facsimile number and e-mail address are as follows: Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017-2024; Telephone: (212) 561-7704; Facsimile: (212) 561-7777; E-Mail: bsandler@pszjlaw.com.

8. Within fourteen days from the date of an order granting this motion, Movant shall pay to the Clerk of the United District Court for the Middle District of Florida an Attorney Special Admission Fee in the amount of $150.00 accompanied by a copy of the Court's order. Upon payment of the fee, Movant shall file a Notice of Compliance with the Clerk of the United States Bankruptcy Court.

WHEREFORE, Movant respectfully requests entry of an order authorizing his admission to practice and represent the UCC in this case and any related proceedings.

Dated this 22nd day of April, 2020.

                                                                                            */s/ Bradford J. Sandler*
                                                                                            Bradford J. Sandler
                                                                                            New York Bar No. BS1367
                                                                                            PACHULSKI STANG ZIEHL & JONES LLP
                                                                                            780 Third Avenue, 34th Floor
                                                                                            New York, NY 10017-2024
                                                                                            Telephone: (212) 561-7704
                                                                                            Facsimile: (212) 561-7777
                                                                                            E-Mail: bsandler@pszjlaw.com

                                                                                            Attorneys for the Official Committee
                                                                                            of Unsecured Creditors

**CONSENT TO ACT AS LOCAL COUNSEL**

I, Mark J. Wolfson, an attorney qualified to practice in this Court, consent to designation as local attorney for Bradford J. Sandler of Pachulski Stang Ziehl & Jones LLP, and agree to serve as designee with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1.

/s/ Mark J. Wolfson
Mark J. Wolfson
Florida Bar No. 352756
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33609
Telephone: (813) 225-4119
E-Mail: mwolfson@foley.com

*Local Counsel to the Official Committee of Unsecured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **MOTION FOR ADMISSION OF BRADFORD J. SANDLER TO PRACTICE PRO HAC VICE, DESIGNATION OF LOCAL COUNSEL, AND CONSENT TO ACT** has been served on this 22nd day of April, 2020 electronically via the Court's CM/ECF system upon the **CM/ECF participants**.

/s/ Mark J. Wolfson
Mark J. Wolfson

4844-3476-0378.3