**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **IN RE** | **CHAPTER 11** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.**, *et al.*, | **CASE NO.: 6:20-bk-02159-LVV** |
| | **Jointly Administered**[1] |
| **Debtors.** | |

**JOINT MOTION FOR ORDER ESTABLISHING A PROCEDURE FOR (I) DETERMINING CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT, (II) AUTHORIZING THE DEBTORS TO PAY CERTAIN PRE-PETITION CLAIMS ARISING UNDER THE PERISHABLE AGRICULTURAL COMMODITIES ACT; AND (III) GRANTING RELATED RELIEF**

COMES NOW FoodFirst Global Restaurants, Inc. ("FoodFirst"), and seven of its affiliates or subsidiaries (the "Affiliated Debtors") ("FoodFirst and the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), Produce Alliance, LLC, ("Produce Alliance"), Get Fresh Produce, Inc. ("Get Fresh"), Gulf Coast Produce Distributors, Inc. ("Gulf Coast"), PPINC., LLC d/b/a Premier Produce ("Premier"), Premier Produce Central Florida, LLC t/a Downtown Produce ("Downtown"), Sirna & Sons, Inc. t/a Sirna & Sons Produce ("Sirna"), and Willie Itule Produce Inc. ("Itule"), (Produce Alliance, Get Fresh, Gulf Coast, Premier, Downtown, Sirna, and Itule are hereinafter collectively referred to as the "PACA Creditors"), by and through their respective undersigned counsel, and hereby jointly move the Court for an Order establishing a procedure for determining claims arising under the trust provisions of the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c) ("PACA") and (ii) authorizing the Debtors to pay certain pre-petition claims arising under the PACA; and (iii) granting related relief.  In support of this Joint Motion, the Debtors and PACA Creditors state as

---

[1] The Debtors in these jointly administered cases are: Food First Global Restaurants, LLC, Case No. 6:20-bk-02159; FoodFirst Global Holdings, LLC, Case No. 6:20-bk-02161; Brio Tuscan Grille of Maryland, Inc., Brio Marlton, LLC, Case No. 6:20-bk- 02162; Brio Tuscan Grille of Baltimore, LLC, Case No. 6:20-bk-02164; Cherry Hill To, LLC, Case No. 6:20-bk-02166; Brio Tuscan Grille of Cherokee, LLC, Case No. 6:20-bk-02165; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167.

follows:

1. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. §157(b)(2).

3. Venue is proper in this Court under 28 U.S.C. §§1408 ad 1409.

4. The statutory bases for relief sought in this Motion are Sections 105(a), 507(a), and 541 of the Bankruptcy Code.

5. Debtors filed voluntary petitions seeking relief under chapter 11 of the Bankruptcy Code on April 10, 2020.

6. Debtors purchased wholesale quantities of fruits and vegetables from suppliers for use in Debtors' restaurants under the Bravo or Brio name across the country.

7. Upon information and belief, PACA Creditors and similarly situated creditors assert claims against the Debtors arising from the sale of perishable agricultural commodities subject to protection under the PACA trust provisions.

8. PACA requires prompt payment and provides super-priority protection to fresh fruit and vegetable sellers, including the establishment of a statutory non-segregated trust (the "PACA Trust") consisting of a buyer's inventory of perishable agricultural commodities, inventories of food or other products derived from the perishable agricultural commodities, and any receivables or proceeds from the sale of such commodities. 7 U.S.C. §499e(c)(2).

9. In order for Debtors, PACA Creditors, and other interested parties to qualify and quantify the PACA trust claims asserted against the Debtors' estates, Debtors and PACA Creditors seek to have this Court establish the following procedure for the determination of PACA claims against the Debtors:

  a. Within 5 days of the entry of an Order approving this procedure, Debtors' counsel shall serve a copy of the PACA Order on all creditors and parties in interest, including all known PACA claimants, and file a Certificate of Service with the Court.

  b. Any creditor alleging or asserting a claim against any of the Debtors pursuant to the trust provisions of PACA (a "PACA Claimant") shall file with the Court via the Court's Claim Registry and serve on Debtor's counsel on or before June 1, 2020 (the "PACA

    Claims Bar Date"), a completed Proof of Claim form substantially similar to the form attached hereto as Exhibit A (the "PACA Proof of Claim") alleging unpaid produce sold pursuant to the PACA Trust, and copies of all documents supporting such claim, including (i) an itemized statement of account, (ii) the PACA Claimant's unpaid invoices; (iii) any agreement between Debtor(s) and PACA claimant to interest or attorneys' fees, and (iv) any notice of intent to preserve PACA trust benefits sent by PACA Claimant to Debtor(s).

c. Any PACA Claimant that fails to timely file a Proof of Claim will be forever barred from asserting a PACA claim against any PACA Trust Assets or assets of the Debtors other than as a general unsecured creditor.

d. No later than June 22, 2020 (the "Deadline to Object to PACA Proofs of Claim") any party in interest, including the Debtors, may file with the Court an objection to the amount, validity, or enforceability of any of the PACA Claims filed with the Court. All objections shall be served on Debtors' counsel and the PACA Claimant(s) whose claim is/are the subject of the objection. The objecting party shall set forth in detail the legal and factual basis for the objection including, if applicable, (1) the specific invoices subject to the objection, (2) the amount of the claim subject to the objection, and (3) the amount of the claim not subject to the objection (a "Claim Objection").

e. Any PACA Claim, or portion thereof, to which no objection has been timely filed shall be deemed an allowed PACA Claim and shall be paid within ten (10) days, or on or by July 2, 2020.

f. On or before July 13, 2020, any PACA Claimant whose PACA Claim was the subject of a Claim Objection shall file with the Court a Response to the Claim Objection.

g. The Bankruptcy Court shall thereafter schedule hearings at a date, time and location to be determined by the Court on all objections filed.

h. Debtors shall segregate sufficient funds to satisfy all PACA Claims, in an amount not less than $900,000.00, which amount shall be increased if the filed PACA Claims exceed this amount (the "Segregated PACA Funds"). The Segregated PACA Funds shall exclusively be used to pay allowed PACA Claims until all allowed PACA Claims are paid in full.

i. The Debtors shall pay all allowed PACA Claims within ten (10) days, or on or by July 2, 2020, because PACA Claimants are entitled to prompt payment of their PACA Claims under 7 U.S.C. § 499b(4); 7 C.F.R. § 46.2(aa)(5). To the extent Debtors or other interested party dispute only a portion of a PACA Claim, that undisputed amount shall also be paid by July 2, 2020.

j. In the event a PACA Claimant whose claim is the subject of a Claim Objection reaches an agreement regarding the Claim Objection, Debtors are authorized and directed to pay the agreed amount without further order of the Court.

k. Any PACA Claimant who accepts payment from the Debtors in satisfaction of its

3

        PACA Claim will be deemed to have waived any and all PACA Claims, and any prepetition claims of whatever type, kind, or priority, against the Debtors, their property, their bankruptcy estates, and any PACA Trust Assets, but only to the extent of the amounts paid by Debtors on such PACA Claim. Notwithstanding and in addition to the foregoing, any PACA Claimant also holding non-PACA secured, general unsecured, or administrative claims shall have the right to file a proof of claim, and to take other necessary steps to assert such claims as appropriate under the Bankruptcy Code.

l.     Any Segregated PACA Funds remaining after resolution of all PACA Claims shall be turned over to the Debtors' estate.

m.     The best interests of the Debtors, its creditors, and the estates will be served by the allowance of this Motion.

        **WHEREFORE,** the Debtors and PACA Creditors jointly request that the Court enter an Order establishing the deadlines for the filing and determination of PACA Claims consistent with the relief requested herein, and for all other relief deemed just and proper.

        **RESPECTFULLY SUBMITTED** this 22nd day of April, 2020.

| | |
|---|---|
| SHUKER & DORRIS, P.A. | FURR AND COHEN, P.A. |
| Attorneys for the Debtor | Attorney for PACA Creditors |
| 121 S. Orange Ave., Ste. 1120 | 2255 Glades Road, Suite 301East |
| Orlando, FL 32801 | Boca Raton, FL 33431 |
| (407) 337-2060/(407) 337-2050-fax | (561) 395-0500/(561)338-7532-fax |
| | |
| By /s/ R. Scott Shuker | By /s/ Marc P. Barmat |
|   R. SCOTT SHUKER |   MARC P. BARMAT |
|   Florida Bar No. 0984469 |   Florida Bar No. 0022365 |
|   Email: rshuker@shukerdorris.com |   email: mbarmat@furrcohen.com |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **IN RE** | **CHAPTER 11** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.**, *et al.*, | **CASE NO.: 6:20-bk-02159-LVV** |
| | **Jointly Administered** |
| **Debtors.** | |

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing, together with any exhibits, has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: Debtors, c/o Stephen R. Layt, 420 S. Orange Ave., Suite 900, Orlando, Florida 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, New York 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New York, New York 10036, (vindelicato@proskauer.com); Ron Freed, VP, City National Bank, 555 South Flower St., 16th Floor, Los Angeles, California 90071 (Ron.Freed@cnb.com); Matthew White, Esq., Garrison Funding, 1290 Avenue of Americas, Suite 914, New York, New York 10104 (mwhite@garrisoninv.com), Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, New York 10020 (digiacomo@chapman.com); Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, Florida 32801 (Suzanne.gilbert@hklaw.com); Brian Smith, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, Florida 32801, (brian.smith@hklaw.com); all members of the Creditors' Committee: Brookfield Property Retail, Inc. Attn: Julie Minnick Bowden, National Bankruptcy Director, 350 N. Orleans Street, Suite 300 Chicago, IL 60654 (julie.bowden@brookfieldpropertiesretail.com); Bar Harbor Seafood, Attn: Bradley Boe, Director of Credit, 188 Inverness Drive West Englewood, CO 80112 (Brad.boe@pfgc.com); Simon Property Group, Inc., Attn: Ronald M. Tucker, Vice President/Bankruptcy Counsel, 225 W. Washington Street, Indianapolis, IN 46204 (rtucker@simon.com); all parties entitled to receive CM/ECF noticing; all parties listed on the 1007-2 Parties-in-Interest list as shown on the matrix attached to the original of this motion filed with the Court; and the U.S. Trustee's Office, 400 W. Washington Street, Suite 1120, Orlando, Florida 32801, this 22nd day of April 2020.

                                                       /s/ R. Scott Shuker
                                                       R. Scott Shuker, Esq.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re:<br><br>FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 6:20-bk-2159-LVV<br><br>Jointly Administered |

**PACA PROOF OF CLAIM FORM**

The undersigned submits the Proof of PACA Claim in accordance with the Court's Order granting Debtors' motion approving procedures relating to PACA claims.

| |
|---|
| 1. Name and address of Claimant: _____<br>_____<br>_____<br>_____ |
| 2. PACA License No. of Claimant: _____ |
| 3. Amount of claim subject to the Perishable Agricultural Commodities Act, 7 U.S.C. §499e(c)      $_____ |
| 4. Has this claim been acquired from someone else?     ____ No     ____ Yes  From whom?_____ |
| 5. Does this claim amend one already on file?     ____ No     ____ Yes  Claim number _____  Date filed _____ |
| 6. Provide documents supporting proof of the date of sale, date of delivery of perishable agricultural commodity, and amount of claim owed, including interest and attorneys' fees. |

---

[1] The Debtors in these cases for which joint administration has been sought are: Food First Global Restaurants, LLC, Case No. 6:20-bk-02159; FoodFirst Global Holdings, LLC, Case No. 6:20-bk-02161; Brio Tuscan Grille of Maryland, Inc., Brio Marlton, LLC, Case No. 6:20-bk- 02162; Brio Tuscan Grille of Baltimore, LLC, Case No. 6:20-bk-02164; Cherry Hill To, LLC, Case No. 6:20-bk-02166; Brio Tuscan Grille of Cherokee, LLC, Case No. 6:20-bk-02165; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167.

| | |
|---|---|
| 7. Provide documents establishing that claimant timely gave valid notice of intent to preserve PACA trust rights to the Debtors in accordance with the statutory provisions set forth in 7 U.S.C. §§499e(c)(3)-(4). | |
| The person completing this proof of claim must sign and date it. FRBP 9011 (b) | Check the appropriate line:<br><br>____ I am the creditor<br>____ I am the creditor's attorney or authorized agent. |
| If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. | I understand that an authorized signature on this Proof of Claim serves an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.<br><br>I have examined the information in this Proof of Claim and have a Reasonable belief that the information is true and correct. |
| A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§§152, 157, and 3571. | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on date  _____<br>                              mm/dd/yyyy<br><br>_____<br>          Signature<br><br>**Print the name of the person who completed and signed this claim:**<br><br>Name and Title<br>_____<br>First name         Middle name         Last name         Title<br><br>Company<br>_____<br><br>Address<br>_____<br>          Number      Street<br><br>_____<br>          City                        State                    Zip Code<br><br>Contact phone_____<br><br>Email_____ |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:20-bk-02159-LVV<br>Middle District of Florida<br>Orlando<br>Wed Apr 22 13:10:23 EDT 2020 | James D'Loughy<br>AdvisorLaw PLLC<br>2925 PGA Blvd Ste 204<br>Palm Beach Gardens, FL 33410-2909 | Scott N Opincar<br>MCDONALD HOPKINS LLC<br>600 Superior Ave. E. Ste 2100<br>Cleveland, OH 44114-2653 |
| Ernie Zachary Park<br>Bewley Lassleben & Miller LLP<br>13215 E Penn St  Ste 510<br>Whittier, CA 90602-1797 | Shawn M Riley<br>McDonald Hopkins LLC<br>600 Superior Ave. E. Ste 2100<br>Cleveland, OH 44114-2653 | 100 PRATT ST. VENTURE, LLC<br>PO BOX 780462<br>Philadelphia, PA 19178-0462 |
| 168th and Dodge LP<br>c/o Michelle E. Shriro<br>Singer & Levick PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | AMERICAN EXPRESS PCARD<br>1801 NW 66TH AVE. STE 103C<br>Fort Lauderdale, FL 33313-4571 | ANTHEM BCBS<br>PO BOX 645438<br>CINCINNATI, OH 45264-5438 |
| Alsco Inc<br>c/o James D'Loughy Esq<br>AdvisorLaw PLLC<br>2925 PGA Blvd Ste 204<br>Palm Beach Gardens FL 33410-2909 | (p)C H  ROBINSON WORLDWIDE  INC<br>ATTN BANKRUPTCY TEAM BILL GLAD<br>14701 CHARLSON ROAD<br>SUITE 2400<br>EDEN PRAIRIE MN 55347-5093 | C.H. Robinson Worldwide, Inc.<br>c/o Mark A. Amendola, Esq.<br>Martyn and Associates Co.<br>820 W. Superior Ave 10th Floor<br>Cleveland, OH 44113-1827 |
| CBL & Associates Management, Inc.<br>c/o Buffey Klein<br>Husch Blackwell, LLP<br>1900 N. Pearl St, Ste 1800<br>Dallas, TX 75201-2467 | CHERRY HILL TOWN CTR PARTN<br>1260 SHELTON ROAD<br>ATTN: SHOSHANA MAGDIELI<br>Piscataway, NJ 08854 | City National Bank<br>c/o Franklin H. Top III<br>CHAPMAN AND CUTLER LLP<br>111 West Monroe St<br>Chicago IL 60603-4080 |
| Creditor<br>c/o Leslie C. Heilman<br>Ballard Spahr LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | DOLPHIN MALL ASSOCIATES<br>PO BOX 6700<br>DEPT 189501<br>Detroit, MI 48267-1895 | EASTON TOWN CENTER LLC<br>L-3769<br>Columbus, OH 43260-3769 |
| FAIRFAX COMP OF VIRGINIA<br>P.O BOX 67000<br>DEPT 56501<br>Detroit, MI 48267-0565 | GORDON FOOD SERVICE<br>P.O. BOX 88029<br>CHICAGO, IL 60680-1029 | GULFSTREAM PARK RACING<br>ATTN:  ACCTS RECEIVABLES<br>901 S. FEDERAL HWY<br>Hallandale, FL 33009-7199 |
| Get Fresh Produce, Inc<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | Gordon Food Services, Inc.<br>c/o Jason M Torf<br>200 W. Madison Street, Ste. 3500<br>Chicago, IL 60606-3417 | Gordon Food Services, Inc.<br>c/o John C. Cannizzaro<br>250 West Street<br>Suite 700<br>Columbus, OH 43215-7509 |
| Gordon Food Services, Inc.<br>c/o Michael W. Ott<br>200 W. Madison St, Ste. 3500<br>Chicago, IL 60606-3417 | Gulf Coast Produce Distributors, Inc<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | HINES GLOBAL REIT<br>4875 TOWN CENTER LLC<br>P.O. BOX 742632<br>Atlanta, GA 30374-2632 |
| Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Irvine Spectrum Center LLC<br>a DE LLC<br>c/o Ernie Zachary Park Esq<br>Bewley Lassleben & Miller LLP<br>13215 E Penn St Ste 510<br>Whittier CA 90602-1797 | MICHAEL'S FINER MEATS<br>29037 NETWORK PLACE<br>Chicago, IL 60673-1290 |

```
Mark J. Wolfson, Esq.                Mollie Hart                          Montgomery County
Foley & Lardner LLP                  c/o Anidjar & Levine, P.A.           c/o John P. Dillman
100 North Tampa Street               300 SE 17th Street                   Linebarger Goggan Blair & Sampson LLP
Suite 2700                           Fort Lauderdale, FL 33316-2550       P.O. Box 3064
Tampa, FL 33602-5810                                                      Houston, Tx 77253-3064


OPEN TABLE INC                       PPINC, LLC d/b/a Premier Produce     PRODUCE ALLIANCE LLC
29109 NETWORK PLACE                  c/o Mary Jean Fassett, Esq           PO BOX 7762
Chicago, IL 60673-1291               McCarron & Diess                     Carol Stream, IL 60197-7762
                                     4530 Wisconsin Ave., NW, Ste 301
                                     Washington, DC 20016-4667


PROFORMA                             Pacific Retail Capital Partners      Premier Produce Central FL, LLC
6341 NICHOLAS DRIVE                  c/o Leslie C. Heilman Esq            t/a Downtown Produce
Columbus, OH 43235-5204              BALLARD SPAHR LLP                    c/o Mary Jean Fassett, Esq
                                     919 N. Market St 11th FL             McCarron & Diess
                                     Wilmington, DE 19801-3023            4530 Wisconsin Ave., NW, Ste 301
                                                                          Washington, DC 20016-4667


Produce Alliance LLC                 ROUSE - PARK MEADOWS, LLC            Ronald E. Gold, Esq.
c/o Mary Jean Fassett, Esq           P.O. BOX 86                          Frost Brown Todd LLC
McCarron & Diess                     Minneapolis, MN 55486-3096           3300 Great American Tower
4530 Wisconsin Ave., NW, Ste 301                                          301 E. Fourth Street
Washington, DC 20016-4667                                                 Cincinnati, Ohio 45202-4257


STAR-WEST FRANKLIN PK MALL           Serene Investment Management LLC     Simon Property Group
P.O. BOX 398008                      c/o Denise Dell-Powell, Esq.         Attn: Ronald M. Tucker, Esquire
SAN FRANCISCO, CA 94139-8008         Dean Mead Law Firm                   225 West Washington Street
                                     420 S. Orange Ave Ste 700            Indianapolis, IN 46204-3438
                                     Orlando, FL 32801-4911


Simon Property Group, Inc.           Sirna & Sons, Inc.                   Starwood Retail Partners LLC
c/o Richard B. Webber II, Esquire    t/a Sirna & Sons Produce             c/o Leslie C. Heilman Esq
Zimmerman, Kiser & Sutcliffe, P.A.   c/o Mary Jean Fassett, Esq.          BALLARD SPAHR LLP
PO Box 3000                          McCarron & Diess                     919 N. Market St 11th FL
Orlando, FL 32802-3000               4530 Wisconsin Ave., NW, Suite 301   Wilmington, DE 19801-3023
                                     Washington, DC 20016-4667


TYSONS CORNER CENTER                 The Macerich Company                 The Taubman Landlords c/o
P.O. BOX 849554                      c/o Leslie C. Heilman Esq            Andrew S. Conway, Esq.
Los Angeles, CA 90084-9554           BALLARD SPAHR LLP                    200 East Long Lake Road, Ste 300
                                     919 N. Market St 11th FL             Bloomfield Hills, MI 48304-2324
                                     Wilmington, DE 19801-3023


VORH Associates, LLC                 Village at Gulfstream Park, LLC      WASSERSTROM COMPANY
c/o David M. Blau, Esq.              c/o Leslie C. Heilman                P.O. BOX 182056
Clark Hill PLC                       Ballard Spahr LLC                    COLUMBUS OH 43218-2056
151 S Old Woodward Ave Ste 200       919 N. Market St, 11th Floor
Birmingham, MI 48009-6103            Wilmington, DE 19801-3023


WEST FARMS MALL, LLC                 WMB 2, LLC                           Washington Prime Group Inc.
PO BOX 67000                         TWB Oxmoor 2, LLC                    c/o Steven R. Wirth, Esq.
DEPT 55501                           c/o John P. Brice                    Akerman LLP
Detroit, MI 48267-0555               Wyatt, Tarrant & Combs, LLP          401 E. Jackson Street, Suite 1700
                                     250 West Main St Ste 1600            Tampa, FL 33602-5250
                                     Lexington, KY 40507-1746


Washington Prime Group, Inc.         Watters Creek Owner, LLC             Willie Itule Produce Inc
Attn: Ronald E. Gold, Esquire        c/o Leslie C. Heilman Esq            c/o Mary Jean Fassett, Esq.
3300 Great American Tower            BALLARD SPAHR LLP                    McCarron & Diess
301 E. Fourth Street                 919 N. Market St 11th FL             4530 Wisconsin Ave., NW, Suite 301
Cincinnati, OH 45202-4245            Wilmington, DE 19801-3023            Washington, DC 20016-4667
```

| | | |
|---|---|---|
| YTC Mall Owner, LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 | Mariane L Dorris +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 |
| Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 | John P Dillman +<br>Linebarger Goggan Blair & Sampson LLP<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Ronald M Tucker +<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 |
| Denise D Dell-Powell +<br>Dean Mead Egerton Bloodworth Capouano<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801-4911 | Andrew S Conway +<br>The Taubman Company<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills, MI 48304-2324 | Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 |
| John P Brice +<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 | Marc P Barmat +<br>Furr & Cohen, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Steven R Wirth +<br>Akerman Senterfitt<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 |
| Alan M Burger +<br>McDonald Hopkins LLC<br>505 South Flagler Drive, Suite 300<br>West Palm Beach, FL 33401-5942 | Richard B Webber II+<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson Street<br>Suite 600<br>Orlando, FL 32801-4341 | Mark A Amendola +<br>Martyn and Associates<br>820 Superior Avenue, Northwest<br>Tenth Floor<br>Cleveland, OH 44113-1827 |
| Buffey E Klein +<br>Husch Blackwell LLP<br>2001 Ross Avenue, Suite 2000<br>Dallas, TX 75201-2995 | Leslie C Heilman +<br>Ballard Spahr,LLP<br>919 North Market St, 11th Floor<br>Wilmington, DE 19801-3023 | David M Blau +<br>Clark Hill PLC<br>151 S. Old Woodward Ave., Ste. 200<br>Birminghaum, MI 48009-6103 |
| Ronald E Gold +<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202-4257 | Michelle E Shriro +<br>Singer & Levick, PC<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Jason M Torf +<br>Ice Miller LLP<br>200 W Madison Street, Suite 3500<br>Chicago, IL 60606-3417 |
| Franklin H Top III+<br>Chapman and Cutler LLP<br>111 West Monroe Street<br>Chicago, IL 60603-4080 | Lawrence A Levine +<br>Anidjar & Levine, P.A.<br>300 SE 17th Street<br>Fort Lauderdale, FL 33316-2550 | Mary Jean Fassett +<br>McCarron & Diess<br>4530 Wisconsin Avenue, NW, Suite 301<br>Washington, DC 20016-4667 |

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

   The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
  by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)WMB 2. LLC<br>TWB Oxmoor 2, LLC<br>c/o John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main St Ste 1600<br>Lexington, KY 40507-1746 | (d)Leslie C Heilman +<br>Ballard Spahr,LLP<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3023 | End of Label Matrix<br>Mailable recipients    84<br>Bypassed recipients     2<br>Total                  86 |