**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

**Dated: April 23, 2020**

_____

Lori V. Vaughan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION
### www.flmb.uscourts.gov

In re:

FoodFirst Global Restaurants, Inc.

Case No.
6:20−bk−02159−LVV
Chapter 11

_____ Debtor* _____/

### _ORDER ABATING JOINT MOTION FOR AN ORDER ESTABLISHING A PROCEDURE FOR CLAIMS AND GRANTING RELATED RELIEF_

THIS CASE came on for consideration, without hearing, of the Joint Motion for an Order Establishing a Procedure for Claims and Granting Related Relief by the Debtor and PACA Creditors , Doc. # 76 . After review, the Court determines that the motion , is deficient as follows:

An attestation substantially in compliance with Local Rule 1001−2(e)(3)(B) was not included.

Accordingly it is

***ORDERED:***

Consideration of the motion is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.