**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **IN RE** | **CHAPTER 11** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.,** *et al.*, | **CASE NO.: 6:20-bk-02159-LVV** |
| | **Jointly Administered[1]** |
| **Debtors.** | |

**NOTICE OF CONTINUED PRELIMINARY HEARING**
(Telephonic Appearance via Courtcall Only)

**PLEASE TAKE NOTICE** that a continued preliminary hearing has been set before the Honorable Lori V. Vaughan, United States Bankruptcy Judge, on **Friday, April 24, 2020 at 2:00 p.m., at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom D, Orlando, Florida 32801**, however, all parties are directed to appear telephonically via Courtcall pursuant to paragraph number 5 below, to consider and act upon the following:

**EMERGENCY MOTION FOR AUTHORITY TO USE CASH COLLATERAL AND REQUEST FOR EMERGENCY PRELIMINARY HEARING**
**(Doc. No. 9 filed in 6:20-bk-02159-LVV);**

**EMERGENCY MOTION FOR ORDER AUTHORIZING APPROVAL OF MANAGEMENT AND ACCOUNTING AGREEMENT**
**(Doc. No. 14 filed in 6:20-bk-02159-LVV);**

and

**EMERGENCY MOTION OF DEBTORS SEEKING ENTRY OF AN INTERIM AND FINAL ORDER: (A) AUTHORIZING THE DEBTORS TO OBTAIN POST PETITION FINANCING FROM THE DIP LENDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, AND 364; (B) PROVIDING LIENS, SECURITY INTERESTS AND SUPERPRIORITY CLAIMS TO THE DIP LENDER; (C) MODIFYING THE**

---

[1] Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-LVV; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No: 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-LVV; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

**AUTOMATIC STAY TO ALLOW THE DIP LENDER TO TAKE CERTAIN ACTIONS; (D) GRANTING ADEQUATE PROTECTION TO CERTAIN PREPETITION SECURED PARTIES AND (E) APPROVING THE FORM AND METHOD OF NOTICE THEREOF AND REQUEST FOR EMERGENCY HEARING**
(Doc. No. 23 filed in 6:20-bk-02159-LVV)

and transact such other business as may properly come before the meeting.

1. The hearing may be continued upon announcement made in open Court without further notice.

2. All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

3. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

4. Avoid delays at the Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

5. Telephonic appearance before Judge Vaughan through CourtCall procedures:

    i. Telephonic appearances must be arranged by contacting CourtCall at 866-582-6878 not later than 5 p.m., EST, on the business day prior to the hearing date.

    ii. CourtCall will provide counsel with written confirmation of a telephonic appearance and give counsel a number to call to make that appearance.

    iii. Counsel is responsible for dialing into the call by the time of the scheduled hearing. CourtCall does not place calls to counsel.

    iv. Please direct questions regarding charges and payment arrangements directly to CourtCall.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing has been furnished either electronically or by U.S. First Class Mail or FedEx Overnight (where indicated), by email (if email address is known) and by fax (if known) to: has been furnished by facsimile, electronic transmission and/or U.S. First Class mail, postage prepaid, to: Debtors, c/o Stephen R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, NY 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New


York, NY 10036, vindelicato@proskauer.com; Ron Freed, Vice President, Ron.Freed@cnb.com; City National Bank, 555 South Flower St., 16th Floor, Los Angeles, CA 90071; Matthew White, Esq., mwhite@garrisoninv.com, Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020; digiacomo@chapman.com; Garrison Funding; Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, Suzanne.gilbert@hklaw.com; Brian Smith, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, brian.smith@hklaw.com; all members of the Creditors' Committee: Brookfield Property Retail, Inc. Attn: Julie Minnick Bowden, National Bankruptcy Director, 350 N. Orleans Street, Suite 300 Chicago, IL 60654 (julie.bowden@brookfieldpropertiesretail.com); Bar Harbor Seafood, Attn: Bradley Boe, Director of Credit, 188 Inverness Drive West Englewood, CO 80112 (Brad.boe@pfgc.com); Simon Property Group, Inc., Attn: Ronald M. Tucker, Vice President/Bankruptcy Counsel, 225 W. Washington Street, Indianapolis, IN 46204 (rtucker@simon.com); Mark J. Wolfson, Esq., a/f Creditors' Committee, Foley & Lardner LLP, 100 N. Tampa Street, Suite 2700, Tampa, FL 33602 (mwolfson@foley.com) and (crowell@foley.com); the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801; the list of 20 largest unsecured creditors; and the Local Rule 1007-2 Parties-in-Interest List as shown on the matrix filed with the original of this notice filed with the Court on this 22nd day of April 2020.


/s/ R. Scott Shuker
R. Scott Shuker
Florida Bar No.: 984469
rshuker@shukerdorris.com
Mariane L. Dorris
Florida Bar No.: 0173665
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Tel: (407) 337-2060
Fax: (407) 337-2050
*Attorneys for the Debtor*