**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:20-bk-02159-LVV** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.,** *et al.*, Debtors. _____/ | **CHAPTER 11** <br><br> **Jointly Administered** <br> **EMERGENCY RELIEF REQUESTED ON OR BEFORE APRIL 30, 2020** |

**DEBTORS' SECOND EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY EFFECTIVE AS OF APRIL 30, 2020**
(Emergency Relief Requested)

**FOODFIRST GLOBAL RESTAURANTS, INC.,** ("FoodFirst" or "Debtor"), a Ohio corporation, and seven (7) of its affiliates or subsidiaries (the "Affiliated Debtors") ("FoodFirst" and the "Affiliated Debtors" are hereinafter collectively referred to as the "Debtors"), where appropriate), by and through their undersigned counsel, and pursuant to Section 365(a) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 6006 of the Federal Rules of Bankruptcy Procedure, hereby request the entry of a second order authorizing the rejection of certain unexpired leases of non-residential real property (identified below). In support thereof, Debtors state as follows:

**Background**

1.  On April 10, 2020 (the "Petition Date"), the Debtors filed petitions for relief under Chapter 11 of the Bankruptcy Code. The Debtors are authorized to continue to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these chapter 11 cases. The Debtors' chapter 11 cases, and the cases of seven (7) affiliated entities, are subject to a request for joint administration for procedural purposes pursuant to Bankruptcy Rule 1015(b).

2.  FoodFirst was created in May of 2018 and thereafter acquired Brio Tuscan Grille, which was renamed Brio Italian Mediterranean, ("Brio"), and Bravo Cucina Italiana, renamed BRAVO Fresh Italian, ("Bravo" and collectively, the "Restaurants"), in a $100 million transaction that closed May 24, 2018. Brio was positioned within the upscale casual dining market, while Bravo was marketed toward the core casual dining market. When acquired, Brio and Bravo operated 110 locations in 32 states across the country reporting annual sales of more than $400 million for 2017 with nearly 10,000 employees. Bravo's first location opened in 1992 in Columbus, Ohio, with the first Brio restaurant opening in Columbus five years later. By 2006, the Restaurants expanded to 19 states with 31 Bravo and 19 Brio locations.

3.  From 2006 to 2010 the Restaurants underwent substantial expansion reaching 28 states with 85 total locations, including 47 Bravos and 38 Brios. By the end of 2013 there were 107 Restaurant locations.  Unfortunately, due to changes in the marketplace and the economy, by the end of 2019, annual sales were only $307 million, which was significantly below expectations.

4.  Currently, the pressing operational issue before the Debtor is reducing the number of Restaurants while providing intense attention for underperformers.  As of January 2020, ten locations were closed, and since then a substantial number of additional locations have been closed. The Debtors have been continuing to review underperforming locations for potential closure.

5.  FoodFirst formerly occupied the attached list of ten (10) leased premises pursuant to respective non-residential real property leases (collectively, the "Leases").  A list of the Leases is attached hereto as **Exhibit "A"** and is incorporated herein by reference. Copies of the Leases are available upon request from the undersigned.  Nine (9) of the Leases are restaurants and one (1) is the Debtor's corporate office headquarters.  With approval of the Management Agreement on April 24, 2020, Debtor no longer requires the corporate office headquarters.

6. In general, the Leases, require the payment of base monthly rent, applicable sales taxes, and prorated common area and real estate tax expenses associated with the applicable location.

7. Each of the Leases representing restaurant locations are closed for business due to the Pandemic. The Leases have not been rejected and remain an asset of FoodFirst and its estate pursuant to which administrative rent claims continue to accrue. Debtors intend to pursue a sale of their assets and an assignment/assumption of certain leases. In consultation with the likely purchaser and from Debtors' own review of the operations, none of the Leases are sustainable and, as such, it is the business judgment of management company that such leases should be rejected.

8. Prior to the Petition Date, existing management identified the Leases as potentially subject to rejection. However, Debtor wanted input of the management company both as to the viability of the restaurant locations and the corporate office headquarters. The management company spent time during the past weekend reviewing the Leases and concluded none of the Lease provide a benefit to the estate.

9. Accordingly, by this Motion Debtors seek to reject the Leases pursuant to Section 365(a) of the Bankruptcy Code effective as of April 30, 2020. The Debtors no longer require the leases for an effective reorganization or sale.

**Relief Requested**

10. Pursuant to Sections 365(a) and 1107(a) of the Bankruptcy Code, a debtor-in-possession may assume or reject any executory contract or unexpired lease of the debtor, subject to court approval. The right of a debtor-in-possession to reject unexpired leases and executory contracts is fundamental to the bankruptcy process because it supplies a mechanism to eliminate financial burdens on the bankruptcy estate. See *In re Wells*, 227 B.R. 553, 564 (Bankr. M.D. Fla. 1998). The United States Court of Appeal for the Eleventh Circuit has noted that the decision to reject an executory contract or unexpired lease is primarily administrative and should be given great deference

by the court, subject only to a review under the "business judgment" rule. See *In Re Gardinier, Inc.*, 831 F.2d 974, 976, n. 2 (11th Cir. 1987). For the reasons set forth below, the Debtors' rejection of the Leases comports with the requirements of Section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

11. Here, the Debtors have concluded that the Leases are not necessary for an effective reorganization or sale and have determined that continued performance under the Leases would constitute an unnecessary drain upon the financial resources of the Debtors without any corresponding benefit to their bankrupt estates, inasmuch as the Debtors no longer occupy their respective locations. In light of the foregoing, Debtors have determined, in the exercise of their business judgment, that rejection of the Leases is in the best interests of their bankrupt estates. Accordingly, Debtors submit that the rejection of the Leases comports with the requirements of Section 365(a) of the Bankruptcy Code and satisfies the business judgment rule.

**WHEREFORE**, in light of the foregoing, Debtors respectfully request the Court enter an order: (i) authorizing the rejection of the Leases; (ii) determining that such rejection is effective as of April 30, 2020; (iii) allowing Debtors ten (10) days to remove any personal property; and (iv) granting such additional and further relief as the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 28th day of April 2020.

/s/ R. Scott Shuker, Esq.
R. Scott Shuker, Esq.
Florida Bar No. 984469
rshuker@shukerdorris.com
Mariane L. Dorris, Esq.
Florida Bar No. 0098158
mdorris@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Avenue, Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.: 6:20-bk-02159-LVV** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.,** *et al.*, Debtors. _____/ | **CHAPTER 11** <br><br> **Jointly Administered** |

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true copy of **DEBTORS' SECOND EMERGENCY MOTION FOR ORDER AUTHORIZING REJECTION OF UNEXPIRED LEASES OF NON-RESIDENTIAL REAL PROPERTY** *EFFECTIVE AS OF* **APRIL 30, 2020**, has been furnished either electronically or by U.S. First Class, postage prepaid mail to: the landlords noted on the matrix attached hereto as Exhibit "A"; APC Workforce Solutions, LLC, c/o Christine Rodriguez, crodriguez@workforcelogiq.com; Red Development, LLC, c/o Maegan Lawson, mlawson@newmarkmtp.com; Jeffrey R. Anderson Real Estate, Inc., c/o Mindy Heizer, mheizer@anderson-realestate.com; Winter Park Town Center LTD, c/o Ryan E. Davis, Esq., rdavis@whww.com and Sheila Hutchins, shutchins@castoinfo.com; Crocker Partners Property Management, LLC, c/o Judy Meador, jmeador@starkenterprises.com; Somerset Collection Limited Partnership, c/o Lynn Temby, ltemby@theforebescompany.com; West Farms Mall, LLC, c/o Jennifer Tressel, jtressel@taubman.com; Freemall Associates, LLC, c/o Stacie Ludwigsen, Stacie.Ludwigsen@macerich.com; The Irvine Company LLC, c/o Tangla Waddy, twaddy@irvinecompany.com; Fairfax Company of Virginia LLC, c/o Janice Sanders, jsanders@taubman.com; Debtors, c/o Stephen R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, NY 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New York, NY 10036, vindelicato@proskauer.com; Ron Freed, Vice President, Ron.Freed@cnb.com; City National Bank, 555 South Flower St., 16th Floor, Los Angeles, CA 90071; Matthew White, Esq., mwhite@garrisoninv.com, Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020; digiacomo@chapman.com; Garrison Funding; Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, Suzanne.gilbert@hklaw.com; Brian Smith, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, brian.smith@hklaw.com; creditors' Committee: Brookfield Property Retail, Inc. Attn: Julie Minnick Bowden, National Bankruptcy Director, 350 N. Orleans Street, Suite 300 Chicago, IL 60654 (julie.bowden@brookfieldpropertiesretail.com); Bar Harbor Seafood, Attn: Bradley Boe, Director of Credit, 188 Inverness Drive West Englewood, CO 80112 (Brad.boe@pfgc.com); Simon Property Group, Inc., Attn: Ronald M. Tucker, Vice President/Bankruptcy Counsel, 225 West Washington Street, Indianapolis, IN 46204 (rtucker@simon.com); Bradford J. Sandler, Esq., Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, bsandler@pszjlaw.com; Mark J. Wolfson, Esq., Foley & Lardner LLP, 100 N. Tampa Street, Suite 2700, Tampa, Florida 33602, mwolfson@foley.com; all parties listed on the 1007-2 Parties-in-Interest list as shown on the matrix attached to the original of

this motion filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801 on this 28th day of April 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

**EXHIBIT "A"**

| Debtor/Lessee | Landlord | Store | Landlord (Notice Address in Lease) |
|---|---|---|---|
| FoodFirst Global Restaurants, Inc. | MAIN LL: Piedmont-CNL Towers Orlando Owner, LLC<br><br>Sub LL: APC Workforce Solutions, LLC | CNL Center Tower II 420 South Orange Ave., Suite 900 Orlando, FL 32801 Attn: Mike Ellis, Chief Development Officer | MAIN LL:<br>c/o Piedmont Office Realty Trust<br>5565 Glenridge Connector NE<br>Suite 450<br>Atlanta, GA 30342<br>Attn: Florida Asset Manager<br><br>Piedmont Office Realty Trust<br>250 S Orange Avenue, Suite 120P<br>Orlando, FL 32801<br>Attn: Property Manager<br><br>SUB LL:<br>APC Workforce Solutions, LLC<br>CNL Center Tower II<br>420 South Orange Avenue, Suite 600<br>Orlando, FL 32801<br>Attn: Legal Department |
| Bravo Brio Restaurant Group, Inc. | Somerset Collection Limited Partnership | 2801 W Big Beaver Road Space E-150, Troy, MI 48084 | 100 Galleria Officentre, Suite 427<br>P.O. Box 667<br>Southfield, MI 48037-0667 |
| FoodFirst Global Restaurants, Inc. | Winter Park Town Center, Ltd. | 480 N. Orlando Ave. Ste. 108, Winter Park, FL 32789 | Brookfield Properties, 350 North Orleans St., Suite 300, Chicago, IL 60654<br>Attn: Legal Department |
| FoodFirst Global Restaurants, Inc. | CP Commercial Delaware LLC | 200 Crocker Park Blvd., Westlake, OH 44145 | CP Commercial Delaware, LLC<br>c/o Robert L. Stark Enterprises, Inc.<br>629 Euclid Avenue, Suite 1300<br>Cleveland, OH 44114<br><br>Mr. Robert A. Fuerst<br>Kohrman Jackson & Krantz P.L.L.<br>1375 East Ninth Street, 20th Floor<br>One Cleveland Center<br>Cleveland, OH 44114 |
| FoodFirst Global Restaurants, Inc. | Irvine Spectrum Center LLC | 618 Spectrum Center Drive, Irvine, CA 92618 | The Irvine Company LLC<br>101 Innovation<br>Irvine, CA 92617<br>Attn: General Counsel, Retail Properties<br><br>71 Fortune Drive, Suite 970<br>Irvine, CA 92618 |
| Bravo Brio Restaurant Group, Inc. | West Farms Mall, LLC | 500 Westfarms Mall Farmington, CT 06110 Space No. F228 | West Farms Mall, LLC<br>c/o The Taubman Company, Agent<br>Suite 300<br>Bloomfield Hills, Michigan 48304-2324<br>Attention: General Counsel |
| Bravo Brio Restaurant Group, Inc. | Fairfax Company of Virginia, LLC | 11750 Fair Oaks Mall, Fairfax, VA 22033 Space B216 | Fairfax Company of Virginia, LLC<br>c/o The Taubman Company, LLC<br>200 East Long Lake Road<br>Bloomfield Hills, Michigan 48304 |

7

| | | | |
|---|---|---|---|
| | | | Attention: Susan Hartman |
| Bravo Brio Restaurant Group, Inc. | Freemall Associates, LLC | 3710 Route 9<br>Freehold, NJ 07728<br>Space J-202 | Freemall Associates, LLC<br>Suite 1000<br>3710 Route 9<br>Freehold, New Jersey 07728<br>Attention: Center Manager<br><br>With a copy to:<br>Freemall, Associates, LLC<br>c/o Macerich<br>PO Box 2172<br>401 Wilshire Boulevard, Suite 700<br>Santa Monica, California 90407<br>Attention: Legal Department |
| Bravo Development, Inc. | Little Rock Development Company, LLC | 17815 Chenal Parkway<br>Little Rock, AR 72223 | RED Development, LLC<br>One East Washington Street, Suite 300<br>Phoenix, AZ 85004-2513<br>Attention: Lease Legal Notices<br><br>With a copy to:<br>RED Development, LLC<br>7500 College Boulevard, Suite 750<br>Overland Park, KS 66210-4035<br>Attention: Lease Legal Notices |
| Bravo Brio Restaurant Group, Inc. | Rookwood Exchange Operating, LLC | 3825 Edwards Rd #101, Cincinnati, OH 45209 | c/o Jeffrey R. Anderson Real Estate, Inc.<br>Rookwood Tower<br>3805 Edwards Road<br>Suite 700<br>Cincinnati, Ohio 45209<br><br>With a copy to:<br>Dinsmore & Shohl, LLP<br>Attention: Richard B. Tranter, Esq.<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202 |

```
Label Matrix for local noticing          John Cannizzaro                          James D'Loughy
113A-6                                   ICE MILLER LLP                           AdvisorLaw PLLC
Case 6:20-bk-02159-LVV                   250 West Street, Suite 700               2925 PGA Blvd Ste 204
Middle District of Florida               Columbus, OH 43215-7509                  Palm Beach Gardens, FL 33410-2909
Orlando
Tue Apr 28 13:45:44 EDT 2020

Scott N Opincar                          Michael Ott                              Ernie Zachary Park
MCDONALD HOPKINS LLC                     Ice Miller, LLP                          Bewley Lassleben & Miller LLP
600 Superior Ave. E. Ste 2100            200 W Madison Street                     13215 E Penn St  Ste 510
Cleveland, OH 44114-2653                 Suite 3500                               Whittier, CA 90602-1797
                                         Chicago, IL 60606-3417

Shawn M Riley                            Bradford J Sandler                       100 PRATT ST. VENTURE, LLC
McDonald Hopkins LLC                     Pachulski Stang Ziehl & Jones LLP        PO BOX 780462
600 Superior Ave. E. Ste 2100            780 Third Avenue, 34th Floor             Philadelphia, PA 19178-0462
Cleveland, OH 44114-2653                 New York, NY 10017-2024


168th and Dodge LP                       AMERICAN EXPRESS PCARD                   ANTHEM BCBS
c/o Michelle E. Shriro                   1801 NW 66TH AVE. STE 103C               PO BOX 645438
Singer & Levick PC                       Fort Lauderdale, FL 33313-4571           CINCINNATI, OH 45264-5438
16200 Addison Road, Suite 140
Addison, TX 75001-5377


Alsco Inc                                Brookfield Property REIT, Inc.          (p)C H  ROBINSON WORLDWIDE  INC
c/o James D'Loughy Esq                   Attn:  Robert L. LeHane                  ATTN BANKRUPTCY TEAM BILL GLAD
AdvisorLaw PLLC                          Kelley Drye & Warren LLP                 14701 CHARLSON ROAD
2925 PGA Blvd Ste 204                    101 Park Avenue                          SUITE 2400
Palm Beach Gardens FL 33410-2909         New York, NY 10178-0062                  EDEN PRAIRIE MN 55347-5093

C.H. Robinson Worldwide, Inc.            CBL & Associates Management, Inc.        CHERRY HILL TOWN CTR PARTN
c/o Mark A. Amendola, Esq.               c/o Buffey Klein                         1260 SHELTON ROAD
Martyn and Associates Co.                Husch Blackwell, LLP                     ATTN: SHOSHANA MAGDIELI
820 W. Superior Ave 10th Floor           1900 N. Pearl St, Ste 1800               Piscataway, NJ 08854
Cleveland, OH 44113-1827                 Dallas, TX 75201-2467


City National Bank                       CityPlace Retail, LLC                    Creditor
c/o Franklin H. Top III                  c/o Larry I. Glick, Esq.                 c/o Leslie C. Heilman
CHAPMAN AND CUTLER LLP                   Shutts & Bowen LLP                       Ballard Spahr LLP
111 West Monroe St                       200 S. Biscayne Blvd Ste 4100            919 N. Market Street, 11th Floor
Chicago IL 60603-4080                    Miami, FL 33131-2362                     Wilmington, DE 19801-3023


DOLPHIN MALL ASSOCIATES                  EASTON TOWN CENTER LLC                   FAIRFAX COMP OF VIRGINIA
PO BOX 6700                              L-3769                                   P.O BOX 67000
DEPT 189501                              Columbus, OH 43260-3769                  DEPT 56501
Detroit, MI 48267-1895                                                            Detroit, MI 48267-0565



GORDON FOOD SERVICE                      GULFSTREAM PARK RACING                   Get Fresh Produce, Inc
P.O. BOX 88029                           ATTN:  ACCTS RECEIVABLES                 c/o Mary Jean Fassett, Esq
CHICAGO, IL 60680-1029                   901 S. FEDERAL HWY                       McCarron & Diess
                                         Hallandale, FL 33009-7199                4530 Wisconsin Ave., NW, Ste 301
                                                                                  Washington, DC 20016-4667


Gordon Food Services, Inc.               Gordon Food Services, Inc.               Gordon Food Services, Inc.
c/o Jason M Torf                         c/o John C. Cannizzaro                   c/o Michael W. Ott
200 W. Madison Street, Ste. 3500         250 West Street                          200 W. Madison St, Ste. 3500
Chicago, IL 60606-3417                   Suite 700                                Chicago, IL 60606-3417
                                         Columbus, OH 43215-7509
```

| | | |
|---|---|---|
| Gulf Coast Produce Distributors, Inc<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | HINES GLOBAL REIT<br>4875 TOWN CENTER LLC<br>P.O. BOX 742632<br>Atlanta, GA 30374-2632 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Irvine Spectrum Center LLC<br>a DE LLC<br>c/o Ernie Zachary Park Esq<br>Bewley Lassleben & Miller LLP<br>13215 E Penn St Ste 510<br>Whittier CA 90602-1797 | Liberty Center LLC<br>c/o Gillian D. Williston<br>Troutman Sanders LLP<br>222 Central Park Avenue, Suite 2000<br>Virginia Beach, VA 23462-3038 | MICHAEL'S FINER MEATS<br>29037 NETWORK PLACE<br>Chicago, IL 60673-1290 |
| Mansfield Power & Gas<br>c/o Thompson, O'Brien, Kemp & Nasuti, PC<br>40 Technology Parkway South Ste 300<br>Peachtree Corners, GA 30092-2924 | Mark J. Wolfson, Esq.<br>Foley & Lardner LLP<br>100 North Tampa Street<br>Suite 2700<br>Tampa, FL 33602-5810 | Mollie Hart<br>c/o Anidjar & Levine, P.A.<br>300 SE 17th Street<br>Fort Lauderdale, FL 33316-2550 |
| Montgomery County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | OPEN TABLE INC<br>29109 NETWORK PLACE<br>Chicago, IL 60673-1291 | PPINC, LLC d/b/a Premier Produce<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 |
| PRODUCE ALLIANCE LLC<br>PO BOX 7762<br>Carol Stream, IL 60197-7762 | PROFORMA<br>6341 NICHOLAS DRIVE<br>Columbus, OH 43235-5204 | Pacific Retail Capital Partners<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 |
| Premier Produce Central FL, LLC<br>t/a Downtown Produce<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | Produce Alliance LLC<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | ROUSE - PARK MEADOWS, LLC<br>P.O. BOX 86<br>Minneapolis, MN 55486-3096 |
| Ronald E. Gold, Esq.<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, Ohio 45202-4257 | STAR-WEST FRANKLIN PK MALL<br>P.O. BOX 398008<br>SAN FRANCISCO, CA 94139-8008 | Serene Investment Management LLC<br>c/o Denise Dell-Powell, Esq.<br>Dean Mead Law Firm<br>420 S. Orange Ave Ste 700<br>Orlando, FL 32801-4911 |
| Simon Property Group<br>Attn: Ronald M. Tucker, Esquire<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Simon Property Group, Inc.<br>c/o Richard B. Webber II, Esquire<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>PO Box 3000<br>Orlando, FL 32802-3000 | Sirna & Sons, Inc.<br>t/a Sirna & Sons Produce<br>c/o Mary Jean Fassett, Esq.<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Suite 301<br>Washington, DC 20016-4667 |
| Starwood Retail Partners LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 | TYSONS CORNER CENTER<br>P.O. BOX 849554<br>Los Angeles, CA 90084-9554 | The Macerich Company<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 |
| The Taubman Landlords c/o<br>Andrew S. Conway, Esq.<br>200 East Long Lake Road, Ste 300<br>Bloomfield Hills, MI 48304-2324 | VORH Associates, LLC<br>c/o David M. Blau, Esq.<br>Clark Hill PLC<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009-6103 | Village at Gulfstream Park, LLC<br>c/o Leslie C. Heilman<br>Ballard Spahr LLC<br>919 N. Market St, 11th Floor<br>Wilmington, DE 19801-3023 |

| | | |
|---|---|---|
| WASSERSTROM COMPANY<br>P.O. BOX 182056<br>COLUMBUS OH 43218-2056 | WEST FARMS MALL, LLC<br>PO BOX 67000<br>DEPT 55501<br>Detroit, MI 48267-0555 | WMB 2, LLC<br>TWB Oxmoor 2, LLC<br>c/o John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main St Ste 1600<br>Lexington, KY 40507-1746 |
| Washington Prime Group Inc.<br>c/o Steven R. Wirth, Esq.<br>Akerman LLP<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 | Washington Prime Group, Inc.<br>Attn: Ronald E. Gold, Esquire<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202-4245 | Watters Creek Owner, LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 |
| Willie Itule Produce Inc<br>c/o Mary Jean Fassett, Esq.<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Suite 301<br>Washington, DC 20016-4667 | Winter Park Town Center Ltd<br>c/o Ryan E. Davis Esq<br>Winderweedle Haines Ward Woodman PA<br>329 Park Avenue North Second FL<br>Winter Park FL 32789-7421 | YTC Mall Owner, LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Mariane L Dorris +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 |
| Ronald E Gold +<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202-4257 | Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 | John P Dillman +<br>Linebarger Goggan Blair & Sampson LLP<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| Ronald M Tucker +<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Denise D Dell-Powell +<br>Dean Mead Egerton Bloodworth Capouano<br>420 S. Orange Avenue, Suite 700<br>Orlando, FL 32801-4911 | Andrew S Conway +<br>The Taubman Company<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills, MI 48304-2324 |
| Robert J Feinstein +<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue, 36th Floor<br>New York, NY 10017-2024 | Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 | John P Brice +<br>Wyatt Tarrant & Combs LLP<br>250 West Main Street<br>Suite 1600<br>Lexington, KY 40507-1746 |
| Robert L LeHane +<br>Kelley Drye & Warren LLP<br>101 Park Avenue<br>New York, NY 10178-0062 | Marc P Barmat +<br>Furr & Cohen, P.A.<br>2255 Glades Road, Suite 301E<br>Boca Raton, FL 33431-7383 | Steven R Wirth +<br>Akerman Senterfitt<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 |
| Jason M Torf +<br>Ice Miller LLP<br>200 West Madison Street, Suite 3500<br>Chicago, IL 60606-3417 | Alan M Burger +<br>McDonald Hopkins LLC<br>505 South Flagler Drive, Suite 300<br>West Palm Beach, FL 33401-5942 | Richard B Webber II+<br>Zimmerman Kiser & Sutcliffe PA<br>315 East Robinson Street<br>Suite 600<br>Orlando, FL 32801-4341 |
| Mark A Amendola +<br>Martyn and Associates<br>820 Superior Avenue, Northwest<br>Tenth Floor<br>Cleveland, OH 44113-1827 | Buffey E Klein +<br>Husch Blackwell LLP<br>2001 Ross Avenue, Suite 2000<br>Dallas, TX 75201-2995 | Leslie C Heilman +<br>Ballard Spahr,LLP<br>919 North Market St, 11th Floor<br>Wilmington, DE 19801-3023 |

| | | |
|---|---|---|
| Larry I Glick + <br> Shutts & Bowen LLP <br> 200 South Biscayne Boulevard <br> Suite 4100 <br> Miami, FL 33131-2362 | Megan Wilson Murray + <br> Buchanan Ingersoll & Rooney <br> 401 East Jackson Street, Suite 2400 <br> Tampa, FL 33602-5236 | David M Blau + <br> Clark Hill PLC <br> 151 S. Old Woodward Ave., Ste. 200 <br> Birminghaum, MI 48009-6103 |
| Gillian D. Williston + <br> Troutman Sanders, LLP <br> 222 Central Park Avenue, Suite 2000 <br> Virginia Beach, VA 23462-3038 | Michelle E Shriro + <br> Singer & Levick, PC <br> 16200 Addison Road, Suite 140 <br> Addison, TX 75001-5377 | Franklin H Top III+ <br> Chapman and Cutler LLP <br> 111 West Monroe Street <br> Chicago, IL 60603-4080 |
| Lawrence A Levine + <br> Anidjar & Levine, P.A. <br> 300 SE 17th Street <br> Fort Lauderdale, FL 33316-2550 | Mary Jean Fassett + <br> McCarron & Diess <br> 4530 Wisconsin Avenue, NW, Suite 301 <br> Washington, DC 20016-4667 | Note: Entries with a '+' at the end of the name have an email address on file in CMECF |

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121




        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)WMB 2. LLC <br> TWB Oxmoor 2, LLC <br> c/o John P. Brice <br> Wyatt, Tarrant & Combs, LLP <br> 250 West Main St Ste 1600 <br> Lexington, KY 40507-1746 | (d)Leslie C Heilman + <br> Ballard Spahr,LLP <br> 919 North Market Street, 11th Floor <br> Wilmington, DE 19801-3023 | (d)Ronald E Gold + <br> Frost Brown Todd LLC <br> 3300 Great American Tower <br> 301 East Fourth Street <br> Cincinnati, OH 45202-4257 |

End of Label Matrix
Mailable recipients    98
Bypassed recipients     3
Total                 101