**Fill in this information to identify the case:**

Debtor name **FoodFirst Global Restaurants, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-02159-LVV**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5/8/20_____ X 

Signature of individual signing on behalf of debtor

**Steven R. Layt**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **FoodFirst Global Restaurants, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:20-bk-02159-LVV**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **2,892,300.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **25,210,985.48**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **28,103,285.48**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **30,000,000.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **62,194.67**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$     **15,154,253.01**

4.  Total liabilities ...................................................................................................................
    Lines 2 + 3a + 3b     $     **45,216,447.68**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **FoodFirst Global Restaurants, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **6:20-bk-02159-LVV**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.       **Cash on hand** | **$23,250.00** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| **Huntington Bank Accounts:** **Corporate Concentration (Master)** **Acct. #xxxxxx0021  $703,521.72;** **Corporate Disbursement (Vendors)** **Acct. # xxxxxx2999  $0.00;** **Corporate Payroll** **Acct. # xxxxxx9324  $0.00;** **Store Checking (Vendors outside Fintech)** **Acct. # xxxxxx7542   $10,000.00;** **Ohio Workers Comp.** **Acct. # xxxxxx3485  $0.00;** **Tax Account #xxxxxx8683   $0.00;** **Master Credit Payment** **Acct. #xxxxxx7348  $0.00;** **Insurance Payment** **Acct. #xxxxxx4447  $0.00;** **Trade Payables** **Acct. #xxxxxx6508  $0.00;** **Alcoholic Beverage/Liquor** **Acct. #xxxxxx6511  $0.00;** **Miscellaneous (Rent ACH/other)** **Acct. #xxxxxx3627  $0.00;** **Employee Family Fund (non ZBA)** **Acct #xxxxxx5231  $33,511.35; and** **Master Cash (non ZBA)** | | | |
| 3.1.     **Acct. #xxxxxx7877  $28,384.05** | **Checking Account** | xxxx | **$775,417.12** |

Debtor   **FoodFirst Global Restaurants, Inc.**                    Case number (If known)  **6:20-bk-02159-LVV**
         Name

|  | **City National Bank**<br>**555 S. Flower St.** | | | |
|---|---|---|---|---|
| 3.2. | Los Angeles, CA 90071 | Checking Account | 8579 | $0.00 |

---

4.     **Other cash equivalents** (Identify all)

5.     **Total of Part 1.**                                                            | $798,667.12 |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **Part 2:** | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

       7.1.  **See attached Schedule B - Exhibit 7.1**                                 **$357,993.94**

---

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment
       **NCR for NBO Maintenance  $108,602.64;**
       **Infor US for Lawson Annual Maintenance $72,206.98;**
       **MICROS for ANNUAL SEL/CAEDC Renewal $30,503.47;**
       **Gather for GATHER TECHNOLOGIES $19,199.55;**
       **Wasserstrom Bar Stools - Cherry Stools $10,080.64;**
       **City National City National Loan Admn Fee Annual $3,333.30;**
       **Veeam Annual Veeam Renewal $2,043.02; and**
       8.1.  **Licensing Solutions $56,389.00.**                                       **$302,085.60**

---

9.     **Total of Part 2.**                                                            | $660,079.54 |
       Add lines 7 through 8. Copy the total to line 81.

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    **606,769.00**    -    **0.00**  = ....    **$606,769.00**
                                    face amount              doubtful or uncollectible accounts

---

12.    **Total of Part 3.**                                                           | $606,769.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(If known)* **6:20-bk-02159-LVV** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** **Inventory-Food** **$255,056** **Inventory-Wine** **$149,228** **Inventory-Liquor** **$110,115** **Inventory-Beer** **$19,649** **Inventory-Beverages** **40,831** | | $574,878.00 | Cost | $574,878.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                                                     | $574,878.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value            0.00  Valuation method    **Cost**    Current Value            0.00

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

---

Debtor   **FoodFirst Global Restaurants, Inc.**                                    Case number *(if known)*   **6:20-bk-02159-LVV**
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Indoor and outdoor furniture, smallware, computer hardware, and software.** | **$3,686,448.23** | **Replacement** | **$3,686,448.23** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                                    | **$3,686,448.23** |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.   **Aircraft and accessories** | | | |
| 50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Various furniture, fixtures, equipment, and appliances.** | **$5,473,951.94** | **Replacement** | **$5,473,951.94** |

51.   **Total of Part 8.**
      Add lines 47 through 50.  Copy the total to line 87.                                    | **$5,473,951.94** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **FoodFirst Global Restaurants, Inc.**          Case number (If known)  **6:20-bk-02159-LVV**
                Name

■ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **1002 Bethel Road located at 3000 Hayden Rd, Columbus, OH 43235** | Fee simple | $1,300,000.00 | Tax records | $1,300,000.00 |
| 55.2.   **1003 Castleton located at 8651 Castlecreek Parkway, Indianapolis, IN 33388 Parcel # 4030360** | Fee simple | $1,592,300.00 | Tax records | $1,592,300.00 |

56.   **Total of Part 9.**                                                                                  | **$2,892,300.00** |
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Copyright  $74,560.32** **Trademarks  $11,233,764.81** | $11,308,325.13 | Replacement | $11,308,325.13 |

Debtor    **FoodFirst Global Restaurants, Inc.**          Case number *(If known)*  **6:20-bk-02159-LVV**
_____
Name

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites** | | |
| | **Website:  www.brioitalian.com** | Unknown | $1.00 |
| 62. | **Licenses, franchises, and royalties** | | |
| | **Various Business for all locations and and** | | |
| | **Liquor licenses.** | | |
| | **See attached Schedule B - Exhibit 62** | $823,559.00 | Replacement | $823,559.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property** | | |
| 65. | **Goodwill** | | |
| | **Goodwill** | $1,278,306.52 | Book | $1,278,306.52 |

66.   **Total of Part 10.**                                                                    | $13,410,191.65 |

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.   **Notes receivable**
Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(If known)* **6:20-bk-02159-LVV** |
|--------|----------------------------------------|------------------------------------------------|
|        | Name |  |

country club membership
**Brio Tuscan Grille of Baltimore, LLC**
**Brio Tuscan Grille of Maryland, Inc.**
**Brio Tuscan Grille of Cherokee, LLC**
**Brio Marlton, LLC**
**Bravo Development of Kansas, Inc.**
**Cherry Hill Two, LLC**

**Unknown**

---

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    **$0.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ■ No
    ☐ Yes

Debtor    **FoodFirst Global Restaurants, Inc.**
_____    Case number *(If known)*  **6:20-bk-02159-LVV**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$798,667.12** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$660,079.54** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$606,769.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$574,878.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$3,686,448.23** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,473,951.94** | |
| 88. **Real property.** *Copy line 56, Part 9.* ...........................................................> | | **$2,892,300.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$13,410,191.65** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$25,210,985.48** | + 91b. **$2,892,300.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$28,103,285.48** |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **FoodFirst Global Restaurants, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-02159-LVV**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  City National Bank**<br>Creditor's Name<br>**Attn: Portfolio Manager**<br>**555 South Flower St, 24th FL**<br>**Los Angeles, CA 90071**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number** | Describe debtor's property that is subject to a lien<br>**All Personal Property**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$6,000,000.00** | Unknown |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. City National Bank**<br>**2. Garrison Loan Agency Service** | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2  Garrison Loan Agency Service**<br>Creditor's Name<br>**Attn: Portfolio Manager**<br>**1290 Ave of Americas Ste 914**<br>**New York, NY 10104**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**May 24, 2018** | Describe debtor's property that is subject to a lien<br>**All Personal Property**<br><br>Describe the lien<br>**UCC**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$24,000,000.00** | Unknown |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **FoodFirst Global Restaurants, Inc.**
_____
Name                              Case number (if known)  **6:20-bk-02159-LVV**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $30,000,000.00

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chapman & Cutler LLP** **Attn: Anthony DiGiacomo, Esq** **1270 Ave of Americas 30th FL** **New York, NY 10020** | Line **2.1** | |
| **City National Bank** **Attn: Managing Counsel** **555 South Flower St, 24th FL** **Los Angeles, CA 90071** | Line **2.1** | |
| **Garrison Loan Agency Service** **Attn:  Legal Department** **1290 Ave of Americas Ste 914** **New York, NY 10104** | Line **2.2** | |
| **Holland & Knight LLP** **Attn:  Eric W. Kimiball** **200 Crescent Court, Ste 1600** **Dallas, TX 75201** | Line **2.2** | |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>FoodFirst Global Restaurants, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td><b>6:20-bk-02159-LVV</b></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Dept of Revenue**<br>PO Box 327790<br>50 N. Ripley<br>Montgomery, AL 36132-7790 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** |  |  |
|  | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Arizona Privilege & Use Tax**<br>PO Box 29010<br>Phoenix, AZ 85038-9010 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** |  |  |
|  | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**2.3**

Priority creditor's name and mailing address

**Arkansas Dept of Finance**
**Ledbetter Building**
**1816 W 7th**
**Ste 1330**
**Little Rock, AR 72201**

Date or dates debt was incurred

Last 4 digits of account number **6328**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.4**

Priority creditor's name and mailing address

**California Dept Tx/Fee Adm**
**450 N Street**
**Sacramento, CA 94279**

Date or dates debt was incurred

Last 4 digits of account number **6328**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.5**

Priority creditor's name and mailing address

**City of Homewood**
**PO Box 59666**
**Homewood, AL 35259**

Date or dates debt was incurred

Last 4 digits of account number **6328**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax - Alcohol**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

**2.6**

Priority creditor's name and mailing address

**City of Huntsville**
**PO Box 11407**
**Birmingham, AL 35246-2108**

Date or dates debt was incurred

Last 4 digits of account number **6328**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sales Tax - Alcohol**

Is the claim subject to offset?
■ No
☐ Yes

**Unknown**          **Unknown**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| 2.7 | Priority creditor's name and mailing address<br>**City of VA Beach Tx Division**<br>**Municipal Center Building 1**<br>**2401 Courthouse Dr**<br>**Virgia Beach, VA 23456** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Colorado Dept of Revenue**<br><br>**Denver, CO 80261-0004** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Comptroller of Maryland**<br>**110 Carroll Street**<br>**Annapolis, MD 21411** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Connecticut Dept of Revenue**<br>**450 Columbus Blvd**<br>**Hartford, CT 06103** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**2.11** | Priority creditor's name and mailing address
**Delaware Division of Revenue**
**PO Box 2340**
**Wilmington, DE 19899-2340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

**2.12** | Priority creditor's name and mailing address
**Florida Dept of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

**2.13** | Priority creditor's name and mailing address
**Franklin County Treasurer**
**PO Box 742538**
**Cincinnati, OH 45274-2538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,679.62**        **Unknown**

Date or dates debt was incurred
**1/21/2020**

Basis for the claim:
**2019 Real Property Taxes**

Last 4 digits of account number **5700**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

**2.14** | Priority creditor's name and mailing address
**Illinois Dept of Revenue**
**PO Box 19013**
**Springfield, IL 62794-9013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**        **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**2.15** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Indiana Dept of Revenue**
**PO Box 7207**
**Indianapolis, IN 46207**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.16** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Internal Revenue Service**
**Centralized Insolvency Ops**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**(Notice purposes only)**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.17** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Iowa Dept of Revenue**
**1305 E Walnut St, 4th Floor**
**Des Moines, IA 50319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.18** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Jefferson County Dept of Rev**
**PO Box 830710**
**Birmingham, AL 35283-0710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax - Alcohol**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

| | **Kansas Dept of Revenue** <br> **PO Box 3506** <br> **Topeka, KS 66625-3506** | *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |
|---|---|---|

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kentucky Dept of Revenue**

**Frankfort, KY 40619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Liberty Community Authority**
**PO Box 645434**
**Cincinnati, OH 45264-5434**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Little Rock Promo Commission**
**PO Box 1763**
**Little Rock, AR 72203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Louisiana Dept of Revenue**<br>**PO Box 5199**<br>**Baton Rouge, LA 70821-5199** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$20,515.05** | **$20,515.05** |
|---|---|---|---|---|
| | **Marion County Treasurer**<br>**PO Box 6145**<br>**Indianapolis, IN 46206-6145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**5/10/2019** | Basis for the claim:<br>**2019 Real Property Taxes** | | |
| | Last 4 digits of account number **0360** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Meals Tax Division**<br>**PO Box 175**<br>**Spotsylvania, VA 22553-0175** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Michigan Dept of Treasury**<br><br>**Lansing, MI 48922** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Missouri Dept of Revenue**
**PO Box 840**
**Jefferson City, MO 65105-0840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nebraska Dept of Revenue**
**PO Box 94818**
**Lincoln, NE 68509-4818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nevada Dept of Taxation**
**555 E Washington Ave Ste1300**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Nevada Dept of Taxation**
**1550 College Pkwy No 115**
**Carson City, NV 89706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|--------|------|------|------|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Jersey Div of Taxation**
**PO Box 999**
**Trenton, NJ 08646-0999**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Mexico Taxation & Rev**
**1100 South St. Francis Drive**
**Santa Fe, NM 87504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New York Taxation & Finance**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**North Carolina Dept of Rev**
**501 Wilmington St**
**Raleigh, NC 27604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address<br>**Ohio Dept of Revenue**<br>**4485 Northland Ridge Blvd**<br>**Columbus, OH 43229** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Oklahoma Tax Commission**<br>**2501 N Lincoln Blvd**<br>**Oklahoma City, OK 73194** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Orange County Tax Collector**<br>**301 S Robinson Avenue**<br>**Orlando, FL 32801** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**(Notice purposes only)** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Pennsylvania Dept of Revenue**<br>**PO Box 280406**<br>**Harrisburg, PA 17128-0406** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Sales Tax** | | |
| | Last 4 digits of account number **6328**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

**2.39** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Tennessee Dept of Revenue**
**500 Deaderick Street**
**Nashville, TN 37242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.40** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Texas Comptroller Public Act**
**PO Box 149355**
**Austin, TX 78714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.41** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Utah State Tax Commission**
**210 N 1950 W**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.42** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown**

**Village at Gulfstream Park**
**10245 Centurion Parkway**
**Corporate Trust Services**
**Jacksonville, FL 32256**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Village of Lombard**
**255 E. Wilson Ave**
**Lombard, IL 60148**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Virginia Dept of Taxation**
**1957 Westmoreland St**
**Richmond, VA 23230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wisconsin Dept of Revenue**
**PO Box 8949**
**Madison, WI 53708-8949**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Sales Tax**

Last 4 digits of account number **6328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$929.66** |
|---|---|---|---|

**035 WASTE INDUSTRIES**
**P.O. BOX 791519**
**BALTIMORE, MD 21279-1519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145,988.68** |
|---|---|---|---|

**100 PRATT ST. VENTURE, LLC**
**P.O. BOX 780462**
**PHILADELPHIA, PA 19178-0462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$69,300.00**

**168TH AND DODGE L.P.**
**P.O. BOX 94133**
**LAS VEGAS, NV 89193-4133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Landlord**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$971.68**

**3343 BAILEY LOCK AND ALARM**
**dba SUBURBAN LOCK AND KEY SERV**
**3122 DELAWARE AVE.**
**KENMORE, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$760.00**

**A 1 SEWER & SEPTIC SERVICE**
**1891 MERRIAM LANE**
**KANSAS CITY, KS 66106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$545.00**

**A BETTER VIEW**
**4017 JUNIPER DRIVE**
**HUNTSVILLE, AL 35810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$970.88**

**A CLEAN SLATE**
**520 AIRPORT DRIVE NW**
**SUITE A-9**
**ALBUQUERQUE, NM 87121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,471.00**

**A CLEAR VIEW WINDOW**
**CLEANING, LLC.**
**P.O. BOX 502**
**NEW FREEDOM, PA 17349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00**

**A DU-ALL SEWER & DRAIN SER**
**514 S. EAST COAST ST.**
**LAKE WORTH, FL 33460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Trade**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $549.54 |
|---|---|---|---|

**A RUDI CUELLAR LOCK CO INC**
**2 SOUTH ORANGE AVENUE**
**GARAGE UNIT 2**
**ORLANDO, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.87 |
|---|---|---|---|

**A TECH-TCI, INC.**
**P.O. BOX 3597**
**DES MOINES, IA 50323-0597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**A-1 DECON INC**
**1048 TORNGAT COURT**
**VIRGINIA BEACH, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $482.00 |
|---|---|---|---|

**A-LOT-A-CLEAN, INC.**
**P.O. BOX 284**
**LEE'S SUMMIT, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.00 |
|---|---|---|---|

**A.MAESTRANZI SONS KNIFE SV**
**1031 LUNT AVE.**
**SCHAUMBURG, IL 60193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**AAA WASTEWATER SERVICES, INC**
**3677 ANTHONY LANE**
**FRANKLIN, OH 45005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.73 |
|---|---|---|---|

**AATA LLC**
**2811 LITTLE YORK RD**
**DAYTON, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim: Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $723.73 |
|---|---|---|---|

**ABC**
**115 N CEDAR**
**GREENSBORO, NC 27401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $591.71 |
|---|---|---|---|

**ABC FIRE EQUIPMENT CORP**
**5370 JAEGER RD**
**NAPLES, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $323.09 |
|---|---|---|---|

**ABC FIRE EXTINGUISHER CO**
**4641 PEOPLES RD**
**PITTSBURGH, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,657.56 |
|---|---|---|---|

**ABOVE AND BEYOND PLUMBING**
**P.O. BOX 2065**
**KELLER, TX 76244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,529.82 |
|---|---|---|---|

**ABQ UPTOWN LLC.**
**7065 SOLUTION CENTER**
**CHICAGO, IL 60677-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**ABSOLUTE CLEANING SERVICE**
**5015 DINSMORE ROAD**
**WEST CARROLLTON, OH 45449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,515.00 |
|---|---|---|---|

**ACCENT DRAPERIES**
**1180 GOODALE BLVD**
**COLUMBUS, OH 43212-3731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $376.26 |
|---|---|---|---|

**ACCUPRO AUDIO VIDEO INC**
**3541 #B ALKIRE RD.**
**GROVE CITY, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $350.00 |
|---|---|---|---|

**ACCUTECH RESTORATION &**
**REMODELING, INC.**
**2227 RIVER RIDGE DRIVE**
**SARASOTA, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.38 |
|---|---|---|---|

**ACE LOCK SERVICE, INC.**
**P.O. BOX 11726**
**JACKSONVILLE, FL 32239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**ACHS, JACOB**
**1732 DUTCHESS AVE**
**KETTERING, OH 45420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,149.81 |
|---|---|---|---|

**ACTION PLUMBING, INC.**
**7 EAST STOW ROAD**
**MARLTON, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,131.75 |
|---|---|---|---|

**ADOPT-A HIGHWAY MAINTENANCE**
**3158 RED HILL AVE**
**SUITE #200**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $57.76 |
|---|---|---|---|

**ADP, INC**
**ATTN VALERIE RODRIGUEZ MS 110**
**400 COVINA BLVD**
**SAN DIMAS, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $357.94 |
| --- | --- | --- | --- |

**ADT SECURITY SERVICES, INC**
P.O. BOX 371378
PITTSBURGH, PA 15250-7878

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,140.00 |
| --- | --- | --- | --- |

**ADVANCE BUILDING CARE COPR**
P.O. BOX 1806
TUSTIN, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $909.49 |
| --- | --- | --- | --- |

**ADVANCED DISPOSAL-HARTLAND**
PO BOX 74008053
CHICAGO, IL 60674-8053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,299.90 |
| --- | --- | --- | --- |

**ADVANCED MECHANICAL PLUS,**
206 N. CENTRAL AVE.
LIMA, OH 45801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,991.61 |
| --- | --- | --- | --- |

**AFCO**
P.O. BOX 360572
PITTSBURGH, PA 15250-6572

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.49 |
| --- | --- | --- | --- |

**AGGRESIVE APPLIANCES & FIN**
617 Mercy Drive
Orlando, FL 32805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,036.71 |
| --- | --- | --- | --- |

**AIR COMFORT REFRIGERATION**
20 BROOKLYN AVENUE
MASSAPEQUA, NY 11758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**AIR FILTER ENGINEERS USA L**
**489 MISSION ST.**
**CAROL STREAM, IL 60188**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.44** |
|---|---|---|---|

**AIR FILTER PLUS INC.**
**1205 CARDINAL DRIVE**
**EUDORA, KS 66025**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,279.42** |
|---|---|---|---|

**AIR FORCE ONE INC**
**5810 SHIER RINGS ROAD**
**DUBLIN, OH 43016-1236**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,136.49** |
|---|---|---|---|

**AIR SERVICE, INC**
**1964 W 9TH STREET**
**WEST PALM BEACH, FL 33404**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,735.78** |
|---|---|---|---|

**AIRE-RITE AIR CONDITIONING**
**15122 BOLSA CHICA STREET**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,323.06** |
|---|---|---|---|

**AIRECOM**
**6171 HUNTLEY ROAD**
**SUITE E**
**COLUMBUS, OH 43229**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.31** |
|---|---|---|---|

**AIRGAS NATIONAL CARBONATIO**
**P.O. BOX 602792**
**CHARLOTTE, NC 28260-2792**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.45**

**Nonpriority creditor's name and mailing address**

**AIS COMMERICAL PARTS &
SERVICE, INC.
1005 PARKWAY VIEW DRIVE
PITTSBURGH, PA 15205-1214**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$4,671.77**

---

**3.46**

**Nonpriority creditor's name and mailing address**

**AJJ ENTERPRISES, INC.
P.O. BOX 22267
KNOXVILLE, TN 37933-0267**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$655.00**

---

**3.47**

**Nonpriority creditor's name and mailing address**

**AKIKI LAWN CARE, LLC
1625 CHESTNUT BLVD.
CUYAHOGA FALLS, OH 44223**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,809.41**

---

**3.48**

**Nonpriority creditor's name and mailing address**

**AL'S UPHOLSTERY LLC.
6616 CENTRAL AVE SE
ALBUQUERQUE, NM 87108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$525.61**

---

**3.49**

**Nonpriority creditor's name and mailing address**

**ALABAMA ABC BEVERAGE
STORE #192
220 WEST OXMOOR RD
BIRMINGHAM, AL 35209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$621.83**

---

**3.50**

**Nonpriority creditor's name and mailing address**

**ALABAMA POWER
PO BOX 242
BIRMINGHAM, AL 35292**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$5,553.13**

---

**3.51**

**Nonpriority creditor's name and mailing address**

**ALADCO LINEN SERVICES
P.O. BOX 151
ADAMS, MA 01220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$2,579.46**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$343.04**

**ALBUQUERQUE FLORIST INC**
**3121 SAN MATEO NE**
**ALBUQUERQUE, NM 87108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$697.00**

**ALL EVENT RENTAL, LLC.**
**2048 BEE RIDGE RD.**
**SARASOTA, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**ALL HOME REMODELING LLC FL**
**334 NW 12TH AVENUE**
**BOCA RATON, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$334.39**

**ALL IN GRAPHICS & PRINTING**
**3455 W SUNSET RD**
**SUITE L**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$936.52**

**ALL STAR FIRE PROTECTION**
**4725 LUMBER NE**
**SUITE 5**
**ALBUQUERQUE, NM 87109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,077.36**

**ALL STATES MALL SERVICES I**
**C/O PROCESSING CENTER**
**PO BOX 900**
**NORTH SCITUATE, RI 02857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,073.34**

**ALL STATES RENTALS INC**
**C/O PROCESSING CENTER**
**PO BOX 900**
**NORTH SCITUATE, RI 02857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**ALL TOWN AND COUNTRY SEPTIC
TANK SERVICE, INC
3500 S HAMETOWN ROAD
NORTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$42,061.63** |
|---|---|---|---|

**ALLEGIS GROUP HOLDINGS, IN
3689 COLLECTION CTR. DRIVE
CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,035.54** |
|---|---|---|---|

**ALLIANCE MECHANICAL SERVIC
100 FRONTIER WAY
BENSENVILLE, IL 60106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$632.63** |
|---|---|---|---|

**ALLIANCE SAFETY AND FIRE
PROTECTION LP.
6 INDIAN MEADOWS DR #600
ROUND ROCK, TX 78665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,089.61** |
|---|---|---|---|

**ALPHA & OMEGA RESTAURANT
P.O. BOX 26141
SCOTTSDALE, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,661.23** |
|---|---|---|---|

**ALSCO
10402 LAKERIDGE PKWY
SUITE 600
ASHLAND, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,209.48** |
|---|---|---|---|

**ALSCO AUSTIN
1340 E. BERRY ST
FORT WORTH, TX 76119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number *(if known)* | **6:20-bk-02159-LVV** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,610.44**

ALSCO KNOXVILLE
2612 WESTERN AVE
KNOXVILLE, TN 37921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.86**

ALSCO ROCHESTER
548 ST PAUL STREET
ROCHESTER, NY 14605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,086.17**

ALSCO, INC.
10402 LAKERIDGE PKWY
SUITE 600
ASHLAND, VA 23005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,086.17**

ALSCO, INC.
30 MCCULLOUGH DRIVE
NEW CASTLE, DE 19720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$194.00**

AMBROSI BROS CUTLERY CO
3023 MAIN
KANSAS CITY, MO 64108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,596.83**

AMEREN MISSOURI
PO BOX 66529
ST LOUIS, MO 63166-6529

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$679.96**

AMERI-CLEAN
2420 CONCORDE DRIVE
UNIT #6
FORT MYERS, FL 33901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address

**AMERICAN ELECTRIC POWER**
**850 TECH CENTER DR**
**GAHANNA, OH 43230**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$6,918.71**

---

**3.74** | Nonpriority creditor's name and mailing address

**AMERICAN ENVIRONMENTAL SEP**
**SYSTEMS INC.**
**10650 LOCK 17 RD.**
**ADGER, AL 35006**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$625.00**

---

**3.75** | Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS PCARD**
**ATTN: US PAYMENT FL**
**1801 NW 66TH AVE. STE 103C**
**PLANTATION, FL 33313-4571**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$404,477.56**

---

**3.76** | Nonpriority creditor's name and mailing address

**AMERICAN REALTY CAPITAL RE**
**OPERATING PARTNERSHIP LP**
**ARC SWWCHOH001, LLC**
**P.O. BOX 847350**
**DALLAS, TX 75284-7350**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$28,422.48**

---

**3.77** | Nonpriority creditor's name and mailing address

**AMERICAN RESTAURANT SERVIC**
**35246 US HWY 19 NORTH**
**UNIT 268**
**PALM HARBOR, FL 34864**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$26,942.75**

---

**3.78** | Nonpriority creditor's name and mailing address

**AMERICAN WASTE REMOVAL, IN**
**502 CARMONY ROAD NE**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$652.13**

---

**3.79** | Nonpriority creditor's name and mailing address

**AMERIGAS PROPANE LP**
**5140 W BETHANY HOME**
**GLENDALE, AZ 85301**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,606.36**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.80** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,247.79**

**AMERIPRIDE LINEN AND APPAR**
**4593 WINTERS CHAPEL ROAD**
**ATLANTA, GA 30360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$788.68**

**ANGLER PLUMBING**
**37 DEMPSEY DRIVE**
**NEWARK, DE 19713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**ANN RILEY**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$473,543.93**

**ANTHEM BCBS**
**PO BOX 645438**
**CINCINNATI, OH 45264-5438**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.00**

**ANYTIME PLUMBING OF**
**CENTRAL FL, INC.**
**P.O. BOX 1168**
**ODESSA, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,706.90**

**ANYTIME PLUMBING, INC.**
**4690 W. POST RD.**
**SUITE 130**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,984.73**

**AP ENTERPRISES INC**
**11360 THORNBROOK DRIVE**
**GALENA, OH 43021-9665**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,367.01 |
|---|---|---|---|

**APC WORKFORCE SOLUTIONS LL**
**dba ZEROCHAOS**
**420 S. ORANGE AVE. STE. 600**
**ORLANDO, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,205.50 |
|---|---|---|---|

**APEX SYSTEMS, LLC**
**3750 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $992.00 |
|---|---|---|---|

**APG ELECTRIC, INC.**
**4825 140TH AVENUE NORTH**
**SUITE K**
**CLEARWATER, FL 33762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,111.50 |
|---|---|---|---|

**APPROACH LLC**
**63 W. DUBLIN GRANVILLE ROAD**
**WORTHINGTON, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $393.91 |
|---|---|---|---|

**APS**
**PO BOX 2906**
**PHOENIX, AZ 85062-2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|

**AQUA FIRE PROTECTION**
**1020 E. SPRINGFIELD RD.**
**HIGH POINT, NC 27263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.94 |
|---|---|---|---|

**AQUA OHIO INC**
**PO BOX 1229**
**NEWARK, NJ 07101-1229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,660.95 |
|---|---|---|---|

**ARAMARK UNIFORM & CAREER APPAREL GROUP, INC.**
**115 NORTH FIRST STREET**
**BURBANK, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,668.82 |
|---|---|---|---|

**ARAMARK UNIFORM AND CAREER APPARELAUS MADISON MC LOCKBOX**
**25259 NETWORK PLACE**
**CHICAGO, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,735.36 |
|---|---|---|---|

**ARBORETUM MALL, LLC.**
**P.O. BOX 281637**
**ATLANTA, GA 30384-1637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,910.00 |
|---|---|---|---|

**ARETE PROPERTY SERVICES LL**
**P.O. BOX 211339**
**DENVER, CO 80221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104.00 |
|---|---|---|---|

**ARIZONA CUTLERY AND SHARPE SERVICES, INC**
**12620  N CAVE CREEK ROAD      #4**
**PHOENIX, AZ 85022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,999.88 |
|---|---|---|---|

**ARKADIN, INC.**
**dba AT CONFERENCE**
**P.O. BOX 392490**
**PITTSBURGH, PA 15251-9490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,251.76 |
|---|---|---|---|

**ARMADA HOFFLER BLOCK 8 ASS DIVARIS PROPERTY MANAGEMENT**
**4525 MAIN ST. SUITE 900**
**VIRGINIA BEACH, VA 23462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

**3.101**

Nonpriority creditor's name and mailing address

**ARMANDO L. RODRIQUEZ**
**9940 ARTHUR LANE APT. C**
**SAINT LOUIS, MO 63128**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.102**

Nonpriority creditor's name and mailing address

**ARMSTRONG CABLE SERVICES**
**PO BOX 37749**
**PHILADELPHIA, PA 19101-5049**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$339.79**

---

**3.103**

Nonpriority creditor's name and mailing address

**ARROWEYE SOLUTIONS, INC.**
**P O BOX 856768**
**MINNEAPOLIS, MN 55485-6768**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,002.95**

---

**3.104**

Nonpriority creditor's name and mailing address

**ASPEN WASTE SYSTEMS, INC.**
**P.O. BOX 3050**
**DES MOINES, IA 50316**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,242.47**

---

**3.105**

Nonpriority creditor's name and mailing address

**ASSET STRATEGIES GROUP LLC**
**501 W SCHROCK ROAD**
**SUITE 201**
**WESTERVILLE, OH 43081**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$13,194.48**

---

**3.106**

Nonpriority creditor's name and mailing address

**AT&T**
**P.O. BOX 5019**
**P.O. BOX 5019**
**CAROL STREAM, IL 60197-5019**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,279.61**

---

**3.107**

Nonpriority creditor's name and mailing address

**ATMOS ENERGY**
**#790311**
**1005 CONVENTION PLAZA**
**ST. LOUIS, MO 63101-1229**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,466.87**

---

| Debtor | FoodFirst Global Restaurants, Inc. | Case number (if known) | 6:20-bk-02159-LVV |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | **$74.85**

AUBREY COMMUNICATIONS, INC
504 NORTH MACDILL AVENUE
TAMPA, FL 33609

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | **Unknown**

AUTHENTIC8
555 CALIFORNIA ST.
SUITE 3360
San Francisco, CA 94104

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | **$1,381.83**

AVANTE NAPLES, INC.
6266 TAYLOR RD.
NAPLES, FL 34109

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | **$2,183.23**

AVERUS SOUTHEAST, LLC.
1425 TRI-STATE PARKWAY #160
GURNEE, IL 60031

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | **$1,583.31**

B.E.S.T INC
3003 GENESEE STREET
BUFFALO, NY 14225

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | **$72.00**

BAGAT BROTHERS
P.O BOX 20520
DAYTOH, OH

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | **$370.00**

BAILS & ASSOCIATES, LLC
308 SOUTHPOINT BLVD, PLAZA 2
SUITE 120
CANONSBURG, PA 15317

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,030.00** |
|---|---|---|---|

**BAKER COMMODITIES INC**
**4020 BANDINI BLVD.**
**VERNON, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$409.19** |
|---|---|---|---|

**BAKERS SAFE & LOCK CO., IN**
**P.O. BOX 630129**
**HOUSTON, TX 77263-0129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**BANDERAS COMPANY, LLC.**
**1726 CLEVELAND AVE.**
**CINCINNATI, OH 45212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|

**BAR & BEVERAGE CONTROL, LL**
**dba BUCKEYE DRAFT BEER SERVICE**
**4705 VAN EPPS ROAD**
**BROOKLYN HEIGHTS, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$76,396.99** |
|---|---|---|---|

**BAR HARBOR SEAFOOD**
**2000 PREMIER ROW**
**ORLANDO, FL 32809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70.00** |
|---|---|---|---|

**BARBARA HOLT**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$292.00** |
|---|---|---|---|

**BARR COMMERICAL DOOR RPR I**
**1196 N. GROVE STREET**
**UNIT A**
**ANAHEIM, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $816.65 |
|---|---|---|---|

**BARTON RESTAURANT SERVICE**
**13413 BRADLEY BRIDGE ROAD**
**CHESTER, VA 23831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $305.00 |
|---|---|---|---|

**BAYSIDE EVENT RENTALS**
**6421 35TH STREET NORTH**
**PINELLAS PARK, FL 33781**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,195.00 |
|---|---|---|---|

**BDO USA, LLP.**
**AP DEPARTMENT**
**P.O. BOX 642743**
**PITTSBURGH, PA 15264-2743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $269.00 |
|---|---|---|---|

**BEACH DOOR SERVICE, INC**
**5788 ARROWHEAD DRIVE**
**VIRGINIA BEACH, VA 23462**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,785.86 |
|---|---|---|---|

**BECKER FAMILY CORPORATION**
**5179 MILLER PAUL ROAD**
**WESTERVILLE, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,646.16 |
|---|---|---|---|

**BELDEN MALL, LLC.**
**LOCKBOX #5147**
**P.O. BOX 8500**
**PHILADELPHIA, PA 19178-5147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,313.14 |
|---|---|---|---|

**BELFOR USA GROUP INC.**
**7100 TPC DRIVE**
**SUITE 450**
**ORLANDO, FL 32822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

**3.129** | Nonpriority creditor's name and mailing address

**BEN E KEITH FOODS**
**GENERAL OFFICE**
**ATTN: NATIONAL ACCOUNTS**
**P.O. BOX 1441**
**FORT WORTH, TX 76101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$77,234.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address

**BENNINGTON BUSINESS ASSOCI**
**616 BENNINGTON PLACE**
**CHARLOTTE, NC 28211**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$585.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address

**BERK THORNTON**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address

**BERTARELLI CUTLERY INC**
**1927 MARCONI**
**SAINT LOUIS, MO 63110**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$445.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address

**BESTECH INC**
**8544 CIRCLE DRIVE**
**NORFOLK, VA 23503**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$843.88**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address

**BFPE INTL**
**PO BOX 791045**
**BALTIMORE, MD 21279-1045**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$4,531.43**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address

**BGE**
**PO BOX 13070**
**PHILADELPHIA, PA 19101-3070**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*      **$2,554.32**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.40 |
|---|---|---|---|

**BIG CITY PLUMBING LLC**
**21027 S 221ST PLACE**
**QUEEN CREEK, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,299.54 |
|---|---|---|---|

**BIG FISH HVAC, LLC.**
**168 WAREHOUSE DR.**
**BUDA, TX 78610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,144.00 |
|---|---|---|---|

**BIG O CLEAN, INC.**
**2410 KEYSTONE DR #312**
**OMAHA, NE 68134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**BIGART-ECOSYSTEMS, LLC.**
**5301 RIATA PARK COURT F**
**AUSTIN, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $951.17 |
|---|---|---|---|

**BIOTECH PLUMBING SERVICE I**
**6743 THEALL ROAD**
**SUITE C**
**HOUSTON, TX 77066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,933.15 |
|---|---|---|---|

**BLACKHAWK NETWORK, INC.**
**WELLS FARGO BANK**
**P.O. BOX 932859**
**ATLANTA, GA 31193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34.70 |
|---|---|---|---|

**BootLegN LLC.**
**P.O. BOX 536**
**RIVERTON, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,707.67**

**BPC HENDERSON LLC.**
**P.O. BOX 72006**
**CLEVELAND, OH 44192-0006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$471.38**

**BREAKTHRU BEVERAGE OF DE**
**PO BOX 22592**
**900 E FAYETTE ST**
**BALTIMORE, MD 21203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**BRENDA CLARK**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,528.50**

**BRIGHT HOUSE NETWORKS**
**P.O. BOX 30407**
**TAMPA, FL 33630-3407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$110.00**

**BRIGHTVIEW LANDSCAPE**
**SERVICES, INC.**
**P.O. BOX 31001-2463**
**PASADENA, CA 91110-2463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$411.99**

**BRILAR LLC**
**13200  NORTHEND AVE**
**OAK PARK, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00**

**BROOKS GREASE SERVICE, INC**
**3104 N. ERIE AVE.**
**TULSA, OK 74115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.150**

**Nonpriority creditor's name and mailing address**
**BROOKS LOCK & KEY, INC.**
**411 6TH STREET SE**
**DECATUR, AL 35601**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$125.00**

---

**3.151**

**Nonpriority creditor's name and mailing address**
**BROTHERS COMMERICAL CARPET**
**CLEANING, INC**
**6015 N. HARVEY AVE.**
**OKLAHOMA CITY, OK 73118**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$437.00**

---

**3.152**

**Nonpriority creditor's name and mailing address**
**BROTHERS CUTLERY INC**
**3835 EAST 48TH AVE**
**DENVER, CO 80216**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$75.00**

---

**3.153**

**Nonpriority creditor's name and mailing address**
**BROWARD MALL, LLC.**
**P.O. BOX  51066**
**ACCT#833093**
**LOS ANGELES, CA 90074-1066**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Landlord**

Is the claim subject to offset? ☑ No ☐ Yes

**$13,739.22**

---

**3.154**

**Nonpriority creditor's name and mailing address**
**BROWN INDUSTRIES, INC.**
**dba PRECISION PLUMBING**
**P.O. BOX 2230**
**MATTHEWS, NC 28105**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,105.50**

---

**3.155**

**Nonpriority creditor's name and mailing address**
**BUCKEYE CABLESYSTEM**
**5566 SOUTHWYCK BLVD**
**TOLEDO, OH 43614**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$266.21**

---

**3.156**

**Nonpriority creditor's name and mailing address**
**BUCKHEAD BEEF COMPANY**
**220 RARITAN CENTER PKWY**
**EDISON, NJ 08837**

Date(s) debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$20,763.28**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.157** | Nonpriority creditor's name and mailing address

**BUCKHEAD MEAT & SEAFOOD, I**
**DEPT 33**
**PO BOX 670445**
**HOUSTON, TX 77267-0445**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$23,319.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address

**BUCKHEAD MEAT OF SAN ANTON**
**PO BOX 1066**
**DEPT  21**
**HOUSTON, TX 77251-1066**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,517.09**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** | Nonpriority creditor's name and mailing address

**BUDGET DOOR OF CINCINNATI**
**633 N. WAYNE AVE.**
**CINCINNATI, OH 45215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$407.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | Nonpriority creditor's name and mailing address

**BUDGET RENT A CAR SYSTEM INC**
**14297 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$25,199.89**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address

**BULBMAN, INC.**
**P.O. BOX 12280**
**RENO, NV 89510-2280**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$313.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address

**BULBS COM INC**
**243 STAFFORD STREET**
**WORCESTER, MA 01603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,842.59**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address

**BULLITT TRUSTS/BEARGRASS R**
**ATTN: JAMES COUCH**
**200 SOUTH FIFTH STREET**
**SUITE 500 NORTH**
**LOUISVILLE, KY 40202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$5,299.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $115.00 |
|---|---|---|---|

**BURR OAK GROUP, INC.**
**dba ZIN'S PLUMBING, LLC.**
**3827 SPRING GROVE AVE.**
**CINCINNATI, OH 45223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $849.52 |
|---|---|---|---|

**BUSH & ENNIS ENTERPRISES INC**
**P.O. BOX 531333**
**CINCINNATI, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $335,567.98 |
|---|---|---|---|

**C.H. ROBINSON COMPANY, INC**
**P.O. BOX 9121**
**MINNEAPOLIS, MN 55480-9121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $64.24 |
|---|---|---|---|

**C.V.B. INC.**
**dba WATER DOCTOR**
**P.O, BOX 3060**
**SAINT JOSEPH, MO 64503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,715.23 |
|---|---|---|---|

**CADILLAC COFFEE CO**
**P.O. BOX 932249**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,190.00 |
|---|---|---|---|

**CAPABLE ENTERPRISES**
**P.O. BOX 6247**
**HUNTSVILLE, AL 35813**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $102.00 |
|---|---|---|---|

**CAPE BEVERAGE LLC**
**505-A TERMINAL DRIVE**
**RIO GRANDE, NJ 08242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.171** | Nonpriority creditor's name and mailing address

**CAPREF BROOKWOOD VILLAGE L**
P.O. BOX 713934
CINCINNATI, OH 45271-3934

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ☑ No ☐ Yes

**$128,712.85**

---

**3.172** | Nonpriority creditor's name and mailing address

**CAPTIVE-AIRE SYSTEMS, INC.**
P.O. BOX 60270
CHARLOTTE, NC 28260

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$4,014.76**

---

**3.173** | Nonpriority creditor's name and mailing address

**CARDINAL KNIVES**
977 OLD HENDERSON ROAD
COLUMBUS, OH 43220

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$50.00**

---

**3.174** | Nonpriority creditor's name and mailing address

**CAREERBUILDER, LLC.**
13047 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0130

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$12,637.11**

---

**3.175** | Nonpriority creditor's name and mailing address

**CARL MARTIN**
1350 EAST FLAMINGO RD. #326
LAS VEGAS, NV 89119

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$420.00**

---

**3.176** | Nonpriority creditor's name and mailing address

**CARLSON DISTRIBUTING CO. I**
PO BOX 25057
SALT LAKE CITY, UT 84125

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$295.05**

---

**3.177** | Nonpriority creditor's name and mailing address

**CART CONSTRUCTION, INC.**
1111 E. UNIVERSITY AVENUE
DES MOINES, IA 50316

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$799.89**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.178** | **Nonpriority creditor's name and mailing address**
**CATANESE CLASSIC SEAFOODS IN**
**dba CLASSIC SEAFOODS**
**1600 MERWIN AVENUE**
**CLEVELAND, OH 44113**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$166.71**

---

**3.179** | **Nonpriority creditor's name and mailing address**
**CAUSEWAY LLC**
**PO BOX 54091**
**NEW ORLEANS, LA 70154-4091**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$107,631.94**

---

**3.180** | **Nonpriority creditor's name and mailing address**
**CBL & ASSOCIATES LIMITED**
**PARTNERSHIP**
**CBL#0452  P.O. BOX 955607**
**ST. LOUIS, MO 63195-5607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$26,876.21**

---

**3.181** | **Nonpriority creditor's name and mailing address**
**CBL-SHOPS AT FRIENDLY, INC**
**PO BOX 5598**
**CAROL STREAM, IL 60197-5598**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$23,545.30**

---

**3.182** | **Nonpriority creditor's name and mailing address**
**CBL-T-C LLC.**
**WEST COUNTY MALL CMBS LLC**
**P.O. BOX 746395**
**ATLANTA, GA 30374-6395**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$29,387.67**

---

**3.183** | **Nonpriority creditor's name and mailing address**
**CDW DIRECT INC**
**PO BOX 75723**
**CHICAGO, IL 60675**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$527.21**

---

**3.184** | **Nonpriority creditor's name and mailing address**
**CEILING PRO OF MIDWEST**
**INDIANA, INC.**
**1641 EAST 236TH STREET**
**INDIANAPOLIS, IN 46030**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$615.00**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.185** | Nonpriority creditor's name and mailing address

**CENTERPOINT ENERGY**
**23968 NETWORK PLACE**
**CHICAGO, IL 60673-1239**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$9,130.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.186** | Nonpriority creditor's name and mailing address

**CENTRAL FLORIDA WINDOW**
**CLEANING, INC.**
**dba FISH WINDOW CLEANING**
**P.O. BOX 238117**
**PORT ORANGE, FL 32123**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$224.73**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.187** | Nonpriority creditor's name and mailing address

**CENTRAL STATES SERVICES INC**
**dba CENTRAL STATES GASKET**
**PO BOX 1476**
**LAKE OZARK, MO 65049**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$292.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address

**CENTRAL WINDOW CLEANING IN**
**PO BOX 347154**
**CLEVELAND, OH 44134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$465.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address

**CENTRESCAPES, INC.**
**165 GENTRY ST.**
**POMONA, CA 91767**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$340.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address

**CENTURYLINK**
**BUSINESS SEVICES**
**P.O. BOX 52187**
**PHOENIX, AZ 85072-2187**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$139.71**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address

**CERDANT, INC**
**PO BOX 3204**
**DUBLIN, OH 43017**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$9,369.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,843.89** |
| | **CGP-CPP PLAZA FRONTENAC LL**<br>**2497393 PLAZA FRONTENAC**<br>**P.O. BOX 86**<br>**SDS-12-3110**<br>**MINNEAPOLIS, MN 55486-3110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Landlord** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$726.85** |
| | **CH WRIGHT DISTRIBUTOR CORP**<br>**3 WRIGHT AVENUE**<br>**LE ROY, NY 14482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$102,385.81** |
| | **CHAGRIN RETAIL LLC**<br>**629 EUCLID AVENUE**<br>**SUITE 1300**<br>**CLEVELAND, OH 44114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Landlord** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,710.24** |
| | **CHAMALEON ENTERPRISES INC**<br>**PO BOX 15146**<br>**PLANTATION, FL 33318** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,267.95** |
| | **CHARLES BALL**<br>**3500 MILLIKIN COURT**<br>**SUITE F**<br>**COLUMBUS, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331.55** |
| | **CHARLIE MORRIS ELECTRIC INC.**<br>**dba DIAL ONE ELECTRICAL SERVIC**<br>**11812 N. LAMAR BLVD.**<br>**AUSTIN, TX 78753** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$888.01** |
| | **CHARTER COMMUNICATIONS**<br>**P.O. BOX 60229**<br>**LOS ANGELES, CA 90060-0229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,397.55**

CHARTER TWP OF CLINTON
WATER DEPARTMENT
PO BOX 553160
DETROIT, MI 48255-3160

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,327.84**

CHEF 2 CHEF FOODS
1600 MERWIN AVE.
CLEVELAND, OH 44113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$171,066.88**

CHERRY HILL TOWN CTR PARTN
EDGEWOOD PROPERTIES
CORPORATE HEADQUARTERS
1260 STELTON ROAD
PISCATAWAY, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,297.15**

CHRISTIANA MALL LLC
SDS-12-3026
P.O. BOX 86
MINNEAPOLIS, MN 55486-3026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30.00**

CHRISTINE SMITH
100 RIVERVIEW ROAD
STEVENSVILLE, MD 21666

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,038.40**

CHURCHILL LINEN SERVICES
7 EVANS SREET
P.O. BOX 3247
BROCKTON, MA 02304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$235.73**

CINCINNATI BELL
PO BOX 748001
CINCINNATI, OH 45274-8001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.206** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82.44**

**CINTAS CORPORATION**
**1275 RESEARCH RD.**
**COLUMBUS, OH 43230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,098.16**

**CINTAS CORPORATION #018**
**P.O. BOX 630803**
**CINCINNATI, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.02**

**CINTAS CORPORATION #430**
**P.O. BOX 88005**
**CHICAGO, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,101.88**

**CINTAS FAS LOCKBOX 636525**
**P.O. BOX 636525**
**CINCINNATI, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,833.36**

**CINTAS FIRE PROTECTION**
**4250 L B MCLEOD ROAD**
**ORLANDO, FL 32811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$578.00**

**CINTAS LOCATION G65**
**LOCATION G65**
**P.O. BOX 630803**
**CINCINNATI, OH 45263-0803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,491.71**

**CIT BANK, N.A. d.b.a. COMDOC**
**21146 NETWORK PLACE**
**CHICAGO, IL 60673-1211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,783.80** |
|---|---|---|---|

**CITIZENS ENERGY GROUP**
**PO BOX 7056**
**INDIANAPOLIS, IN 46207-7056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$735.57** |
|---|---|---|---|

**CITY FIRE, INC.**
**5708 SW 25TH STREET**
**WEST PARK, FL 33023-4011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,151.17** |
|---|---|---|---|

**CITY FISH MARKET, INC.**
**884 SILAS DEANE HIGHWAY**
**WETHERSFIELD, CT 06109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,053.58** |
|---|---|---|---|

**CITY OF ALLEN CIVIC PLAZA**
**305 CENTURY PKWY**
**ALLEN, TX 75013-8042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,103.31** |
|---|---|---|---|

**CITY OF AUSTIN**
**FDS-CONTROLLER'S OFFICE**
**P.O. BOX 2920**
**AUSTIN, TX 78768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,349.27** |
|---|---|---|---|

**CITY OF BOCA RATON**
**UTILITIES PROCESSING CENTER**
**P.O. BOX 31042**
**TAMPA, FL 33631-3042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,638.36** |
|---|---|---|---|

**CITY OF ENGLEWOOD**
**ENGLEWOOD UTILITIES DEPT**
**1000 ENGLEWOOD PARKWAY**
**ENGLEWOOD, CO 80110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.220** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**CITY OF FAIRLAWN**
P.O. BOX 13422
FAIRLAWN, OH 44334

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.221** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.07**

**CITY OF NORTH CANTON**
FINANCE DEPARTMENT
145 NORTH MAIN ST
CANTON, OH 44720-2587

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.222** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,136.68**

**CITY OF OKLAHOMA CITY**
PO BOX 26570
OKLAHOMA CITY, OK 73126-0570

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.223** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,515.21**

**CITY OF PEMBROKE PINES**
PO BOX 269005
PEMBROKE PINES, FL 33026

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.224** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,538.41**

**CITY OF PLANTATION**
401 NW 70 AVENUE
PLANTATION, FL 33317

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.225** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,857.15**

**CITY OF RANCHO CUCAMONGA**
10500 CIVIC CENTER DRIVE
RANCHO CUCAMONGA, CA 91730

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.226** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,733.96**

**CITY OF RICHMOND**
550 E  MARSHALL ST SUITE 202
FIRE PREVENTION DIVISION
RICHMOND, VA 23219

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.227** | Nonpriority creditor's name and mailing address
**CITY OF ROCHESTER HILLS**
**16632 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-6632**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$5,529.18

---

**3.228** | Nonpriority creditor's name and mailing address
**CITY OF SCOTTSDALE**
**7447 E INDIAN SCHOOL ROAD**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,469.24

---

**3.229** | Nonpriority creditor's name and mailing address
**CITY OF SOUTHLAKE**
**1400 MAIN ST**
**SUITE 200**
**SOUTHLAKE, TX 76092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,676.32

---

**3.230** | Nonpriority creditor's name and mailing address
**CITY OF TORRANCE CALIFORNI**
**P.O. BOX 845629**
**LOS ANGELES, CA 90084-5629**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,717.77

---

**3.231** | Nonpriority creditor's name and mailing address
**CITY WIDE SEWER & DRAIN**
**SERVICE CORP.**
**P.O. BOX 350**
**CARLE PLACE, NY 11514**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$5,003.05

---

**3.232** | Nonpriority creditor's name and mailing address
**CITYPLACE RETAIL, LLC.**
**P.O. BOX 865751**
**ORLANDO, FL 32886**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

$28,818.90

---

**3.233** | Nonpriority creditor's name and mailing address
**Clark County Clerk**
**PO BOX 551604**
**LAS VEGAS, NV 89155-1604**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$50.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,002.86** |
|---|---|---|---|

**CLARKE KENT PLUMBING INC**
**1408 W BEN WHITE BLVD.**
**AUSTIN, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,200.00** |
|---|---|---|---|

**CLEAN - RITE**
**dba FIRE 1**
**P.O. BOX 2829**
**GRETNA, LA 70054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$939.46** |
|---|---|---|---|

**CLEAN BREEZE LLC.**
**AIRE MASTER OF SOUTH FLORIDA**
**P.O. BOX 565776**
**MIAMI, FL 33256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,549.81** |
|---|---|---|---|

**CLEAN DES MOINES**
**1450 NE 69TH PLACE #50**
**ANKENY, IA 50021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,465.54** |
|---|---|---|---|

**CLEANCARE**
**51ST & A.V.R.R.**
**PITTSBURGH, PA 15201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,208.48** |
|---|---|---|---|

**CLEANNET OF SOUTH FLORIDA**
**9861 BROKEN LAND PKWY**
**STE 208**
**COLUMBIA, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$328.00** |
|---|---|---|---|

**CLEAR REFLECTIONS INC**
**7309 WALNUT CREEK DR**
**OKLAHOMA CITY, OK 73142-2522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,032.85 |
|---|---|---|---|
| | **CLIMATECH, INC. - FLORIDA**<br>**200 BILMAR DRIVE**<br>**PITTSBURGH, PA 15205-4601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $699.46 |
|---|---|---|---|
| | **CMC GROUP, INC.**<br>**12836 S. DIXIE HWY**<br>**BOWLING GREEN, OH 43402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,032.45 |
|---|---|---|---|
| | **CNS ELECTRIC CO**<br>**992 RANKIN DRIVE**<br>**TROY, MI 48083** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $315.62 |
|---|---|---|---|
| | **COD CAPERS SEAFOOD**<br>**1201 US HIGHWAY ONE**<br>**NORTH PALM BEACH, FL 33408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $23,660.71 |
|---|---|---|---|
| | **COLONIAL/WEBB CONTRACTORS**<br>**2820 ACKLEY AVE**<br>**RICHMOND, VA 23228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $292.20 |
|---|---|---|---|
| | **COLORADO BARS, INC**<br>**7112 WEST JEFFERSON AVE**<br>**SUITE 312**<br>**LAKEWOOD, CO 80235** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,925.17 |
|---|---|---|---|
| | **COLUMBIA GAS**<br>**PO BOX 4629**<br>**Carol Stream, IL 60197-4629** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:　Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.248**  **Nonpriority creditor's name and mailing address**

**COLUMBUS CITY TREASURER**
**CITY INCOME TAX DIVISION**
**50 W  GAY ST  4TH FL**
**COLUMBUS, OH 43215**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$12,151.03**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.249**  **Nonpriority creditor's name and mailing address**

**COMCAST**
**P.O. BOX 34744**
**SEATTLE, WA 98124-1744**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,653.87**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.250**  **Nonpriority creditor's name and mailing address**

**COMMERCIAL GREASE TRAP INC**
**CLEANING CORP**
**1535 DELOSS STREET**
**INDIANAPOLIS, IN 46201**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$520.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**  **Nonpriority creditor's name and mailing address**

**COMMERCIAL PARTS & SERVICE**
**OF OHIO INC**
**10671 TECHWOOD CIRCLE**
**CINCINNATI, OH 45242**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,809.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.252**  **Nonpriority creditor's name and mailing address**

**COMMERCIAL REFRIGERATION I**
**5739 WASHINGTON ST**
**NAPLES, FL 34109**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$4,773.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.253**  **Nonpriority creditor's name and mailing address**

**COMMERCIAL REFRIGERATION,**
**P.O. BOX 1548**
**AMERICAN FORK, UT 84003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$1,215.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254**  **Nonpriority creditor's name and mailing address**

**COMMERCIAL WORKS INC**
**1299 BOLTONFIELD ST**
**COLUMBUS, OH 43228-3693**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.255** | Nonpriority creditor's name and mailing address

**COMMERICAL WATER TREATMENT**
**dba HANSONS WATER TREATMENT**
**4345 WAGON TRAIL AVENUE**
**LAS VEGAS, NV 89118**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$6,228.01**

---

**3.256** | Nonpriority creditor's name and mailing address

**COMMUNITY GREETINGS**
**PO BOX 128**
**GRIMES, IA 50111**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$459.97**

---

**3.257** | Nonpriority creditor's name and mailing address

**CONDITIONED AIR CORPORATIO**
**3786 MERCANTILE AVE**
**NAPLES, FL 34104**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$8,878.31**

---

**3.258** | Nonpriority creditor's name and mailing address

**CONNECTICUT NATURAL GAS CORP**
**PO BOX 847820**
**BOSTON, MA 02284-7820**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,912.37**

---

**3.259** | Nonpriority creditor's name and mailing address

**CONNECTICUT SHELLFISH CO.**
**26 EAST INDUSTRIAL RD.**
**BRANFORD, CT 06405**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$8,576.72**

---

**3.260** | Nonpriority creditor's name and mailing address

**CONSTELLATION NEW ENERGY-G**
**P.O. BOX 4640**
**CAROL STREAM, IL 60197-4640**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$3,918.98**

---

**3.261** | Nonpriority creditor's name and mailing address

**CONSUMERS ENERGY**
**.**
**LANSING, MI 48937-0001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$13,353.22**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.262** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$389.76**

**COPLAY WHITEHALL SEWER AUT**
**3213 MACARTHUR ROAD**
**WHITEHALL, PA 18052-2921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,896.69**

**CORE MECHANICAL, LLC.**
**27622 Commerce Oaks Drive**
**Oak Ridge North, TX 77385**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$130,970.70**

**CORNERSTONE HOLDING LP.**
**dbaBOCA CENTER AT MILITARY LLC**
**P.O. BOX 865162**
**ORLANDO, FL 32886-5162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,425.00**

**COSTA GROUP PRESSURE CLEAN**
**CORP**
**P.O. BOX 661280**
**MIAMI SPRINGS, FL 33266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$957.00**

**COTY UPHOLSTERY INC.**
**191 KETTERING DRIVE**
**BUFFALO, NY 14223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$56,407.30**

**COUNTRY CLUB PLAZA KC PART**
**dba COUNTRY CLUB PLAZA JV LLC**
**P.O. BOX 675001**
**DETROIT, MI 48267-5001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$658.10**

**COX BUSINESS SERVICES**
**P.O. BOX 2742**
**OMAHA, NE 68103-2742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.269**

**Nonpriority creditor's name and mailing address**

COX COMMUNICATIONS
DEPT. 781114
P.O. BOX 78000
DETROIT, MI 48278-1114

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$710.86**

---

**3.270**

**Nonpriority creditor's name and mailing address**

COZZINI BROS INC
350 HOWARD AVE
DES PLAINES, IL 60018

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

**$2,090.57**

---

**3.271**

**Nonpriority creditor's name and mailing address**

CP COMMERCIAL DELAWARE, LL
PO BOX 72585
CLEVELAND, OH 44192-0002

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

**$33,555.67**

---

**3.272**

**Nonpriority creditor's name and mailing address**

CRAFTWORX, LLC.
P.O. BOX 552
SPRINGVILLE, UT 84663

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$768.00**

---

**3.273**

**Nonpriority creditor's name and mailing address**

CRANBERRY TOWNSHIP
ATTN: FINANCE DEPARTMENT
2525 ROCHESTER RD.
CRANBERRY TOWNSHIP, PA 16066-6499

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,682.09**

---

**3.274**

**Nonpriority creditor's name and mailing address**

CREATIVE FINANCIAL STAFFING
P.O. BOX 95111
CHICAGO, IL 60694-5111

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$2,401.20**

---

**3.275**

**Nonpriority creditor's name and mailing address**

CREATIVE WALLS, INC.
2535 TYRON PLACE
WINDERMERE, FL 34786

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.276** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$617.37**

**CT COMMERICAL MAINTENANCE**
**1245 FARMINGTON AVE.**
**BOX 204**
**WEST HARTFORD, CT 06107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.277** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189.76**

**CUBESMART, L.P.**
**8585 TOUCHTON ROAD**
**JACKSONVILLE, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.97**

**CUCAMONGA VALLEY WTR DISTR**
**P.O. BOX 51788**
**LOS ANGELES, CA 90051-6088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**CUTLER CUSTOM CARE LLC.**
**102 GILES COURT**
**NEWARK, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$45,216.13**

**CVM HOLDINGS, LLC**
**PO BOX 63340**
**CHARLOTTE, NC 28263-3340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$537.50**

**D & J MASTER CLEAN INC.**
**680 DEARBORN PARK LANE**
**COLUMBUS, OH 43085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00**

**D & S AUTOMATICS, INC**
**23900 W. INDUSTRIAL DRIVE S**
**SUITE #1**
**PLAINFIELD, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$467.58**

**D&D MARKETING GROUP. INC.**
P.O. BOX 94946
LAS VEGAS, NV 89193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.00**

**D&H WINDOW CLEANING**
42392 MOUND ROAD
STERLING HEIGHTS, MI 48314

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.285** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00**

**DA WRIGHT & SONS**
4229 EAST 124TH STREET
CLEVELAND, OH 44105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**DANIEL HOOTEN**
2813 DELSA DRIVE
SALT LAKE CITY, UT 84124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,200.00**

**DANNY CEDILLO**
2426 ROOSEVELT BLVD.
KENNER, LA 70062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$760.00**

**DARLING INGREDIENTS INC.**
dba GRIFFIN INDUSTRIES LLC.
PO BOX 554885
DETROIT, MI 48255-4885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,067.00**

**DARLING INTERNATIONAL INC**
P.O. BOX 552210
DETROIT, MI 48255-2210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.290** | Nonpriority creditor's name and mailing address

**DAUENHAUER PLUMBING INC**
**3416 ROBARDS COURT**
**LOUISVILLE, KY 40218**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,264.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.291** | Nonpriority creditor's name and mailing address

**DAVID B. CAREY**
**P.O. BOX 71932**
**DURHAM, NC 27722**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$5,668.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.292** | Nonpriority creditor's name and mailing address

**DAVID MENICK**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$58.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address

**DAVIS & GREEN INC**
**PO BOX 35418**
**RICHMOND, VA 23235**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$220.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address

**DAVIS, RANDOLPH P.**
**251 Park Drive**
**Longmeadow, MA 01106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$100.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address

**DAWSON SAFE & LOCK SERVICE**
**26309 I 45 NORTH**
**THE WOODLANDS, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$284.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address

**DAY & NIGHT ALL SERVICE LL**
**P.O. BOX 310**
**NEW HYDE PARK, NY 11040**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$20,505.10**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $439.79 |
|---|---|---|---|

**DAYMARK FOOD SAFETY SYSTEM**
**12836 SOUTH DIXIE HWY.**
**BOWLING GREEN, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,452.56 |
|---|---|---|---|

**DAYTON MALL VENTURE LLC**
**2700 MIAMISBURG-CENTERVILLE RD**
**DAYTON, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,309.65 |
|---|---|---|---|

**DAYTON POWER & LIGHT**
**P.O. BOX 2631**
**DAYTON, OH 45401-2631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $217.00 |
|---|---|---|---|

**DECKER, AARON E.**
**504 TREETOP DRIVE**
**#301**
**VIRGINIA BEACH, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $198.75 |
|---|---|---|---|

**DEE PRINTING INC**
**PO BOX 132**
**COLUMBUS, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $365.04 |
|---|---|---|---|

**DEEP CLEANING SOLUTIONS LL**
**P.O. BOX 2204**
**HUDSON, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $312.00 |
|---|---|---|---|

**DEEP RIVER BREWING COMPANY**
**234 AUTUMN RIDGE DR**
**WENDELL, NC 27591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $28,913.21 |
|---|---|---|---|

**DEL AMO FASHION CENTER
OPERATING COMPANY, LLC.**
P.O. BOX 409657
ATLANTA, GA 30384-9657

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Landlord

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,129.00 |
|---|---|---|---|

**DELTA UNIFORM AND LINEN IN**
1617 CANDELARIA NE
ALBUQUERQUE, NM 87107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $124.00 |
|---|---|---|---|

**DEMARK'S LLC**
1421 PEARL ST.
WAUKESHA, WI 53189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $156.20 |
|---|---|---|---|

**DENVER WATER**
PO BOX 173343
DENVER, CO 80217-3343

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,433.88 |
|---|---|---|---|

**DEPARTMENT OF ALCOHOLIC
BEVERAGE CONTROL - UTAH**
P.O. BOX 30408
SALT LAKE CITY, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $436.35 |
|---|---|---|---|

**DERBY FIRE & SAFETY**
157 MARVIN AVENUE
BROOKS, KY 40109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $370.00 |
|---|---|---|---|

**DESERT BOILER & CONTROLS,**
305 W. SAINT LOUIS AVENUE
LAS VEGAS, NV 89102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page **56** of **180**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.311** | **Nonpriority creditor's name and mailing address**

**DESIGN MECHANICAL, INC.**
**P.O. BOX 875988**
**KANSAS CITY, MO 64187-5988**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$1,200.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**

**DESIGNER HOME IMPROVEMENTS**
**955 YORKSHIRE DRIVE**
**BREINIGSVILLE, PA 18031**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$1,900.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address**

**DETROIT FIRE EXTINGUISHER**
**COMPANY INC**
**6318 14TH ST**
**DETROIT, MI 48208**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$406.43

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address**

**DEVO SERVICES, INC**
**8413 LAUREL FAIR CIR.**
**SUITE #103**
**TAMPA, FL 33610**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$1,152.49

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address**

**DEVON GILMAN**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$292.84

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address**

**DFS HOLDING COMPANY, INC**
**101 MT HOLLY BY-PASS**
**LUMBERTON, NJ 08048**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$3,489.79

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address**

**DI FIGLIOLA CONTRACTING CO**
**PO BOX 696**
**BALDWIN PLACE, NY 10505**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$667.80

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$228.33** |
|---|---|---|---|

**DIAMOND RENTAL INC.**
4518 SOUTH 500 WEST
SALT LAKE CITY, UT 84123

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$385.78** |
|---|---|---|---|

**DIAMOND SHARP CUTLERY SVC**
513 MERCURY LANE
BREA, CA 92821

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80.20** |
|---|---|---|---|

**DIANA DAUSCH**
221 SE 9th Court
Hallandale Beach, FL 33009

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$89,111.99** |
|---|---|---|---|

**DIANE M HENDRICKS ENTERPRI**
PO BOX 650823
DEPT# 41283
DALLAS, TX 75265

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$131.66** |
|---|---|---|---|

**DICHELLO DISTRIBUTORS, INC**
P.O.BOX 562
55 MARSH HILL ROAD
ORANGE, CT 06477

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,069.17** |
|---|---|---|---|

**DIRECT TV**
1313 NW 167TH ST
MIAMI, FL 33169

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$159,397.80** |
|---|---|---|---|

**DOLPHIN MALL ASSOCIATES LL**
DEPT. 189501
P.O. BOX 6700
DETROIT, MI 48267-1895

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
| --- | --- | --- | --- |
| | Name | | |

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,048.50** |
| --- | --- | --- | --- |
| | **DOMINICK ANNESE** | ☐ Contingent | |
| | **22 WHITTIER DRIVE** | ☐ Unliquidated | |
| | **MANAHAPAN, NJ 07726** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,236.49** |
| --- | --- | --- | --- |
| | **DOMINION EAST OHIO** | ☐ Contingent | |
| | **PO BOX 26785** | ☐ Unliquidated | |
| | **RICHMOND, VA 23261-6785** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,551.69** |
| --- | --- | --- | --- |
| | **DOMINION ENERGY** | ☐ Contingent | |
| | **P.O. BOX 45841** | ☐ Unliquidated | |
| | **SALT LAKE CITY, UT 84139-0001** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,084.55** |
| --- | --- | --- | --- |
| | **DOMINION ENERGY N CAROLINA** | ☐ Contingent | |
| | **PO BOX 100256** | ☐ Unliquidated | |
| | **COLUMBIA, SC 29202-3256** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,844.35** |
| --- | --- | --- | --- |
| | **DOMINION VIRGINIA POWER** | ☐ Contingent | |
| | **PO BOX 26543** | ☐ Unliquidated | |
| | **RICHMOND, VA 23290** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$863.60** |
| --- | --- | --- | --- |
| | **DOOR & GATE CO. LLC.** | ☐ Contingent | |
| | **130 HICKMAN RD.** | ☐ Unliquidated | |
| | **STE. 26** | ☐ Disputed | |
| | **CLAYMONT, DE 19703** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,260.00** |
| --- | --- | --- | --- |
| | **DOUGLAS ORR PLUMBING, INC.** | ☐ Contingent | |
| | **301 FLAGNER DRIVE** | ☐ Unliquidated | |
| | **MIAMI SPRINGS, FL 33166** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.332** | Nonpriority creditor's name and mailing address

**DOVER GREASE TRAPS INC**
**16585 13 MILE RD**
**FRASER, MI 48026**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,050.00**

---

**3.333** | Nonpriority creditor's name and mailing address

**DOWNTOWN SELF STORAGE 2ND**
**29 WEST 800 SOUTH**
**SALT LAKE CITY, UT 84101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$185.00**

---

**3.334** | Nonpriority creditor's name and mailing address

**DREW WINDOW CLEANING, INC.**
**P.O. BOX 784**
**BOYS TOWN, NE 68010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$282.48**

---

**3.335** | Nonpriority creditor's name and mailing address

**DTE ENERGY**
**PO BOX 740786**
**CINCINNATI, OH 45274-0786**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,510.12**

---

**3.336** | Nonpriority creditor's name and mailing address

**DUKE ENERGY**
**P.O. BOX 1003**
**CHARLOTTE, NC 28201-1003**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,311.96**

---

**3.337** | Nonpriority creditor's name and mailing address

**DUQUESNE LIGHT COMPANY**
**PAYMENT PROCESSING CENTER**
**PO BOX 10**
**PITTSBURGH, PA 15230-0010**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,499.85**

---

**3.338** | Nonpriority creditor's name and mailing address

**DYNALINK COMMUNICATIONS, I**
**PO BOX 3415 CHURCH ST STATIO**
**NEW YORK, NY 10008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,135.53**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,686.83** |
|---|---|---|---|

**E SPACE COMMUNICATIONS INC**
P.O. BOX 4122
DUBLIN, OH 43016-0074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630.72** |
|---|---|---|---|

**E&A LOCKSMITH INC.**
10500 LORAIN AVE.
CLEVELAND, OH 44111

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$584.00** |
|---|---|---|---|

**E&P INVESTMENT GROUP**
PO BOX 5334
CARSON, CA 90749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$495.00** |
|---|---|---|---|

**E.R. PUMPING SERVICE CORP.**
P.O. BOX 266603
FT. LAUDERDALE, FL 33326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,260.00** |
|---|---|---|---|

**E2 COMMERIAL LLC**
PO BOX 3300
WINTER PARK, FL 32790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,233.74** |
|---|---|---|---|

**EAST BELTLINE DEVELOPMENT**
38500 WOODARD AVENUE
SUITE 200
BLOOMFIELD HILLS, MI 48304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**EAST TN MOUNTAIN VIEWS**
P.O. BOX 432
VONORE, TN 37885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38.43** |
|---|---|---|---|

**EASTON TELECOM SERVICES LL**
**P.O. BOX 74836**
**CLEVELAND, OH 44194-4836**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$140,090.99** |
|---|---|---|---|

**EASTON TOWN CENTER LLC**
**L-3769**
**COLUMBUS, OH 43260-3769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,423.52** |
|---|---|---|---|

**EASTON TOWN CENTER LLC**
**L-3769**
**COLUMBUS, OH 43260-3769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,344.52** |
|---|---|---|---|

**ECOLAB**
**370 WABASHA ST N**
**ST PAUL, MN 55102**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,899.35** |
|---|---|---|---|

**ECOLAB FOOD SAFETY SPECIAL**
**24198 NETWORK PLACE**
**CHICAGO, IL 60673-1241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,097.89** |
|---|---|---|---|

**ECOLAB PEST ELIM DIVISION**
**26252 NETWORK PLACE**
**CHICAGO, IL 60673-1262**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$834.07** |
|---|---|---|---|

**EDGAR ELECTRIC COMPANY**
**535 CHICORA ROAD**
**BUTLER, PA 16001**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$927.02** |
|---|---|---|---|

**EDWARD A. ZITO**
**820 SW 66TH AVE.**
**PLANTATION, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,557.79** |
|---|---|---|---|

**EDWARD G. MILGRIM, P.A.**
**MILGRAM LAW GROUP**
**3216 CORRINE DRIVE**
**ORLANDO, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**EDWINA ROGERS**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,045.12** |
|---|---|---|---|

**EEC ACQUISITIONS LLC.**
**210 VISTA PARK DR**
**PITTSBURGH, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445.89** |
|---|---|---|---|

**EiPRINTING, INC.**
**200 RIVERSIDE INDUSTRIAL COMP**
**PORTLAND, ME 04103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,972.00** |
|---|---|---|---|

**EL GENERAL CLEANING SERVIC**
**4991 RIALTO ROAD**
**WEST CHESTER, OH 45069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,871.00** |
|---|---|---|---|

**EL ROSARIO CLEANING LLC**
**7577 PAWLING PLACE**
**COLUMBUS, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

**3.360** | Nonpriority creditor's name and mailing address

**ELECTRICAL ENTERPRISES  IN**
**18 1/2 S  MAIN ST   SUITE 12**
**CLARKSTON, MI 48346**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$976.34

---

**3.361** | Nonpriority creditor's name and mailing address

**ELIZABETH WALTERS**
**8267 CREEKWOODS PLACE**
**MAINEVILLE, OH 45039**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

---

**3.362** | Nonpriority creditor's name and mailing address

**ELLIS COFFEE CO**
**P.O. BOX 786926**
**PHILADELPHIA, PA 19178**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$1,701.86

---

**3.363** | Nonpriority creditor's name and mailing address

**ELLIS CONSULTING**
**9565 YELLOW FINCH COURT**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$15,900.00

---

**3.364** | Nonpriority creditor's name and mailing address

**EMERALD COAST CUTLERY LLC**
**PO BOX 751**
**LOXLEY, AL 36551**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$371.50

---

**3.365** | Nonpriority creditor's name and mailing address

**EMPIRE MERCHANTS NORTH LLC**
**P.O. BOX 10**
**COXSACKIE, NY 12051**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$2,292.48

---

**3.366** | Nonpriority creditor's name and mailing address

**EMPLOYEE OWNED NUSERY EN LTD**
**13602 FM 969**
**AUSTIN, TX 78724**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$503.37

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.367** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$90.00**

**ENERGIZE ELECTRONICS INC**
**PO BOX 815**
**BLUE SPRINGS, MO 64013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.368** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$389.34**

**ENGINEERED PROTECTION SYS**
**750 FRONT AVE. NW**
**GRAND RAPIDS, MI 49504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.369** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,562.64**

**ENTERGY**
**P.O. BOX 8101**
**BATON ROUGE, LA 70891-8101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.370** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,875.31**

**ENVIROMATIC CORP OF AMERIC**
**5936 PILLSBURY AVE SOUTH**
**MINNEAPOLIS, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.371** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,814.20**

**ENVISION COMMERICAL CLEANI**
**52 E. CRESCENTVILLE RD.**
**WEST CHESTER, OH 45246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.372** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$295.00**

**EPLEE & ASSOCIATES DIRECTO**
**P.O. BOX 27045**
**GREENVILLE, SC 29616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.373** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,712.58**

**EQUIFAX WORKFORCE SOLUTION**
**4076 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00** |
|---|---|---|---|

**ERIK DONNER**
**13211 W CHOCTAW TRAIL**
**HOMER GLEN, IL 60491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.57** |
|---|---|---|---|

**ESCUE, AUSTIN**
**1207 CARLTON ARMS CIRCLE**
**BRADENTON, FL 34208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**ESIS Customer Service**
**P.O. Box 15054 #1275 3-E**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/1/2020**

Basis for the claim: **Legal fees**

Last 4 digits of account number **1069**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.50** |
|---|---|---|---|

**EVANS, EMMANUEL**
**6511 Marsol Road**
**Mayfield Heights, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**EVENT PRINT SOLUTIONS, INC**
**12257 CALLANISH LANE**
**LOVES PARK, IL 61111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,098.16** |
|---|---|---|---|

**EVERSOFT, INC.**
**P.O. BOX 92769**
**LONG BEACH, CA 90809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,354.75** |
|---|---|---|---|

**EVERSOURCE**
**P.O. BOX 56004**
**BOSTON, MA 02205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

Debtor **FoodFirst Global Restaurants, Inc.**
Name

Case number (if known) **6:20-bk-02159-LVV**

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.00 |
|---|---|---|---|

**EVOLUTION ELECTRIC, LLC**
**141 WILLOWICK DRIVE**
**NAPLES, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.87 |
|---|---|---|---|

**EVOLVE DANCE, LLC**
**6070 S. RAINBOW BLVD.**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,110.40 |
|---|---|---|---|

**EXECUTIVE MAINTENANCE SYST**
**6819 POLONIA AVE**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260.09 |
|---|---|---|---|

**EXTRA SPACE STORAGE**
**10550 GOODLETTE FRANK RD.**
**NAPLES, FL 34109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,058.18 |
|---|---|---|---|

**EYMAN PLUMBING, INC.**
**8506 S. 117TH STREET**
**LAVISTA, NE 68128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,973.05 |
|---|---|---|---|

**FABULOUS FISH**
**13560 NW INDUSTRIAL DRIVE**
**BRIDGETON, MO 63044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,204.94 |
|---|---|---|---|

**FACILITEC SOUTHWEST**
**2300 COLD SPRINGS ROAD**
**FORT WORTH, TX 76106-8401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,909.80** |
|---|---|---|---|

**FACILITEC WEST**
**P.O. BOX 6008**
**SAN PEDRO, CA 90734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$176,785.17** |
|---|---|---|---|

**FAIRFAX COMP OF VIRGINIA,**
**DEPARTMENT 56501**
**P.O. BOX 67000**
**DETROIT, MI 48267-0565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$184.21** |
|---|---|---|---|

**FANCHER NEW COMFORT UPHOLST**
**348 BELLERS CT.**
**YPSILANTI, MI 48198**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,100.30** |
|---|---|---|---|

**FARMER & IRWIN CORPORATION**
**3300 AVENUE K**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,677.36** |
|---|---|---|---|

**FAT FREE, INC.**
**P.O. BOX 25601**
**TAMPA, FL 33622-5601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$372.00** |
|---|---|---|---|

**FD HAYES ELECTRIC CO.**
**2301 BEAL AVENUE**
**LANSING, MI 48910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$173.97** |
|---|---|---|---|

**FE MORAN SECURITY**
**75 Remittance Drive**
**Dept. 1743**
**Chicago, IL 60675-1743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,333.50** |
|---|---|---|---|

**FEDERAL EXPRESS**
**PO BOX 371461**
**PITTSBURGH, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$453.40** |
|---|---|---|---|

**FEDEX**
**DEPT CH PO BOX 10306**
**PALATINE, IL 60055-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,008.69** |
|---|---|---|---|

**FERGUSON ELECTRIC SERVICE**
**321 ELLICOTT STREET**
**BUFFALO, NY 14203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,997.38** |
|---|---|---|---|

**FILLMORE BUCKEYE INVESTMEN**
**LLC.**
**777 GOODALE PARTNERS, LLC.**
**7555 E PLEASANT RD #160**
**INDEPENDENCE, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$387.10** |
|---|---|---|---|

**FIRE CENTRAL SOLUTIONS INC**
**4494 SOUTHSIDE BLVD.**
**STE. 102**
**JACKSONVILLE, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,013.05** |
|---|---|---|---|

**FIRE CONTROL SYSTEMS, INC.**
**11515 REAMES ROAD**
**CHARLOTTE, NC 28269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$513.86** |
|---|---|---|---|

**FIRE GUARD INC.**
**4404 S. 76TH CIRCLE**
**OMAHA, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,371.41** |
|---|---|---|---|

**FIRE RANGER EXTINGUISHER SERVICE, INC.**
4009 NE 6TH AVE.
FT. LAUDERDALE, FL 33334

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,417.21** |
|---|---|---|---|

**FIREMASTER**
DEPT  1019
PO BOX 121019
DALLAS, TX 75312-1019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,323.24** |
|---|---|---|---|

**FIRST CLASS PLUMBING OF FL**
6123 LEE ANN LANE
NAPLES, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,964.93** |
|---|---|---|---|

**FIRST CLASS PLUMBING. LLC.**
17032 SILVER CHARM PLACE
LEESBURG, VA 20176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$577.70** |
|---|---|---|---|

**FISH WINDOW CLEANING**
P.O. BOX 1641
BUTLER, PA 16003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.60** |
|---|---|---|---|

**FISH WINDOW CLEANING INC.**
1064 TALLMADGE ROAD
KENT, OH 44240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,026.00** |
|---|---|---|---|

**FIVE STAR VALET**
1415 PANTHER LANE
UNIT 110
NAPLES, FL 34109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,026.78** |
|---|---|---|---|

**FLORIDA CITY GAS**
**P.O. BOX 5410**
**CAROL STREAM, IL 60197-5410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,829.67** |
|---|---|---|---|

**FLORIDA POWER & LIGHT**
**GENERAL MAIL FACILITY**
**MIAMI, FL 33188-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,088.30** |
|---|---|---|---|

**FLORIDA PUBLIC UTILITIES**
**P.O. BOX 1237**
**SALISBURY, MD 21802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$638.00** |
|---|---|---|---|

**FOCAL POINTE OUTDOOR**
**SOLUTIONS INC.**
**1921 RAVINIA DRIVE**
**CASEYVILLE, IL 62232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,906.77** |
|---|---|---|---|

**FOG RIVER, LLC.**
**1360 SOUTH REDWOOD ROAD**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,123.01** |
|---|---|---|---|

**FOOD EQUIPMENT REPAIR INC**
**1925 MCGEE ST**
**KANSAS CITY, MO 64108-1827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,554.05** |
|---|---|---|---|

**FOOD EQUIPMENT SERVICE**
**3316 A OLD CAPITOL TRAIL**
**WILMINGTON, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.416** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,485.82**

**FOOD EQUIPMENT SERVICE INC**
P.O. BOX 820
HILLVIEW, KY 40129

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.417** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,521.93**

**FOODSTYLING.COM**
1888 CHECKERBERRY COURT
OVIEDO, FL 32766

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.418** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$57,027.19**

**FORBES TAUBMAN ORLANDO LLC**
16286 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,499.76**

**FORBES/COHEN FLORIDA**
16156 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,997.83**

**FORTUNE FISH COMPANY**
DEPT #10477
PO BOX 87618
CHICAGO, IL 60680-0618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,092.85**

**FORTUNE INTERNATIONAL LLC**
8501 PAGE AVE
ST LOUIS, MO 63114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,250.00**

**FOUR STAR MECHANICAL, INC.**
4127 TONYA TRAIL
HAMILTON, OH 45011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $146,078.78 |
|---|---|---|---|

**FOURTH USA INC**
**134 N 4TH STREET**
**BROOKLYNN, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $305.88 |
|---|---|---|---|

**FOX VALLEY FIRE & SAFETY**
**2730 PINNACLE DRIVE**
**ELGIN, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,487.36 |
|---|---|---|---|

**FRAGAS SERVICES**
**P.O. BOX 290325**
**WETHERSFIELD, CT 06129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $4,473.84 |
|---|---|---|---|

**FRANK GAY PLUMBING INC**
**6206 FOREST CITY ROAD**
**ORLANDO, FL 32810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $169.00 |
|---|---|---|---|

**FREDERICK WILDMAN & SONS L**
**307 EAST 53RD STREET**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $111,321.65 |
|---|---|---|---|

**FREEMALL ASSOCIATES LLC.**
**dba FREEHOLD RACEWAY MALL**
**P.O. BOX 511421**
**LOS ANGELES, CA 90051-7976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,213.07 |
|---|---|---|---|

**FRONTIER**
**P.O. BOX 740407**
**CINCINNATI, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.56 |
|---|---|---|---|

**FRONTIER LIGHTING INC.**
**2090 PALMETTO STREET**
**CLEARWATER, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**FROSS ZELNICK LEHRMAN &**
**ZISSU, P.C.**
**4 TIMES SQUARE, 17TH FLOOR**
**NEW YORK, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234.98 |
|---|---|---|---|

**FTTC, CORP.**
**dba FLAME-TECH**
**23 SOUTHGATE BLVD. SUITE 103**
**NEW CASTLE, DE 19720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,383.00 |
|---|---|---|---|

**FULTON STEAMER, INC.**
**18459 PINES BLVD.**
**SUITE 102**
**PEMBROKE PINES, FL 33029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|

**G & Z REMODELING, LLC**
**19 SIGRID DRIVE**
**CARNEGIE, PA 15106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,509.00 |
|---|---|---|---|

**G&H ELECTRIC , LLC.**
**dba GRACI HART ELECTRIC**
**1720 ORPHEUM AVENUE**
**METAIRIE, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,499.69 |
|---|---|---|---|

**G&R MECHANICAL INC.**
**3220 BERGEY ROAD**
**HATFIELD, PA 19440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.437** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$445.20**

**GALKIN AND ZHANG, LLC.**
**1066 W. TIOGA ST.**
**ALLENTOWN, PA 18103**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.438** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517.88**

**GASKET DOCTOR, INC.**
**15757 PINES BLVD. #302**
**PEMBROKE PINES, FL 33027**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.439** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,184.49**

**GASKET GUY OF DFW**
**2201 MIDWAY RD**
**STE 324**
**CARROLLTON, TX 75006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.440** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$695.45**

**GASKET GUY OF JACKSONVILLE**
**100 NAUTILUS CT**
**PONTE VEDRA BEACH, FL 32082**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.441** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$766.16**

**GASKET GUY OF SOUTHWEST**
**FLORIDA, LLC.**
**268 WILLOWICK WAY**
**VENICE, FL 34293**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.442** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$726.00**

**GASKET GUYS OF DAYTON**
**430 WEST RAHN RD**
**DAYTON, OH 45429**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.443** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,255.11**

**GASKET MASTERS OF SW FL, INC**
**PO BOX 381045**
**MURDOCK, FL 33938**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $742.18 |
|---|---|---|---|

**GASKET PRO LLC**
**PO BOX 1092**
**CRESTWOOD, KY 40014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,703.88 |
|---|---|---|---|

**GASKETS ROCK INTERNATIONAL**
**409 PARKWAY VIEW DRIVE**
**PITTSBURGH, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $841.78 |
|---|---|---|---|

**GASKETS ROCK OF CENTRAL OH**
**5083 LAMBERT RD**
**GROVE CITY, OH 43123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,420.00 |
|---|---|---|---|

**GECKO HOSPITALITY**
**DEPARTMENT 4542**
**CAROL STREAM, IL 60122-4542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36.18 |
|---|---|---|---|

**GEER GAS CORPORATION**
**PO BOX 16396**
**COLUMBUS, OH 43216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.65 |
|---|---|---|---|

**GENERAL DISTRIBUTING CO.**
**P.O. BOX 221210**
**SALT LAKE CITY, UT 84122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $222.31 |
|---|---|---|---|

**GENERAL FIRE & EQUIPMENT C**
**3210 E 14TH**
**DES MOINES, IA 50316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.451** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$88.00**

**GENOVESE KNIFE COMPANY, IN**
**PO BOX 5548**
**PEORIA, IL 61601-5548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.452** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,937.35**

**GEORGE HOWE CO INC**
**PO BOX 269**
**GROVE CITY, PA 16127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.453** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**GERARDO SANTILLAN JAIME**
**2709 NW 112TH STREET**
**OKLAHOMA CITY, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.454** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,543.74**

**GET FRESH PRODUCE**
**1441 BREWSTER CREEK BLVD**
**BARTLETT, IL 60103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.455** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,709.46**

**GGP LIMITED PARTNERSHIP**
**FASHION PLACE, LLC.**
**SDS-12-2780**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-2780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.456** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00**

**GISG, LLC**
**P.O. BOX 540012**
**OMAHA, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.457** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**GLASS ACT CLEANING LLC.**
**P.O. BOX 291464**
**FORT LAUDERDALE, FL 33329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105.54 |
|---|---|---|---|

**GLOVER BEVERAGES, LLC**
**1323 CAPITAL BLVD.**
**RALEIGH, NC 27603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266.06 |
|---|---|---|---|

**GOLDEN BEAR LOCK & SAFE IN**
**7445 DARON COURT**
**PLAIN CITY, OH 43064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,797.96 |
|---|---|---|---|

**GOLDEN GATE BEVERAGE**
**6105 MAYFIELD RD**
**MAYFIELD HEIGHTS, OH 44124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,069.03 |
|---|---|---|---|

**GOLDEN GLO CARPET CLEANERS**
**2785 PHILMONT AVE.**
**UNIT E**
**HUNTINGTON VALLEY, PA 19006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|---|---|---|---|

**GOODWIN RECRUITING**
**10 FERRY STREET**
**SUITE 420**
**CONCORD, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,013.13 |
|---|---|---|---|

**GOODWIN TUCKER**
**PO BOX 3285**
**DES MOINES, IA 50316-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323,956.13 |
|---|---|---|---|

**GORDON FOOD SERVICE**
**P.O. BOX 88029**
**CHICAGO, IL 60680-1029**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $465.00 |
|---|---|---|---|

**GRAPEVINE CHAMBER OF COMME**
**200 EAST VINE**
**GRAPEVINE, TX 76099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.00 |
|---|---|---|---|

**GREASE MASTERS LLC**
**PO BOX 132**
**COTTLEVILLE, MO 63338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $308.51 |
|---|---|---|---|

**GREAT STATE MECHANICAL LLC**
**PO BOX 1632**
**LEANDER, TX 78646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.05 |
|---|---|---|---|

**GREAT VALUE STORAGE - POLA**
**9984 OLD STATE ROAD**
**LEWIS CENTER, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,718.46 |
|---|---|---|---|

**GREAT WASH PARK LLC**
**P.O. BOX 96146**
**LAS VEGAS, NV 89193-6146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,540.00 |
|---|---|---|---|

**GREATER BOCA RATON CHAMBER**
**COMMERCE**
**1800 N. DIXIE HIGHWAY**
**BOCA RATON, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,257.00 |
|---|---|---|---|

**GREENE COUNTY**
**SANITARY ENGINEERING DEPARTMEN**
**PO BOX 340**
**XENIA, OH 45385-0340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.472** | Nonpriority creditor's name and mailing address | | **$42,706.10**

**GREENE TOWN CENTER LLC**
**PO BOX 304**
**DEPT. 5000**
**EMERSON, NJ 07630**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address | | **$6,637.55**

**GREGG & SONS MECHANICAL**
**256 GUM BUSH ROAD**
**TOWNSEND, DE 19734**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address | | **$32.26**

**GRIFFIS, PATRICK**
**521 51ST AVENUE SOUTH**
**ST. PETERSBURG, FL 33705**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | | **$35.56**

**GROUPRAISE**
**Dwight D. Eisenhower PTO**
**279 Burlington Road**
**Freehold, NJ 07728**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | | **$1,826.95**

**GUARDIAN ALARM**
**1810 JEFFERSON AVE**
**TOLEDO, OH 43624**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | | **$312.79**

**GUARDIAN PROTECTION SERVIC**
**174 THORN HILL ROAD**
**WARRENDALE, PA 15086**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | | **$4,976.85**

**GULF COAST PRODUCE DIST. I**
**194 BOHN STREET**
**BILOXI, MS 39530**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,456.28** |
|---|---|---|---|

**GULFPORT SEAFOODS INC**
**8016 N MAY AVE**
**OKLAHOMA CITY, OK 73120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$195,819.02** |
|---|---|---|---|

**GULFSTREAM PARK RACING**
**ASSOCIATION, INC.**
**901 S. FEDERAL HWY.**
**ATTN: ACCOUNTS RECEIVABLES**
**HALLANDALE BEACH, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,060.00** |
|---|---|---|---|

**GUSTAVO HERNANDEZ**
**9457 E SHENANDOAH DR**
**INDIANAPOLIS, IN 46229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$780.00** |
|---|---|---|---|

**H2O WINDOW CLEANING, LLC.**
**803 OSAGE AVENUE**
**KANSAS CITY, KS 66105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,107.89** |
|---|---|---|---|

**HALPERN'S STEAK AND SEAFOO**
**P.O. BOX 116421**
**ATLANTA, GA 30368-6421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$378.88** |
|---|---|---|---|

**HANDY WINDOW CLEANING INC**
**PO BOX 2577**
**CYPRESS, TX 77410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$299.88** |
|---|---|---|---|

**HANDYMAN JOE, LLC.**
**12 REDBED DRIVE**
**WARRENTON, MO 63383-3212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,445.98 |
|---|---|---|---|

**HANLON PLUMBING CO.**
**8004 NW 154TH ST #563**
**MIAMI LAKES, FL 33016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,410.00 |
|---|---|---|---|

**HAPSELECT, LLC.**
**1341 W. MOCKINGBIRD LANE**
**SUITE 700 W**
**DALLAS, TX 75247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**HARBOURSIDE PLACE , LLC.**
**ACCT#9211203000**
**107 NORTH COASTAL WAY**
**JUPITER, FL 33477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,182.07 |
|---|---|---|---|

**HARRY O. HAHN SEAFOOD INC.**
**3024 PENN AVE.**
**WEST LAWN, PA 19609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,732.32 |
|---|---|---|---|

**HAYES MECHANICAL, LLC.**
**5959 HARLEM AVE**
**CHICAGO, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $585.77 |
|---|---|---|---|

**HEARN KIRKWOOD PRODUCE**
**PO BOX 723**
**COLUMBIA, MD 21045-9998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.00 |
|---|---|---|---|

**HEGER, MARTIN**
**921 PRYNNWOOD LANE**
**APT #101**
**O'FALLON, MO 63366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**HELENA ROWLAND**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.50** |
|---|---|---|---|

**HELIX ELECTRIC OF NEVADA,**
**3078 E. Sunset Road**
**Suite 9**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,112.00** |
|---|---|---|---|

**HENN PLUMBING INC**
**8793 WUEST ROAD**
**CINCINNATI, OH 45251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.59** |
|---|---|---|---|

**HERITAGE SERVICE GROUP**
**OF NEW ORLEANS INC.**
**PO BOX 8710**
**FORT WAYNE, IN 46898-8710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00** |
|---|---|---|---|

**HERNANDEZ, NOE**
**1307 WEXFORD GREEN BLVD.**
**COLUMBUS, OH 43228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,106.00** |
|---|---|---|---|

**HERONA PROPERTY MANAGEMENT**
**145 S. LIVERNOIS RD.**
**#209**
**ROCHESTER HILLS, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,825.39** |
|---|---|---|---|

**HIBDON'S MECHANICAL & REST**
**835 SE 30TH ST. STE. B**
**OKLAHOMA CITY, OK 73129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** |
|---|---|---|---|

**HILLCREST PARTY RENTALS, I**
**3507 MOTOR AVE**
**LOS ANGELES, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142,663.89** |
|---|---|---|---|

**HINES GLOBAL REIT**
**4875 TOWN CENTER LLC**
**P.O. BOX 742632**
**ATLANTA, GA 30374-2632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$477.13** |
|---|---|---|---|

**HM ELECTRONICS, INC.**
**dba JTECH**
**1400 NORTHBROOK PKWY        #320**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.60** |
|---|---|---|---|

**HOLBROOK, PAUL**
**2685 PULASKI LOOP**
**VIRGINIA BEACH, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$949.63** |
|---|---|---|---|

**HOOD MASTERS, INC.**
**19252 SHIRLEY ST.**
**OMAHA, NE 68130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$799.81** |
|---|---|---|---|

**HOSPITALITY RESOURCE SUPPL**
**499 N SR. 434**
**#1005**
**ALAMONTE SPRINGS, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.27** |
|---|---|---|---|

**HOST COFFEE SERVICE, INC.**
**9444 J ST.**
**OMAHA, NE 68127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,108.58** |
|---|---|---|---|

**HOT SCHEDULES**
**P.O. BOX 848472**
**DALLAS, TX 75284-8472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$385.00** |
|---|---|---|---|

**HOUSTON WEST CHAMBER OF**
**COMMERCE**
**10370 RICHMOND        STE 125**
**HOUSTON, TX 77042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|

**HUMBERT SANITARY SERVICE**
**1581 APPLEGROVE RD NW**
**PO BOX 2126**
**CANTON, OH 44720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$478.32** |
|---|---|---|---|

**HUMITECH OF IOWA, INC.**
**P.O. BOX 1027**
**WAUKEE, IA 50263-1027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$184.00** |
|---|---|---|---|

**HUNT PLUMBING CO INC**
**520 SOUTH SPRATLEY**
**KANSAS CITY, MO 64161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,706.83** |
|---|---|---|---|

**HUNTSVILLE UTILITIES**
**120 SPRAGENS ST.**
**HUNTSVILLE, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$555.00** |
|---|---|---|---|

**ICE OF CENTRAL FLORIDA INC**
**1725 CENTRAL FLORIDA PARKWAY**
**STE D**
**ORLANDO, FL 32837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.514** | Nonpriority creditor's name and mailing address

**IEM, INC.**
**PO BOX 93538**
**LAS VEGAS, NV 89193-3538**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$9,081.69**

---

**3.515** | Nonpriority creditor's name and mailing address

**IMAGE FIRST**
**42 LUKENS DR**
**SUITE 100**
**NEW CASTLE, DE 19720-2727**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$737.03**

---

**3.516** | Nonpriority creditor's name and mailing address

**INDEPENDENT CRAFT DISTRIBU**
**3811 TARHEEL DRIVE**
**SUITE 101**
**RALEIGH, NC 27609**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$545.22**

---

**3.517** | Nonpriority creditor's name and mailing address

**INDIANA NEWSPAPERS, INC**
**ADVERTISING**
**PO BOX 677553**
**DALLAS, TX 75267-7553**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$76.77**

---

**3.518** | Nonpriority creditor's name and mailing address

**INDIANAPOLIS NEWSPAPERS**
**PO BOX 742619**
**CINCINNATI, OH 45274-2619**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$69.00**

---

**3.519** | Nonpriority creditor's name and mailing address

**INFINITY SERVICE GROUP, IN**
**dba ALLSTAR HOME SERVICES**
**P.O. BOX 4229**
**RANCHO CUCAMONGA, CA 91729**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

**$2,200.50**

---

**3.520** | Nonpriority creditor's name and mailing address

**INLAND CONTINENTAL PROPERT**
**MANAGEMENT CORP**
**32533 COLLECTION CENTER DRIVE**
**CHICAGO, IL 60693-0325**

Date(s) debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ☑ No ☐ Yes

**$11,595.71**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,555.72 |

**INLAND SEAFOOD ATLANTA**
**ATTN: ACCOUNTS RECEIVABLE**
**P.O. BOX 639737**
**CINCINNATI, OH 45263-9737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $678.63 |

**INNOVATIVE HARDWARE, INC.**
**dba EPS**
**8845 BASIL WESTERN ROAD**
**CANAL WINCHESTER, OH 43110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,358.03 |

**INSTITUTIONAL MALL INVESTO**
**dba IMI HUNTSVILLE LLC.**
**HUNTSVILLE LIFESTYLE**
**P.O. BOX 742117**
**ATLANTA, GA 30374-2117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,118.02 |

**INTEGRATED PLUMBING**
**SOLUTIONS, LLC.**
**4364 SUN BLOSSOM CIRCLE**
**WEST JORDAN, UT 84088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $969.48 |

**INTERNATIONAL BEVERAGE WOR**
**PO BOX 531331**
**CINCINNATI, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $958.47 |

**IRVINE RANCH WATER DISTRIC**
**P.O. BOX 51403**
**LOS ANGELES, CA 90051-5703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,180.00 |

**J&A HANDYMAN SERVICES**
**1165 NE 87 STREET**
**MIAMI, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **FoodFirst Global Restaurants, Inc.**

Name

Case number (if known)  **6:20-bk-02159-LVV**

---

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.58 |

**J&R UPHOLSTERY AND BLINDS**
**453 DAVIDSON RD.**
**PITTSBURGH, PA 15239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $420.40 |

**J&S CARPET CLEANING INC**
**1710 ARTHUR COURT**
**WAUKESHA, WI 53188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $282.16 |

**J.R. PLUMBING INC.**
**16817 W. GREENFIELD AVE.**
**NEW BERLIN, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $104.86 |

**J.V. CHUJKO INC.**
**315 BROADWAY AVENUE**
**MCKEES ROCKS, PA 15136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,066.98 |

**JACKSON TOTAL SERVICE, INC.**
**P.O. BOX 9589**
**NAPLES, FL 34101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,366.89 |

**JAEGER HOLDINGS, LLC.**
**dba ALL-TEMP REFRIGERATION**
**271 HWY 1085**
**MADISONVILLE, LA 70447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $244.03 |

**JAMES W. NOLEN**
**dba NOLEN LOCKSMITHING**
**7919 GRACELAND ST.**
**DAYTON, OH 46469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,021.88 |
|---|---|---|---|

**JANI KING OF NEW YORK, INC**
P.O. BOX 415296
BOSTON, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,605.63 |
|---|---|---|---|

**JANI-KING OF BUFFALO, INC.**
P.O. BOX 415291
BOSTON, MA 02241-5291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,750.00 |
|---|---|---|---|

**JANI-KING OF LITTLE ROCK**
609 RELIABILITY CIRCLE
KNOXVILLE, TN 37932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,077.50 |
|---|---|---|---|

**JANVIER ELECTRIC, INC.**
740 ELIZABETH LN
BEAR, DE 19701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,880.40 |
|---|---|---|---|

**JAVIER SOLIS**
P.O. BOX 8217
ALBUQUERQUE, NM 87198

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $369.00 |
|---|---|---|---|

**JAY'S SHARPENING SERVICE**
4310 W. TOMPKINS AVE.
LAS VEGAS, NV 89103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207.00 |
|---|---|---|---|

**JB KAIN INC.**
922 W. SPRING VALLEY PK.
DAYTON, OH 45458

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **FoodFirst Global Restaurants, Inc.**                          Case number (if known)    **6:20-bk-02159-LVV**
_____
Name

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.44 |

**JBK GROUP FLORIDA LLC.**
**P.O. BOX 92953**
**CLEVELAND, OH 44194-2953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,319.60 |

**JC ROYAL REPAIRS**
**473 DOANE AVE.**
**STATEN ISLAND, NY 10308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $958.50 |

**JCP&L**
**P.O. BOX 3687**
**AKRON, OH 44309-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |

**JD ELECTRIC, LLC.**
**4702 PINEWOOD RD.**
**LOUISVILLE, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,969.61 |

**JDRF INTERNATIONAL**
**26 BROADWAY 15TH FLOOR**
**NEW YORK, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,196.44 |

**JEA**
**P.O. BOX 45047**
**JACKSONVILLE, FL 32232-5047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |

**JEANINE CLIFTON**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.549** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**JEFF VOORHIES**
**DBA VOORHIES CARPET SOLUTIONS**
**630 W. WABASH ST.**
**OLATHE, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.550** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$880.85**

**JEFFERSON PARISH DEPT**
**OF WATER**
**PO BOX 10007**
**JEFFERSON, LA 70181-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,008.35**

**JEFFREY NOBLE PRODUCTIONS**
**3321 OAK GROVE AVE**
**STE K**
**DALLAS, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$803.25**

**JEFFREY PARKS JR.**
**P.O. BOX 6455**
**VIRGINIA BEACH, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**JERROD NEIL GAITHER**
**dba TEXAS CUSTOM LANDSCAPE**
**7721 AUBREY LANE**
**N RICHLAND HILLS, TX 76182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**JESSENEA SANTANA**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$184.27**

**JIM'S LOCK & SAFE SERVICE**
**2005 N 77TH STREET**
**KANSAS CITY, KS 66104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

**3.556**

**Nonpriority creditor's name and mailing address**

**JM ELECTRONICS, INC.**
**dba LE GRAND ELECTRONICS INC**
**6187 MW 167TH ST UNIT H-37**
**HIALEAH, FL 33015**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$588.50**

---

**3.557**

**Nonpriority creditor's name and mailing address**

**JOBTARGET, LLC.**
**15 THAMES ST. 2ND FLOOR**
**GOTON, CT 06340**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.558**

**Nonpriority creditor's name and mailing address**

**JOE EAST ENTERPRISES,INC.**
**dba A-1 LOCKSMITH**
**2508 HIGHLANDER WAY          SUITE 230**
**CARROLLTON, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$769.12**

---

**3.559**

**Nonpriority creditor's name and mailing address**

**JOHN A. DEWITT**
**7840 Valderrama Way**
**Lakewood Ranch, FL 34202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$180.00**

---

**3.560**

**Nonpriority creditor's name and mailing address**

**JOHN MONTALBANO PLUMBING**
**114 COLBY ST**
**METAIRIE, LA 70001**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$716.02**

---

**3.561**

**Nonpriority creditor's name and mailing address**

**JOHN OLSON**
**1959 S. POWER ROAD**
**SUITE 103-149**
**MESA, AZ 85206-4398**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$3,200.00**

---

**3.562**

**Nonpriority creditor's name and mailing address**

**JOHNS PLUMBING**
**5851 SERVICE ROAD**
**BIRMINGHAM, AL 35235**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$16,077.50**

---

Debtor **FoodFirst Global Restaurants, Inc.**                Case number (if known)  **6:20-bk-02159-LVV**

Name

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $491.26 |
|---|---|---|---|

**JOHNS PLUMBING HEATING AND**
P.O. BOX 8496
GREENSBORO, NC 27419

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,716.16 |
|---|---|---|---|

**JOHNSON CONTROLS FIRE
PROTECTION LP**
DEPT CH 10320
PALATINE, IL 60055-0320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,312.69 |
|---|---|---|---|

**JOHNSON CONTROLS FIRE LP**
P.O. BOX 371994
PITTSBURG, PA 15250-7994

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,753.87 |
|---|---|---|---|

**JOHNSON CONTROLS SECURITY**
P.O. BOX 371994
PITTSBURG, PA 15250-7994

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212.79 |
|---|---|---|---|

**JONES ELECTRICAL SERVICE C**
PO BOX 61
MAYFLOWER, AR 72106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,736.84 |
|---|---|---|---|

**JORDAN CREEK TOWN CENTER**
SDS 12 2423
PO BOX 86
MINNEAPOLIS, MN 55486-2423

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,401.92 |
|---|---|---|---|

**JOSEPH MURPHY CONSTRUCTION**
3160 Crow Canyon Place
Suite 230
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|

**JOSEPH W. DEVLIN**
**3657 SCHWALBE DR**
**SARASOTA, FL 34235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,421.67** |
|---|---|---|---|

**JRA HHF VENTURE, LLC.**
**DEPT. 781885**
**P.O. BOX 78000**
**DETROIT, MI 48278-1885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,247.00** |
|---|---|---|---|

**JUAN A. RODRIGUEZ JR**
**22921 BLACKWOLF WAY**
**PARKER, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**JUILANNA STONE**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$594.50** |
|---|---|---|---|

**JURICA, JOHN**
**12722 CRAIG AVENUE**
**GRANDVIEW, MO 60403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$693.00** |
|---|---|---|---|

**JUST WINDOWS WINDOW CLEANI**
**PO BOX 31367**
**DES PERES, MO 63131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$792.96** |
|---|---|---|---|

**K & G COFFEE COMPANY**
**P.O. BOX 786751**
**PHILADELPHIA, PA 19178-6751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.577** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,322.57**

**KANSAS CITY POWER & LIGHT**
**PO BOX 219330**
**KANSAS CITY, MO 64121-9330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.578** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$874.84**

**KANSAS GAS SERVICE**
**P.O. BOX 219046**
**KANSAS CITY, MO 64121-9046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.579** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66.51**

**KAREN EDEN**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.580** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,455.09**

**KATSIROUBAS BROS. PRODUCE**
**PO BOX 220**
**READVILLE, MA 02137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.581** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$750.00**

**KEITH GORDON LANGEROCK**
**dba VINYL DOCTOR LLP.**
**3409 S. ARROWHEAD CT.**
**INDEPENDENCE, MO 64057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,202.13**

**KELLER FIRE & SAFETY INC**
**1138 KANSAS AVENUE**
**KANSAS CITY, KS 66105-1226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$196.04**

**KELLY, NATALIE**
**924 46TH ST. S.W.**
**CANTON, OH 44706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,482.00** |
|---|---|---|---|

**KEN COOK'S PLUMBING &
HEATING, INC.**
**3704 TRADE CENTER DR.**
**ANN ARBOR, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**KENETH MCHUGH**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255.00** |
|---|---|---|---|

**KENMARK SECURITY SYSTEMS**
**dba SONITROL SECURITY SYSTEMS**
**10600 TIMBERWOOD CIRCLE**
**LOUISVILLE, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**KENNETH HARPER**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,945.09** |
|---|---|---|---|

**KENTUCKIANA COMFORT
CENTER INC**
**2716 GRASSLAND DRIVE**
**LOUISVILLE, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,049.88** |
|---|---|---|---|

**KETER ENVIRONMENTAL SVC. I**
**P.O. BOX 417468**
**BOSTON, MA 02241-7468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.00** |
|---|---|---|---|

**KETTLE CUISINE LLC**
**330 LYNNWAY**
**LYNN, MA 01901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.591** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$294.00**

**KILLEEN PLUMBING COMPANY**
**P.O. BOX 40415**
**BAY VILLAGE, OH 44140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.592** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405.54**

**KIMBROUGH FIRE EXTINGUISHER**
**PO BOX 13296**
**ARLINGTON, TX 76094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$252.00**

**KING COFFEE & TEA SERVICES**
**4220 Edgeland Ave**
**Royal Oak, MI 48073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.594** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$420.00**

**KINGTON SEWER SEPTIC DRAIN**
**CLEANING SERVICE, INC.**
**P.O. BOX 50633**
**KNOXVILLE, TN 37950-0633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.595** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$649.18**

**KIZLER MAINTENANCE & REPAI**
**LLC.**
**40 GREENVIEW CIRCLE**
**SHERWOOD, AR 72120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.596** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$436.00**

**KLABUNDE  DELIVERY SERVICE**
**8555 IZARD STREET**
**OMAHA, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.597** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,262.36**

**KNIGHT ELECTRIC CO, INC**
**7513 CENTRAL INDUSTRIAL DR**
**RIVIERA BEACH, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.598** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**KNOXVILLE AREA CHAMBER PARTNERSHIP, INC.**
**17 MARKET SQUARE #201**
**KNOXVILLE, TN 37902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.599** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$635.00**

**KOETTER FIRE PROTECTION OF HOUSTON, LLC.**
**10351 OLYMPIC DR.**
**DALLAS, TX 75220-4437**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.600** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,049.60**

**KONE INC.**
**P.O. BOX 7247**
**PHILADELPHIA, PA 19170-6082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.601** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,627.62**

**KOORSEN FIRE & SECURITY IN**
**2719 N ARLINGTON AVE**
**INDIANAPOLIS, IN 46218-3322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.602** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,248.07**

**KOSINS PARTY & TENT RENTAL**
**1660 THOMAS PAINE PARKWAY**
**CENTERVILLE, OH 45459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$860.29**

**KRS - KITCHEN REPAIR SERVI**
**27058 SW 140TH  FSGE**
**NARANJA, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,409.00**

**KRYSTAL KLEEN INC.**
**P.O. BOX 908**
**WARREN, MI 48090-0908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.39 |
|---|---|---|---|

**L E HUNT JR ENTERPRISES IN**
**dba ROTO-ROOTER PLUMBING**
**4005 SE GRIMES BLVD.**
**GRIMES, LA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $342.47 |
|---|---|---|---|

**LACORTE & SONS, LLC.**
**144 NOTH BEVERWYCK ROAD**
**SUITE 112**
**LAKE HIAWATHA, NJ 07034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,809.28 |
|---|---|---|---|

**LAFAYETTE PARTNERS**
**5812 DARLINGTON RD**
**PITTSBURGH, PA 15217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $775.00 |
|---|---|---|---|

**LAKEWAY INVESTMENT CORP.**
**7998 GREENBRIAR RD.**
**TALBOTT, TN 37877**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**LAMAR COMPANIES**
**PO BOX 96030**
**BATON ROUGE, LA 70896**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,535.79 |
|---|---|---|---|

**LAMONICA'S RESTAURANT EQUI**
**SERVICE CO.**
**6211 SOUTH 380 WEST**
**MURRAY, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $639.75 |
|---|---|---|---|

**LAMONT M. FULTON & CO**
**PMB 153, 3111 ROUTE 38**
**SUITE 11**
**MOUNT LAUREL, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.612** | Nonpriority creditor's name and mailing address
**LANDMARK PAINTING & DECORA**
**75 EAST BETHPAGE ROAD**
**PLAINVIEW, NY 11803**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,668.27**

---

**3.613** | Nonpriority creditor's name and mailing address
**LANIER PARKING SOLUTIONS O**
**1 LEVEE WAY**
**SUITE 1113**
**NEWPORT, KY 41071**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.614** | Nonpriority creditor's name and mailing address
**LANSING BOARD WATER & LIGHT**
**PO BOX 13007**
**LANSING, MI 48901-3007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,421.14**

---

**3.615** | Nonpriority creditor's name and mailing address
**LANSING STATE JOURNAL**
**P.O. BOX 742530**
**CINCINNATI, OH 45274-2530**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$68.84**

---

**3.616** | Nonpriority creditor's name and mailing address
**LASTING IMPRESSIONS PARTY**
**5080 SINCLAIR RD.**
**COLUMBUS, OH 43229**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$458.71**

---

**3.617** | Nonpriority creditor's name and mailing address
**LAVAZZA PREMIUM COFFEES CO**
**120 WALL STREET**
**FLOOR 27TH**
**NEW YORK, NY 10005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,155.00**

---

**3.618** | Nonpriority creditor's name and mailing address
**LEGACY VILLAGE INVESTORS L**
**PO BOX 635159**
**CINCINNATI, OH 45263-5159**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

**$73,898.46**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,562.84** |
|---|---|---|---|
| | **LEHIGH VALLEY MALL, LLC.**<br>**P.O. BOX 829446**<br>**PHILADELPHIA, PA 19182-9446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Landlord** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,764.60** |
|---|---|---|---|
| | **LENNOX TOWN CENTER LTD.**<br>**DEPT. 324956 20805 2408**<br>**P.O. BOX 83400**<br>**CHICAGO, IL 60691-3400** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Landlord** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,414.12** |
|---|---|---|---|
| | **LENS CARPET CARE**<br>**3436 FRANETTE**<br>**LANSING, MI 48906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,279.25** |
|---|---|---|---|
| | **LEVEL 3 COMMUNICATIONS LLC**<br>**BUSINESS SEVICES**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072-2187** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,090.00** |
|---|---|---|---|
| | **LEWIS & CLARK MEDIA LLC**<br>**dba 614 MAGAZINE**<br>**458 E. MAIN STREET**<br>**COLUMBUS, OH 43215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,289.33** |
|---|---|---|---|
| | **LG&E**<br>**PO BOX 9001960**<br>**LOUISVILLE, KY 40290-1960** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,123.99** |
|---|---|---|---|
| | **LIBERTY CENTER, LLC.**<br>**L-3745**<br>**COLUMBUS, OH 43260-3745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:  Landlord** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.626**

**Nonpriority creditor's name and mailing address**
**LIBERTY GLASS & DOOR, INC.**
**1206 BROWNS CROSSROAD ROAD**
**STALEY, NC 27355**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$775.82

---

**3.627**

**Nonpriority creditor's name and mailing address**
**LIFE STORAGE #657**
**1099 BRADLEY ROAD**
**WESTLAKE, OH 44145**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$279.72

---

**3.628**

**Nonpriority creditor's name and mailing address**
**LILA DE PUCH -MARSEE**
**P.O. Box 836538**
**Miami, FL 33283**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

**3.629**

**Nonpriority creditor's name and mailing address**
**LINCOLN CORNER**
**555 WEST NEWTON STREET**
**GREENSBURG, PA 15601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

$12,203.08

---

**3.630**

**Nonpriority creditor's name and mailing address**
**LIQUID ENVIRONMENTAL SOLUT**
**OF TEXAS, LLC.**
**PO BOX 733372**
**DALLAS, TX 75373-3372**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$294.93

---

**3.631**

**Nonpriority creditor's name and mailing address**
**LIQUOR LEASING & SERVICE LC**
**LIQUOR SYSTEMS OF UTAH, LLC.**
**9283 S. JEAN DRIVE**
**SANDY, UT 84070**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$267.05

---

**3.632**

**Nonpriority creditor's name and mailing address**
**LITE-HOUSE RENOVATIONS, IN**
**1716 LAKE CHRISTOPHER DR.**
**VIRGINIA BEACH, VA 23464**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$2,494.60

---

| Debtor | FoodFirst Global Restaurants, Inc. | Case number (if known) | 6:20-bk-02159-LVV |
|---|---|---|---|
| | Name | | |

---

**3.633** | Nonpriority creditor's name and mailing address
**LITTLE ROCK DEVELOPMENT COMPANY LLC.**
**PROMENADE AT CHENAL**
**P.O. BOX 95603**
**LAS VEGAS, NV 89193-5603**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$31,112.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.634** | Nonpriority creditor's name and mailing address
**LITTLE ROCK FALSE ALARM REDUCTION PROGRAM**
**P.O. BOX 3876**
**LITTLE ROCK, AR 72203**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$225.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.635** | Nonpriority creditor's name and mailing address
**LIZARD PALM COMPANY**
**7610 RUSTIC WOODS DRIVE**
**HUBER HEIGHTS, OH 45424**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$261.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.636** | Nonpriority creditor's name and mailing address
**LOCKBUSTERS OF SOUTHWEST FLORIDA, INC.**
**dba POP A LOCK**
**5915 MEMORIAL HWY STE. 104**
**TAMPA, FL 33615**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$170.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | Nonpriority creditor's name and mailing address
**LODOVICO WINDOW CLEANING I**
**PO BOX 341**
**MURRYSVILLE, PA 15668**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$417.30**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | Nonpriority creditor's name and mailing address
**LogMeIn, INC**
**BOX 83308**
**WOBURN, MA 01813-3308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$11,999.99**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | Nonpriority creditor's name and mailing address
**LONG RANGE SYSTEMS, INC.**
**4550 EXCEL PARKWAY**
**SUITE 200**
**ADDISON, TX 75001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$1,945.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|
| | **LORRAINE MAZAREK**<br>**100 RIVERVIEW ROAD**<br>**STEVENSVILLE, MD 21666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,303.28** |
|---|---|---|---|
| | **LOUISIANA SPECIALTY DRINKS**<br>**1603 SOUTH GAYOSO STREET**<br>**METAIRIE, LA 70125** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$520.00** |
|---|---|---|---|
| | **LUIS ERNESTO PADILLA**<br>**dba CACHO ELECTRIC**<br>**1333 W. ROBIDOUX STREET**<br>**WILMINGTON, CA 90744** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|
| | **LYLE SAYLOR**<br>**100 RIVERVIEW ROAD**<br>**STEVENSVILLE, MD 21666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,409.98** |
|---|---|---|---|
| | **LYONS MECHANICAL SERVICES**<br>**1495 Mallard Lake Avenue**<br>**SAINT JOHNS, FL 32259** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,483.19** |
|---|---|---|---|
| | **M&J - BIG WATERFRONT TOWN**<br>**CENTER I LLC**<br>**LOCKBOX 778531**<br>**8531 SOLUTION CENTER**<br>**CHICAGO, IL 60677-8005** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Landlord** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.00** |
|---|---|---|---|
| | **M&M DISTRIBUTING INC.**<br>**531 W. 600 NORTH**<br>**SALT LAKE CITY, UT 84116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**M&M ENTERPRISES, LLC.**
**164 SAGEBROOK DR.**
**MADISON, AL 35757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,165.00 |
|---|---|---|---|

**M.I.D.A CLEANING SERVICES**
**12000 Sawmill Road**
**Apt. 2201**
**The Woodlands, TX 77380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,573.63 |
|---|---|---|---|

**M.T. FRANCHSING INC.**
**10250 ALLIANCE RD STE. 210**
**CINCINNATI, OH 45242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,375.00 |
|---|---|---|---|

**MACHADO MANAGEMENT CONSULT**
**840 N. ATLANTIC AVE. APT. C403**
**COCOA BEACH, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125,897.53 |
|---|---|---|---|

**MACWH, LP.**
**DANBURY MALL, LLC.**
**P.O. BOX 849548**
**LOS ANGELES, CA 90084-9548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Landlord__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.00 |
|---|---|---|---|

**MAHONEY ENVIRONMENTAL**
**1819 MOEN AVENUE**
**JOLIET, IL 60436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.00 |
|---|---|---|---|

**MAINTENANCE OF FLORIDA**
**9876 PLANO ROAD**
**DALLAS, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,097.04 |
|---|---|---|---|

MAJESTIC BUILDING MAINTENA
INC.
P.O. BOX 1303
POWELL, OH 43065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.35 |
|---|---|---|---|

MAJESTIC BUILDING SRVC INC
P.O. BOX 20097
HUNTINGTON STATION, NY 11746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,340.23 |
|---|---|---|---|

MAJESTIC MEAT
70 WEST BOWERS WAY
SALT LAKE CITY, UT 84115

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,791.47 |
|---|---|---|---|

MALL AT BRIARWOOD, LLC.
SUPER-REGIONAL MALLS OPERATING
P.O. BOX 404570
ATLANTA, GA 30384-4570

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,184.81 |
|---|---|---|---|

MALL AT SUMMIT LLC
P.O. BOX 644271
PITTSBURGH, PA 15264-4271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,500.60 |
|---|---|---|---|

MALLICK PLUMBING & HEATING
8010 Cessna Avenue
Gaithersburg, MD 20879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.29 |
|---|---|---|---|

MALONEY & ASSOCIATES, INC.
4850 SOUTHWAY ST. SW
CANTON, OH 44706

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **FoodFirst Global Restaurants, Inc.**                        Case number (if known)    **6:20-bk-02159-LVV**
_____
Name

| | |
|---|---|
| 3.661 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

3.661

**MANSFIELD POWER AND GAS. L
RECEIVABLES ACCOUNT
P.O. BOX 733714
DALLAS, TX 75373-3714**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$9,203.92**

---

3.662

**Nonpriority creditor's name and mailing address**

**MARCUS WADE SIMS
5816 MAURIE DRIVE
WATAUGA, TX 76148**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,874.63**

---

3.663

**Nonpriority creditor's name and mailing address**

**MARED MECHANICAL CORP
4230 W DOUGLAS AVE
MILWAUKEE, WI 53209**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,191.36**

---

3.664

**Nonpriority creditor's name and mailing address**

**MARIA DE JESUS QUEVEDO
4115 NE DAVIDSON #386
KANSAS CITY, MO 64116**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,400.00**

---

3.665

**Nonpriority creditor's name and mailing address**

**MARK ALLEN PLUMBING &
HEATING, INC.
4905 LIBRARY RD.
BETHEL PARK, PA 15102**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$892.00**

---

3.666

**Nonpriority creditor's name and mailing address**

**MARLIN BUSINESS BANK
P.O. BOX 13604
PHILADELPHIA, PA 19101-3604**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$429.40**

---

3.667

**Nonpriority creditor's name and mailing address**

**MARQUEE EVENT GROUP, INC.
3200 BELMEADE DRIVE
SUITE 130
CARROLLTON, TX 75006**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,506.35**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.668**

**Nonpriority creditor's name and mailing address**

**MATT TURNER**
**dba TURNER CUSTOM LANDSCAPE**
**749 ASPEN COURT**
**ALLEN, TX 75002**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.669**

**Nonpriority creditor's name and mailing address**

**MATTHEW A BURY**
**849 CARVER BLVD**
**TOLEDO, OH 43607**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$175.00**

---

**3.670**

**Nonpriority creditor's name and mailing address**

**MAUREEN BUSSINK**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.671**

**Nonpriority creditor's name and mailing address**

**MAURER'S TEXTILE RENTAL**
**SERVICE INC**
**PO BOX 515**
**DEWITT, MI 48820**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$10,678.44**

---

**3.672**

**Nonpriority creditor's name and mailing address**

**MAURERS MULTIPLE SERVICES IN**
**2057 AUBURN AVE**
**HOLT, MI 48842**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$2,795.00**

---

**3.673**

**Nonpriority creditor's name and mailing address**

**MAXPOWER STEAM CLEAN**
**826 OAKDALE DRIVE**
**HILLSBOROUGH, NC 27278**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.674**

**Nonpriority creditor's name and mailing address**

**MB PROMOTIONS, LLC**
**587 SENTINEL ROAD**
**MOORESTOWN, NJ 08057**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,300.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,164.51** |
|---|---|---|---|
| | **MC-RC ENTERPRISES, INC.**<br>**1473 CENTRAL PARK AVE.**<br>**DAYTON, OH 45409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.676 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$170.00** |
|---|---|---|---|
| | **MCGERVEY ELECTRIC INC.**<br>**3571 VALLEY DRIVE**<br>**PITTSBURGH, PA 15234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,108.38** |
|---|---|---|---|
| | **MCL MECHANICAL SERVICES IN**<br>**26 KELSO AVENUE**<br>**WEST SPRINGFIELD, MA 01089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$802.50** |
|---|---|---|---|
| | **MCNAUGHT ENTERPRISES, INC.**<br>**dba FISH WINDOW CLEANING**<br>**148 WEST PIKE STREET**<br>**CANONSBURG, PA 15317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,176.07** |
|---|---|---|---|
| | **MCSHANE PLUMBING & COMMERC**<br>**SERVICES, LLC.**<br>**152 BIG HORN RD.**<br>**PITTSBURGH, PA 15239** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$168.00** |
|---|---|---|---|
| | **MDLS ENTERPRISE INC.**<br>**dba ECOWATER SYSTEMS**<br>**1508 SAMMONDS ROAD**<br>**PLANT CITY, FL 33563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,517.48** |
|---|---|---|---|
| | **MECHANICAL SYSTEM SERVICES**<br>**S70 W23385 MILLBROOK CIRCLE**<br>**BIG BEND, WI 53103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.682**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00** |
|---|---|---|
| MENUTRINFO, LLC.<br>155 NORTH COLLEGE AVE.<br>SUITE 200<br>FT. COLLINS, CO 80524 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.683**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,180.50** |
|---|---|---|
| METRO FIRE EQUIPMENT, INC<br>63 S HAMILTON PL<br>GILBERT, AZ 85233 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.684**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,015.92** |
|---|---|---|
| METRO REPAIR & MAINT CO IN<br>46536 DOUBLETREE<br>CANTON, MI 48187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.685**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,321.05** |
|---|---|---|
| METROPOLITAN UTILITIES<br>DISTRICT<br>P.O. BOX 3600<br>OMAHA, NE 68103-0600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.686**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$104,055.56** |
|---|---|---|
| MFC BEAVERCREEK, LLC.<br>MSC#7561<br>P.O. BOX 415000<br>DEPT#00005246<br>NASHVILLE, TN 37241-7561 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Landlord** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.687**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$394.00** |
|---|---|---|
| MIAMI ELECTRIC MASTERS LLC<br>12201 SW 128 CT<br>SUITE 1612<br>MIAMI, FL 33156 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.688**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|
| MICHAEL MCMURRAY<br>470 SW 850TH RD<br>CHILHOWEE, MO 64733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|

**MICHAEL SMITH**
**8301 EAST 85TH STREET**
**RAYTOWN, MO 64138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,381.50** |
|---|---|---|---|

**MICHAEL TOMAS ORTEGA**
**PO BOX 590912**
**HOUSTON, TX 77259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$253,321.69** |
|---|---|---|---|

**MICHAEL'S FINER MEATS**
**29037 NETWORK PLACE**
**CHICAGO, IL 60673-1290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26.90** |
|---|---|---|---|

**MICHELLE FERRANTE**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$327.24** |
|---|---|---|---|

**MICHIGAN FOOD SERVICE**
**15365 FRANCIS RD**
**LANSING, MI 48906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,675.00** |
|---|---|---|---|

**MICHIGAN PLUMBING SEWER&DR**
**6204 LANSING RD.**
**LANSING, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$782.19** |
|---|---|---|---|

**MICROS RETAIL SYSTEMS INC**
**1200 HARBOR BLVD**
**10 FLOOR**
**WEEHAWKEN, NJ 07086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,018.81 |
|---|---|---|---|

**MIDAMERICAN ENERGY COMPANY**
**PO BOX 8020**
**DAVENPORT, IA 52808-8020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,210.69 |
|---|---|---|---|

**MIDWAY CC VENTURE LP**
**800 TOWN & COUNTRY BLVD.**
**SUITE 200**
**HOUSTON, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Landlord__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,409.12 |
|---|---|---|---|

**MIDWEST AUTOMATIC FIRE**
**SPRINKLER CO**
**2001 DEWOLF STREET**
**DES MOINES, IA 50316-2761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,254.85 |
|---|---|---|---|

**MIDWEST FOOD EQUIPMENT**
**SERVICE, INC.**
**3055 DIXIE AVE SW**
**GRANDVILLE, MI 49418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,273.64 |
|---|---|---|---|

**MIDWEST REPAIR SERVICE LLC**
**217 UPTON ST.**
**SAINT LOUIS, MO 63111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.39 |
|---|---|---|---|

**MILLENNIUM ELECTRIC**
**4340 EDGEWATER DR**
**ORLANDO, FL 32804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,317.83 |
|---|---|---|---|

**MILLERS TEXTILE SERVICES**
**PO BOX 239**
**WAPAKONETA, OH 45895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $256.50 |
|---|---|---|---|

**MILWAUKEE JOURNAL SENTINEL**
**PO BOX 742699**
**CINCINNATI, OH 45274-2699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $398.66 |
|---|---|---|---|

**MINNESOTA CONWAY FIRE &**
**SAFETY, INC.**
**575 MINNEHAHA AVE. W.**
**ST. PAUL, MN 55103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $394.50 |
|---|---|---|---|

**MIRACLE PLUMBNG & HEATING**
**2121 WHIPPLE AVE NW**
**CANTON, OH 44708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|

**MISSION CLEAN INC**
**1627 S MICHIGAN AVE**
**APT 104**
**VILLA PARK, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,725.46 |
|---|---|---|---|

**MISSION LINEN SUPPLY**
**2652 S. 16TH ST. #A**
**PHOENIX, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,908.00 |
|---|---|---|---|

**MITCH HAMBLETON**
**DALLAS COUNTY TREASURER**
**801 COURT RM 201**
**ADEL, IA 50003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30.00 |
|---|---|---|---|

**MOHAMMAD ALI SOBHANI**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,324.62** |
|---|---|---|---|

**MONARCHS SUB, LLC.**
**P.O. BOX 734271**
**DALLAS, TX 75373-4271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$470.00** |
|---|---|---|---|

**MONGIOVI AND SON PLUMBING**
**CONTRACTOR LP**
**190 BILMAR DRIVE**
**STE 1000**
**PITTSBURGH, PA 15205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$301.88** |
|---|---|---|---|

**MOORE'S REFRIGERATION, HEA**
**& AIR CONDITIONING SVC INC.**
**1226-A CAPSHAW ROAD**
**HARVEST, AL 35749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$408.49** |
|---|---|---|---|

**MOREY'S SEAFOOD INTERNATIO**
**6544 SOLUTIONS CENTER**
**CHICAGO, IL 60677-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$850.00** |
|---|---|---|---|

**MOUNTAIN WEST WINDOW CLEAN**
**P.O. BOX 70127**
**SALT LAKE CITY, UT 84170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$890.00** |
|---|---|---|---|

**MOYER COMPANIES INC.**
**P.O. BOX 12458**
**OKLAHOMA CITY, OK 73157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50.00** |
|---|---|---|---|

**MR KLEANZE LLC**
**2817 Berkeley Drive**
**BIRMINGHAM, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,748.24 |
|---|---|---|---|

**MR. REKEY OF AUSTIN, LLC.**
**1421 WELLS BRANCH PKWY**
**SUITE 104**
**PFLUGERVILLE, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $340.02 |
|---|---|---|---|

**MR. ROOTER PLUMBING**
**64 PROGRESS AVE.**
**CRANBERRY TOWNSHIP, PA 16066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.00 |
|---|---|---|---|

**MUETZEL PLUMBING & HEATING**
**1661 KENNY RD.**
**P.O. BOX 12489**
**COLUMBUS, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64.08 |
|---|---|---|---|

**MUIR ENTERPRISES INC.**
**P.O. BOX 26775**
**SALT LAKE CITY, UT 84126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.50 |
|---|---|---|---|

**MULLIN PLUMBING**
**2936 N SHIELDS BLVD**
**MOORE, OK 73160**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,018.71 |
|---|---|---|---|

**MUNICIPAL UTILITY DISTRICT**
**P.O. BOX 7580**
**SPRING, TX 77387-7580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,677.49 |
|---|---|---|---|

**MURPHY COMPANY MECHANICAL**
**CONTRACTORS AND ENGINEERS**
**P.O. BOX 790379**
**ST. LOUIS, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,417.33 |
|---|---|---|---|

**MURRAY CITY CORPORATION**
**5025 SOUTH STATE ST #113**
**MURRAY, UT 84157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,262.19 |
|---|---|---|---|

**MUZAK NATIONAL**
**3318 LAKEMONT BLVD.**
**FORT MILL, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $454.99 |
|---|---|---|---|

**MY LOCKERCOM, LLC**
**1300 ROSA PARKS BOULEVARD**
**DETROIT, MI 48216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $207.90 |
|---|---|---|---|

**myfulfillMATE**
**380H Knollwood St. #163**
**Winston Salem, NC 27103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.09 |
|---|---|---|---|

**NACCARATO, JENNIFER**
**8120 BILTMORE DRIVE**
**BLACKLICK, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.54 |
|---|---|---|---|

**NAPLES DAILY NEWS**
**P.O. BOX 742699**
**CINCINNATI, OH 45274-2699**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,716.53 |
|---|---|---|---|

**NATIONAL FUEL GAS DISTRIBUT**
**P.O. BOX 371835**
**PITTSBURGH, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.731** | Nonpriority creditor's name and mailing address

**NATIONAL GRID**
P.O. BOX 11735
NEWARK, NJ 07101-4735

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$8,391.70**

---

**3.732** | Nonpriority creditor's name and mailing address

**NATIONAL HEATING AND AIR**
4300 CREEK ROAD
CINCINNATI, OH 45241

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$795.07**

---

**3.733** | Nonpriority creditor's name and mailing address

**NATIONAL HOME SERVICES**
P.O. BOX 1483
RIVERTON, UT 84065

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,181.80**

---

**3.734** | Nonpriority creditor's name and mailing address

**NATIONAL RESTAURANT ASSOC**
37020 EAGLE WAY
CHICAGO, IL 60678-1370

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,576.00**

---

**3.735** | Nonpriority creditor's name and mailing address

**NATIONAL WOOD FINISHING &**
5815 IRIS LN.
KATY, TX 77493

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,929.70**

---

**3.736** | Nonpriority creditor's name and mailing address

**NELBUD SERVICES GROUP, INC**
51 KOWEBA LANE
INDIANAPOLIS, IN 46201

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,014.24**

---

**3.737** | Nonpriority creditor's name and mailing address

**NEPTUNE PLUMBING & HEATING**
23860 MILES ROAD
CLEVELAND, OH 44128

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,228.38**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.20 |
|---|---|---|---|

**NEVADA GOOD SCENTS LLC.**
P.O. BOX 96924
LAS VEGAS, NV 89193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,586.91 |
|---|---|---|---|

**NEVADA LINEN SUPPLY**
3960 W. MESA VISTA AVENUE
LAS VEGAS, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.92 |
|---|---|---|---|

**NEW ENGLAND TEA AND COFFEE**
100 CHARLES STREET
MALDEN, MA 02148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.33 |
|---|---|---|---|

**NEW JERSEY AMERICAN WATER**
BOX 371331
PITTSBURGH, PA 15250-7331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,480.80 |
|---|---|---|---|

**NEW MEXICO GAS COMPANY**
PO BOX 27885
ALBUQUERQUE, NM 87125-7885

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.00 |
|---|---|---|---|

**NEW WORLD MARKETING, LLC.**
P.O. BOX 1278
DES PLAINES, IL 60017-1278

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
|---|---|---|---|

**NEW YORK STATE CORPORATION**
PO BOX 4136
BINGHAMTON, NY 13902-4136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,370.09 |
|---|---|---|---|

**NEWPORT MEAT COMPANY INC**
**P.O. BOX 19726**
**IRVINE, CA 92623-9726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,746.02 |
|---|---|---|---|

**NEXTECH CENTRAL, LLC.**
**1045 SOUTH JOHN RODES BLVD**
**MELBOURNE, FL 32904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,524.43 |
|---|---|---|---|

**NICHOLAS & CO INC**
**5520 W HAROLD GATTY DRIVE**
**SALT LAKE CITY, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**NICOLE MORAN**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,823.03 |
|---|---|---|---|

**NICOR GAS**
**PO BOX 0632**
**AURORA, IL 60507-0632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $154.64 |
|---|---|---|---|

**NINO SALVAGGIO**
**17496 HALL ROAD**
**CLINTON TOWNSHIP, MI 48038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,350.34 |
|---|---|---|---|

**NJ NATURAL GAS CO.**
**P.O. BOX 11743**
**NEWARK, NJ 07101-4743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.752 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$860.00** |
|---|---|---|---|

**NORCIA CONTRACTING**
**12025 CENTURY MANOR DRIVE**
**DUNKIRK, MD 20754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$679.00** |
|---|---|---|---|

**NORTH COAST GASKETS**
**33530 PIN OAK PARKWAY**
**AVON LAKE, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$139.90** |
|---|---|---|---|

**NORTH HILLS LOCK & SAFE**
**962 PERRY HIGHWAY**
**PITTSBURGH, PA 15237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,322.39** |
|---|---|---|---|

**NORTH SHORE LINEN, INC.**
**20 RIDER PLACE**
**FREEPORT, NY 11520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$163.40** |
|---|---|---|---|

**NORTHEAST BEVERAGE CO.**
**P.O. BOX 1437**
**COVENTRY, RI 02816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$541.18** |
|---|---|---|---|

**NORTHSTAR FACILITY SVCS IN**
**30515 CENTURY DRIVE**
**WIXOM, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00** |
|---|---|---|---|

**NORTHTOWN DR. VINY LLC.**
**17115 PENROSE LANE**
**LENEXA, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,928.35** |
|---|---|---|---|

**NOTL PROPERTY OWNER LLC**
**LOCKBOX 005686**
**PO BOX 645686**
**CINCINNATI, OH 45264-5686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Landlord

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.94** |
|---|---|---|---|

**NOVICKY, JARED**
**11 Santa Lane**
**New Milford, CT 06776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,420.84** |
|---|---|---|---|

**NUCO2, INC.**
**PO BOX 417902**
**BOSTON, MA 02241-7902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,307.37** |
|---|---|---|---|

**NV ENERGY**
**PO BOX 30086**
**RENO, NV 89520-3086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.17** |
|---|---|---|---|

**OFF THE DOCK FRESH SEAFOOD**
**P.O. BOX 18811**
**MEMPHIS, TN 38181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,396.00** |
|---|---|---|---|

**OFFICE KEEPERS, LLC.**
**2324 E. UNIVERSITY DR**
**MESA, AZ 85213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544.32** |
|---|---|---|---|

**OHIO AWNING & MANUFACTURING**
**5777 GRANT AVE**
**CLEVELAND, OH 44105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Trade

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.766** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$770.18**

**OHIO DEPARTMENT OF COMMERC**
**2603 DORR ST**
**TOLEDO, OH 43607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.767** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$94.20**

**OHIO DRAFTGUARD, LLC**
**P.O. BOX 532119**
**CINCINNATI, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.768** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,930.43**

**OHIO EDISON**
**PO BOX 3687**
**AKRON, OH 44309-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,576.66**

**OHIO SERVICES CLE, LLC.**
**9075 TOWN CENTRE DR STE 200**
**BROADVIEW HEIGHTS, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$168,381.01**

**OHIO TREASURER OF STATE**
**180 E. BROAD STREET**
**COLUMBUS, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,795.73**

**OHIO WINDOW CLEANING INC**
**PO BOX 24039**
**DAYTON, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,108.58**

**OKES**
**P.O. BOX 720172**
**NORMAN, OK 73070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $374.10 |
|---|---|---|---|

**OKLAHOMA NATURAL GAS**
P.O. BOX 219296
KANSAS CITY, MO 64121-9296

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**OLECTRIC, LLC.**
3937 E. DULCIANA AVENUE
MESA, AZ 85206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,589.75 |
|---|---|---|---|

**OLIVIERI CONTRACTING, INC**
7633 SUPREME STREET NW
NORTH CANTON, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,670.00 |
|---|---|---|---|

**OLYMPIA PLUMBING & SEWER
SERVICE INC.**
3245 QUAIL RIDGE CIRCLE
ROCHESTER, MI 48309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,654.53 |
|---|---|---|---|

**OLYMPIC II MALL SERVICES**
P.O. BOX 19930
FOUNTAIN HILLS, AZ 85269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,144.49 |
|---|---|---|---|

**OLYMPIC III MALL SERVICES**
P.O. BOX 19930
FOUNTAIN HILLS, AZ 85269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $234,879.47 |
|---|---|---|---|

**OPEN TABLE INC**
29109 NETWORK PLACE
CHICAGO, IL 60673-1291

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.780** Nonpriority creditor's name and mailing address

**OPENonline**
**P.O. BOX 182520**
**COLUMBUS, OH 43218-2520**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$985.62**

---

**3.781** Nonpriority creditor's name and mailing address

**OPTIMUM CARD SOLUTIONS LLC**
**855 S FIENE DRIVE**
**ADDISON, IL 60101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$19,770.50**

---

**3.782** Nonpriority creditor's name and mailing address

**OPTIMUM PRINT SOLUTIONS IN**
**5051 FREEWAY DRIVE EAST**
**COLUMBUS, OH 43229**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$56.98**

---

**3.783** Nonpriority creditor's name and mailing address

**ORLANDO FINEST BREADS & RO**
**7777 GRAND AVE**
**CLEVELAND, OH 44104-3099**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$84.10**

---

**3.784** Nonpriority creditor's name and mailing address

**ORLANDO UTILITIES COMMISSION**
**P.O. BOX 31329**
**TAMPA, FL 33631-3329**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$7,297.56**

---

**3.785** Nonpriority creditor's name and mailing address

**ORNELA PERRI**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.786** Nonpriority creditor's name and mailing address

**OTIS ELEVATOR COMPANY**
**P.O. BOX 73579**
**CHICAGO, IL 60673-7579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$410.66**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,254.78** |
|---|---|---|---|
| | **OUR TOWN AMERICA**<br>**13900 US HIGHWAY 19 N**<br>**CLEARWATER, FL 33764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Trade | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$132.00** |
|---|---|---|---|
| | **PACC INC.**<br>**dba DR. VINYL**<br>**4734 ROCKFORD PLAZA**<br>**LOUISVILLE, KY 40216** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Trade | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,818.83** |
|---|---|---|---|
| | **PACIFIC SEAFOOD ARIZONA**<br>**C/O PACIFIC SEAFOOD CO.**<br>**P.O. BOX 842757**<br>**BOSTON, MA 02284-2757** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Trade | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$699.78** |
|---|---|---|---|
| | **PALM BEACH FIRE EQUIP CO,**<br>**3965 INVESTMENT LANE**<br>**A-10**<br>**RIVIERA BEACH, FL 33404** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Trade | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,525.83** |
|---|---|---|---|
| | **PALT CRANBERRY**<br>**5812 DARLINGTON RD**<br>**PITTSBURGH, PA 15217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Landlord | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|
| | **PAMELA BARRETT**<br>**100 RIVERVIEW ROAD**<br>**STEVENSVILLE, MD 21666** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Trade | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,000.00** |
|---|---|---|---|
| | **PAMELA M. SMITH, R.D.N.**<br>**P.O. BOX 541009**<br>**ORLANDO, FL 03285-4109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _____ | **Basis for the claim:**  Trade | |
| | Last 4 digits of account number _____ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,425.00 |
|---|---|---|---|

**PAMELA Y ROBERTO CONGA**
**595 JEFFERSON DRIVE**
**APT. 116**
**DEERFIELD BEACH, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.25 |
|---|---|---|---|

**PAR 3 LANDSCAPE & MAINTENA**
**4610 WYNN ROAD**
**SUITE B**
**LAS VEGAS, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,738.14 |
|---|---|---|---|

**PARAMOUNT LAUNDRY INC.**
**P.O. BOX 30409**
**LINCOLN, NE 68503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,586.67 |
|---|---|---|---|

**PARAMOUNT SERVICES INC**
**PO BOX 3987**
**BIRMINGHAM, AL 35208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**PARKING MANAGEMENT COMPANY**
**306 42ND AVE N**
**NASHVILLE, TN 37209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**PASQUALE GARGIULO**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132.00 |
|---|---|---|---|

**PASS, LLC.**
**15 EXECUTIVE DR**
**STE 6**
**FAIRVIEW HEIGHTS, IL 62208-1346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,423.62** |
|---|---|---|---|

**PATIO PROPANE, LLC.**
**7445 E. EAGLE CREST DR.**
**UNIT 1033**
**MESA, AZ 85207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|

**PATTY ALVAREZ**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,174.04** |
|---|---|---|---|

**PAUL E. NUTZUL**
**136 12TH STREET**
**WEST BABYLON, NY 11704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$991.62** |
|---|---|---|---|

**PAUL SPINELLI**
**P.O. BOX 66**
**MIDDLETOWN, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,242.46** |
|---|---|---|---|

**PAYTRONIX**
**80 BRIDGE STREET**
**NEWTON, MA 02458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$585.00** |
|---|---|---|---|

**PEDRO HERNANDEZ**
**1011 NW 156TH AVE**
**PEMBROKE PINES, FL 33028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,501.38** |
|---|---|---|---|

**PEERLESS ELCTRIC CO., INC.**
**7325 PRODUCTION DRIVE**
**UNIT A**
**MENTOR, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.808** | Nonpriority creditor's name and mailing address

**PEGASUS BUILDING SERVICES**
P.O. BOX 711
NUTLEY, NJ 07110

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,280.00**

---

**3.809** | Nonpriority creditor's name and mailing address

**PENN POWER**
PO BOX 3687
AKRON, OH 44309-3687

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,505.33**

---

**3.810** | Nonpriority creditor's name and mailing address

**PEOPLES GAS**
PO BOX 644760
PITTSBURGH, PA 15264-4760

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,038.92**

---

**3.811** | Nonpriority creditor's name and mailing address

**PEPSI-COLA COMPANY**
75 REMITANCE DRIVE
CHICAGO, IL 60675-1884

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$8,967.31**

---

**3.812** | Nonpriority creditor's name and mailing address

**PERFECTEMP, INC.**
125 ROBERT JACKSON WAY
UNIT A
PLAINVILLE, CT 06062

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$492.29**

---

**3.813** | Nonpriority creditor's name and mailing address

**PERKS KEY & LOCK INC.**
11324 ARCADE DR #24
LITTLE ROCK, AR 72212

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$179.85**

---

**3.814** | Nonpriority creditor's name and mailing address

**PFP COLUMBUS II, LLC.**
HUNTINGTON NATIONAL BANK
L-3581
COLUMBUS, OH 43260

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$38,258.85**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$487.79** |
|---|---|---|---|
| | **PIAZZA PRODUCE** | ☐ Contingent | |
| | **PO BOX 68931** | ☐ Unliquidated | |
| | **INDIANAPOLIS, IN 46268-0931** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,063.87** |
|---|---|---|---|
| | **PIEDMONT NATURAL GAS** | ☐ Contingent | |
| | **PO BOX 1246** | ☐ Unliquidated | |
| | **CHARLOTTE, NC 28201-1246** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,538.76** |
|---|---|---|---|
| | **PIEDMONT ROW DRIVE LLC** | ☐ Contingent | |
| | **PO BOX 310300** | ☐ Unliquidated | |
| | **REFERENCE 258810** | ☐ Disputed | |
| | **DES MOINES, IA 50331-0300** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Landlord** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,261.75** |
|---|---|---|---|
| | **PINNACLE COMMERCIAL SVC, L** | ☐ Contingent | |
| | **1621 CARANDIS ROAD** | ☐ Unliquidated | |
| | **WEST PALM BEACH, FL 33406** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$291.16** |
|---|---|---|---|
| | **PITNEY BOWES INC** | ☐ Contingent | |
| | **PO BOX 371887** | ☐ Unliquidated | |
| | **PITTSBURGH, PA 15250-7887** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,109.19** |
|---|---|---|---|
| | **PITNEY BOWES PURCHASE POWE** | ☐ Contingent | |
| | **PO BOX 371874** | ☐ Unliquidated | |
| | **PITTSBURGH, PA 15250-7874** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$595.48** |
|---|---|---|---|
| | **PLANTERRA CORPORATION** | ☐ Contingent | |
| | **7315 DRAKE RD** | ☐ Unliquidated | |
| | **WEST BLOOMFIELD, MI 48322** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$624.00** |
|---|---|---|---|

**PLANTSCAPERS, INC.**
**17281 EASTMAN**
**IRVINE, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
|---|---|---|---|

**PLATINUM HOODS LLC.**
**4920 HIGHWAY 55**
**WILSONVILLE, AL 35186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.02** |
|---|---|---|---|

**PLM VENTURES, INC.**
**dba ALL STAR PROPERTY SERVICES**
**10706 S. PIPELINE RD. STE 150**
**HURST, TX 76053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,818.85** |
|---|---|---|---|

**PMP INC DBA**
**GOLDEN RULE PLUMBING, HEATING**
**AND COOLING**
**804 NORTH MAIN STREET**
**GRIMES, IA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,642.07** |
|---|---|---|---|

**PNM**
**PO BOX 17970**
**DENVER, CO 80217-0970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.40** |
|---|---|---|---|

**POMEROY ELECTRIC INCORPORA**
**3131 SW 13TH DR**
**DEERFIELD BEACH, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,045.00** |
|---|---|---|---|

**POPS ELECTRIC, LLC.**
**P.O. BOX 291**
**BERLIN, NJ 08009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,091.54** |
|---|---|---|---|

**PORTER 1 LLC**
**476 Old Smizor Mill #164**
**Fenton, MO 63026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**PORTER'S CLEANING CO.**
**8300 CHESAPEAKE BLVD**
**NORFOLK, VA 23518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86.45** |
|---|---|---|---|

**POVINELLI CUTLERY SHARPENI**
**SERVICES INC**
**3810 UNION  ROAD**
**CHEEKTOWAGA, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$109,359.02** |
|---|---|---|---|

**PPINC LLC**
**2672 SW 36TH STREET**
**DANIA BEACH, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,235.97** |
|---|---|---|---|

**PPL ELECTRIC UTILITIES**
**2 NORTH 9TH STREET CPC-GENN1**
**ALLENTOWN, PA 18101-1175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51.50** |
|---|---|---|---|

**PREFERRED PRECISION SPECIALT**
**3201 SW 11TH ST CIRCLE**
**BLUE SPRINGS, MO 64015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,009.28** |
|---|---|---|---|

**PREMIER PATIO HEATING**
**P.O. BOX 6470**
**OCEANSIDE, CA 92052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$965.85** |
|---|---|---|---|

**PRESTCO PROFESSIONAL SERVI**
**dba ENVIRO-MASTER SERVICES OF**
**PITTSBURGH**
**P.O. BOX 12350**
**CHARLOTTE, NC 28220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$460.00** |
|---|---|---|---|

**PRIME LINE DISTRUBTORS, IN**
**2800 SW 42ND STREET**
**FORT LAUDERDALE, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$375.35** |
|---|---|---|---|

**PRIME TIME PARTY RENTAL IN**
**5225 SPRINGBORO PIKE**
**WEST CARROLLTON, OH 45439**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$647.16** |
|---|---|---|---|

**PRIORITY SYSTEMS, INC.**
**5221 W. NAPOLEON AVENUE**
**METAIRIE, LA 70001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,292.97** |
|---|---|---|---|

**PRISA LHC, LLC.**
**PRLHC MERCATO RETAIL 454802**
**P.O. BOX 732937**
**DALLAS, TX 75373-2937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Landlord_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$292.01** |
|---|---|---|---|

**PRISM ELECTRIC, INC.**
**2985 MARKET ST.**
**GARLAND, TX 75041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,840.00** |
|---|---|---|---|

**PRISTINE PLUMBING, INC,**
**16 TECHNOLOGY DRIVE**
**SUITE 141**
**IRVINE, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,583.98 |
|---|---|---|---|

**PRISTINO CLEANING
SOLUTIONS, INC.**
110 NOTTINGHAM PL
BOYNTON BEACH, FL 33426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $828.11 |
|---|---|---|---|

**PRO GASKET GUY, LLC**
22820 I-45 NORTH
UNIT 4J
SPRING, TX 77373

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,129.76 |
|---|---|---|---|

**PRO OnCALL TECHNOLOGIES, I**
6902 E. KEMPER RD.
CINCINNATI, OH 45249

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,859.50 |
|---|---|---|---|

**PRO TECH RESTAURANT SERV I**
PO BOX 60232
FORT MYERS, FL 33906-6232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,723.71 |
|---|---|---|---|

**Produce Alliance LLC**
PO BOX 7762
CAROL STREAM, IL 60197-7762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.56 |
|---|---|---|---|

**PROFESSIONAL LOCK INC**
PO BOX 7968
FREDERICKSBURG, OH 22404-7968

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,016.63 |
|---|---|---|---|

**PROFESSIONAL WASTE MANAGEM**
2436 N FEDERAL HWY
SUITE 218
LIGHTHOUSE POINT, FL 33064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,435.43** |
|---|---|---|---|

**PROFISH LTD**
**1900 FENWICK ST NE**
**WASHINGTON, DC 20002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$173,448.95** |
|---|---|---|---|

**PROFORMA**
**6341 NICHOLAS DRIVE**
**COLUMBUS, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,240.99** |
|---|---|---|---|

**PROPANE PEOPLE**
**2544 SW 36TH LANE**
**CAPE CORAL, FL 33914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,346.79** |
|---|---|---|---|

**PRYOR MECHANICAL, LLC.**
**221 NW 180TH STREET**
**SMITHVILLE, MO 64089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,378.79** |
|---|---|---|---|

**PSE&G CO**
**P O BOX 14444**
**NEW BRUNSWICK, NJ 08906-4444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,645.93** |
|---|---|---|---|

**PSEGLI**
**P.O. BOX 9039**
**HICKSVILLE, NY 11802-9039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**PUBLIC STORAGE**
**08097 - 23034 ROCHESTER HILLS**
**1920 ENTERPRISE DR**
**ROCHESTER, MI 48309-3803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,755.76 |
|---|---|---|---|

**PYRAMID WALDEN COMPANY L P**
**M&T BANK**
**PO BOX 8000**
**DEPT NO 496**
**BUFFALO, NY 14267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.21 |
|---|---|---|---|

**PYROTECH, INC**
**9483 DIELMAN ROCK ISLAND**
**INDUSTRIAL DRIVE**
**ST LOUIS, MO 63132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,811.99 |
|---|---|---|---|

**QUAKER ASSOCIATES, LLC.**
**dba QUAKER BRIDGE MALL**
**P.O. BOX 829443**
**PHILADELPHIA, PA 19182-9443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,420.00 |
|---|---|---|---|

**QUALITY COFFEE AND TEA**
**SERVICES, INC.**
**5235 W. CHARLESTON BLVD.**
**LAS VEGAS, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.77 |
|---|---|---|---|

**QUALITY KITCHEN SERVICE**
**PARTS DIVISION, INC.**
**2221 BUECHEL AVE, STE 10**
**LOUISVILLE, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $410.60 |
|---|---|---|---|

**QUALITY RETAIL SYSTEMS, IN**
**1531 NY RTE 67**
**SCHAGHTICOKE, NY 12154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,940.11 |
|---|---|---|---|

**R & B COMMERCIAL SERVICE I**
**PO BOX 36378**
**ALBUQUERQUE, NM 87176-6378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245.00** |
|---|---|---|---|

**R MASTIN SEPTIC TANK INC**
**12004 WATERVILLE SWANTON ROAD**
**WHITEHOUSE, OH 43571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.75** |
|---|---|---|---|

**R.P. BIEDERMAN CO. INC.**
**75 SMALLEY BLVD.**
**HAMILTON, OH 45013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,409.34** |
|---|---|---|---|

**RAMCO-GERSHENSON PROPERTIE**
**dba DEERFIELD TOWNE CENTER**
**LSE ID 0000 8579**
**P.O. BOX 350018**
**BOSTON, MA 02241-0518**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,371.69** |
|---|---|---|---|

**RASPER PLUMBING, INC.**
**P.O. BOX 69**
**MIAMISBURG, OH 45343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,143.02** |
|---|---|---|---|

**RAVEN MECHANICAL, LP**
**1618 BUSCHONG**
**HOUSTON, TX 77039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37.00** |
|---|---|---|---|

**RCI ENTERPRISES**
**PO BOX 16360**
**CHESAPEAKE, VA 23328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$490.67** |
|---|---|---|---|

**RCN**
**P O BOX 11816**
**NEWARK, NJ 07101-8116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50.21 |
|---|---|---|---|

**RED BOOK SOLUTIONS**
33270 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0332

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,743.51 |
|---|---|---|---|

**RED HAWK FIRE & SECURITY L**
P.O. BOX 530212
ATLANTA, GA 30353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**RED RIVER GASKET, LLC.**
dba GASKET GUY OF OKLAHOMA
P.O. BOX 721648
OKLAHOMA CITY, OK 73172

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.00 |
|---|---|---|---|

**REES FLOWERS AND FINE GIFT**
P.O. BOX 30850
GAHANNA, OH 43230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,655.14 |
|---|---|---|---|

**REFRIGERATED SPECIALIST IN**
3040 EAST MEADOWS
MESQUITE, TX 75150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,750.00 |
|---|---|---|---|

**REGINALDO WANDERSON FIRMIN**
2040 El Verano Cr.
Apt. F
Charlotte, NC 28210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98.00 |
|---|---|---|---|

**REINHOLD ELECTRIC, INC.**
2511 LEMAY FERRY RD.
ST. LOUIS, MO 63125

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,837.51** |
|---|---|---|---|

**RELIABLE SEWER CLEANING CO**
**PO BOX 5163**
**TOLEDO, OH 43611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,181.71** |
|---|---|---|---|

**RELIANT ENERGY**
**DEPT. 0954**
**P.O. BOX 120954**
**DALLAS, TX 75312-0954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,200.00** |
|---|---|---|---|

**RENEGADE OIL INC.**
**1141 S. 3200 W.**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,993.11** |
|---|---|---|---|

**RENTOKIL NORTH A+A465MERICAN**
**PO BOX 14095**
**READING, PA 19612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,122.14** |
|---|---|---|---|

**REPAIR 24 LLC.**
**8532 VIRGINIA MEADOWS DRIVE**
**MANASSAS, VA 20109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,368.94** |
|---|---|---|---|

**REPUBLIC SERVICES #794**
**PO BOX 78829**
**PHOENIX, AZ 85062-8826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,737.79** |
|---|---|---|---|

**REPUBLIC SERVICES OF NJ LL**
**P O BOX 9001099**
**LOUISVILLE, KY 40290-1765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

**Basis for the claim:** __Trade__

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,833.33** |
|---|---|---|---|

**RESTAURANT HR GROUP**
**1900 E GOLF RD**
**SUITE 950**
**SCHAUMBURG, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,220.81** |
|---|---|---|---|

**RESTAURANT MECHANICAL SERV**
**PO BOX 236116**
**COLUMBUS, OH 43223-6116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,500.00** |
|---|---|---|---|

**RESTAURANT PARTNERS PROCUR**
**3501 EAST LIVINGSTON STREET**
**SUITE 201**
**ORLANDO, FL 32803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,056.70** |
|---|---|---|---|

**RESTAURANT SERVICES**
**140 MILL ST.**
**WATERLOO, WI 53594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70,123.78** |
|---|---|---|---|

**RESTAURANT TECHNOLOGIES IN**
**12962 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,271.31** |
|---|---|---|---|

**RETAIL PROPERTIES OF**
**AMERICA, INC.**
**dba RPAI SOUTHWEST MGMT LLC**
**15105 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693-5105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,508.05** |
|---|---|---|---|

**RETAIL PROPERTIES OF AMERI**
**C/O RPAI US MANAGEMENT LLC**
**13068 COLLECTIONS CENTER DR**
**CHICAGO, IL 60693-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.892**

**Nonpriority creditor's name and mailing address**

**REX MCCLURE**
**dba SUPER KLEEN CARPET**
**P.O. BOX 1277**
**POWELL, TN 37849-1277**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.893**

**Nonpriority creditor's name and mailing address**

**RICHARD M. BEATO**
**68 Willow Cedar Way**
**Blackwood, NJ 08012**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$346.53**

---

**3.894**

**Nonpriority creditor's name and mailing address**

**RICHARD UMBERGER**
**P.O. BOX 10103**
**KANSAS CITY, MO 64171**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$304.00**

---

**3.895**

**Nonpriority creditor's name and mailing address**

**RIFCO SERVICES INC**
**dba JAN PRO CLEANING SYSTEMS**
**11-B  OAK BRANCH DRIVE**
**GREENSBORO, NC 27407**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,850.00**

---

**3.896**

**Nonpriority creditor's name and mailing address**

**RITE-AIR MECHANICAL SERVIC**
**109 EDGEWOOD AVE**
**BELLMAWR, NJ 08031**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,473.74**

---

**3.897**

**Nonpriority creditor's name and mailing address**

**RM MEMBER LLC.**
**RANCHO MALL, LLC**
**P.O. BOX 72439**
**CLEVELAND, OH 44192**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$39,237.26**

---

**3.898**

**Nonpriority creditor's name and mailing address**

**RMS MECHANICAL SERVICES IN**
**2301 DUSS AVE**
**AMBRIDGE, PA 15003**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,459.44**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.899** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

**ROBERT J SZYMANSKY**
**1409 NE TODD GEORGE RD.**
**LEES SUMMIT, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00**

**ROBERT JANKOVIC**
**201 BALFIELD TERRACE**
**CHERRY HILL, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.901** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59.08**

**ROBIN WILSON**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$557.34**

**ROCHESTER ARMORED CAR INC.**
**P.O. BOX 8 -D.T.S.**
**OMAHA, NE 68101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.81**

**RODRIGUEZ RIVERA JORGE ALB**
**2223 N WEST SHORE BLD**
**SUITE B209**
**TAMPA, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,531.99**

**Rookwood Exchng Operating,**
**3825 EDWARDS RD.**
**SUITE 200**
**CINCINNATI, OH 45209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00**

**ROOTER EXPRESS, LLC.**
**1311 WEST CREEKHAVEN DRIVE**
**RIVERTON, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$925.00** |
|---|---|---|---|
| | **ROSALINA C LYNCH** | ☐ Contingent | |
| | **1936 PICKLE RD.** | ☐ Unliquidated | |
| | **OREGON, OH 43616** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$738.00** |
|---|---|---|---|
| | **ROTO ROOTER** | ☐ Contingent | |
| | **274 BOWHALL ROAD** | ☐ Unliquidated | |
| | **PAINESVILLE, OH 44077** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74.99** |
|---|---|---|---|
| | **ROTO ROOTER PLUMBERS** | ☐ Contingent | |
| | **5672 COLLECTION CENTER DR** | ☐ Unliquidated | |
| | **CHICAGO, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,087.62** |
|---|---|---|---|
| | **ROTO ROOTER SERVICES CO** | ☐ Contingent | |
| | **5672 COLLECTION CENTER DR** | ☐ Unliquidated | |
| | **CHICAGO, IL 60693** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$229,054.28** |
|---|---|---|---|
| | **ROUSE - PARK MEADOWS, LLC** | ☐ Contingent | |
| | **SDS-12-3096** | ☐ Unliquidated | |
| | **P.O. BOX 86** | ☐ Disputed | |
| | **MINNEAPOLIS, MN 55486-3096** | Basis for the claim: **Landlord** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,523.61** |
|---|---|---|---|
| | **ROYAL CUP INC** | ☐ Contingent | |
| | **PO BOX 841000** | ☐ Unliquidated | |
| | **DALLAS, TX 75284-1000** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade** | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,856.22** |
|---|---|---|---|
| | **ROYAL FRANCHISING INC** | ☐ Contingent | |
| | **DBA JANI-KING OF MILWAUKEE** | ☐ Unliquidated | |
| | **P.O. BOX 1430** | ☐ Disputed | |
| | **BROOKFIELD, WI 53008-1430** | Basis for the claim: **Trade** | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**ROYAL PUBLISHING**
**7620 N. HARKER DRIVE**
**PEORIA, IL 61615-1849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,668.25 |
|---|---|---|---|

**RREEF CONTINENTAL MASTER T**
**P.O. BOX 209266**
**AUSTIN, TX 78720-9266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,639.42 |
|---|---|---|---|

**RUMPKE WASTE**
**P.O. BOX 538710**
**CINCINNATI, OH 45253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.02 |
|---|---|---|---|

**RUSSELL REID WASTE HAULING**
**DISPOSAL SERVICE CO. INC.**
**dba MR. JOHN PORTABLE**
**200 SMITH STREET PO BOX 130**
**KEASBEY, NJ 08832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316.00 |
|---|---|---|---|

**S.A. COMUNALE CO INC**
**2900 NEWPARK DRIVE**
**BARBERTON, OH 44203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,650.42 |
|---|---|---|---|

**SAGEMORE MANAGEMENT, LLC.**
**t/a THE PROMENADE AT SAGEMORE**
**8000 SAGEMORE DRIVE**
**SUITE 8201**
**MARLTON, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,038.07 |
|---|---|---|---|

**SAM RUST SEAFOOD INC**
**620 REGIONAL DR**
**PO BOX 9760**
**HAMPTON, VA 23670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,043.43 |
|---|---|---|---|

**SAMCO SALES & SERVICE INC.**
**11878 BROOKFIELD ST.**
**LIVONIA, MI 48150**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,410.89 |
|---|---|---|---|

**SAMMY'S SEAFOOD**
**2875 46TH AVE N**
**ST. PETERSBURG, FL 33714**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.00 |
|---|---|---|---|

**SANDERS PLUMBING, INC.**
**412 PARKER STREET**
**NORTH LITTLE ROCK, AR 72114**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $139.00 |
|---|---|---|---|

**SANDNASAMY, ANDREW**
**101 SAIL BOAT RUN**
**APT 1A**
**CENTERVILLE, OH 45458**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.00 |
|---|---|---|---|

**SANIBEL INVESTMENTS, INC.**
**dba CROWN CLEANING**
**6447 VISTA DRIVE**
**SHAWNEE, KS 66218**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,002.57 |
|---|---|---|---|

**SANTA MONICA SEAFOOD CO IN**
**18531 BROADWICK STREET**
**RANCHO DOMINGUEZ, CA 90220**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,067.86 |
|---|---|---|---|

**SAPPHIRE CLEAN CORP.**
**13750 SE 54TH STREET**
**MORRISTON, FL 32668**

Date(s) debt was incurred

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171.60** |
|---|---|---|---|

**SARASOTA SEAFOOD COMPANY L**
**15745 CANTERBURY CHASE**
**APHARETTA, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$265.40** |
|---|---|---|---|

**SAVINGS LIQUID WASTE**
**PO BOX 25**
**HARRISON, OH 45030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,691.05** |
|---|---|---|---|

**SCHAGRIN GAS**
**P.O. BOX 427**
**MIDDLETOWN, DE 19709-0427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,303.08** |
|---|---|---|---|

**SCHINDLER ELEVATOR CORPORA**
**PO BOX 93050**
**CHICAGO, IL 60673-3050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$440.38** |
|---|---|---|---|

**SCHNEIDERS PREMIUM SEAFOOD**
**2150 OLD UNION ROAD**
**BUFFALO, NY 14227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,851.00** |
|---|---|---|---|

**SCHOOLCRAFT COMMONS UNIT3**
**C/O ETKIN MANAGEMENT, LLC**
**150 W. 2ND STREET**
**SUITE 200**
**ROYAL OAK, MI 48067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,471.35** |
|---|---|---|---|

**SEAFOOD SUPPLY CO**
**1500 E GRIFFIN**
**DALLAS, TX 75215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.934**

**Nonpriority creditor's name and mailing address**
**SEAMAN'S AIR CONDITIONING**
**2510 OAK INDUSTRIAL DR. NE**
**GRAND RAPIDS, MI 49505**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,779.01**

---

**3.935**

**Nonpriority creditor's name and mailing address**
**SEAN MCGUINNESS, INC.**
**dba EARTHCARE LANDSCAPE SVCS**
**5111 TAMARIND RIDGE DRIVE**
**NAPLES, FL 34119**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,107.00**

---

**3.936**

**Nonpriority creditor's name and mailing address**
**SEATTLE FISH CO INTL**
**4300 N. MATTOX RD.**
**RIVERSIDE, MO 64150**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,106.46**

---

**3.937**

**Nonpriority creditor's name and mailing address**
**SEATTLE FISH COMPANY**
**2500 COMANCHE RD NE**
**ALBUQUERQUE, NM 87107**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,892.10**

---

**3.938**

**Nonpriority creditor's name and mailing address**
**SECURITY NETWORK INC**
**1324 DUBLIN RD**
**COLUMBUS, OH 43215-1093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$193.08**

---

**3.939**

**Nonpriority creditor's name and mailing address**
**SECURITY SELF STORAGE V.,**
**1099 BRADLEY ROAD**
**WESTLAKE, OH 44145**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$279.72**

---

**3.940**

**Nonpriority creditor's name and mailing address**
**SECURITY USA INC**
**5801 MCLEOD RD. NE**
**SUITE A**
**ALBUQURQUE, NM 87109**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$427.06**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.941** | Nonpriority creditor's name and mailing address
SEDGWICK CLAIMS MANAGEMENT
SERVICES, INC.
P.O. BOX 5076
MEMPHIS, TN 38101-5076

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$9,092.00**

---

**3.942** | Nonpriority creditor's name and mailing address
SERVACUP OFFICE COFFEE
P.O. BOX 521006
SALT LAKE CITY, UT 84152-1006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$637.84**

---

**3.943** | Nonpriority creditor's name and mailing address
SERVCO, LLC.
701 BAGLEY DRIVE
TRUSSVILLE, AL 35173

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$11,151.47**

---

**3.944** | Nonpriority creditor's name and mailing address
SERVICE WET GRINDING CO IN
1867 PROSPECT AVE
CLEVELAND, OH 44115

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.945** | Nonpriority creditor's name and mailing address
SERVISOFT OF MIDDLEFIELD,
14299 KINSMAN RD
PO BOX 174
BURTON, OH 44021-0174

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$3,080.47**

---

**3.946** | Nonpriority creditor's name and mailing address
SEWER SPECIALISTS FIRST IN
6204 LANSING RD US 27
LANSING, MI 48917

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$533.00**

---

**3.947** | Nonpriority creditor's name and mailing address
SHAMROCK FOODS CO
ACCOUNTS RECEIVABLE
P.O. BOX 843539
LOS ANGELES, CA 90084-3539

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$73,057.99**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.948** | Nonpriority creditor's name and mailing address

SHAW MECHANICAL SERVICES L
997 W. KENNEDY BLVD. 14A
ORLANDO, FL 32810

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$2,626.00

---

**3.949** | Nonpriority creditor's name and mailing address

SHEARER PATIO & LANDSCAPE
3362 MARCLIFF DRIVE
LEWIS CENTER, OH 43035

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$3,236.87

---

**3.950** | Nonpriority creditor's name and mailing address

SHI INTERNATIONAL CORP.
P.O. BOX 952121
DALLAS, TX 75395-2121

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$3,775.67

---

**3.951** | Nonpriority creditor's name and mailing address

SHINY KITCHEN II, INC
P.O. BOX 347910
PITTSBURGH, PA 15251-4910

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$700.00

---

**3.952** | Nonpriority creditor's name and mailing address

SHRED IT
1370 RESEARCH ROAD
GAHANNA, OH 43230

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$1,436.93

---

**3.953** | Nonpriority creditor's name and mailing address

SHRED-IT USA, INC.
10900 LACKMAN ROAD
LENEXA, KS 66219

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$1,436.93

---

**3.954** | Nonpriority creditor's name and mailing address

SIGNATURE STAFF RESOURCES
RINGSIDE SEARCH PARTNERS
1460 TL TOWNSEND DRIVE
SUITE 104
ROCKWALL, TX 75032

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.77 |
|---|---|---|---|

**SILVER SPIRITS**
**1482 N. PORTAGE PATH**
**AKRON, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**SIMPLEVIEW LLC.**
**dba DESTINATION TRAVEL NETWORK**
**8950 N ORACLE ROAD**
**TUCSON, AZ 85704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $364.19 |
|---|---|---|---|

**SLB PRINTING INC**
**2818 S. ROBERTSON BLVD**
**LOS ANGELES, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $368.00 |
|---|---|---|---|

**SLIDER MAN LLC**
**1028 SE 12TH CT**
**CAPE CORAL, FL 33990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121.75 |
|---|---|---|---|

**SMART STOP SELF STORAGE**
**10451 NW 33RD ST.**
**DORAL, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,389.70 |
|---|---|---|---|

**SNYDER BROTHERS INC.**
**ONE GLADE PARK EAST**
**P.O. BOX 1022**
**KITTANNING, PA 16201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,172.41 |
|---|---|---|---|

**SoCalGas**
**P.O. BOX C**
**MONTEREY PARK, CA 91756-5111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | FoodFirst Global Restaurants, Inc. | Case number (if known) | 6:20-bk-02159-LVV |
|---|---|---|---|
| | Name | | |

---

**3.962** **Nonpriority creditor's name and mailing address**

SOIREE PARTNERS
3401 LIBERTY AVENUE
PITTSBURGH, PA 15201-1322

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$820.00**

---

**3.963** **Nonpriority creditor's name and mailing address**

SOMERSET COLLECTION LTD PT
16129 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$51,153.92**

---

**3.964** **Nonpriority creditor's name and mailing address**

SOMMERS, DENNIS
1615 CARROLLTON AVE.
KETTERING, OH 45409

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$25.40**

---

**3.965** **Nonpriority creditor's name and mailing address**

SOUTH JERSEY GAS
P.O. BOX 6091
BELLMAWR, NJ 08099-6091

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$4,630.65**

---

**3.966** **Nonpriority creditor's name and mailing address**

SOUTHEAST LINEN ASSOCIATES
4508 W 46TH STREET
CHICAGO, IL 60632

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,497.66**

---

**3.967** **Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
P.O. BOX 300
ROSEMEAD, CA 91772-0001

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$10,864.20**

---

**3.968** **Nonpriority creditor's name and mailing address**

SOUTHERN FIRE PROTECTION
OF ORLANDO, INC
3801 EAST STATE ROAD 46
SANFORD, FL 32771

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.969** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**SOUTHERN SECURITY & IRON**
**128 12TH STREET**
**BRIDGE CIY, LA 70094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$229.43**

**SOUTHGATE MALL OWNER LLC.**
**c/o BANK OF AMERICA**
**P.O. BOX 57186**
**LOS ANGELES, CA 90074-7186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$602.50**

**SOUTHLAND LANDSCAPES, LLC.**
**4909 BALL RD.**
**KNOXVILLE, TN 37931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.972** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,127.43**

**SOUTHWASTE DISPOSAL LLC.**
**P.O. BOX 53988**
**LAFAYETTE, LA 70505-3988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.973** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,556.17**

**SOUTHWEST GAS CORPORATION**
**PO BOX  98890**
**LAS VEGAS, NV 89193-8890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.974** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,152.16**

**SOUTHWEST SEAFOOD INC.**
**P.O. BOX 36384.**
**HOUSTON, TX 77236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.975** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,750.00**

**SPARTAN HOLDINGS LLC**
**C/O OLIVER SMITH REALTY CO**
**7216 WELLINGTON DR SUITE 1**
**KNOXVILLE, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $953.47 |
|---|---|---|---|

**SPECIALTY SALES INC.**
**dba SPECIALTY ENTERPRISES**
**245 NW 52ND**
**DES MOINES, IA 50313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $437.00 |
|---|---|---|---|

**SPEELMAN ELECTRIC INC**
**358 COMMERCE STREET**
**TALLMADGE, OH 44278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,224.31 |
|---|---|---|---|

**SPIRE**
**DRAWER 2**
**ST. LOUIS, MO 63171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,261.00 |
|---|---|---|---|

**SPOTSYLVANIA TOWNE CENTER**
**PO BOX 932400**
**CLEVELAND, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $530.72 |
|---|---|---|---|

**SPRING BREZE BROWARD LLC.**
**11301 SOUTH DIXIE HWY #565776**
**MIAMI, FL 33256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54,990.78 |
|---|---|---|---|

**SRMF TOWN SQUARE OWNER, LL**
**P.O. BOX 748550**
**LOS ANGELES, CA 90074-8550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Landlord__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,030.62 |
|---|---|---|---|

**STANDARD PLUMBING & HEATIN**
**435 WALNUT AVE. SE**
**CANTON, OH 44702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.983** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$101.32**

**STANDARD RESTUARANT EQUIP CO**
**879 SOUTH 4400**
**SALT LAKE CITY, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,038.24**

**STANLEY CONVERGENT SECURIT**
**DEPT CH 10651**
**PALATINE, IL 60055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.985** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$570.00**

**STANLEY SEPTIC SERVICE INC**
**PO BOX 184**
**131 MARIPOSA ROAD**
**STANLEY, NC 28164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.986** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,845.75**

**STANLEY STEEMER INTERNATIO**
**P.O. BOX 205819**
**DALLAS, TX 75320-5819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.987** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$34,970.16**

**STAPLES ADVANTAGE**
**P.O. BOX 70242**
**PHILADELPHIA, PA 19176-0242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.988** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$133,618.52**

**STAR-WEST FRANKLIN PK MALL**
**P.O. BOX 398008**
**SAN FRANCISCO, CA 94139-8008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.989** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$529.88**

**STARK COUNTY METROPOLITAN**
**SEWER DISTRICT**
**P.O. BOX 9972**
**CANTON, OH 44711-0972**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.990** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**STEAM SOURCE, INC.**
**3049 SALEM INDUSTRIAL DRIVE**
**WINSTON SALEM, NC 27127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.991** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00**

**STEEL CITY GREASE TRAPS INC**
**3608 SPRING GARDEN R D**
**PITTSBURGH, PA 15212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.992** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$346.08**

**STEFANKIEWICZ, DANIEL**
**19 SAND DOLLAR DRIVE**
**CAPE MAY COURT HOU, NJ 08210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.993** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00**

**STEPHAN SIBERT**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.994** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10.80**

**STEVEN DEGEORGE**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.995** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$507.94**

**STOLL RUG AND FURNITURE**
**CLEANERS**
**5240 LEWIS AVE**
**TOLEDO, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.996** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149.90**

**STRAUB DISTRIBUTING CO.**
**4633 E. PALMA AVE.**
**ANAHEIM, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,925.98** |
|---|---|---|---|

**STRAUSE REFRIGERATON INC**
**7944 WEST CENTRAL AVE UNIT 8**
**TOLEDO, OH 43617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$406.96** |
|---|---|---|---|

**SUBURBAN DOOR CHECK &**
**LOCK SERVICE, INC.**
**415 W. OGDEN AVENUE**
**WESTMONT, IL 60559**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,564.84** |
|---|---|---|---|

**SUBURBAN NATURAL GAS COMPA**
**PO BOX 130**
**CYGNET, OH 43413-0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,719.40** |
|---|---|---|---|

**SULLIVAN COMPANY**
**130 GRAPHIC WAY**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,650.00** |
|---|---|---|---|

**SUMMIT VALET PARKING, LLC.**
**8939  E. OTERO PLACE**
**CENTENNIAL, CO 80112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**SUNI LC**
**4580 SILVER SPRINGS DR**
**STE 300**
**PARK CITY, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,349.53** |
|---|---|---|---|

**SUPERB SUPPLIES & SERVICES**
**P.O. BOX 2711**
**BURLESON, TX 76097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.100
4**

**Nonpriority creditor's name and mailing address**

**SUPERIOR KNIFE, LLC.**
**6235 W. HOWARD STREET**
**NILES, IL 60714**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.100
5**

**Nonpriority creditor's name and mailing address**

**SUPERIOR LOCK & KEY, LLC.**
**636 S. ROCHESTER RD.**
**ROCHESTER HILLS, MI 48307**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$65.19**

---

**3.100
6**

**Nonpriority creditor's name and mailing address**

**SUPREME LOBSTER & SEAFOOD**
**220 E. NORTH AVENUE**
**VILLA PARK, IL 60181-1221**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$4,461.59**

---

**3.100
7**

**Nonpriority creditor's name and mailing address**

**SWANSON ELECTRICAL SVCS IN**
**1511 10 MILE RD NW**
**SPARTA, MI 49345**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$158.29**

---

**3.100
8**

**Nonpriority creditor's name and mailing address**

**SWEET HONEY, INC.**
**P.O. BOX 7512**
**URBANDALE, IA 50323**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,425.00**

---

**3.100
9**

**Nonpriority creditor's name and mailing address**

**SYMMETRY FINANCIAL CONSULTI**
**410 SHIMMERING WATER LANE**
**SALEM, SC 29676**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$3,900.00**

---

**3.101
0**

**Nonpriority creditor's name and mailing address**

**SYSCO ARKANSAS. LLC**
**P.O. BOX 193410**
**LITTLE ROCK, AR 72219-3410**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$1,674.71**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.101**
**1**

**Nonpriority creditor's name and mailing address**
**SYSCO CORPORATION**
**Sysco Business Services**
**24500 Northwest Freeway**
**Crypress, TX 77429**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$3,131.45

---

**3.101**
**2**

**Nonpriority creditor's name and mailing address**
**SYSCO IOWA, INC.**
**P.O. BOX 874**
**DES MOINES, IA 50304-0874**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$3,141.19

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**
**SYSCO LINCOLN**
**P.O. BOX 80068**
**LINCOLN, NE 68501-0068**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,430.44

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**
**SYSCO NEW MEXICO**
**601 COMANCHE NE**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,477.74

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**
**SYSTEM4, LLC**
**4700 ROCKSIDE RD.**
**STE. 610**
**INDEPENDENCE, OH 44131**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$3,915.48

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**
**T&T PRODUCE**
**PO BOX 5756**
**FORT OGLETHORPE, GA 30742**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$23,952.24

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**
**T. L. SHEET METAL, INC.**
**P.O. BOX 8838**
**TAMPA, FL 33674**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$645.58

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.101 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,334.00** |
|---|---|---|---|

**TAE H LEE**
**10432 ABISSO DRIVE**
**LAS VEGAS, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$217.10** |
|---|---|---|---|

**TALBOTT'S FLOWERS**
**22 N STATE ST**
**WESTERVILLE, OH 43081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,255.14** |
|---|---|---|---|

**TAMPA WESTSHORE ASSOCIATES**
**DEPARTMENT 177001**
**PO BOX 67000**
**DETROIT, MI 48267-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$415.00** |
|---|---|---|---|

**TANNER GLASS & HARDWARE LL**
**7139 SOUTH 700 WEST**
**MIDVALE, UT 84047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$774.92** |
|---|---|---|---|

**TARANTINO FOODS LLC**
**530 BAILEY AVENUE**
**BUFFALO, NY 14206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$40,078.82** |
|---|---|---|---|

**TB MALL AT UTC, LLC.**
**dba THE MALL AT UNIV TOWN CNT**
**P.O. BOX 674647**
**DETROIT, MI 48267-4647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$349.50** |
|---|---|---|---|

**TBE INC.**
**dba SONITROL OF PITTSBURGH**
**610 MELWOOD AVENUE**
**PITTSBURGH, PA 15213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**TEASDALE FENTON CARPET CLEANING & RESTORATION, LLC.**
**12145 CENTRON PLACE**
**CINCINNATI, OH 45246**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$275.47**

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**TECH 24 - COMMERCIAL REPAI**
**410 E. WASHINGTON STREET**
**GREENVILLE, SC 29601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,819.10**

---

**3.102 7**

**Nonpriority creditor's name and mailing address**

**TECO PEOPLE'S GAS**
**600 W ROBINSON STREET**
**ATTN: BOB GODEK**
**ORLANDO, FL 32801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,571.63**

---

**3.102 8**

**Nonpriority creditor's name and mailing address**

**TED INC.**
**4411 BEE RIDGE RD.**
**PMB#307**
**SARASOTA, FL 34233**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$435.24**

---

**3.102 9**

**Nonpriority creditor's name and mailing address**

**TEMUA**
**P.O. BOX 467**
**MARLTON, NJ 08053-0467**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,626.80**

---

**3.103 0**

**Nonpriority creditor's name and mailing address**

**TERRY'S PLUMBING SERVICE I**
**2240 INDUSTRIAL BLVD**
**SARASOTA, FL 34234**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,059.00**

---

**3.103 1**

**Nonpriority creditor's name and mailing address**

**TEXAS GAS SERVICE**
**P.O. BOX 219913**
**KANSAS CITY, MO 64121-9913**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,188.89**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.103**
**2**

**Nonpriority creditor's name and mailing address**
**THE CHEFS WAREHOUSE**
**26576 NETWORK PLACE**
**CHICAGO, IL 60673-1265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$11,898.59**

---

**3.103**
**3**

**Nonpriority creditor's name and mailing address**
**THE CHEFS WAREHOUSE MIDWES**
**26576 NETWORK PLACE**
**CHICAGO, IL 60673-1265**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$7,079.77**

---

**3.103**
**4**

**Nonpriority creditor's name and mailing address**
**THE CLEANING PEOPLE INC.**
**6244 CHARLES ST**
**2ND FLOOR**
**PHILADELPHIA, PA 19135**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$360.00**

---

**3.103**
**5**

**Nonpriority creditor's name and mailing address**
**THE ELECTRIC CONNECTION**
**5441 WESTERVILLE RD.**
**WESTERVILLE, OH 43081**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$148.00**

---

**3.103**
**6**

**Nonpriority creditor's name and mailing address**
**THE ESPRESSO MAN LLC.**
**2654 MAN OF WAR CIRCLE**
**SARASOTA, FL 34240**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$837.66**

---

**3.103**
**7**

**Nonpriority creditor's name and mailing address**
**THE FALLS SHOPPING CENTER**
**ASSOCIATES, LLC.**
**P.O. BOX 404566**
**ATLANTA, GA 30384-4566**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

**$78,252.20**

---

**3.103**
**8**

**Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS**
**500 N. MERIDIAN AVE.**
**SUITE 108-B**
**OKLAHOMA CITY, OK 73107**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

**$120.00**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

**3.103 9**

Nonpriority creditor's name and mailing address

**THE HAPPY CHEF, INC.**
**22 PARK PLACE**
**BUTLER, NJ 07405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$8,097.95**

---

**3.104 0**

Nonpriority creditor's name and mailing address

**THE HILLER COMPANIES, INC.**
**P.O. BOX 935434**
**ATLANTA, GA 31193-5434**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$540.00**

---

**3.104 1**

Nonpriority creditor's name and mailing address

**THE ILLUMINATING COMPANY**
**PO BOX 3687**
**AKRON, OH 44309-3687**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$10,162.14**

---

**3.104 2**

Nonpriority creditor's name and mailing address

**THE IRVINE COMPANY**
**621031 RETAIL MARKETING**
**P.O. BOX 844611**
**LOS ANGELES, CA 90084-4611**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$103,444.57**

---

**3.104 3**

Nonpriority creditor's name and mailing address

**THE LION'S CLEANING**
**SERVICES, LLC.**
**1327 SCHOLAR ST.**
**LOUISVILLE, KY 40213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,258.00**

---

**3.104 4**

Nonpriority creditor's name and mailing address

**THE LOCK UP STORAGE CENTER**
**1200 PINE RIDGE ROAD**
**NAPLES, FL 34108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$313.65**

---

**3.104 5**

Nonpriority creditor's name and mailing address

**THE POWER OF TOOLS**
**27157 CASTLE ARCH CT.**
**KINGWOOD, TX 77339**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,423.49**

---

Debtor **FoodFirst Global Restaurants, Inc.**

_____

Name

Case number (if known)    **6:20-bk-02159-LVV**

---

| 3.104 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE SHOPS AT LA CANTERA**
**SDS 12 2532**
**PO BOX 86**
**MINNEAPOLIS, MN 55486-2532**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$102,505.50**

---

| 3.104 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE SPECIALTY WIRING CO**
**7222 SHANNON RD**
**VERONA, PA 15147**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

| 3.104 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE TAUBMAN REALTY GROUP**
**LIMITED PARTNERSHIP**
**CITY CREEK CENTER ASSOC LLC**
**PO BOX 674566**
**DETROIT, MI 48267-4566**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$37,511.79**

---

| 3.104 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE WALDINGER CORPORATION**
**P.O. BOX 1612**
**DES MOINES, IA 50306-1612**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$6,943.27**

---

| 3.105 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE WOODLANDS MALL ASSOCIA**
**SDS-12-3053**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-3053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

**$34,538.73**

---

| 3.105 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THE WOODLANDS UPHOLSTERY**
**1018 SAWDUST RD. #1**
**THE WOODLANDS, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$343.20**

---

| 3.105 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THREE G SERVICES INC**
**585 HIBBS ROAD**
**LOCKBOURNE, OH 43137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$419.25**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.105
3**

**Nonpriority creditor's name and mailing address**

**TIERNEY STATIONERY COMPANY**
**PO BOX 32256**
**KANSAS CITY, MO 64171**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$166.63

---

**3.105
4**

**Nonpriority creditor's name and mailing address**

**TIME WARNER CABLE**
**BOX 223085**
**PITTSBURGH, PA 15251-2085**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$752.52

---

**3.105
5**

**Nonpriority creditor's name and mailing address**

**TIME WARNER CABLE NORTHWES**
**PO BOX 0901**
**CAROL STREAM, IL 60132-0901**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$325.00

---

**3.105
6**

**Nonpriority creditor's name and mailing address**

**TIME WARNER CABLE SWO DIVI**
**PO BOX 1060**
**CAROL STREAM, IL 60132-1060**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,347.00

---

**3.105
7**

**Nonpriority creditor's name and mailing address**

**TIME WARNER GREENSBORO**
**PO BOX 4617**
**CAROL STREAM, IL 60197-4617**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$388.74

---

**3.105
8**

**Nonpriority creditor's name and mailing address**

**TIMOTHY R. SULLIVAN**
**4535 MCKNIGHT RD**
**PITTSBURGH, PA 15237**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,732.97

---

**3.105
9**

**Nonpriority creditor's name and mailing address**

**TIPTON LINEN SERVICE**
**1415 INDEPENDENCE**
**CAPE  GIRARDEAU, MO 63703**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$4,358.58

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.106 0**

**Nonpriority creditor's name and mailing address**
**TLC COMPANY, INC**
**5000 EDITH BLVD NE**
**ALBUQUERQUE, NM 87107**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,726.02**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**
**TLC SERVICES, INC.**
**1226 MONTEGUT STREET**
**NEW ORLEANS, LA 70117**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,492.10**

---

**3.106 2**

**Nonpriority creditor's name and mailing address**
**TM PARTRIDGE CREEK MALL, L**
**75 REMIITTANCE DRIVE**
**DEPT. 1311**
**CHICAGO, IL 60654-1311**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No  ☐ Yes

**$29,558.12**

---

**3.106 3**

**Nonpriority creditor's name and mailing address**
**TM STONY POINT PARK, L.P.**
**P.O. BOX 75519**
**ATTN: ACCOUNTS RECEIVABLE**
**BALTIMORE, MD 21275-5519**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No  ☐ Yes

**$114,002.16**

---

**3.106 4**

**Nonpriority creditor's name and mailing address**
**TOLEDO EDISON**
**PO BOX 3687**
**AKRON, OH 44309-3687**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,648.88**

---

**3.106 5**

**Nonpriority creditor's name and mailing address**
**TOPSHELF RBS, LLC.**
**PO BOX 840**
**ALCOA, TN 37701**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

**$75.00**

---

**3.106 6**

**Nonpriority creditor's name and mailing address**
**TORKE COFFEE ROASTING COMP**
**3455 PAINE AVE**
**PO BOX 694**
**SHEBOYGAN, WI 53082**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

**$390.81**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.106<br>7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,239.62**

**TOTAL LINE REFRIGERATION I<br>33530 PIN OAK PARKWAY<br>AVON LAKE, OH 44012**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106<br>8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,796.85**

**TOTAL LINEN CARE<br>23 ACADEMY STREET<br>WILLIAMSTOWN, NJ 08094**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.106<br>9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,161.17**

**TOWNSHIP OF FAYETTE<br>NORTH FAYETTE MUNICIPAL OFFICE<br>400 NORTH BRANCH RD<br>OAKDALE, PA 15071-3646**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107<br>0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,107.63**

**TOWNSHIP OF FREEHOLD<br>WATER & SEWER DEPARTMENT<br>1 MUNICIPAL PLAZA<br>FREEHOLD, NJ 07728-3099**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.107<br>1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$212.94**

**TRADEMASTERS, INC.<br>2444 HELENA STREET<br>SUITE B<br>KENNER, LA 70062**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107<br>2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$201.25**

**TREASURER, SPOTSYLVANIA COUN<br>BUSINESS LICENSE DIVISION<br>PO BOX 175<br>SPOTSYLVANIA, VA 22553-0175**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107<br>3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,345.03**

**TRI-R MECHANICAL SERVICES<br>150 EMPIRE DRIVE<br>WEST SENECA, NY 14224**

☐ Contingent<br>☐ Unliquidated<br>☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.107 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,832.78** |
|---|---|---|---|
| | **TRINTECH INC**<br>**P.O. BOX 205367.**<br>**DALLAS, TX 75320-5367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,022.72** |
|---|---|---|---|
| | **TRUSTWAVE**<br>**75 REMITTANCE DRIVE**<br>**SUITE 6000**<br>**CHICAGO, IL 60675-6000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$38.00** |
|---|---|---|---|
| | **TUCKER, MARICHKA**<br>**13921 SW 122nd Avenue**<br>**Apt 8-106**<br>**Miami, FL 33186** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$399.74** |
|---|---|---|---|
| | **TURF SERVICE INC**<br>**126 MANLEY AVE**<br>**GREENSBORO, NC 27407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,649.96** |
|---|---|---|---|
| | **TWB OXMOOR 2, LLC.**<br>**ATTN: SPECIAL ASSETS**<br>**P.O. BOX 34290**<br>**LOUISVILLE, KY 40232-4290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Landlord**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,649.96** |
|---|---|---|---|
| | **TWB OXMOOR 2, LLC.**<br>**ATTN: SPECIAL ASSETS**<br>**P.O. BOX 34290**<br>**LOUISVILLE, KY 40232-4290** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,391.47** |
|---|---|---|---|
| | **TWO COUSINS FISH MARKET IN**<br>**75 BENNINGTON AVENUE**<br>**FREEPORT, NY 11520** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:  Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.108 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$339,857.32** |
|---|---|---|---|

**TYSONS CORNER CENTER**
**TYSON'S CORNER HOLDINGS LLC**
**P.O. BOX 849554**
**LOS ANGELES, CA 90084-9554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Landlord**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,785.62** |
|---|---|---|---|

**UGI UTILITIES INC**
**P O BOX 15503**
**WILMINGTON, DE 19886-5503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |
|---|---|---|---|

**ULLMAN ELECTRIC INC**
**3901 CHESTER AVE**
**UNIT B**
**CLEVELAND, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$276.64** |
|---|---|---|---|

**ULTRA-CHEM**
**P.O. BOX 14608**
**LENEXA, KS 66285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$302.99** |
|---|---|---|---|

**ULTRAPOM LLC.**
**dba ULTRAPOM EVENT RENTAL**
**3175 TERRACE STREET**
**KANSAS CITY, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**UNDER PRESSURE WASHING LLC**
**20801 69TH AVE. EAST**
**BRADENTON, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$174.64** |
|---|---|---|---|

**UNITED HEATING & COOLING I**
**301 DUCK RD.**
**GRANDVIEW, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | FoodFirst Global Restaurants, Inc. | Case number (if known) | 6:20-bk-02159-LVV |
|---|---|---|---|
| | Name | | |

---

**3.108 8**

**Nonpriority creditor's name and mailing address**
**UNITED RENTAL**
**811 SOUTH 48TH STREET**
**OMAHA, NE 68106**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$139.01**

---

**3.108 9**

**Nonpriority creditor's name and mailing address**
**UNITED SERVICES, INC.**
**P.O. BOX 12509**
**KNOXVILLE, TN 37912**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$123.50**

---

**3.109 0**

**Nonpriority creditor's name and mailing address**
**UNUM LIFE INSURANCE COMPANY**
**P.O. BOX 406946**
**ATLANTA, GA 30384-6946**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$26,120.18**

---

**3.109 1**

**Nonpriority creditor's name and mailing address**
**UPHOLSTERY SPACE, LLC.**
**1421 S. COMMERCE ST.**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$800.00**

---

**3.109 2**

**Nonpriority creditor's name and mailing address**
**US PROTECTIVE SERVICES**
**750 W. RESOURCE DR.**
**CLEVELAND, OH 44131**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$357.28**

---

**3.109 3**

**Nonpriority creditor's name and mailing address**
**USA TODAY**
**305 SEABOARD LANE**
**SUITE 301**
**FRANKLIN, TN 37067**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$88.00**

---

**3.109 4**

**Nonpriority creditor's name and mailing address**
**V.I.P. INC.**
**1155 E. SIXTH AVE.**
**LANCASTER, OH 43130**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,166.15**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.109 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.00** |
|---|---|---|---|
| | **VALLEY PROTEINS INC**<br>**PO BOX 643393**<br>**CINCINNATI, OH 45264-3393** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,533.73** |
|---|---|---|---|
| | **VALLEY REFRIGERATION SVC I**<br>**627 N WAYNE AVE**<br>**CINCINNATI, OH 45215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,383.83** |
|---|---|---|---|
| | **VANCO LEASING, LLC.**<br>**8025 CASTLEWAY DRIVE**<br>**INDIANAPOLIS, IN 46250** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,390.91** |
|---|---|---|---|
| | **VECTREN ENERGY DELIVERY**<br>**PO BOX 6248**<br>**INDIANAPOLIS, IN 46206-6248** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.23** |
|---|---|---|---|
| | **VEGAS INK AND TONER**<br>**6811 S. EASTERN AVE.**<br>**SUITE 102B**<br>**LAS VEGAS, NV 89119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$151.99** |
|---|---|---|---|
| | **VERIZON**<br>**P.O. BOX 4830**<br>**TRENTON, NJ 08650-4830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|
| | **VICTOR ENOS**<br>**20 MALLBORO DRIVE**<br>**NEWARK, DE 19702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** **Trade**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.110 2**

**Nonpriority creditor's name and mailing address**
**VILLA LIGHTING SUPPLY**
**2929 CHOUTEAU AVE**
**ST LOUIS, MO 63103-2903**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$360.74

---

**3.110 3**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF GULFSTEAM**
**c/o REGIONS BANK**
**10425 CENTURION PARKWAY**
**2ND FLOOR**
**JACKSONVILLE, FL 32256**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

$1,400.41

---

**3.110 4**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF GULFSTEAM**
**c/o REGIONS BANK**
**10425 CENTURION PARKWY**
**2ND FLOOR**
**JACKSONVILLE, FL 32256**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$1,400.41

---

**3.110 5**

**Nonpriority creditor's name and mailing address**
**VILLAGE OF LOMBARD**
**ATTN: ACCOUNTS RECEIVABLE**
**255 E. WILSON AVE.**
**LOMBARD, IL 60148**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$2,125.95

---

**3.110 6**

**Nonpriority creditor's name and mailing address**
**VINCENT HEALEY**
**202 SCHANCK ROAD**
**FREEHOLD, NJ 07728**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$1,754.80

---

**3.110 7**

**Nonpriority creditor's name and mailing address**
**VINTAGE WINE COMPANY**
**15420 E 12 MILE ROAD**
**ROSEVILLE, MI 48066**

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$4,230.00

---

Debtor    **FoodFirst Global Restaurants, Inc.**                    Case number (if known)    **6:20-bk-02159-LVV**
_____                                    _____
Name

---

| 3.110 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**VINTAGE WINES**
**20320 CORNILLIE DR**
**ROSEVILLE, MI 48066**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$346.00**

---

| 3.110 9 |
|---|

**Nonpriority creditor's name and mailing address**

**VINYL DOCTOR SYSTEMS, INC.**
**P.O. BOX 32086**
**PALM BEACH GARDENS, FL 33420**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$361.66**

---

| 3.111 0 |
|---|

**Nonpriority creditor's name and mailing address**

**VINYL-MEDIC LLC**
**6105 BAUMGARTNER CROSSING**
**ST. LOUIS, MO 63129**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$313.00**

---

| 3.111 1 |
|---|

**Nonpriority creditor's name and mailing address**

**VIRGINIA ABC**
**2610 BUTFORD RD**
**RICHMOND, VA 23235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$266.76**

---

| 3.111 2 |
|---|

**Nonpriority creditor's name and mailing address**

**VIRGINIA BEACH TREASURER**
**MUNICIPAL CENTER BLDG 1**
**2401 COURTHOUSE DR**
**VIRGINIA BEACH, VA 23456-9018**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$9,406.76**

---

| 3.111 3 |
|---|

**Nonpriority creditor's name and mailing address**

**VIRGINIA NATURAL GAS INC**
**PO BOX 5409**
**CAROL STREAM, IL 60197-5409**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,641.50**

---

| 3.111 4 |
|---|

**Nonpriority creditor's name and mailing address**

**VISION SERVICE PLAN**
**3333 QUALITY DR**
**RANCHO CORDOVA, CA 95670-7985**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$5,669.77**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.111
5**

**Nonpriority creditor's name and mailing address**

**VISIT ORLANDO
6277 SEA HARBOR DRIVE
SUITE 400
ORLANDO, FL 32821-8043**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$1,264.00

---

**3.111
6**

**Nonpriority creditor's name and mailing address**

**VORH ASSOCIATES, LLC
JP MORGAN CHASE DEPT#77925
P.O. BOX 77000
DETROIT, MI 48277-0925**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

$31,899.07

---

**3.111
7**

**Nonpriority creditor's name and mailing address**

**VORYS SATER SEYMOUR PEASE LL
POST OFFICE BOX 373487
CLEVELAND, OH 44193**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$36,761.00

---

**3.111
8**

**Nonpriority creditor's name and mailing address**

**VU HUYNH
100 RIVERVIEW ROAD
STEVENSVILLE, MD 21666**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.111
9**

**Nonpriority creditor's name and mailing address**

**WALDEN FLORAL DESIGN CO
1701 OGDEN AVE
DOWNERS GROVE, IL 60515**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$267.60

---

**3.112
0**

**Nonpriority creditor's name and mailing address**

**WALT WHITMAN MALL, LLC.
P.O. BOX 776405
CHICAGO, IL 60677-6405**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Landlord__

Is the claim subject to offset? ■ No ☐ Yes

$89,054.26

---

**3.112
1**

**Nonpriority creditor's name and mailing address**

**WASATCH COMFORT
P.O. BOX 651345
SALT LAKE CITY, UT 84165**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade__

Is the claim subject to offset? ■ No ☐ Yes

$4,440.65

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | Name | | | |

---

**3.112
2**

**Nonpriority creditor's name and mailing address**

**WASHINGTON GAS**
**PO BOX 37747**
**PHILADELPHIA, PA 19101-5047**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$3,484.11**

---

**3.112
3**

**Nonpriority creditor's name and mailing address**

**WASSERSTROM COMPANY**
**P.O. BOX 182056**
**COLUMBUS, OH 43218-2056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$677,288.19**

---

**3.112
4**

**Nonpriority creditor's name and mailing address**

**WASSERSTROM SUPERSTORE**
**2777 SILVER DR**
**COLUMBUS, OH 43211**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$778.78**

---

**3.112
5**

**Nonpriority creditor's name and mailing address**

**WASTE CONNECTIONS OF TX, L**
**P.O. BOX 742695**
**CINCINNATI, OH 45274-2695**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$518.17**

---

**3.112
6**

**Nonpriority creditor's name and mailing address**

**WASTE MANAGEMENT**
**3411 NORTH 40TH ST**
**TAMPA, FL 33605**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$8,817.30**

---

**3.112
7**

**Nonpriority creditor's name and mailing address**

**WAT-KEM MECHANICAL, INC.**
**2755 S. COUNTY RD. 25A**
**TROY, OH 45373**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$534.00**

---

**3.112
8**

**Nonpriority creditor's name and mailing address**

**WATER ZONE INC./ECO WATER**
**1432-B SKEES RD.**
**WEST PALM BEACH, FL 33411**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ☑ No  ☐ Yes

**$114.32**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.1129**

**Nonpriority creditor's name and mailing address**
**WATERLOGIC**
**P.O. BOX 677867**
**DALLAS, TX 75267-7867**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$143.78

---

**3.1130**

**Nonpriority creditor's name and mailing address**
**WATERMEN ENTERPRISES, LLC.**
**P.O. BOX 794671**
**DALLAS, TX 75379**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$5,196.00

---

**3.1131**

**Nonpriority creditor's name and mailing address**
**WATERSIDE SHOPS LLC**
**16316 COLLECTIONS CENTER DRIVE**
**CHICAGO, IL 60693**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

$45,714.06

---

**3.1132**

**Nonpriority creditor's name and mailing address**
**WATERWORKS**
**550 SHROCK ROAD**
**COLUMBUS, OH 43229**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$6,345.94

---

**3.1133**

**Nonpriority creditor's name and mailing address**
**WATTERS CREEK OWNER, LLC.**
**P.O. BOX 677456**
**DALLAS, TX 75267-7456**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

$131,229.68

---

**3.1134**

**Nonpriority creditor's name and mailing address**
**WCA OF FLORIDA, LLC**
**P.O. BOX 4524**
**HOUSTON, TX 77210-4524**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$5,009.43

---

**3.1135**

**Nonpriority creditor's name and mailing address**
**WE ENERGIES**
**PO BOX 90001**
**MILWAUKEE, WI 05329-0001**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$5,857.71

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.113 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00** |
|---|---|---|---|

**WEDDINGPAGES INC**
**11106 MOCKINGBIRD DR**
**OMAHA, NE 68137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,373.12** |
|---|---|---|---|

**WEST DES MOINES WATER WORK**
**PO BOX 402002**
**DES MOINES, IA 50940-2002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$226.49** |
|---|---|---|---|

**WEST EDNA ASSOCIATES, LTD.**
**dba MOJAVE ELECTRIC**
**3755 W. HACIENDA AVENUE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177,258.28** |
|---|---|---|---|

**WEST FARMS MALL, LLC**
**DEPARTMENT 55501**
**PO BOX 67000**
**DETROIT, MI 48267-0555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,926.84** |
|---|---|---|---|

**WEST PENN POWER**
**P.O. BOX 3687**
**AKRON, OH 44309-3687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.14** |
|---|---|---|---|

**WEST VIEW WATER AUTHORITY**
**PO BOX 747107**
**PITTSBURGH, PA 15274-7105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,191.41** |
|---|---|---|---|

**WESTCOR SANTAN VILLAGE LLC**
**SAN TAN REGIONAL MALL**
**P.O. BOX 511249**
**LOS ANGELES, CA 90051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.114 3**

**Nonpriority creditor's name and mailing address**
**WESTERN ALLEGHENY COUNTY**
**403 VIRGINIA DR**
**OAKDALE, PA 15071-9105**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$811.72**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**
**WESTERN COMMERCIAL SVCS LL**
**2311 SOUTH INDUSTRIAL ROAD**
**LAS VEGAS, NV 89102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$14,836.51**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**
**WESTERN RESERVE WINDOW**
**CLEANING, LLC**
**1064 TALLMADGE ROAD**
**SUITE C**
**KENT, OH 44240**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$147.00**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**
**WHALEY FOODSERVICE, LLC.**
**P.O. BOX 615**
**LEXINGTON, SC 29071**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$9,991.88**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**
**WHITE COFFEE CORP**
**18-35 38 ST (STEINWAY PLACE)**
**LONG ISLAND, NY 11105**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$974.83**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**
**WHITEHALL TOWNSHIP AUTHORI**
**1901 SCHADT AVENUE**
**WHITEHALL, PA 18052-3728**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$1,209.45**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**
**WHOLESALE SERVICES, LLC.**
**P.O. BOX 4627**
**READING, PA 19606**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**WILL LIKINS**
**100 RIVERVIEW ROAD**
**STEVENSVILLE, MD 21666**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$61.20**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**WILLIAM DALE FLOYD**
**9848 DECORSEY PK**
**RYLAND HEIGHTS, KY 41015**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$570.60**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**WILLIAM ELEK LIMITED**
**1101 AIRPORT RD.**
**ALLENTOWN, PA 18109**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$771.72**

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**WILLIAM J CIRIELLO PLUMBIN**
**PO BOX 468**
**BEECH GROVE, IN 46107**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$2,347.14**

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

**WILLIAM R. FIELDS**
**P.O. BOX 49841**
**SARASOTA, FL 34230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

**WILLIE ITULE PRODUCE. INC.**
**301 N 45TH AVE**
**PHOENIX, AZ 85043**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$10,123.44**

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**WILLIS KLEIN SAFE LOCK &**
**DECORATIVE HARDWARE**
**4041 WESTPORT RD.**
**LOUISVILLE, KY 40207**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Trade**

Is the claim subject to offset? ■ No ☐ Yes

**$286.30**

---

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

---

| 3.115<br>7 | **Nonpriority creditor's name and mailing address**<br>**WILLIS TOWERS WATSON SOUTH**<br>**CONCOURSE CORPORATE CENTER**<br>**FIVE - 18TH FLOOR**<br>**ATLANTA, GA 30328** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$13,060.00** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115<br>8 | **Nonpriority creditor's name and mailing address**<br>**WILLOW LAKE SHOPPING CENTE**<br>**USRP WILLOW EAST LLC**<br>**3055 SOLUTIONS CENTER**<br>**CHICAGO, IL 60677-3000** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$56,619.30** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Landlord** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115<br>9 | **Nonpriority creditor's name and mailing address**<br>**WILLOWBROOK MALL, LLC.**<br>**SDS-12-2767**<br>**P.O. BOX 86**<br>**MINNEAPOLIS, MN 55486-2767** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,928.26** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Landlord** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116<br>0 | **Nonpriority creditor's name and mailing address**<br>**WINDSTREAM COMMUNICATIONS**<br>**P.O. BOX 9001908**<br>**LOUISVILLE, KY 40290-1908** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,049.03** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116<br>1 | **Nonpriority creditor's name and mailing address**<br>**WINDSTREAM ENTERPRISE**<br>**P.O. BOX 9001908**<br>**LOUISVILLE, KY 40290-1908** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,691.95** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116<br>2 | **Nonpriority creditor's name and mailing address**<br>**WINEBOW GROUP, INC.**<br>**20 HOOK MOUNTAIN ROAD**<br>**SUITE 103-A**<br>**PINEBROOK, NJ 07058** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$623.88** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Trade** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116<br>3 | **Nonpriority creditor's name and mailing address**<br>**WINTER PARK TOWNE CENTER L**<br>**PO BOX 73847**<br>**CLEVELAND, OH 44193** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$77,745.64** |
|  | Date(s) debt was incurred __ | Basis for the claim:  **Landlord** | |
|  | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.116 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $165.00 |
|---|---|---|---|
| | **WOODMAN STOP N LOCK** <br> **1976 WOODMAN CENTER DRIVE** <br> **KETTERING, OH 45420** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $550.39 |
|---|---|---|---|
| | **WOW! BUSINESS** <br> **P.O. BOX 4350** <br> **CAROL STREAM, IL 60197-4350** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,190.38 |
|---|---|---|---|
| | **WSA SYSTEMS BOCA INC** <br> **442 N.W. 35th Street** <br> **Boca Raton, FL 33431** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,884.80 |
|---|---|---|---|
| | **XCEL ENERGY** <br> **1123 W 3RD AVE** <br> **ATTN: PHIL RYMAN** <br> **DENVER, CO 80223** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,050.00 |
|---|---|---|---|
| | **XTREME CLEAN RESTAURANT, L** <br> **P.O. BOX 19483** <br> **LAS VEGAS, NV 89132** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $50.00 |
|---|---|---|---|
| | **YADIRA STAATZ** <br> **100 RIVERVIEW ROAD** <br> **STEVENSVILLE, MD 21666** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Trade** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,682.77 |
|---|---|---|---|
| | **YTC BUTTERFIELD OWNER LLC.** <br> **26073 NETWORK PLACE** <br> **CHICAGO, IL 60673-1260** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim: Landlord** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number (if known) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | Name | | |

| 3.117 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,498.00 |
|---|---|---|---|

**ZEBEDEE GROUP INC.**
**4613 NORTH UNIVERSITY DRIVE**
**SUITE 383**
**CORAL SPRINGS, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,385.00 |
|---|---|---|---|

**ZITO'S LANDSCAPING LLC.**
**130 ORCHARD AVE.**
**GLENSHAW, PA 15116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.117 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**ZOHAR LAW FIRM PC**
**1100 Glendon Avenue**
**Suite 1500**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 62,194.67 |
| 5b. Total claims from Part 2 | 5b. + | $ | 15,154,253.01 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 15,216,447.68 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **FoodFirst Global Restaurants, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-02159-LVV**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease RE: 2107 Inner Harbor expiring 12/31/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **100 PRATT ST. VENTURES, LLC 100 EAST PRATT ST, #1200 Baltimore, MD 21202** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease RE: 1113 Omaha expiring 12/31/2022**<br><br>State the term remaining<br><br>List the contract number of any government contract | **168th and Dodge, L.P. One E Washington St, #300 Phoenix, AZ 85004** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease RE: 380 Columbus office expiring 3/31/2026**<br><br>State the term remaining<br><br>List the contract number of any government contract | **777 Goodale Partners, LLC 7555 E Pleasant Valley Road Suite 160 Independence, OH 44131** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Real Property Lease RE: 1060 Uptown expiring 1/31/2027**<br><br>State the term remaining<br><br>List the contract number of any government contract | **ABQ UPTOWN, LLC 225 WEST WASHINGTON ST Indianapolis, IN 46204** |

Debtor 1   **FoodFirst Global Restaurants, Inc.**
           First Name          Middle Name          Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **monthly** | |
| | List the contract number of any government contract | | **AFCO**<br>**P.O. BOX 360572**<br>**PITTSBURGH, PA 15250-6572** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1141 Knapps Crossing expiring 12/31/2026** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Alan J. Salle**<br>**39400 Woodward Ave, #101**<br>**Bloomfield Hills, MI 48304** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Leasing Group** | |
|---|---|---|---|
| | State the term remaining | **monthly** | |
| | List the contract number of any government contract | | **ALLEGIS GROUP HOLDINGS, IN**<br>**3689 COLLECTION CTR. DRIVE**<br>**CHICAGO, IL 60693** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2090 Gulfstream Park expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Allen Matkins Leck Gamble**<br>**501 West Broadway**<br>**15th Floor**<br>**San Diego, CA 92101** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Health Insurance** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ANTHEM BCBS**<br>**PO BOX 645438**<br>**CINCINNATI, OH 45264-5438** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 700 Orlando office expiring 2/28/2026** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any | | **APC Workforce Solutions, LLC**<br>**420 S. Orange Ave, Ste 600**<br>**Orlando, FL 32801** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**
_____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **digital asset management, never utilized, but got stuck in 2 yr contract** | |
|---|---|---|---|
| | State the term remaining | **2 yr contract, ends 2020** | **Aprimo** |
| | List the contract number of any government contract | | **230 W Monroe St Suite 1200 Chicago, IL 60606** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2110 Austin, TX expiring 12/31/2022** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ARBORETUM MALL, LLC 180 East Broad Street Columbus, OH 43215** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1031 West Chester expiring 7/31/2023** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **ARC SWWCHOH001, LLC 405 PARK AVE., 15th Floor New York, NY 10022** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **Authentic8, Inc** |
| | List the contract number of any government contract | | **555 CALIFORNIA ST. SUITE 3360 San Francisco, CA 94104** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Audit Firm** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **BDO USA, LLP.** |
| | List the contract number of any government contract | | **AP DEPARTMENT P.O. BOX 642743 PITTSBURGH, PA 15264-2743** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1052 Belden Village expiring 1/31/2022** | **Belden Mall, LLC 4230 Belden Village Mall Canton, OH 44718** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **FoodFirst Global Restaurants, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*   **6:20-bk-02159-LVV**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **BEN E KEITH FOODS GENERAL OFFICE ATTN: NATIONAL ACCOUNTS P.O. BOX 1441 FORT WORTH, TX 76101** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **Blackhawk Network Inc 6220 Stoneridge Mall Road Pleasanton, CA 94588** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **BLACKHAWK NETWORK, INC. WELLS FARGO BANK P.O. BOX 932859 ATLANTA, GA 31193** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2108 Boca Raton, FL expiring 12/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **BOCA CENTER AT MILITARY LLC 180 Glastonbury Blvd. Suite 200 Glastonbury, CT 06033** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1138 Henderson (NV) expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **BPC Henderson, LLC 600 Superior Avenue East Suite 1500 Cleveland, OH 44114** |
| | List the contract number of any government contract | | |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **6:20-bk-02159-LVV**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1134 Briarwood (MI) expiring 12/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Briarwood LLC 225 West Washington Street Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1045 Brookfield Square expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Brookfield Square Joint Ven. 95 North Moorland Rd Unit A-17 Brookfield, WI 53005** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2132 Broward expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **BROWARD MALL, LLC, 2049 Century Park East 41st Floor Los Angeles, CA 90067** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **C.H. ROBINSON COMPANY, INC P.O. BOX 9121 MINNEAPOLIS, MN 55480-9121** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2018 Birmingham expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **CAPREF Brookwood Village LLC 780 Brookwood Village Birmingham, AL 35209** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1045 Brookfield Square expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **CBL & Associates Mgmt., Inc CBL Center, Suite 500 2030 Hamilton Place Blvd Chattanooga, TN 37421-6000** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1    **FoodFirst Global Restaurants, Inc.**
     First Name        Middle Name        Last Name

Case number *(if known)*    **6:20-bk-02159-LVV**

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **CDW DIRECT INC**<br>**PO BOX 75723**<br>**CHICAGO, IL 60675** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **monthly** | **Century Link**<br>**CENTURYLINK**<br>**BUSINESS SEVICES**<br>**P.O. BOX 52187**<br>**PHOENIX, AZ 85072-2187** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **monthly** | **CERDANT, INC**<br>**PO BOX 3204**<br>**DUBLIN, OH 43017** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1026 Eton (Chagrin) expiring 9/30/2028** | |
|---|---|---|---|
| | State the term remaining | | **Chagrin Retail, LLC**<br>**629 Euclid Ave. Ste 1300**<br>**Cleveland, OH 44114** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **monthly** | **CHARTER COMMUNICATIONS**<br>**P.O. BOX 60229**<br>**LOS ANGELES, CA 90060-0229** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2062 Cherry Hill expiring 1/31/2023** | **Cherry Hill Town Partners**<br>**1260 Stelton Road**<br>**Piscataway, NJ 08854** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **FoodFirst Global Restaurants, Inc.**                    Case number (*if known*)    **6:20-bk-02159-LVV**
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

　　　　　State the term remaining

　　　　　List the contract number of any
　　　　　　government contract

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2092 Christiana expiring 2/28/2021** | |
|---|---|---|---|
| | State the term remaining | | **CHRISTIANA MALL** |
| | List the contract number of any government contract | | **132 CHRISTIANA MALL Newark, DE 19702** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2092 Christiana expiring 2/28/2021** | |
|---|---|---|---|
| | State the term remaining | | **CHRISTIANA MALL LLC** |
| | List the contract number of any government contract | | **350 N Orleans St., Ste 300 Chicago, IL 60654-1607** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **CIT BANK, N.A. d.b.a. COMDOC** |
| | List the contract number of any government contract | | **21146 NETWORK PLACE CHICAGO, IL 60673-1211** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2122 City Creek (UT) expiring 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **CITY CREEK CENTER ASSOCIATES 200 East Long Lake Road PO BOX 200** |
| | List the contract number of any government contract | | **Bloomfield Hills, MI 48303-0200** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2119 City Place (WPB) expiring 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **CITYPLACE RETAIL, LLC 60 Columbus Circle 19th Floor** |
| | List the contract number of any government contract | | **New York, NY 10023** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2041 Country Club expiring 1/31/2025** |
| State the term remaining | **Country Club Plaza JV, LLC** |
| List the contract number of any government contract | **Attn:  Admin** **200 E Long Lake Rd, Ste 300** **Bloomfield Hills, MI 48304-2324** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2041 Country Club expiring 1/31/2025** |
| State the term remaining | **Country Club Plaza JV, LLC** |
| List the contract number of any government contract | **Attn: Legal Dept.** **200 E Long Lake Rd, Ste 300** **Bloomfield Hills, MI 48304-2324** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **IT Support** |
| State the term remaining | **monthly** |
| List the contract number of any government contract | **COX BUSINESS SERVICES** **P.O. BOX 2742** **OMAHA, NE 68103-2742** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2025 Crocker Park expiring 7/31/2025** |
| State the term remaining | |
| List the contract number of any government contract | **CP COMMERCIAL DELAWARE, LLC** **629 Euclid Ave, Ste. 1300** **Cleveland, OH 44114** |
| **2.43.** State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2108 Boca Raton, FL expiring 12/31/2021** |
| State the term remaining | |
| List the contract number of any government contract | **Crocker Ptnrs Property Mgmt** **5200 Town Center Circle** **Suite 105** **Boca Raton, FL 33486** |
| **2.44.** State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** |
| State the term remaining | **Annual** |
| List the contract number of any | **CSC** **PO BOX 13397** **PHILADELPHIA, PA 19101-3397** |

Debtor 1    **FoodFirst Global Restaurants, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **6:20-bk-02159-LVV**

    **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2076 Crabtree expiring 12/31/2023** | |
| | State the term remaining | | **CVM Holdings, LLC** |
| | List the contract number of any government contract | | **4325 Glenwood Avenue Raleigh, NC 27612** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2105 Danbury Fair expiring 12/31/2021** | |
| | State the term remaining | | **Danbury Mall, LLC (CA)** |
| | List the contract number of any government contract | | **PO Box 2172 401 Wilshire Blvd Santa Monica, CA 90407** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2105 Danbury Fair expiring 12/31/2021** | |
| | State the term remaining | | **Danbury Mall, LLC (CT)** |
| | List the contract number of any government contract | | **7 Backus Avenue Danbury, CT 06810** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1113 Omaha expiring 12/31/2022** | |
| | State the term remaining | | **Daspin & Aument** |
| | List the contract number of any government contract | | **227 W. Monroe Street Suite 3500 Chicago, IL 60606** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2119 City Place (WPB) expiring 12/31/2023** | |
| | State the term remaining | | **David Rubenstein, Esq.** |
| | List the contract number of any government contract | | **1325 Avenue of the Americas New York, NY 10019** |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1004 Dayton expiring 1/31/2022** | **Dayton Mall Venture, LLC 180 E. Broad Street 21st Floor Columbus, OH 43215** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

| | | | |
|---|---|---|---|
| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2126 Del Amo expiring 12/31/2026** | |
| | State the term remaining | | **DEL AMO FASHION CNTR OPER.** **225 West Washington St** **Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |
| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1131 Rookwood Exchange expiring 12/31/2025** | |
| | State the term remaining | | **Dinsmore & Shohl LLP** **1900 Chemed Center** **255 East Fifth Street** **Cincinnati, OH 45202** |
| | List the contract number of any government contract | | |
| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2124 Dolphin Mall (FL) expiring 9/30/2025** | |
| | State the term remaining | | **DOLPHIN MALL ASSOCIATES LLC,** **200 East Long Lake Road** **Suite 300** **Bloomfield Hills, MI 48304-2324** |
| | List the contract number of any government contract | | |
| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Web developer and hosting company** | |
| | State the term remaining | **monthly** | |
| | List the contract number of any government contract | | **E Space Communications** **P.O. Box 4122** **Dublin, OH 43016** |
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1141 Knapps Crossing expiring 12/31/2026** | |
| | State the term remaining | | **East Beltline Development** **38500 Woodward Avenue** **Suite 200** **Bloomfield Hills, MI 48304** |
| | List the contract number of any government contract | | |

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | | | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **Real Property Lease RE: 3017 BON VIE expiring 1/31/2022**

State the term remaining

List the contract number of any government contract

Easton Town Center II, LLC
4016 Townsfair Way
Suite 201
Columbus, OH 43219

---

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **Trade Vendor**

State the term remaining — **Annual**

List the contract number of any government contract

ECOLAB
370 WABASHA ST N
ST PAUL, MN 55102

---

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **Trade Vendor**

State the term remaining — **Annual**

List the contract number of any government contract

ECOLAB FOOD SAFETY SPECIAL
24198 NETWORK PLACE
CHICAGO, IL 60673-1241

---

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **Trade Vendor**

State the term remaining — **Annual**

List the contract number of any government contract

ECOLAB PEST ELIM DIVISION
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

---

**2.60.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance Broker**

State the term remaining — **Annual**

List the contract number of any government contract

ESIS, INC
DEPT CH 10123
PALATINE, IL 60055-0123

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest — **Marketing**

State the term remaining — **Annual**

List the contract number of any

ezCater, Inc
40 Water Street
5th Floor
Boston, MA 02109

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1  **FoodFirst Global Restaurants, Inc.**

First Name      Middle Name      Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1039 Virginia Beach expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Faggert & Frieden, PC 222 Central Park Avenue Suite 1300 Virginia Beach, VA 23462** |
| | List the contract number of any government contract | | |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2121 Fair Oaks expiring 1/31/2026** | |
|---|---|---|---|
| | State the term remaining | | **FAIRFAX COMPANY OF VIRGINIA 200 East Long Lake Road PO BOX 200 Bloomfield Hills, MI 48303-0200** |
| | List the contract number of any government contract | | |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2102 Salt Lake (Murray UT) expiring 10/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **FASHION PLACE. LLC 110 North Wacker Drive Chicago, IL 60606** |
| | List the contract number of any government contract | | |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2030 West Palm expiring 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **Forbes/Cohen FL Properties Ltd 100 Galleria Officentre Suite 427 Southfield, MI 48037-0667** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2022 Millenia expiring 10/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Forbes/Taubman Orlando, LLC 100 Galleria Officentre Suite 427 Southfield, MI 48037-0667** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **PAYROLL** | **FOURTH USA INC 134 N 4TH STREET BROOKLYNN, NY 11249** |
|---|---|---|---|

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | State the term remaining | **Annual** | |
|---|---|---|---|---|
| | | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2106 Freehold expiring 12/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Freemall Associates, LLC** |
| | List the contract number of any government contract | | **PO Box 2172** |
| | | | **Santa Monica, CA 90407** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2106 Freehold expiring 12/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Freemall Associates, LLC (NJ)** |
| | List the contract number of any government contract | | **3710 Route 9, Ste. 1000** |
| | | | **Freehold, NJ 07728** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **creative agency** | |
|---|---|---|---|
| | State the term remaining | **project based, as needed, no commitment** | **Fuel House Creative** |
| | List the contract number of any government contract | | **11 E 6th Ave** |
| | | | **Suite 201** |
| | | | **Columbus, OH 43201** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1034 Galleria expiring 6/30/2026** | |
|---|---|---|---|
| | State the term remaining | | **Galleria Mall** |
| | List the contract number of any government contract | | **1500 Washington Road** |
| | | | **Pittsburgh, PA 15228** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1034 Galleria expiring 6/30/2026** | |
|---|---|---|---|
| | State the term remaining | | **Galleria/Continental LP** |
| | List the contract number of any government contract | | **200 Crescent Court** |
| | | | **Suite 560** |
| | | | **Dallas, TX 75201** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1   **FoodFirst Global Restaurants, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Banquet Software** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **GATHER TECHNOLOGIES, INC.** **715 Peachtree Street NE** **Suite 800** **Atlanta, GA 30308** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2112 Jacksonville expiring 12/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Genesis Real Estate Advisers** **800 Mount Vernon Hwy** **Suite 410** **Sandy Springs, GA 30328** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1140 Fairfield Commons expiring 12/31/2026** | |
|---|---|---|---|
| | State the term remaining | | **Glimcher Properties** **180 East Broad Street** **21st Floor** **Columbus, OH 43215** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **GORDON FOOD SERVICE** **P.O. BOX 88029** **CHICAGO, IL 60680-1029** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **GRANITE TECHNOLOGIES** **CLIENT ID #311** **P.O. BOX 983119** **BOSTON, MA 02298-3119** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1010 Metairie expiring 2/29/2024** | |
|---|---|---|---|
| | State the term remaining | | **Greater Lakeside Corp. (LA)** **3301 Veterens Boulevard** **Metairie, LA 70002** |
| | List the contract number of any | | |

Debtor 1    **FoodFirst Global Restaurants, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)    **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1010 Metairie expiring 2/29/2024** | |
| | State the term remaining | | **Greater Lakeside Corp. (NY)** |
| | List the contract number of any government contract | | **370 Seventh Avenue Suite 618 New York, NY 10001** |
| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2056 The Greene expiring 1/31/2022** | |
| | State the term remaining | | **Greene Town Center, LLC** |
| | List the contract number of any government contract | | **5500 New Albany Road East Suite 200 New Albany, OH 43054** |
| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2090 Gulfstream Park expiring 1/31/2021** | |
| | State the term remaining | | **Gulfstream Park Racing Assoc.** |
| | List the contract number of any government contract | | **337 Magna Drive Aurora, ON 74G7K1** |
| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
| | State the term remaining | **Annual** | **HALPERN'S STEAK AND SEAFOO** |
| | List the contract number of any government contract | | **P.O. BOX 116421 ATLANTA, GA 30368-6421** |
| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1133 Harbourside (Jupiter, FL) terminated 1/31/2020** | |
| | State the term remaining | | **HARBOURSIDE PLACE, LLC,** |
| | List the contract number of any government contract | | **115 Front Street Suite 300 Jupiter, FL 33477** |
| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** | **HILCO REAL ESTATE, LLC 5 REVERE DRIVE SUITE 320 NORTHBROOK, IL 60062** |

Debtor 1   **FoodFirst Global Restaurants, Inc.**
_____
First Name         Middle Name         Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining   **monthly** | |
| List the contract number of any government contract _____ | |

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2112 Jacksonville expiring 12/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Hines Global REIT 4875 Town Cen** |
| | List the contract number of any government contract _____ | | **11512 Lake Mead Ave Suite 603 Jacksonville, FL 32256** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1039 Virginia Beach expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Holland & Knight LLP** |
| | List the contract number of any government contract _____ | | **SunTrust Center Suite 2600 Orlando, FL 32801** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **HOT SCHEDULES** |
| | List the contract number of any government contract _____ | | **P.O. BOX 848472 DALLAS, TX 75284-8472** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1136 Huntsville expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **IMI Huntsville, LLC** |
| | List the contract number of any government contract _____ | | **Attn: AL-LEGAL 2222 Arlington Avenue Birmingham, AL 35205** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1136 Huntsville expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **IMI Huntsville, LLC** |
| | List the contract number of any government contract _____ | | **Attn:  AL- Manager 365 The Bridge St, Ste 106 Huntsville, AL 35806** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____

First Name          Middle Name          Last Name

Case number (*if known*)  **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1136 Huntsville expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **IMI Huntsville, LLC (IL)** |
| | List the contract number of any government contract | | **5750 Old Orchard Road Suite 400 Skokie, IL 60077** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **INFOR (US). INC.** |
| | List the contract number of any government contract | | **NW 7418 P.O. BOX 1450 MINNEAPOLIS, MN 55485-7418** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2064 Pembroke Pines expiring 1/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Jeffrey R. Anderson Real Estate** |
| | List the contract number of any government contract | | **3825 Edwards Road Suite 200 Cincinnati, OH 45209** |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1131 Rookwood Exchange expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Jeffrey R. Anderson Real Estate** |
| | List the contract number of any government contract | | **Rookwood Tower 3805 Edwards Road Cincinnati, OH 45209** |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2062 Cherry Hill expiring 1/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **JMP Holding Corp.** |
| | List the contract number of any government contract | | **160 Essex St Suite 200 Lodi, NJ 07644** |

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Waste contractor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **JOHN OLSON** |
| | List the contract number of any | | **1959 S. POWER ROAD SUITE 103-149 MESA, AZ 85206-4398** |

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | | Case number (*if known*) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2125 Liberty (OH) expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Jones Lang LaSalle Americas 3344 Peachtree Road Suite 1100 Atlanta, GA 30326** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1040 Jordan Creek expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **JORDAN CREEK TOWN CENTER 101 JORDAN CREEK PARKWAY SUITE 12518 West Des Moines, IA 50266** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1040 Jordan Creek expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **JORDAN CREEK TOWN CENTER 350 N. ORLEANS ST. SUITE 300 Chicago, IL 60654-1607** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2064 Pembroke Pines expiring 1/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **JRA HHF VENTURE, LLC 3825 Edwards Road Suite 200 Cincinnati, OH 45209** |
| | List the contract number of any government contract | | |

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1044 Memorial Square expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Kane Russell Coleman & Logan 3700 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1012 Robinson expiring 1/31/2025** | **Lafayette Parntners 5812 Darlington Road Pittsburgh, PA 15217** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | FoodFirst Global Restaurants, Inc. | | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2120 Quaker Bridge expiring 12/31/2023** | |
| | State the term remaining | | **LAWRENCE ASSOCIATES 225 WEST WASHINGTON STREET Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2029 Legacy expiring 12/31/2028** | |
| | State the term remaining | | **Legacy Village Investors Offices at Legacy Village 25333 Cedar Road Lyndhurst, OH 44124** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1100 Lennox expiring 11/30/2021** | |
| | State the term remaining | | **Lennox Town Center Limited Attn: Leasing 3300 Enterprise Pkwy Beachwood, OH 44122** |
| | List the contract number of any government contract | | |

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1100 Lennox expiring 11/30/2021** | |
| | State the term remaining | | **Lennox Town Center Limited Attn: Legal Dept. 3300 Enterprise Pkwy Beachwood, OH 44122** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2125 Liberty (OH) expiring 12/31/2025** | |
| | State the term remaining | | **Liberty Center 7100 Foundry Row Liberty Township, OH 45069** |
| | List the contract number of any government contract | | |

Debtor 1    **FoodFirst Global Restaurants, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)    **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2125 Liberty (OH) expiring 12/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Liberty Center, LLC** |
| | List the contract number of any government contract | | **9 West 57th Street New York, NY 10019** |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Licensing Outsource** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **LICENSING SOLUTIONS INC** |
| | List the contract number of any government contract | | **118 W MCKEY STREET OCOEE, FL 34761** |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1007 McKnight expiring 1/31/2030** | |
|---|---|---|---|
| | State the term remaining | | **LINCOLN CORNER INC** |
| | List the contract number of any government contract | | **55 WEST NEWTON STREET GREENSBURG, PA 15601** |

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1016 Waterfront expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **M&J Wilkow Properties, LLC** |
| | List the contract number of any government contract | | **20 South Clark Street STE 3000 Chicago, IL 60603** |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1088 Mercato expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Madison Marquette** |
| | List the contract number of any government contract | | **9132 Strada Place Suite 215 Naples, FL 34108** |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1066 Lehigh expiring 3/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Mall At Lehigh Valley, L.P.** |
| | List the contract number of any | | **225 W. Washington Street Indianapolis, IN 46204** |

Debtor 1    **FoodFirst Global Restaurants, Inc.**
_____
First Name         Middle Name         Last Name

Case number *(if known)*    **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1044 Memorial Square expiring 1/31/2021** | |
| | State the term remaining | | **Memorial Square SC, LLC 1033 NW Grand Boulevard Oklahoma City, OK 73118-6039** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
| | State the term remaining | **Annual** | **MICHAEL'S FINER MEATS 29037 NETWORK PLACE CHICAGO, IL 60673-1290** |
| | List the contract number of any government contract | | |

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
| | State the term remaining | **Annual** | **MICROS RETAIL SYSTEMS INC 1200 HARBOR BLVD 10 FLOOR WEEHAWKEN, NJ 07086** |
| | List the contract number of any government contract | | |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
| | State the term remaining | **3 year contract ending in 2021** | **MICROSOFT LICENSING, GP C/O BANK OF AMERICA 1950 N STEMMONS FWY STE 5010 LB#842467 DALLAS, TX 75207** |
| | List the contract number of any government contract | | |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2089 City Centre expiring 2/28/2025** | |
| | State the term remaining | | **Midway CC Venture I, LP City Centre One 12848 Queensbury Lane Houston, TX 77024** |
| | List the contract number of any government contract | | |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | **online ordering tool for the restaurants** | **MOBO SYSTEMS, INC. dba OLO 26 BROADWAY, 24TH FLOOR NEW YORK, NY 10004** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name            Middle Name            Last Name

Case number (*if known*)  **6:20-bk-02159-LVV**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | monthly | |
| | List the contract number of any government contract | _____ | |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1038 Zona Rosa expiring 1/31/2025** | |
| | State the term remaining | | **Monarchs Sub, LLC** |
| | List the contract number of any government contract | _____ | **8640 N. Dixon Avenue Kansas City, MO 64153** |

| 2.120. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
| | State the term remaining | **Annual** | **MUZAK NATIONAL** |
| | List the contract number of any government contract | _____ | **3318 LAKEMONT BLVD. FORT MILL, SC 29708** |

| 2.121. | State what the contract or lease is for and the nature of the debtor's interest | **Inventory Mgt System** | |
| | State the term remaining | **Annual** | **NCR CORPORATION** |
| | List the contract number of any government contract | _____ | **P.O. BOX 198755 ATLANTA, GA 30384-8755** |

| 2.122. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
| | State the term remaining | **Annual** | **NICHOLAS & CO INC** |
| | List the contract number of any government contract | _____ | **5520 W HAROLD GATTY DRIVE SALT LAKE CITY, UT 84116** |

| 2.123. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2020 Newport expiring 1/31/2025** | |
| | State the term remaining | | **NOTL Property Owner LLC** |
| | List the contract number of any government contract | _____ | **One Levee Way Suite 1113 Newport, KY 41071** |

Debtor 1   **FoodFirst Global Restaurants, Inc.**                            Case number (*if known*)   **6:20-bk-02159-LVV**
　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.124. | State what the contract or lease is for and the nature of the debtor's interest | **Guest reservation and seating partner** | |
|---|---|---|---|
| | State the term remaining | **monthly** | **Open Table** |
| | List the contract number of any government contract | | **One Montgomery Street ste 700 San Francisco, CA 94104** |

| 2.125. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **OPEN TABLE INC** |
| | List the contract number of any government contract | | **29109 NETWORK PLACE CHICAGO, IL 60673-1291** |

| 2.126. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **OPTIMUM CARD SOLUTIONS LLC** |
| | List the contract number of any government contract | | **855 S FIENE DRIVE ADDISON, IL 60101** |

| 2.127. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **OPTIMUM PRINT SOLUTIONS IN** |
| | List the contract number of any government contract | | **5051 FREEWAY DRIVE EAST COLUMBUS, OH 43229** |

| 2.128. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **ORACLE AMERICA, INC.** |
| | List the contract number of any government contract | | **P.O. BOX 203448 DALLAS, TX 75320-3448** |

| 2.129. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1013 Cranberry expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Palt Partners/Cranberry** |
| | List the contract number of any | | **5812 Darlington Road Pittsburgh, PA 15217** |

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | Case number (*if known*) | **6:20-bk-02159-LVV** |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2074 Park Meadows expiring 3/31/2028** | |
|---|---|---|---|
| | State the term remaining | | **PARK MEADOWS** |
| | List the contract number of any government contract | | **8401 PARK MEADOWS CENTER DR Lone Tree, CO 80124** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2074 Park Meadows expiring 3/31/2028** | |
|---|---|---|---|
| | State the term remaining | | **PARK MEADOWS MALL, LLC** |
| | List the contract number of any government contract | | **350 N. ORLEANS ST. SUITE 300 Chicago, IL 60654-1607** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2018 Birmingham expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Patras Williams, LLC** |
| | List the contract number of any government contract | | **14 Countryside Lane Suite 100 Ringwood, NJ 07456** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | **Loyalty hosting, gift card hosting, email campaigns, loyalty database, POS integration, monthly** | |
|---|---|---|---|
| | State the term remaining | | **PAYTRONIX** |
| | List the contract number of any government contract | | **80 BRIDGE STREET NEWTON, MA 02458** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **PEPSI-COLA COMPANY** |
| | List the contract number of any government contract | | **75 REMIITANCE DRIVE CHICAGO, IL 60675-1884** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*  **6:20-bk-02159-LVV**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.135. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2070 Polaris expiring 12/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **PFP Columbus II, LLC 180 East Broad Street 21st Floor Columbus, OH 43215** |
| | List the contract number of any government contract | | |

| 2.136. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1088 Mercato expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **PGIM Real Estate 7 Giralda Farms Madison, NJ 07940** |
| | List the contract number of any government contract | | |

| 2.137. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 700 Orlando office expiring 2/28/2026** | |
|---|---|---|---|
| | State the term remaining | | **Piedmont Office Realty Trust 250 S. Orange Ave Suite 120P Orlando, FL 32801** |
| | List the contract number of any government contract | | |

| 2.138. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 700 Orlando office expiring 2/28/2026** | |
|---|---|---|---|
| | State the term remaining | | **Piedmont Office Realty Trust 5565 Glenridge Connector NE Suite 450 Atlanta, GA 30342** |
| | List the contract number of any government contract | | |

| 2.139. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2055 Piedmont expiring 6/30/2021** | |
|---|---|---|---|
| | State the term remaining | | **Piedmont Row Drive, LLC 801 Grand Avenue Des Moines, IA 50392** |
| | List the contract number of any government contract | | |

| 2.140. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2076 Crabtree expiring 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Plaza Associates, Inc. 2840 Plaza Place Suite 100 Raleigh, NC 27612** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **6:20-bk-02159-LVV**
_____

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.141. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2032 Frontenac expiring 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Plaza Frontenac** |
| | List the contract number of any government contract | | **97 Plaza Frontenac St. Louis, MO 63131** |

| 2.142. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2032 Frontenac expiring 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **PLAZA FRONTENAC ACQUISITION** |
| | List the contract number of any government contract | | **110 NORTH WACKER DRIVE Chicago, IL 60606** |

| 2.143. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **PPINC LLC** |
| | List the contract number of any government contract | | **2672 SW 36TH STREET DANIA BEACH, FL 33312** |

| 2.144. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **Produce Alliance LLC** |
| | List the contract number of any government contract | | **PO BOX 7762 CAROL STREAM, IL 60197-7762** |

| 2.145. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing** | |
|---|---|---|---|
| | State the term remaining | **project based, as needed, no commitment** | **PROFORMA** |
| | List the contract number of any government contract | | **6341 NICHOLAS DRIVE COLUMBUS, OH 43235** |

Debtor 1    **FoodFirst Global Restaurants, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)    **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.146. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1058 Walden expiring 1/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Pyramid Walden Co., LP** |
| | List the contract number of any government contract | | **4 Clinton Square** **Syracuse, NY 13202** |

| 2.147. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1077 Deerfield expiring 4/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **RAMCO-GERSHENSON, INC** **31500 NORTHWESTERN HIGHWAY** |
| | List the contract number of any government contract | | **SUITE 300** **Farmington Hills, MI 48334** |

| 2.148. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2114 Victoria Gardens expiring 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Rancho Mall, LLC** **600 Superior Avenue East** |
| | List the contract number of any government contract | | **Suite 1500** **Cleveland, OH 44114** |

| 2.149. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1091 Little Rock expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **RED Development, LLC (AZ)** **One East Washington Street** |
| | List the contract number of any government contract | | **Suite 300** **Phoenix, AZ 85004-2513** |

| 2.150. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1091 Little Rock expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **RED Development, LLC (KS)** **7500 College Blvd** |
| | List the contract number of any government contract | | **Suite 750** **Overland Park, KS 66210-4035** |

| 2.151. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **RENTOKIL NORTH AMERICAN IN** **PO BOX 14095** |
| | List the contract number of any | | **READING, PA 19612** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*  **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.152. | State what the contract or lease is for and the nature of the debtor's interest | **HR Outsource** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **RESTAURANT HR GROUP**<br>**1900 E GOLF RD**<br>**SUITE 950**<br>**SCHAUMBURG, IL 60173** |
| | List the contract number of any government contract | | |

| 2.153. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2025 Crocker Park expiring 7/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Robert A. Fuerst, Kohrman et al**<br>**1375 East Ninth Street**<br>**20th Floor**<br>**Cleveland, OH 44114** |
| | List the contract number of any government contract | | |

| 2.154. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1021 Lansing expiring 9/30/2022** | |
|---|---|---|---|
| | State the term remaining | | **RPAI US MANAGEMENT, LLC**<br>**2021 SPRING ROAD**<br>**STE 200**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2054 Southlake expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **RPAI US MANAGEMENT, LLC**<br>**ATTN:  COLLECTIONS**<br>**2021 SPRING RD, STE 200**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2054 Southlake expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **RPAI US MANAGEMENT, LLC**<br>**ATTN: MANAGER**<br>**2021 SPRING RD, STE 200**<br>**Oak Brook, IL 60523** |
| | List the contract number of any government contract | | |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1021 Lansing expiring 9/30/2022** | **RPAI, HOLDCO MGMT, LLC**<br>**2021 SPRING ROAD**<br>**STE 200**<br>**Oak Brook, IL 60523** |
|---|---|---|---|

Debtor 1    **FoodFirst Global Restaurants, Inc.**

    First Name          Middle Name          Last Name

Case number *(if known)*    **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | |
| List the contract number of any government contract | |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1021 Lansing expiring 9/30/2022** | |
|---|---|---|---|
| | State the term remaining | | **RPAI, INC.** |
| | List the contract number of any government contract | | **2021 SPRING RD, STE 200 Oak Brook, IL 60523** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2101 Sagemore (Marlton) expiring 12/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Sagemore Mgmt. Co., LLC Corporate Center at Sagemore** |
| | List the contract number of any government contract | | **8000 Sagemore Drive Marlton, NJ 08053** |

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1042 Livonia expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Schoolcraft Commons 150 W. 2nd Street** |
| | List the contract number of any government contract | | **Suite 200 Royal Oak, MI 48067** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.** |
| | List the contract number of any government contract | | **P.O. BOX 5076 MEMPHIS, TN 38101-5076** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SHAMROCK FOODS CO ACCOUNTS RECEIVABLE** |
| | List the contract number of any government contract | | **P.O. BOX 843539 LOS ANGELES, CA 90084-3539** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*  **6:20-bk-02159-LVV**

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | **Credit Card Processor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **Shift4** |
| | List the contract number of any government contract | | **2202 N. Irving St.** **Allentown, PA 18109** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1057 Friendly Center expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Shops at Friendly Center** **CBL Center** |
| | List the contract number of any government contract | | **ATTN:  LEGAL - Suite 500** **Chattanooga, TN 37421** |

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1057 Friendly Center expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Shops at Friendly Center** **Attn: Manager** |
| | List the contract number of any government contract | | **3110 Kathleen Ave** **Greensboro, NC 27408** |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1071 Summit (Akron) expiring 1/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Simon Capital GP** |
| | List the contract number of any government contract | | **225 West Washington Street** **Indianapolis, IN 46204** |

| 2.167. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2047 Somerset expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Somerset Collection Limited** **100 Falleria Officecentre** |
| | List the contract number of any government contract | | **Suite 427** **Southfield, MI 48037-0667** |

| 2.168. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1036 Knoxville expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Spartan Holdings, LLC** **7216 Wellington Drive** |
| | List the contract number of any | | **Suite One** **Knoxville, TN 37919** |

Debtor 1    **FoodFirst Global Restaurants, Inc.**
　　　　　　First Name　　　　　Middle Name　　　　Last Name

Case number (*if known*)    **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

　　　　　government contract

| 2.169. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1036 Knoxville expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **Spartan Holdings, LLC 100 Tulsa Road Suite 23 Oak Ridge, TN 37830** |
| | List the contract number of any government contract | | |

| 2.170. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2067 Vegas expiring 1/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **SRMF TOWN SQUARE OWNER 1 EAST WACKER DRIV E SUITE 2900 Chicago, IL 60601** |
| | List the contract number of any government contract | | |

| 2.171. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2067 Vegas expiring 1/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **SRMF TOWN SQUARE OWNER 6605 LAS VEGAS BLVD SOUTH SUITE 201 Las Vegas, NV 89119** |
| | List the contract number of any government contract | | |

| 2.172. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1052 Belden Village expiring 1/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **SRP Property Management, LLC 1 E. Wacker Drive Suite 3700 Chicago, IL 60601** |
| | List the contract number of any government contract | | |

| 2.173. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1046 Franklin Park expiring 1/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **SRP Property Management, LLC 1 E. Wacker Drive Suite 3700 Chicago, IL 60601** |
| | List the contract number of any government contract | | |

| 2.174. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1046 Franklin Park expiring 1/31/2021** | **Star-West Franklin Park Mall 5001 Monroe St Toledo, OH 43623** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor 1 | FoodFirst Global Restaurants, Inc. | | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

---

| 2.175. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2068 Partridge Creek expiring 1/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Starwood Retail Property Mgmt 1 E. Wacker Drive Suite 3700 Chicago, IL 60601** |
| | List the contract number of any government contract | | |

---

| 2.176. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2033 Stony Point expiring 8/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Starwood Retail Property Mgmt 1 E. Wacker Drive SUITE 3700 Chicago, IL 60601** |
| | List the contract number of any government contract | | |

---

| 2.177. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2011 Easton expiring 12/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Steiner & Associates 4016 Townsfair Way Suite 201 Columbus, OH 43219** |
| | List the contract number of any government contract | | |

---

| 2.178. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2033 Stony Point expiring 8/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **Stony Point Fashion Park 9200 Stony Point Pkwy Richmond, VA 23235** |
| | List the contract number of any government contract | | |

---

| 2.179. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SYSCO ARKANSAS. LLC P.O. BOX 193410 LITTLE ROCK, AR 72219-3410** |
| | List the contract number of any government contract | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       

Debtor 1  **FoodFirst Global Restaurants, Inc.**

First Name        Middle Name        Last Name

Case number (*if known*)  **6:20-bk-02159-LVV**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.180. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SYSCO CORPORATION**<br>**Sysco Business Services**<br>**24500 Northwest Freeway**<br>**Crypress, TX 77429** |
| | List the contract number of any government contract | | |

| 2.181. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SYSCO IOWA, INC.**<br>**P.O. BOX 874**<br>**DES MOINES, IA 50304-0874** |
| | List the contract number of any government contract | | |

| 2.182. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SYSCO LINCOLN**<br>**P.O. BOX 80068**<br>**LINCOLN, NE 68501-0068** |
| | List the contract number of any government contract | | |

| 2.183. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **SYSCO NEW MEXICO**<br>**601 COMANCHE NE**<br>**ALBUQUERQUE, NM 87107** |
| | List the contract number of any government contract | | |

| 2.184. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **T&T PRODUCE**<br>**PO BOX 5756**<br>**FORT OGLETHORPE, GA 30742** |
| | List the contract number of any government contract | | |

| 2.185. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2087 International Plaza expiring 1/31/2024** | |
|---|---|---|---|
| | State the term remaining | | **Tampa Westshore Assoc. Ltd**<br>**200 East Long Lake Road**<br>**PO Box 200**<br>**Bloomfield Hills, MI 48303-0200** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **FoodFirst Global Restaurants, Inc.**
First Name        Middle Name        Last Name

Case number *(if known)*  **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | |
|---|---|---|
| 2.186. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2123 Sarasota UTC (FL) expiring 10/31/2024** | |
| | State the term remaining | | **TB MALL AT UTC, LLC 200 East Long Lake Road Suite 300 Bloomfield Hills, MI 48304** |
| | List the contract number of any government contract | | |
| 2.187. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2109 The Falls expiring 12/31/2023** | |
| | State the term remaining | | **THE FALLS SHOPPING CENTER ASSOC 225 West Washington Street Indianapolis, IN 46204-3438** |
| | List the contract number of any government contract | | |
| 2.188. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2116 Irvine (CA) expiring 12/31/2024** | |
| | State the term remaining | | **The Irvine Company LLC 101 Innovation Irvine, CA 92617** |
| | List the contract number of any government contract | | |
| 2.189. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2068 Partridge Creek expiring 1/31/2023** | |
| | State the term remaining | | **The Mall at Partridge Creek 17420 Hall Road Charter Twp Of Clinton, MI 48038** |
| | List the contract number of any government contract | | |
| 2.190. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2062 Cherry Hill expiring 1/31/2023** | |
| | State the term remaining | | **The Weingarten Law Firm, LLC 1260 Stelton Road Piscataway, NJ 08854** |
| | List the contract number of any government contract | | |
| 2.191. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2035 Woodlands expiring 1/31/2025** | **The Woodlands Mall Assoc. 350 N. Orleans St. Suite 300 Chicago, IL 60654-1607** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)   **6:20-bk-02159-LVV**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
    government contract
_____

| 2.192. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2035 Woodlands expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **The Woodlands Mall Assoc.** |
| | List the contract number of any government contract | _____ | **1201 Lake Woodlands Dr Suite 700 The Woodlands, TX 77380** |

| 2.193. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2093 Summerlin expiring 12/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Tivoli Management, LLC** |
| | List the contract number of any government contract | _____ | **100 N. Sepulveda Blvd Suite 1925 El Segundo, CA 90245** |

| 2.194. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2093 Summerlin expiring 12/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **Tivoli Village** |
| | List the contract number of any government contract | _____ | **400 Rampart Blvd Suite 350 Las Vegas, NV 89145** |

| 2.195. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1039 Virginia Beach expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Town Center Associates 8** |
| | List the contract number of any government contract | _____ | **222 Central Park Avenue Suite 2100 Virginia Beach, VA 23462** |

| 2.196. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Tribal Casino Gaming Enterpr** |
| | List the contract number of any government contract | _____ | **P.O. Box 1955 Cherokee, NC 28719** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)  **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.197. | State what the contract or lease is for and the nature of the debtor's interest | **Banking Software** | |
| | State the term remaining | **Annual** | **TRINTECH INC** |
| | List the contract number of any government contract | | **P.O. BOX 205367.**<br>**DALLAS, TX 75320-5367** |
| 2.198. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1028 Louisville expiring 9/30/2020** | |
| | State the term remaining | | **TWB Oxmoor 2, LLC** |
| | List the contract number of any government contract | | **200 South Fifth Street**<br>**Suite 500 North**<br>**Louisville, KY 40202** |
| 2.199. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1028 Louisville expiring 9/30/2020** | |
| | State the term remaining | | **TWB Oxmoor 2, LLC** |
| | List the contract number of any government contract | | **Attn: Special Assets**<br>**P.O. Box 34290**<br>**Louisville, KY 40232-4290** |
| 2.200. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2048 Tysons Corner expiring 1/31/2021** | |
| | State the term remaining | | **Tysons Corner Holding LLC** |
| | List the contract number of any government contract | | **1961 Chain Bridge Road**<br>**Suite 305**<br>**Tysons Corner, VA 22102** |
| 2.201. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance** | |
| | State the term remaining | **Annual** | **UNUM LIFE INSURANCE COMPANY** |
| | List the contract number of any government contract | | **P.O. BOX 406946**<br>**ATLANTA, GA 30384-6946** |
| 2.202. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1009 Willowlake expiring 3/31/2021** | |
| | State the term remaining | | **USRP Willow East, LLC (IL)** |
| | List the contract number of any | | **1315 W. 22nd Street**<br>**Suite 250**<br>**Oak Brook, IL 60623** |

Debtor 1  **FoodFirst Global Restaurants, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **6:20-bk-02159-LVV**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.203. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1009 Willowlake expiring 3/31/2021** | |
|---|---|---|---|
| | State the term remaining | | **USRP Willow East, LLC (MD)** |
| | List the contract number of any government contract | | **4350 East-West Highway Suite 400 Bethesda, MD 20814** |

| 2.204. | State what the contract or lease is for and the nature of the debtor's interest | **IT Support** | |
|---|---|---|---|
| | State the term remaining | **Annual** | |
| | List the contract number of any government contract | | **Verizon P.O. BOX 4830 TRENTON, NJ 08650-4830** |

| 2.205. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1023 Rochester expiring 12/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **VORH ASSOCIATES, LLC** |
| | List the contract number of any government contract | | **350 N. OLD WOODWARD AVE. STE 300 Birmingham, MI 48009** |

| 2.206. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2118 Walt Whitman expiring 12/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **WALT WHITMAN MALL, LLC** |
| | List the contract number of any government contract | | **225 West Washington Street Indianapolis, IN 46204-3438** |

| 2.207. | State what the contract or lease is for and the nature of the debtor's interest | **Trade Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | |
| | List the contract number of any government contract | | **WASSERSTROM COMPANY P.O. BOX 182056 COLUMBUS, OH 43218-2056** |

| 2.208. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2053 Waterside expiring 1/31/2022** | **Waterside Shops Pelican Bay 100 Galleria Officentre Suite 427 Southfield, MI 48037-0667** |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | | Case number *(if known)* | **6:20-bk-02159-LVV** |
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

| 2.209. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2065 Watters Creek (Mkt St) expiring 4/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **Watters Creek Owner, LLC 970 Garden Park Drive Allen, TX 75013** |
| | List the contract number of any government contract | | |

| 2.210. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2065 Watters Creek (Mkt St) expiring 4/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **Watters Creek Owner, LLC 1701 River Run Suite 500 Fort Worth, TX 76102** |
| | List the contract number of any government contract | | |

| 2.211. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1084 West County expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **West County Mall CMBS, LLC 2030 Hamilton Place Blvd Ste 500 Chattanooga, TN 37421** |
| | List the contract number of any government contract | | |

| 2.212. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 1084 West County expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **West County Mall CMBS, LLC 80 West County Center St. Louis, MO 63131** |
| | List the contract number of any government contract | | |

| 2.213. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2080 Westfarms expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **West Farms Mall, LLC 200 East Long Lake Road PO Box 200 Bloomfield Hills, MI 48303-0200** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | | | Case number (*if known*) | **6:20-bk-02159-LVV** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.214. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2072 Gilbert (allen) expiring 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **Westcor Santan Village LLC** |
| | List the contract number of any government contract | | **11411 North Tatum Boulevard Phoenix, AZ 85028** |

| 2.215. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2072 Gilbert (allen) expiring 6/30/2023** | |
|---|---|---|---|
| | State the term remaining | | **Westcor SanTan Village LLC PO Box 2172** |
| | List the contract number of any government contract | | **401 Wilshire Blvd Santa Monica, CA 90407** |

| 2.216. | State what the contract or lease is for and the nature of the debtor's interest | **Food Vendor** | |
|---|---|---|---|
| | State the term remaining | **Annual** | |
| | List the contract number of any government contract | | **WILLIE ITULE PRODUCE. INC. 301 N 45TH AVE PHOENIX, AZ 85043** |

| 2.217. | State what the contract or lease is for and the nature of the debtor's interest | **Insurance Broker** | |
|---|---|---|---|
| | State the term remaining | **Annual** | **WILLIS TOWERS WATSON SOUTH CONCOURSE CORPORATE CENTER** |
| | List the contract number of any government contract | | **FIVE - 18TH FLOOR ATLANTA, GA 30328** |

| 2.218. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2111 Willowbrook expiring 10/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **WILLOWBROOK MALL** |
| | List the contract number of any government contract | | **1400 WILLOWBROOK MALL Wayne, NJ 07470** |

| 2.219. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2111 Willowbrook expiring 10/31/2022** | |
|---|---|---|---|
| | State the term remaining | | **WILLOWBROOK MALL, LLC 350 N. ORLEANS ST.** |
| | List the contract number of any | | **SUITE 300 Chicago, IL 60654-1607** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **FoodFirst Global Restaurants, Inc.** | | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.220. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2014 Winter Park expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Winter Park Town Center LTD 250 Civic Center Drive Suite 500 Columbus, OH 43215** |
| | List the contract number of any government contract | | |

| 2.221. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2014 Winter Park expiring 1/31/2025** | |
|---|---|---|---|
| | State the term remaining | | **Winter Park Town Center, LTD 5391 Lakewood Ranch Blvd Suite 100 Sarasota, FL 34240** |
| | List the contract number of any government contract | | |

| 2.222. | State what the contract or lease is for and the nature of the debtor's interest | **training LMS site for field training material and video** | |
|---|---|---|---|
| | State the term remaining | **monthly** | **Wisetail 5301 Riata Park Court F Austin, TX 78727** |
| | List the contract number of any government contract | | |

| 2.223. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2063 Lombard expiring 1/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **YTC BUTTERFIELD OWNER, LLC 100 N. Sepulveda Blvd STE 1925 El Segundo, CA 90245** |
| | List the contract number of any government contract | | |

| 2.224. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease RE: 2063 Lombard expiring 1/31/2023** | |
|---|---|---|---|
| | State the term remaining | | **YTC BUTTERFIELD OWNER, LLC 203 Yorktown Center Lombard, IL 60148** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**FoodFirst Global Restaurants, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) __**6:20-bk-02159-LVV**__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Bugatti Merger Sub, Inc.** | **420 S. Orange Ave., Ste. 900 Orlando, FL 32801** | **Garrison Loan Agency Service** | ■ D __**2.2**__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Bugatti Merger Sub, Inc.** | **420 S. Orange Ave., Ste. 900 Orlando, FL 32801** | **City National Bank** | ■ D __**2.1**__<br>☐ E/F _____<br>☐ G _____ |

**Schedule B - Exhibit 7.1**
**FoodFirst Global Restaurants**
**Utility and Security Deposits**

| Store name | Brand | Vendor who holds deposit | Amount | Comment | Date deposit can be returned |
|---|---|---|---|---|---|
| | **BRAVO** | | | | |
| Metairie | 01101099 | Jefferson Parish Water | 300.00 | Deposit returned when account is closed | When closed |
| | 01101099 | Entergy Electric | 150.00 | Deposit returned when account is closed | When closed |
| | 01101099 | Atmos Energy Gas | 800.00 | Deposit returned when account is closed | When closed |
| | | | 1,250.00 | | |
| Westchester | 01103199 | | 6,730.00 | Deposit returned when account is closed | When closed |
| | | | 6,730.00 | | |
| Virginia Beach | 01103999 | New Electric Vendor | 5,695.57 | Deposit returned when account is closed | When closed |
| | | | 5,695.57 | | |
| Spotsylvania | 01108599 | Dominion Power - Expect New Vendor in P6 | 7,616.00 | Deposit returned when account is closed | When closed |
| | | | 7,616.00 | | |
| Mercato | 01108899 | Teco's Peoples Gas | 1,190.00 | Deposit returned when account is closed | When closed |
| Little Rock | 01109199 | Utility Billing Services Water | 1,000.00 | Deposit returned when account is closed | When closed |
| | 01109199 | CenterPoint Energy Gas | 125.00 | Deposit returned when account is closed | When closed |
| | 01109199 | Entergy  Electric | 5,222.00 | Deposit returned when account is closed | When closed |
| | | | 6,347.00 | | |
| Lennox | 01110099 | Columbus City Treasurer Electric | 1,800.00 | Deposit returned when account is closed | When closed |
| Harbourside Place | 01113399 | Teco People's Gas | 4,525.00 | Deposit returned when account is closed | When Closed |
| Huntsville | 01113699 | City of Huntsville - Electric | 7,800.00 | Deposit returned when account is closed | When Closed |
| | | City of Huntsville - Gas | 19,000.00 | Deposit returned when account is closed | When Closed |
| | | | 26,800.00 | | |
| | **BRIO** | | | | |
| Winterpark | 02201499 | City of Winter Park Electric | 9,185.00 | Deposit returned when account is closed | When closed |
| | 02201499 | Teco Gas | 2,020.00 | Deposit returned when account is closed | When closed |
| | | | 11,205.00 | | |
| Millenia | 02202299 | Orlando Utilities Commission Electric | 6,000.00 | Deposit returned when account is closed | When closed |
| | 02202299 | Teco People Gas | 2,000.00 | Deposit returned when account is closed | When closed |
| | | | 8,000.00 | | |
| West Palm | 02203099 | Teco People's Gas | 1,957.49 | Deposit returned when account is closed | When closed |
| | | | 1,957.49 | | |
| Naples | 02205399 | Teco People Gas | 2,245.00 | Deposit returned when account is closed | When closed |
| Pembroke Pines | 02206499 | Teco People Gas | 2,545.00 | Deposit returned when account is closed | When closed |
| | 02206499 | City of Pembroke Trash | 1,708.06 | Deposit returned when account is closed | When closed |
| | 02206499 | City of Pembroke Water | 640.00 | Deposit returned when account is closed | When closed |
| | | | 4,893.06 | | |
| Crabtree | 02207699 | Progress Energy Carolinas, Inc- Electric | 8,468.00 | Deposit returned when account is closed | When closed |
| International | 02208799 | Teco's Peoples Gas | 2,000.00 | Deposit returned when account is closed | When closed |
| Gulfstream | 02209099 | Teco People Gas | 2,500.00 | Deposit returned when account is closed | When closed |
| | 02209099 | Florida Power & Light | 155,054.06 | Deposit returned when account is closed | When closed |
| | | | 157,554.06 | | |
| Boca Raton | 02210899 | Florida Public Utilities Gas | 7,950.00 | Deposit returned when account is closed | When Closed |

**FoodFirst Global Restaurants**
**Utility and Security Deposits**

| | | | | | |
|---|---|---|---|---|---|
| | 02210899 | City of Boca Raton- Water | 4,000.00 | Deposit is returned when account is closed and applied to last invoice. | When Closed |
| | | | 11,950.00 | | |
| **Arboretum** | 02211099 | Texas Gas Service | 5,600.00 | Deposit returned when account is closed | When Closed |
| **Jacksonville** | 02211299 | Teco People's Gas | 925.00 | Deposit returned when account is closed | When Closed |
| | 02211299 | JEA Electric | 7,400.00 | Deposit returned when account is closed | When Closed |
| | | | 8,325.00 | | |
| **Spectrum Center** | 02211699 | Southern California Edison | 28,400.00 | Deposit returned after 12 consecutive payments | October 2019 |
| **University TC** | 02212399 | PGS Gas Service | 3,975.00 | Deposit returned when account is closed | When Closed |
| **Plantation** | 02213299 | Teco People's Gas | 3,200.00 | Deposit returned when account is closed | When Closed |
| **Siesta Key** | 02213599 | Teco People's Gas | 923.00 | Deposit returned when account is closed | When Closed |
| **Corporate** | 99999900 | UHC Deposit | 5,000.00 | Deposit returned when account is closed | When Closed |
| | 99999900 | Orlando Office | 32,344.76 | Orlando Office rent deposit - 30 Days After 2nd Anniversay 11.05.18 | December 2020 |
| | | | 37,344.76 | | |
| | | **Total FFGR Deposits** | **357,993.94** | | |

| | |
|---|---|
| Summary of when deposits will be returned | |
| 40,188.06 | When closed |
| 28,400.00 | May 2019 Southern California Edison |
| - | AMT Refund June 2022 - Declining balance payment over the next 3 years (after 2019 payment) |
| 32,344.76 | Orlando Office rent deposit - 30 Days After 2nd Anniversay Dec 2020 |
| (257,061.12) | 100,932.82 |

Schedule B - Exhibit 62

**FoodFirst Global Restaurants, Inc.**

Active Licenses, Permits, Inspections, etc.

| Site Code | Site Name | State Name | Jurisdiction Name | License Number | License Name | License Type Code | Due Date | Expiration Date |
|---|---|---|---|---|---|---|---|---|
| 1002 | Bethel | Ohio | Columbus | DA0344 | Alarm Permit | ALRM | 05/03/2020 | 05/04/2020 |
| 1002 | Bethel | Ohio | Columbus | 2019-1008072810 | Fire Permit | FIRE | 11/07/2020 | 12/31/2020 |
| 1002 | Bethel | Ohio | Ohio | 0927200-0020 | Liquor State | LST | 01/17/2021 | 02/01/2021 |
| 1002 | Bethel | Ohio | Columbus | PR0001832 - PT0001849 | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
| 1003 | Castleton | Indiana | Indiana | RR4987037 | LIQR State | LST | 01/17/2021 | 03/19/2021 |
| 1004 | Dayton | Ohio | Ohio | 0927200-0065 | LIQR State | LST | 05/18/2020 | 06/01/2020 |
| 1004 | Dayton | Ohio | Centerville/Montgomery | 20200227 | HLTH | HLTH | 03/01/2021 | 03/01/2021 |
| 1005 | Crosswoods | Ohio | Ohio | 0927200-0015 | Liquor State | LST | 01/17/2021 | 02/01/2021 |
| 1007 | McKnight | Pennsylvania | Allegheny | 201905140090 | Health | HLTH | 06/30/2020 | 06/30/2020 |
| 1007 | McKnight | Pennsylvania | North Hills School District - Ro | 9013369 Quarterly | School Mercantile and Privilege Ta | BUGR | 07/15/2020 | |
| 1007 | McKnight | Pennsylvania | North Hills School District - Ro | 9013369 | Mercantile License | BUS | 12/15/2020 | 12/31/2020 |
| 1007 | McKnight | Pennsylvania | Pennsylvania | R16568/LID 43628 | Liquor State | LST | 04/01/2021 | 05/31/2021 |
| 1007 | McKnight | Pennsylvania | Pennsylvania | 83917757-2 | Sales Tax License | BUS | 09/30/2021 | 09/30/2021 |
| 1009 | Willowlake | Indiana | Indiana | RR4997429 | Beer Wine & Liquor | LST | 11/30/2020 | 02/17/2021 |
| 1009 | Willowlake | Indiana | Marion | 92272 | Health | HLTH | 03/01/2021 | 02/28/2021 |
| 1010 | Metairie | Louisiana | Louisiana | 26-0005561 / 26-0000005157-BL | Health Permit | HLTH | 06/30/2020 | 06/30/2020 |
| 1010 | Metairie | Louisiana | Jefferson | 224942805 | Alcohol Retail Permit | LCO | 11/01/2020 | 12/31/2020 |
| 1010 | Metairie | Louisiana | Jefferson | 270159306 | Occupational License Tax | BUS | 03/01/2021 | 12/31/2020 |
| 1010 | Metairie | Louisiana | Louisiana | AR.26.0000005157-BL | Restaurant Beer and Liquor | LST | 02/28/2022 | 02/28/2022 |
| 1012 | Robinson | Pennsylvania | Allegheny | 201910040013 | Health Department Permit | HLTH | 10/31/2020 | 10/31/2020 |
| 1012 | Robinson | Pennsylvania | Pennsylvania | LID44617/R12362 | Liquor License | LST | 04/01/2021 | 05/31/2021 |
| 1012 | Robinson | Pennsylvania | Pennsylvania | 83917757-4 | Sales Tax License | BUS | 09/30/2021 | 09/30/2021 |
| 1013 | Cranberry | Pennsylvania | Butler | 86844 | Business Privilege/Mercantile | BUS | 05/15/2020 | 12/31/2019 |
| 1013 | Cranberry | Pennsylvania | Pennsylvania | 113750 | Retail Food Facility | HLTH | 10/31/2020 | 10/31/2020 |
| 1013 | Cranberry | Pennsylvania | Pennsylvania | R12208/LID56602 | Liquor | LST | 05/01/2021 | 06/30/2021 |
| 1013 | Cranberry | Pennsylvania | Pennsylvania | 83917757-5 | Sales Tax License | BUS | 09/30/2021 | 09/30/2021 |
| 1016 | Waterfront | Pennsylvania | Allegheny | 200101100008 | Health Permit | HLTH | 01/31/2021 | 01/31/2021 |
| 1016 | Waterfront | Pennsylvania | West Homestead | Parking | Parking Privilege | OTH | 03/31/2021 | 12/31/2020 |
| 1016 | Waterfront | Pennsylvania | Pennsylvania | LID47296/R13473 | Liquor | LST | 04/01/2021 | 05/31/2021 |
| 1016 | Waterfront | Pennsylvania | Pennsylvania | 83917757 Sales Tax | State Sales Tax | BUS | 09/30/2021 | 09/30/2021 |
| 1021 | Lansing | Michigan | Ingham | SFE2233038048 | Health | HLTH | 04/30/2020 | 04/30/2020 |
| 1021 | Lansing | Michigan | Michigan | BID: 142784 | Liquor State | LST | 04/15/2021 | 04/30/2021 |
| 1023 | Rochester | Michigan | Rochester Hills | Fire Acct: 206.104001 | Fire Inspection | INSP | 03/25/2021 | 01/22/2021 |
| 1023 | Rochester | Michigan | Michigan | BID: 143411 | Liquor | LST | 04/15/2021 | 04/30/2021 |
| 1023 | Rochester | Michigan | Oakland | SFE3963040303 | Health | HLTH | 04/30/2021 | 04/30/2021 |
| 1023 | Rochester | Michigan | Oakland/Michigan | MIR438817 | Boiler Certificate | BOIL | 03/20/2021 | 03/20/2021 |
| 1026 | Eton | Ohio | Ohio | 0927200-0035 | Liquor State | LST | 09/16/2020 | 10/01/2020 |
| 1026 | Eton | Ohio | Cuyahoga | MJAE-BLKMFW | Food Service | HLTH | 03/01/2021 | 03/01/2021 |
| 1027 | Leawood | Kansas | Johnson | 97546FR | Johnson County Wastewater | WWGT | 04/15/2020 | 04/15/2020 |
| 1027 | Leawood | Kansas | Leawood | OL.007492 | Business/Occupational License | BUS | 06/30/2020 | 06/30/2020 |
| 1027 | Leawood | Kansas | Kansas | 7696 | Health Permit | HLTH | 03/31/2021 | 03/31/2021 |

| 1027 | Leawood | Kansas | Kansas | 10-019-1344-06 | Drinking Establishment License | LST | 02/01/2022 | 03/02/2022 |
| 1027 | Leawood | Kansas | Leawood | DEL 21 | Drinking Establishment License | LCI | 03/02/2022 | 03/02/2022 |
| 1028 | Louisville | Kentucky | Kentucky | 056-NQ2-3777/056-RS-5407 | Liquor | LST | 10/31/2020 | 10/31/2020 |
| 1028 | Louisville | Kentucky | Louisville/Kentucky | 105651 | Food Service Operation | HLTH | 12/31/2020 | 12/31/2020 |
| 1028 | Louisville | Kentucky | Jefferson | ABC927416-BUS | Liquor City and County | LCI | 01/31/2021 | 01/31/2021 |
| 1031 | West Chester | Ohio | Ohio | 0927200-0040 | Liquor | LST | 05/18/2020 | 06/01/2020 |
| 1031 | West Chester | Ohio | Butler/Ohio | 262973 | Watertube Boiler | BOIL | 10/30/2020 | 10/30/2020 |
| 1031 | West Chester | Ohio | Butler | CYER-BL3KR5 | Food Service Operation | HLTH | 03/01/2021 | 03/01/2021 |
| 1034 | Galleria | Pennsylvania | Mount Lebanon | 19001773 | Place of Assembly | FIRE | 10/30/2020 | 09/30/2020 |
| 1034 | Galleria | Pennsylvania | Allegheny | 201911250002 | Health Permit | HLTH | 11/30/2020 | 11/30/2020 |
| 1034 | Galleria | Pennsylvania | Mount Lebanon | 20001260 | Private Alarm System | ALRM | 02/02/2021 | 12/31/2020 |
| 1034 | Galleria | Pennsylvania | Pennsylvania | LID52033/R20168 | Liquor | LST | 04/01/2021 | 05/31/2021 |
| 1034 | Galleria | Pennsylvania | Pennsylvania | 83917757-7 | Sales Tax License | TXSU | 09/30/2021 | 09/30/2021 |
| 1036 | Knoxville | Tennessee | Tennessee | HE 0605191860 AUX | Health AUX | HLTH | 07/31/2020 | 06/30/2020 |
| 1036 | Knoxville | Tennessee | Tennessee | HE 0605191858 | Health Food Service | HLTH | 07/31/2020 | 06/30/2020 |
| 1036 | Knoxville | Tennessee | Knoxville | 42720 Beer | LIQR City Beer Tax | LIQ | 01/31/2021 | |
| 1036 | Knoxville | Tennessee | Tennessee | LBDRST-KNO-1800087 | Liquor State | LST | 04/11/2021 | 04/11/2021 |
| 1036 | Knoxville | Tennessee | Knoxville | 42720 | City LIQR | LCI | 04/11/2021 | 04/11/2021 |
| 1036 | Knoxville | Tennessee | Knox | 81045 | County Business Tax | BUS | 04/15/2021 | 05/15/2021 |
| 1036 | Knoxville | Tennessee | Knoxville | 221703 | Business City Tax | BUS | 04/15/2021 | 05/15/2021 |
| 1038 | Zona Rosa | Missouri | Platte | 722 | County Liquor License | LCO | 12/01/2020 | 12/31/2020 |
| 1038 | Zona Rosa | Missouri | Kansas City | FD-IFC-33706 | Fire Permit | FIRE | 12/02/2020 | 11/30/2020 |
| 1038 | Zona Rosa | Missouri | Platte | 4660 | Platte County Merchant License | BUS | 12/31/2020 | 12/31/2020 |
| 1038 | Zona Rosa | Missouri | Kansas City | 100871 | Food Establishment Permit | HLTH | 12/31/2020 | 12/31/2020 |
| 1038 | Zona Rosa | Missouri | Kansas City | 10042512-12-2019 | Liquor By The Drink | LCI | 02/28/2021 | 03/31/2021 |
| 1038 | Zona Rosa | Missouri | Kansas City | 1038 Lorene Epple | 1038 Lorene Epple | STIP | 03/31/2021 | 06/30/2020 |
| 1038 | Zona Rosa | Missouri | Missouri | 261046/261047 | Liquor State | LST | 05/01/2021 | 06/30/2021 |
| 1039 | Virginia Beach | Virginia | Virginia | 34102 | Liquor State | LST | 08/15/2020 | 08/31/2020 |
| 1039 | Virginia Beach | Virginia | Virginia Beach | 2019-098664 | Virginia Beach | HLTH | 09/30/2020 | 09/30/2020 |
| 1039 | Virginia Beach | Virginia | Virginia | MBAR 1039-LIQR | | LIQR | 01/01/2021 | 01/01/2021 |
| 1039 | Virginia Beach | Virginia | Virginia Beach | 2019-098664 BUGR | City Business License | BUGR | 03/01/2021 | 12/31/2020 |
| 1039 | Virginia Beach | Virginia | Virginia | VA Litter Tax 1039 | Litter tax | BUTX | 04/30/2021 | 12/31/2019 |
| 1040 | Jordan Creek | Iowa | Iowa | LC0044944 | Alcoholic Beverages Division | LST | 11/29/2020 | 11/29/2020 |
| 1040 | Jordan Creek | Iowa | Iowa | 11574 | Food Service Establishment License | HLTH | 11/30/2020 | 11/30/2020 |
| 1042 | Livonia | Michigan | Livonia | BARR-20-00009 | City Business License | BUS | 11/30/2020 | 11/30/2020 |
| 1042 | Livonia | Michigan | Michigan | BID: 155718 | Liquor State | LST | 04/15/2021 | 04/30/2020 |
| 1042 | Livonia | Michigan | Wayne | SFE4882047053 | Health State | HLTH | 04/30/2021 | 04/30/2020 |
| 1042 | Livonia | Michigan | Michigan | MIR434532 | Boiler - Hot Water Supply | BOIL | 11/07/2022 | 10/02/2022 |
| 1044 | Memorial Square | Oklahoma | Oklahoma | MXB429410 | State Liquor | LST | 03/31/2021 | 03/31/2021 |
| 1044 | Memorial Square | Oklahoma | Oklahoma | 1094516736 | Sales and Use Tax | TXSU | 12/06/2022 | 12/06/2022 |
| 1045 | Brookfield Square | Wisconsin | Wisconsin | 456-1020053781 | Liquor | LST | 05/18/2020 | 06/30/2020 |
| 1045 | Brookfield Square | Wisconsin | Waukesha | 138 HSAT-96EW3C | Health Permit | HLTH | 06/30/2020 | 06/30/2020 |
| 1045 | Brookfield Square | Wisconsin | Wisconsin | 456-1020053781-03 / 036-102005 | Business Tax Registration | BUS | 02/15/2021 | 02/28/2021 |
| 1046 | Franklin Park | Ohio | Ohio | 0927200-0055 | State Liquor | LST | 05/18/2020 | 06/01/2020 |
| 1046 | Franklin Park | Ohio | Ohio | 6357715 | Boiler - Water Tube | BOIL | 09/30/2020 | 09/30/2020 |
| 1046 | Franklin Park | Ohio | Ohio | JTUK-BMCUJR | Food Service | HLTH | 03/01/2021 | 03/01/2021 |
| 1052 | Belden Village | Ohio | Ohio | 0927200-0060 | Liquor State | LST | 01/17/2021 | 02/01/2021 |
| 1052 | Belden Village | Ohio | Ohio | GDAS-BLQP4J | Food Service Operation License | HLTH | 03/01/2021 | 03/01/2021 |

| 1057 | Friendly Center | North Carolina | North Carolina | 3041012922 | Health Permit | HLTH | 09/19/2020 | 06/30/2020 |
|------|-----------------|----------------|----------------|------------|---------------|------|------------|------------|
| 1057 | Friendly Center | North Carolina | North Carolina | 00265499MB | Mixed Beverage | LST | 04/30/2020 | 04/30/2020 |
| 1057 | Friendly Center | North Carolina | Guilford | 0010511 | Beer/Wine On Premises | LCO | 04/30/2021 | 04/30/2021 |
| 1057 | Friendly Center | North Carolina | Greensboro | 333844 | Beer/Wine On Premises | LCI | 05/01/2021 | 04/30/2021 |
| 1058 | Walden | New York | Buffalo | 2019-1327 | Fire assembly permit | FIRE | 07/31/2020 | 07/31/2020 |
| 1058 | Walden | New York | New York | A08-0006 | Sign Permit | SIGN | 02/01/2021 | 02/27/2021 |
| 1058 | Walden | New York | New York | 904864 | Liquor | LST | 04/29/2021 | 04/30/2021 |
| 1060 | Uptown | New Mexico | Albuquerque | PIDN: Q0169 | Liquor City Fee | LCI | 06/30/2020 | 06/30/2020 |
| 1060 | Uptown | New Mexico | Albuquerque | PT0082266/PT0082267 | Food Service Establishment/Bar | HLTH | 11/01/2020 | 10/31/2020 |
| 1060 | Uptown | New Mexico | New Mexico | 2601 | Liquor | LST | 04/01/2021 | 06/30/2021 |
| 1066 | Lehigh | Pennsylvania | Pennsylvania | 179966 | Health Permit | HLTH | 04/18/2020 | 04/18/2020 |
| 1066 | Lehigh | Pennsylvania | Whitehall | BL20184543 BUGR | Business Privilege Tax Gross Recei | BUGR | 06/01/2020 | |
| 1066 | Lehigh | Pennsylvania | Whitehall | BL20184543 | Business Privilege License | BUS | 01/01/2021 | 12/31/2020 |
| 1066 | Lehigh | Pennsylvania | Pennsylvania | R16134/LID59038 | Liquor State | LST | 03/01/2021 | 04/30/2021 |
| 1066 | Lehigh | Pennsylvania | Pennsylvania | 83917757 | Business Tax | BUS | 09/30/2021 | 09/30/2021 |
| 1071 | Summit Mall | Ohio | Ohio | 0927200-0075 | Liquor State | LST | 09/16/2020 | 10/01/2020 |
| 1071 | Summit Mall | Ohio | Summit | SYOG-7VBTC8 | Food Service Operations | HLTH | 03/01/2021 | 03/01/2021 |
| 1077 | Deerfield | Ohio | Ohio | 0927200-0080 | Liquor State | LST | 05/18/2020 | 06/01/2020 |
| 1077 | Deerfield | Ohio | Warren | NFRY-9BTVGV | Food Service Operation | HLTH | 03/01/2021 | 03/01/2021 |
| 1084 | West County | Missouri | Missouri | 261252 / 261253 | Liquor State | LST | 05/01/2020 | 06/30/2020 |
| 1084 | West County | Missouri | Des Peres | Liquor City | Liquor City | LCI | 06/30/2020 | 06/30/2020 |
| 1084 | West County | Missouri | Des Peres | 0595 | City Business License | BUS | 06/30/2020 | 06/30/2020 |
| 1084 | West County | Missouri | Saint Louis | B00302313 | Merchant License | BUS | 12/31/2020 | 12/31/2020 |
| 1084 | West County | Missouri | Saint Louis | 97254 / 97355 | Retail by the Drink & Sunday Sales | LCO | 03/24/2021 | 03/31/2021 |
| 1084 | West County | Missouri | Des Peres | PT0001689 | Health Permit | HLTH | 03/31/2021 | 03/31/2021 |
| 1084 | West County | Missouri | Saint Louis | 1084 Lorene Epple | Managing Officer | STIP | 03/31/2021 | 06/30/2021 |
| 1085 | Spotsylvania | Virginia | Virginia | 67-341566328F-001 Litter | Litter Tax | BUTX | 04/30/2021 | 12/31/2019 |
| 1088 | Mercato | Florida | Collier | Life Safety Insp | Life Safety Inspection | INSP | 07/31/2020 | |
| 1088 | Mercato | Florida | Collier | 090982 | Business Tax Receipt - Rest. | BUS | 09/30/2020 | 09/30/2020 |
| 1088 | Mercato | Florida | Collier | 090983 | Business Tax Receipt - Carry Out | BUS | 09/30/2020 | 09/30/2020 |
| 1088 | Mercato | Florida | Florida | SEA2103108 | Health (SEATING FOOD SER.) | HLTH | 12/01/2020 | 12/01/2020 |
| 1088 | Mercato | Florida | Florida | BEV2104512 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 1091 | Little Rock | Arkansas | Arkansas | 03523-80039293 | Mixed Drink Maximum | LST | 06/01/2020 | 06/30/2020 |
| 1091 | Little Rock | Arkansas | Arkansas | 162939 | Alarm Permit | ALRM | 06/03/2020 | 06/03/2020 |
| 1091 | Little Rock | Arkansas | Little Rock | AL143499 | Mixed Drink Maximum | LCI | 06/30/2020 | 06/30/2020 |
| 1091 | Little Rock | Arkansas | Arkansas | 0841560 | Health Permit | HLTH | 07/01/2020 | 07/31/2020 |
| 1091 | Little Rock | Arkansas | Little Rock | BL143499 | Business License City | BUS | 01/01/2021 | 12/31/2020 |
| 1100 | Lennox | Ohio | Ohio | 0927200-0085 | Liquor State | LST | 01/17/2021 | 02/01/2021 |
| 1100 | Lennox | Ohio | Ohio | 34146 Elevator | Elevator Permit | INSP | 02/17/2021 | 02/28/2021 |
| 1100 | Lennox | Ohio | Franklin | NFRY-9C35YV | State Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
| 1100 | Lennox | Ohio | Ohio | 300499 | Boiler Permit | BOIL | 03/31/2021 | 03/31/2021 |
| 1113 | Omaha | Nebraska | Nebraska | 099208 | Liquor State | LST | 04/15/2020 | 04/30/2020 |
| 1113 | Omaha | Nebraska | Omaha | 78065 | City Occupational Permit | OCC | 08/01/2020 | 08/01/2020 |
| 1113 | Omaha | Nebraska | Nebraska | 64-11308575 | Waste Reduction and Recycle fee | ENVM | 10/01/2020 | 10/01/2020 |
| 1113 | Omaha | Nebraska | Nebraska | 11308575 | Litter Fee/Business Sales Tax | BUGR | 10/01/2020 | 10/01/2020 |
| 1113 | Omaha | Nebraska | Douglas | 42450 | Food and Drink | HLTH | 12/31/2020 | 12/31/2020 |
| 1131 | Rookwood | Ohio | Ohio | 260484 | Fire Permit | FIRE | 03/31/2020 | 03/01/2020 |
| 1131 | Rookwood | Ohio | Ohio | 0927200-0090 | Liquor State | LST | 05/18/2020 | 06/01/2020 |

| 1131 | Rookwood | Ohio | Norwood/Ohio | 2018020 | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
|------|----------|------|--------------|---------|---------------|------|------------|------------|
| 1131 | Rookwood | Ohio | Ohio | 4738634 | Boiler - Fire Tube | BOIL | 03/31/2021 | 03/31/2021 |
| 1134 | Briarwood Mall | Michigan | Washtenaw/Michigan | SFE4781080026 | Food Service License | HLTH | 04/30/2020 | 04/30/2020 |
| 1134 | Briarwood Mall | Michigan | Michigan | 1134 ALARM | Alarm Permit | ALRM | 01/31/2021 | 01/31/2021 |
| 1134 | Briarwood Mall | Michigan | Michigan | BID: 235780 | Liquor State | LST | 04/15/2020 | 04/30/2020 |
| 1136 | Huntsville | Alabama | Alabama | 010484145 | Liquor State | LST | 07/31/2020 | 09/30/2020 |
| 1136 | Huntsville | Alabama | Madison/Alabama | 2003407 | Business State and County | BUS | 10/31/2020 | 09/30/2020 |
| 1136 | Huntsville | Alabama | Madison/Alabama | 47-5142 | Health Permit | HLTH | 01/31/2021 | 01/31/2021 |
| 1136 | Huntsville | Alabama | Huntsville | 297973 | City Business License - Gross Recei | BUGR | 01/31/2021 | 12/31/2020 |
| 1138 | Henderson | Nevada | Henderson | 2015301117 | City Business License | BUGR | 04/30/2020 | 04/30/2020 |
| 1138 | Henderson | Nevada | Henderson | 2015301116 | Liquor City | LCI | 04/30/2020 | 04/30/2020 |
| 1138 | Henderson | Nevada | Henderson | FF102015480186 | Fire | FIRE | 07/02/2020 | 07/02/2020 |
| 1138 | Henderson | Nevada | Nevada | FA0075018 | State Health Permit | HLTH | 07/31/2020 | 06/30/2020 |
| 1140 | Fairfield Commons | Ohio | Ohio | 0927200-0100 | Liquor State | LST | 05/18/2020 | 06/01/2020 |
| 1141 | Grand Rapids | Michigan | Kent/Michigan | SFE2641082894 | Food Service Establishment License | HLTH | 04/30/2020 | 04/30/2020 |
| 1141 | Grand Rapids | Michigan | Grand Rapids | 18PAO-20-0546 | City Fire Permit | FIRE | 12/01/2020 | 12/31/2020 |
| 1141 | Grand Rapids | Michigan | Grand Rapids | 05183 | Alarm Permit | ALRM | 01/13/2021 | 01/13/2021 |
| 1141 | Grand Rapids | Michigan | Michigan | BID: 240420 | Liquor State | LST | 04/15/2020 | 04/30/2020 |
| 2011 | Easton | Ohio | Columbus | CW9034 | Alarm permit | ALRM | 12/16/2020 | 12/15/2020 |
| 2011 | Easton | Ohio | Ohio | 0927200-0010 | Liquor State | LST | 01/17/2021 | 02/01/2021 |
| 2011 | Easton | Ohio | Columbus | 2020-0114082432 | Fire Permit | FIRE | 02/14/2021 | 03/30/2021 |
| 2011 | Easton | Ohio | Columbus | PR0006991 - PT0006203 | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
| 2014 | Winter Park | Florida | Winter Park | 25053 | City LIQR | LCI | 09/30/2020 | 09/30/2020 |
| 2014 | Winter Park | Florida | Winter Park | 20-00016341 | City Business License | BUS | 09/30/2020 | 09/30/2020 |
| 2014 | Winter Park | Florida | Orange | 1679 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2014 | Winter Park | Florida | Florida | BEV5808018 | Liquor State | LST | 09/30/2020 | 09/30/2020 |
| 2014 | Winter Park | Florida | Florida | BEV5808779 | Liquor Retail | LRET | 09/30/2020 | 09/30/2020 |
| 2014 | Winter Park | Florida | Florida | SEA5809614 | Health Permit | HLTH | 04/01/2021 | 04/01/2021 |
| 2018 | Birmingham | Alabama | Alabama | 000901737 | Liquor State | LST | 07/31/2020 | 09/30/2020 |
| 2018 | Birmingham | Alabama | Jefferson | 11778 | Health Permit | HLTH | 09/30/2020 | 09/30/2020 |
| 2018 | Birmingham | Alabama | Jefferson | 076558-BUSJ1 | County Business Tax - Gross Rcpts | BUS | 10/31/2020 | 09/30/2020 |
| 2018 | Birmingham | Alabama | Jefferson/Alabama | 076558-BUS1 | County Business Tax | BUS | 10/31/2020 | 09/30/2020 |
| 2018 | Birmingham | Alabama | Jefferson | 20190569 | Grease Control Program | WWGT | 12/30/2020 | 12/30/2020 |
| 2018 | Birmingham | Alabama | Homewood | 2038 Gross Receipts | City Business License | BUGR | 01/31/2021 | 12/31/2020 |
| 2018 | Birmingham | Alabama | Homewood | 2038 | City Business Alcohol License | LCI | 01/31/2021 | 12/31/2020 |
| 2020 | Newport | Kentucky | Newport | BRIOS00001-000 Gross Receipts At | City ABC Regulatory Fee | LSAL | 07/30/2020 | |
| 2020 | Newport | Kentucky | Newport | 20130015 | Liquor City | LCI | 11/01/2020 | 11/30/2020 |
| 2020 | Newport | Kentucky | Kentucky | 019-NQ2-1554 | Liquor State | LST | 11/30/2020 | 11/30/2020 |
| 2020 | Newport | Kentucky | Kentucky | 67271 | Health Permit | HLTH | 12/30/2020 | 12/31/2020 |
| 2020 | Newport | Kentucky | Newport | BRIOS00001-000 | Occupational License | OCC | 04/15/2021 | 06/30/2021 |
| 2022 | Millenia | Florida | Florida | 120631 | Boiler Inspection | BOIL | 06/07/2020 | 06/07/2020 |
| 2022 | Millenia | Florida | Florida | BEV5808786 | Liquor State | LST | 09/30/2020 | 09/30/2020 |
| 2022 | Millenia | Florida | Florida | SEA5810729 | Health Permit | HLTH | 04/01/2021 | 04/01/2021 |
| 2025 | Crocker Park | Ohio | Ohio | 0927200-0045 | Liquor State | LST | 09/16/2020 | 10/01/2020 |
| 2025 | Crocker Park | Ohio | Cuyahoga | MJAE-BLKMDN | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
| 2029 | Legacy | Ohio | Ohio | 0927200-0030 | Liquor State | LST | 09/16/2020 | 10/01/2020 |
| 2029 | Legacy | Ohio | Cuyahoga | MJAE-BLKMAF | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
| 2030 | Palm Beach Gardens | Florida | Palm Beach Gardens | 005545 | City Business License | BUS | 09/30/2020 | 09/30/2020 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2030 | Palm Beach Gardens | Florida | Palm Beach | LBTR 200414433 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2030 | Palm Beach Gardens | Florida | Florida | SEA6019155 | Health Permit | HLTH | 12/01/2020 | 12/01/2020 |
| 2030 | Palm Beach Gardens | Florida | Florida | BEV6013313 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 2030 | Palm Beach Gardens | Florida | Florida | BEV6015086 | Liquor State Catering | LCA | 03/31/2021 | 03/31/2021 |
| 2030 | Palm Beach Gardens | Florida | Florida | 122630 | Boiler Certificate | BOIL | 04/19/2022 | 03/19/2022 |
| 2032 | Frontenac | Missouri | Frontenac | 0628 | City LIQR | LCI | 06/29/2020 | 06/30/2020 |
| 2032 | Frontenac | Missouri | Saint Louis | PT0001712 | Health Permit | HLTH | 11/30/2020 | 11/30/2020 |
| 2032 | Frontenac | Missouri | Saint Louis | B0139163A | County Merchant License | BUS | 12/31/2020 | 12/31/2020 |
| 2032 | Frontenac | Missouri | Frontenac | 0524 - Sign | Sign Permit | SIGN | 02/03/2021 | 02/02/2021 |
| 2032 | Frontenac | Missouri | Saint Louis | 97352 / 97353 | Retail by the Drink & Sunday Sales | LCO | 03/24/2021 | 03/31/2021 |
| 2032 | Frontenac | Missouri | Saint Louis | 2032 Lorene Epple | 2032 Lorene Epple | STIP | 03/31/2021 | 06/30/2021 |
| 2032 | Frontenac | Missouri | Frontenac | 0215 | Business City Tax | BUS | 04/15/2021 | 12/31/2021 |
| 2032 | Frontenac | Missouri | Missouri | 261250 / 261251 | Liquor State | LST | 05/01/2021 | 06/30/2021 |
| 2033 | Stony Point | Virginia | Virginia | 27845 | Liquor State | LST | 08/15/2020 | 08/31/2020 |
| 2033 | Stony Point | Virginia | Richmond | HMES-A77P7H | Health Permit | HLTH | 12/31/2020 | 12/31/2020 |
| 2033 | Stony Point | Virginia | Richmond | 1002233 Mixed Beverage/Seating | City Business License | BUS | 03/01/2021 | 12/31/2020 |
| 2033 | Stony Point | Virginia | Richmond | 1002233 Meal Merchants | City Bus - Gross Receipts | BUS | 03/01/2021 | 12/31/2020 |
| 2033 | Stony Point | Virginia | Richmond | 1002233 Beer/Wine | City Business License | BUS | 03/01/2021 | 12/31/2020 |
| 2033 | Stony Point | Virginia | Virginia | VA Litter Tax 2033 | Litter tax | BUTX | 04/30/2021 | 12/31/2019 |
| 2035 | Woodlands | Texas | Montgomery | 518051-19 | Health Permit | HLTH | 10/31/2020 | 10/31/2020 |
| 2035 | Woodlands | Texas | Montgomery | 2035-LCO | PE554587 | LCO | 03/24/2021 | 03/24/2021 |
| 2035 | Woodlands | Texas | Texas | MB554587 | Liquor State | LST | 03/25/2021 | 03/25/2021 |
| 2041 | Country Club | Missouri | Kansas City | 800088 Catering | Catering Permit | HLTH | 12/31/2020 | 12/31/2020 |
| 2041 | Country Club | Missouri | Kansas City | 101054 | Health Permit | HLTH | 12/31/2020 | 12/31/2020 |
| 2041 | Country Club | Missouri | Jackson | FD-IFC-25084 | Fire Permit | FIRE | 02/17/2021 | 12/31/2020 |
| 2041 | Country Club | Missouri | Kansas City | 10042331-12-2019 | Liquor City | LCI | 02/28/2021 | 03/31/2021 |
| 2041 | Country Club | Missouri | Kansas City | 2041 Lorene Epple | 2041 Lorene Epple | STIP | 03/31/2021 | 06/30/2021 |
| 2041 | Country Club | Missouri | Missouri | 261048 / 261049 | Retail by the Drink & Sunday Sales | LST | 05/01/2021 | 06/30/2021 |
| 2047 | Somerset | Michigan | Oakland | SFE3963050354 | Health Permit | HLTH | 04/30/2020 | 04/30/2020 |
| 2047 | Somerset | Michigan | Troy | 208516 Security Alarm | Security Alarm Registration | ALRM | 09/30/2020 | 9/30/20 |
| 2047 | Somerset | Michigan | Troy | 208516 Fire Alarm | Fire Alarm Registration | ALRM | 02/26/2021 | 12/31/2020 |
| 2047 | Somerset | Michigan | Michigan | BID: 159101 | Liquor State | LST | 04/15/2020 | 04/30/2020 |
| 2048 | Tysons Corner | Virginia | Virginia | VA Litter Tax 2048 | Litter Tax | BUTX | 04/30/2021 | 12/31/2019 |
| 2053 | Waterside | Florida | Collier | 053520 | Carry-Out Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2053 | Waterside | Florida | Collier | 053519 | Restaurant Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2053 | Waterside | Florida | Florida | SEA2102860 | Health Permit | HLTH | 12/01/2020 | 12/01/2020 |
| 2053 | Waterside | Florida | Florida | BEV2104142 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 2054 | Southlake | Texas | Tarrant | 16F-16233-1-18 | Health Permit | HLTH | 09/10/2020 | 09/10/2020 |
| 2054 | Southlake | Texas | Southlake | 20206005 | Liquor City | LCI | 02/08/2021 | 01/31/2021 |
| 2054 | Southlake | Texas | Tarrant | CB623514 | Liquor County | LCO | 03/28/2021 | 03/28/2021 |
| 2054 | Southlake | Texas | Texas | MB623514 | Liquor State | LST | 03/28/2021 | 03/28/2021 |
| 2054 | Southlake | Texas | Texas | 201901110062 | Boiler TX230561 | BOIL | 12/27/2021 | 11/19/2021 |
| 2055 | Piedmont | North Carolina | North Carolina | 00265431AJ-998 | Liquor State | LST | 04/30/2020 | 04/30/2020 |
| 2055 | Piedmont | North Carolina | Charlotte/Mecklenburg | 0147093 | City/County Beer and Wine | LCO | 05/01/2020 | 04/30/2020 |
| 2055 | Piedmont | North Carolina | Charlotte | 2019-161842591 | Fire | FIRE | 07/15/2020 | 07/01/2020 |
| 2055 | Piedmont | North Carolina | North Carolina | 23505 Elevator | INSP Elevator | INSP | 07/27/2020 | 07/27/2020 |
| 2055 | Piedmont | North Carolina | North Carolina | 02060015549 | Health Permit | HLTH | 09/19/2020 | 06/30/2020 |
| 2056 | The Greene | Ohio | Ohio | 0927200-0070 | Liquor State | LST | 05/18/2020 | 06/01/2020 |

| 2056 | The Greene | Ohio | Greene | 298678 | Watertube Boiler | BOIL | 01/31/2021 | 01/31/2021 |
|------|-----------|------|--------|--------|------------------|------|-----------|-----------|
| 2056 | The Greene | Ohio | Greene | 150 | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |
| 2062 | Cherry Hill | New Jersey | Cherry Hill | 19-0389 | Health Permit | HLTH | 04/30/2020 | 04/30/2020 |
| 2062 | Cherry Hill | New Jersey | Cherry Hill Township | 0409-33-035-010 City Fee | Liquor City Fee | LCI | 06/01/2020 | 06/01/2020 |
| 2062 | Cherry Hill | New Jersey | New Jersey | 0409-33-035-010 | Liquor State | LST | 06/01/2020 | 06/30/2020 |
| 2062 | Cherry Hill | New Jersey | New Jersey | 31776516 | Fire | FIRE | 08/05/2020 | 08/05/2020 |
| 2063 | Lombard | Illinois | Du Page | PT0001721 | Food Establishment Permit | HLTH | 04/30/2020 | 04/30/2020 |
| 2063 | Lombard | Illinois | Lombard | LL18-000149 | Liquor City | LCI | 05/28/2020 | 06/30/2020 |
| 2063 | Lombard | Illinois | Illinois | 1A-0077326 | Liquor License | LST | 05/31/2020 | 05/31/2020 |
| 2063 | Lombard | Illinois | Lombard | BL18-000397-9 | City Business License | BUS | 06/30/2020 | 06/30/2020 |
| 2063 | Lombard | Illinois | Lombard | ALR18-000658-2 | City Alarm Permit | ALRM | 09/01/2020 | 08/31/2020 |
| 2063 | Lombard | Illinois | Lombard | Sales Reporting - Lombard | Liquor Reporting | LSAL | 03/20/2021 | |
| 2064 | Pembroke Pines | Florida | Pembroke Pines | 20070980/01 | Business City Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2064 | Pembroke Pines | Florida | Broward | 170-6527 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2064 | Pembroke Pines | Florida | Florida | SEA1621858 | Health Permit | HLTH | 12/01/2020 | 12/01/2020 |
| 2064 | Pembroke Pines | Florida | Pembroke Pines | ME2783 | Fire | FIRE | 02/06/2021 | |
| 2064 | Pembroke Pines | Florida | Florida | BEV1618507 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 2065 | Watters Creek | Texas | Allen | FE000935-07-2018 | Health Permit | HLTH | 07/20/2020 | 07/20/2020 |
| 2065 | Watters Creek | Texas | Collin | RM687301 CO | Liquor County | LCO | 03/18/2021 | 03/18/2021 |
| 2065 | Watters Creek | Texas | Texas | RM687301 | Liquor State | LST | 03/18/2021 | 03/18/2021 |
| 2067 | Las Vegas Town Sqr | Nevada | Nevada | 2067-BOI | Boiler Inspection | BOIL | 05/11/2020 | 04/01/2020 |
| 2067 | Las Vegas Town Sqr | Nevada | Clark | 2001481-LIQ-103 | LIQR County Quarterly | LIQ | 06/30/2020 | 06/30/2020 |
| 2067 | Las Vegas Town Sqr | Nevada | Clark | FA0008810 | State Health Permit | HLTH | 07/31/2020 | 06/30/2020 |
| 2067 | Las Vegas Town Sqr | Nevada | Clark | 2000148-701 | County Gross Revenue | BUGR | 10/07/2020 | 09/30/2020 |
| 2067 | Las Vegas Town Sqr | Nevada | Clark | FP11-44678-FDFE | Fire - Flame Effects | FIRE | 12/18/2020 | 12/18/2020 |
| 2067 | Las Vegas Town Sqr | Nevada | Clark | FP11-44368-FDPA | Fire - Places of Assembly | FIRE | 12/18/2020 | 12/18/2020 |
| 2068 | Partridge Creek | Michigan | Michigan | M975392 | Cert of Boiler | BOIL | 07/27/2020 | 06/27/2020 |
| 2068 | Partridge Creek | Michigan | Michigan | BID: 163654 | Liquor State | LST | 04/15/2020 | 04/30/2020 |
| 2068 | Partridge Creek | Michigan | Michigan | SFE5550057892 | Health License | HLTH | 04/30/2021 | 04/30/2021 |
| 2070 | Polaris | Ohio | Columbus | 2019-0510091512 | Fire Permit | FIRE | 06/09/2020 | 07/31/2020 |
| 2070 | Polaris | Ohio | Ohio | 0927200-0025 | State Liquor | LST | 01/17/2021 | 02/01/2021 |
| 2070 | Polaris | Ohio | Columbus | PR0008127-PT0007146 | Food Service Operation | HLTH | 03/01/2021 | 03/01/2021 |
| 2072 | San Tan | Arizona | Maricopa | FD-13007 | Health Permit | HLTH | 06/30/2020 | 06/30/2020 |
| 2072 | San Tan | Arizona | Gilbert | BUSLIC000048-01-2020 | City Business License | BUS | 01/14/2021 | 12/31/2020 |
| 2072 | San Tan | Arizona | Gilbert | 17886 | City Alcohol License | LCI | 01/31/2021 | 01/31/2021 |
| 2072 | San Tan | Arizona | Arizona | 12077597 | Liquor State | LST | 03/30/2021 | 03/31/2021 |
| 2076 | Crabtree | North Carolina | Raleigh | 106510 | Liquor | LCI | 04/30/2020 | 04/30/2020 |
| 2076 | Crabtree | North Carolina | North Carolina | 00265431MB | State Liquor | LST | 04/30/2020 | 04/30/2020 |
| 2076 | Crabtree | North Carolina | Wake | 40607 | Liquor | LCO | 04/30/2020 | 04/30/2020 |
| 2076 | Crabtree | North Carolina | North Carolina | 04092015289 | Health | HLTH | 09/19/2020 | 06/30/2020 |
| 2080 | Westfarms | Connecticut | Connecticut | LIR.0017883 | Liquor State | LST | 07/23/2020 | 11/23/2020 |
| 2080 | Westfarms | Connecticut | West Hartford | 5739 | Occupancy Permit | OCC | 08/31/2020 | 08/31/2020 |
| 2080 | Westfarms | Connecticut | Hartford | 2080 Health | West Hartford-Bloomfield Health | HLTH | 11/15/2020 | 12/31/2020 |
| 2087 | International Plaza | Florida | Florida | 97237 | Cert of Operation Elevator Permit | COP | 08/01/2020 | 08/01/2020 |
| 2087 | International Plaza | Florida | Hillsborough | 226333 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2087 | International Plaza | Florida | Tampa | 011453 | Business City | BUS | 09/30/2020 | 09/30/2020 |
| 2087 | International Plaza | Florida | Florida | BEV3910552 | Liquor | LST | 09/30/2020 | 09/30/2020 |
| 2087 | International Plaza | Florida | Florida | SEA3912678 | Health | HLTH | 02/01/2021 | 02/01/2021 |

| 2087 | International Plaza | Florida | Florida | SEA3916585 | Health(2) | HLTH | 02/01/2021 | 02/01/2021 |
|---|---|---|---|---|---|---|---|---|
| 2089 | City Centre | Texas | Texas | 100174370 | Burglar Alarm | ALRM | 08/15/2020 | 08/15/2020 |
| 2089 | City Centre | Texas | Houston | 412308 | Food Dealers Permit & FOG Regist | HLTH | 03/22/2021 | 03/22/2021 |
| 2089 | City Centre | Texas | Houston | 2019-145437 | Liquor City | LCI | 03/24/2021 | 03/24/2021 |
| 2089 | City Centre | Texas | Texas | FP-15037366 | Fire Prevention: Type p2 Assm Pla | FIRE | 04/08/2021 | 04/08/2021 |
| 2089 | City Centre | Texas | Harris | CB/PE/MB - 744824 | Liquor County | LCO | 03/24/2022 | 03/24/2022 |
| 2089 | City Centre | Texas | Texas | MB744824 | Liquor State | LST | 03/24/2022 | 03/24/2022 |
| 2089 | City Centre | Texas | Texas | 202002120067 | Boiler TX268853 | BOIL | 02/16/2023 | 01/16/2023 |
| 2090 | Gulfstream | Florida | Hallandale Beach | 4178 | Business City Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2090 | Gulfstream | Florida | Hallandale Beach | 2371 | Liquor City - Weekend Sales | LSUN | 09/30/2020 | 09/30/2020 |
| 2090 | Gulfstream | Florida | Broward | 170-231895 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2090 | Gulfstream | Florida | Florida | SEA1622364 | Health | HLTH | 12/01/2020 | 12/01/2020 |
| 2090 | Gulfstream | Florida | Florida | BEV1619443 | Liquor | LST | 03/31/2021 | 03/31/2021 |
| 2092 | Christiana Mall | Delaware | Delaware | 90-19-02-1388 | Place of Assembly Class B | FIRE | 11/18/2020 | 11/08/2020 |
| 2092 | Christiana Mall | Delaware | Delaware | N108948 | Food Establishment Permit | HLTH | 01/01/2021 | 02/01/2021 |
| 2092 | Christiana Mall | Delaware | Delaware | 14220 | Liquor State | LST | 01/01/2021 | 03/30/2021 |
| 2092 | Christiana Mall | Delaware | New Castle | DE33222 | Boiler | BOIL | 12/20/2021 | 12/31/2021 |
| 2092 | Christiana Mall | Delaware | Delaware | 2010604949 | Business | BUS | 12/31/2022 | 12/31/2022 |
| 2093 | Summerlin | Nevada | Las Vegas | FAN-18026 | Fire Inspecation | FIRE | 06/30/2020 | 06/30/2020 |
| 2093 | Summerlin | Nevada | Nevada | FA0008809 | Health Permit | HLTH | 07/31/2020 | 06/30/2020 |
| 2093 | Summerlin | Nevada | Las Vegas | R09-01621 | City Business License | BUS | 08/15/2020 | 08/01/2020 |
| 2093 | Summerlin | Nevada | Las Vegas | P68-00064 | L21-Restaurant with Alcohol | LCI | 10/01/2020 | 07/20/2020 |
| 2101 | Marlton | New Jersey | Marlton/New Jersey | 0313-33-017-004 | Liquor | LST | 06/01/2020 | 06/30/2020 |
| 2101 | Marlton | New Jersey | New Jersey | 31776475 | Fire | FIRE | 01/16/2021 | 01/16/2021 |
| 2101 | Marlton | New Jersey | Evesham Township | 20-097 | Food Handling Permit | HLTH | 01/31/2021 | 01/31/2021 |
| 2102 | Murray | Utah | Salt Lake | 35-024520 | Health | HLTH | 07/30/2020 | 07/30/2020 |
| 2102 | Murray | Utah | Murray | 14493 | Business Lic and City Liquor | BUS | 09/30/2020 | 09/30/2020 |
| 2102 | Murray | Utah | Utah | RE02018 | Liquor | LST | 09/30/2020 | 10/31/2020 |
| 2105 | Dansbury | Connecticut | Danbury | 2307 | City of Danbury Health | HLTH | 06/30/2020 | 06/30/2020 |
| 2105 | Dansbury | Connecticut | Connecticut | LIR.0018469 | Liquor | LST | 11/20/2020 | 11/20/2020 |
| 2105 | Dansbury | Connecticut | Danbury | 00257 | Fire Inspection | FIRE | 11/20/2020 | 10/31/2020 |
| 2106 | Freehold | New Jersey | New Jersey | 2106-LST | 1316-32-003-007 | LST | 06/01/2020 | 06/30/2020 |
| 2106 | Freehold | New Jersey | New Jersey | 1316076112 | FIRE | FIRE | 08/23/2020 | 07/29/2020 |
| 2106 | Freehold | New Jersey | Freehold/New Jersey | SIGN | Sign Permit | SIGN | 10/01/2020 | 10/01/2020 |
| 2106 | Freehold | New Jersey | Freehold | 2020-0069 | Health Permit | HLTH | 01/31/2021 | 12/31/2020 |
| 2108 | Boca Raton | Florida | Boca Raton | 20-00053467 | City Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2108 | Boca Raton | Florida | Palm Beach | LBTR 201147641 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2108 | Boca Raton | Florida | Florida | SEA6019627 | Health | HLTH | 12/01/2020 | 12/01/2020 |
| 2108 | Boca Raton | Florida | Florida | BEV6015689 | Liquor | LST | 03/31/2021 | 03/31/2021 |
| 2109 | The Falls | Florida | Miami Dade | 00050934 | Boiler Inspection | BOIL | 03/20/2020 | 03/28/2020 |
| 2109 | The Falls | Florida | Miami Dade | 2020018940 | Certificate of Use - Alcohol | CU | 09/30/2020 | 09/30/2020 |
| 2109 | The Falls | Florida | Miami Dade | 2020018729 | Certificate of Use - Restaurant | CU | 09/30/2020 | 09/30/2020 |
| 2109 | The Falls | Florida | Miami Dade | 7116171 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2109 | The Falls | Florida | Florida | SEA2333894 | Health Permit | HLTH | 10/01/2020 | 10/01/2020 |
| 2109 | The Falls | Florida | Florida | GDO-000100-2019/2020 | Grease Discharge | WWGT | 12/31/2020 | 12/31/2020 |
| 2109 | The Falls | Florida | Florida | 13120-00068 | Life Safety Permit | FIRE | 02/28/2021 | 02/28/2021 |
| 2109 | The Falls | Florida | Florida | BEV2332013 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 2110 | Arboretum | Texas | Austin | PE820567 | Beverage Occupation Tax | LCI | 09/26/2020 | 09/26/2020 |

| 2110 | Arboretum | Texas | Travis | 820567 | Occupation Tax Receipt | LCO | 09/26/2020 | 09/26/2020 |
|------|-----------|-------|--------|--------|------------------------|-----|------------|------------|
| 2110 | Arboretum | Texas | Texas | MB820567 | Liquor | LST | 09/26/2020 | 09/26/2020 |
| 2110 | Arboretum | Texas | Austin | 10861209 | Health | HLTH | 11/20/2020 | 11/20/2020 |
| 2110 | Arboretum | Texas | Austin | 759AUS0003442 | Wastewater Discharge Permit | WWGT | 12/25/2020 | 12/31/2020 |
| 2111 | Willowbrook | New Jersey | New Jersey | 1614-33-056-012 | Liquor State | LST | 06/12/2020 | 06/30/2020 |
| 2114 | Victoria Gardens | California | San Bernardino | PT0030361 | Health | HLTH | 09/30/2020 | 09/30/2020 |
| 2114 | Victoria Gardens | California | California | 525570 | Liquor | LST | 09/30/2020 | 09/30/2020 |
| 2114 | Victoria Gardens | California | Rancho Cucamonga | 065134 | City Business License / Gross Rece | BUGR | 11/22/2020 | 10/23/2020 |
| 2116 | Irvine | California | California | 47 536902 | Liquor | LST | 05/31/2020 | 05/31/2020 |
| 2116 | Irvine | California | California | 176663 | South Coast Air Quality Managem | AIR | 06/04/2020 | 09/01/2020 |
| 2116 | Irvine | California | California | PR0093490 | Health | HLTH | 08/19/2020 | 06/30/2020 |
| 2116 | Irvine | California | California | AP21R | Fire | FIRE | 01/11/2021 | 12/03/2020 |
| 2118 | Walt Whitman | New York | Huntington | 111-073E | Fire | FIRE | 04/30/2020 | 04/30/2020 |
| 2118 | Walt Whitman | New York | Suffolk | 39088 | Alarm | ALRM | 08/26/2020 | 08/26/2020 |
| 2118 | Walt Whitman | New York | Suffolk | PT0005867 | Health | HLTH | 09/30/2020 | 09/30/2020 |
| 2118 | Walt Whitman | New York | New York | 1273029 | Liquor | LST | 10/31/2021 | 10/31/2021 |
| 2118 | Walt Whitman | New York | New York | S304677 Sign | Sign Permit | OTH | 10/10/2022 | 08/31/2022 |
| 2119 | Rosemary Square | Florida | West Palm Beach | 0000029706 | Business City | BUS | 09/30/2020 | 09/30/2020 |
| 2119 | Rosemary Square | Florida | Palm Beach | LBTR 201359241 | Business | BUS | 09/30/2020 | 09/30/2020 |
| 2119 | Rosemary Square | Florida | Florida | SEA6021001 | Health | HLTH | 12/01/2020 | 12/01/2020 |
| 2119 | Rosemary Square | Florida | Florida | BEV6016091 | State Liquor | LST | 03/31/2021 | 03/31/2021 |
| 2120 | Quaker Bridge | New Jersey | New Jersey | 1107-33-008-009 | Liquor State | LST | 06/01/2020 | 06/30/2020 |
| 2120 | Quaker Bridge | New Jersey | Lawrenceville | 1107-33-008-009 City Fee | Liquor City | LCI | 06/10/2020 | 06/30/2020 |
| 2120 | Quaker Bridge | New Jersey | New Jersey | NJ0006027-16H | Hot Water Tank (boiler) | BOIL | 07/01/2020 | 05/08/2020 |
| 2120 | Quaker Bridge | New Jersey | Lawrence Township/Mercer | 16690 | Township of Lawrence Health Per | HLTH | 10/31/2020 | 10/31/2020 |
| 2120 | Quaker Bridge | New Jersey | New Jersey | 31776479 | Life Hazard Use Certificate or Regi | FIRE | 03/30/2021 | 03/30/2021 |
| 2120 | Quaker Bridge | New Jersey | New Jersey | NJ0006027-16U | CO2 Tank | BOIL | 05/08/2022 | 05/08/2022 |
| 2121 | Fairfax | Virginia | Virginia | L 32828 | Fire Prevention | FIRE | 05/31/2020 | 05/31/2020 |
| 2121 | Fairfax | Virginia | Virginia | 86397 | Liquor State | LST | 08/15/2020 | 08/31/2020 |
| 2121 | Fairfax | Virginia | Fairfax | 25242 | County Health Food Establishmen | HLTH | 12/31/2020 | 12/31/2020 |
| 2121 | Fairfax | Virginia | Fairfax | 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 | Mixed Beverage Tax | LQTX | 01/31/2021 | 01/31/2021 |
| 2121 | Fairfax | Virginia | Fairfax | 2054749 | BPOL Business Professional Occup | BUGR | 03/01/2021 | 03/01/2021 |
| 2121 | Fairfax | Virginia | Virginia | VA Litter Tax 2121 | Litter Tax Return | BUTX | 04/30/2020 | 12/31/2019 |
| 2122 | City Creek | Utah | Salt Lake City | LIC2013-02028 | City Business License | BUS | 05/01/2020 | 04/30/2020 |
| 2122 | City Creek | Utah | Utah | RE02137 | Liquor State | LST | 09/30/2020 | 10/31/2020 |
| 2122 | City Creek | Utah | Madison | E-8432 | Elevator Permit | INSP | 03/13/2021 | 02/13/2021 |
| 2122 | City Creek | Utah | Utah | 2122-HEL | Health | HLTH | 05/25/2021 | 05/25/2021 |
| 2123 | University Town Center | Florida | Sarasota | 990010117202 | County Business | BUS | 09/30/2020 | 09/30/2020 |
| 2123 | University Town Center | Florida | Florida | SEA6805508 | Health Permit | HLTH | 12/01/2020 | 12/01/2020 |
| 2123 | University Town Center | Florida | Florida | BEV6804848 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 2125 | Liberty Center | Ohio | Ohio | 0927200-0095 | Liquor State | LST | 05/18/2020 | 06/01/2020 |
| 2125 | Liberty Center | Ohio | Ohio | NCRH-BJPLWJ | Food Service Operation Lic | HLTH | 03/01/2021 | 03/01/2021 |
| 2126 | Del Amo | California | California | 25635 | Places of Assembly | FIRE | 03/05/2020 | |
| 2126 | Del Amo | California | Los Angeles | 2126-HEL | | HLTH | 06/30/2020 | 06/30/2020 |
| 2126 | Del Amo | California | California | 572913 | Liquor State | LST | 10/31/2020 | 10/31/2020 |
| 2126 | Del Amo | California | California | ALRM-026679 | Alarm | ALRM | 12/20/2020 | |
| 2126 | Del Amo | California | Torrance | BL-LIC-033790 | City Business License | BUS | 01/31/2021 | 12/31/2020 |
| 2132 | Broward Mall - Plantatio | Florida | Plantation | FH003329 | General Fire Inspection | FIRE | 04/30/2020 | 04/01/2020 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2132 | Broward Mall - Plantation | Florida | Plantation | FH003878 | Semi-Annual Hood Inspection | FIRE | 06/25/2020 | |
| 2132 | Broward Mall - Plantation | Florida | Plantation | OC14-0844 | City Business License | BUS | 09/30/2020 | 09/30/2020 |
| 2132 | Broward Mall - Plantation | Florida | Broward | LBTR 170-268827 | County Business Tax | BUS | 09/30/2020 | 09/30/2020 |
| 2132 | Broward Mall - Plantation | Florida | Florida | SEA1623730 | Health Permit | HLTH | 12/01/2020 | 12/01/2020 |
| 2132 | Broward Mall - Plantation | Florida | Florida | BEV1621277 | Liquor State | LST | 03/31/2021 | 03/31/2021 |
| 2132 | Broward Mall - Plantation | Florida | Plantation | FA262795/35236 | Alarm Permit | ALRM | 04/17/2021 | 04/17/2021 |
| 2801 | Cherokee | North Carolina | Tribal Gaming commission | 2011-401 | Major Vendor | BUS | 11/30/2020 | 12/31/2020 |
| 2801 | Cherokee | North Carolina | EBCI | 00357664 | Liquor | LIQ | 04/15/2021 | 04/30/2021 |
| 3017 | Bon Vie Easton | Ohio | Columbus | 2019-0718085000 | Fire Permit | FIRE | 08/17/2020 | 09/30/2020 |
| 3017 | Bon Vie Easton | Ohio | Columbus | DF8942 | Alarm permit | ALRM | 08/31/2020 | 08/31/2020 |
| 3017 | Bon Vie Easton | Ohio | Ohio | 0927200-0005 | Liquor State | LST | 01/17/2021 | 02/01/2021 |
| 3017 | Bon Vie Easton | Ohio | Columbus | PR0007656 - PT0006687 | Health Permit | HLTH | 03/01/2021 | 03/01/2021 |

**Fill in this information to identify the case:**

Debtor name    **FoodFirst Global Restaurants, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **6:20-bk-02159-LVV**

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $63,766,694.00 |
   | **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | $322,350,684.00 |
   | **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $384,862,874.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor    **FoodFirst Global Restaurants, Inc.**                    Case number *(if known)*    **6:20-bk-02159-LVV**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See attached SoFA Exhibit 3** | | $61,395,015.82 | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Rent, Taxes, etc.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See attached SoFA Exhibit 4**<br><br>**Officers and Insiders** | **4/10/2019 to<br>4/10/2020** | $3,588,774.00 | **Salary, Bonuses, Severance** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **See attached SoFA Exhibit 7** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|

■ None

---

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Sprinkler system failure at location 120 S. Jordan Creek Pkwy W, Des Moines, IA 50266.** | **None (deductible not met)** | **11/21/2019** | **Unknown** |
| **Water damage to restaurant located at 80 S. Regent St., Salt Lake City, UT 84111.** | **None (deductible not met)** | **9/26/2019** | **$4,724.20** |
| **Vehicle struck building located at 7301 NW 87th Street, Kansas City, MO 64153** | **None (deductible not met)** | **7/1/2019** | **$587.50** |
| **Power outage at locatoin 2731 Fairfield Commons, Beavercreek, OH 45431.** | **None (deductible not met)** | **5/29/2019** | **$15,235.14** |

---

**Part 6:**    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Aggregate advance retainer, made by the FoodFirst Global Restaurants, Inc. for post-petition fees and costs all related cases.** | **April 10, 2020** | **$141,817.30** |
| | **Email or website address**<br>**rshuker@shukerdorris.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

---

Debtor    **FoodFirst Global Restaurants, Inc.**                          Case number *(if known)*    **6:20-bk-02159-LVV**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Shuker & Dorris, P.A.** **121 S. Orange Avenue** **Suite 1120** **Orlando, FL 32801** | **Aggregate payment for prepetition fees and costs, made by the FoodFirst Global Restaurants, Inc. for preparation of the voluntary petitions under Chapter 11 including the filing fees for the debtor and affiliated cases.** | **April 10, 2020** | **$71,918.70** |
| | Email or website address **rshuker@shukerdorris.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Piper Sandler** **800 Nicollet Ave., Ste. 1000** **Minneapolis, MN 55402** | | **March 23, 2020** | **$100,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Young Conoway** **Rodney Square** **1000 North King Street** **Wilmington, DE 19801** | | **March 23, 2020** | **$150,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor  **FoodFirst Global Restaurants, Inc.**                   Case number *(if known)*  **6:20-bk-02159-LVV**

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Anthony Pearce 78 Forest Street Windermere, FL 34786** | **2012 Fiat 500 VIN# 3C3FFBR2CT105953** | **April 3, 2020** | **$2,500.00** |
| | Relationship to debtor **None** | | | |

---

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **777 Goodale Blvd, Ste. 100 Columbus, OH 43212** | **April 2005 to Sept. 2019** |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Email addresses for Loyalty Database**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below.

| Name of plan | Employer identification number of the plan |
|---|---|
| **Empower Retirement** | EIN:  **34-1566328** |

Has the plan been terminated?
■ No

| Debtor | FoodFirst Global Restaurants, Inc. | Case number *(if known)* | 6:20-bk-02159-LVV |
|---|---|---|---|

☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Kendall Xtra Storage LLC**<br>**8774 SW 129 Terrace**<br>**Miami, FL 33176** | **Heather Lazore** | **Unit Nos. 779 and 875** | ☐ No<br>■ Yes |
| **Life Storage #657**<br>**1099 Bradley Raod**<br>**Westlake, OH 44145** | **Maryanne Gaikens** | **Unit No. 121** | ☐ No<br>■ Yes |
| **Public Storage Inc. (Columbus)**<br>**4060 Morse Road**<br>**Columbus, OH 43230** | **Lee Bauman** | **Unit Nos. 1187, 3332, D028,**<br>**3020, and 1134.** | ☐ No<br>■ Yes |
| **Wellington Village Self Storage**<br>**800 Wellington Hills Road**<br>**Little Rock, AR 72211** | **Susan Staggs** | **Unit No. C28** | ☐ No<br>■ Yes |
| **Downtown Self Storage**<br>**29 West 800 South**<br>**Salt Lake City, UT 84101** | **Chris O'Neil** | **Unit No. 514** | ☐ No<br>■ Yes |
| **Extra Space Storage**<br>**10550 Goodlette Frank Rd**<br>**Naples, FL 34109** | **Erick Moses** | **Unit No. 2009** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **FoodFirst Global Restaurants, Inc.**                              Case number *(if known)*   **6:20-bk-02159-LVV**

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Great Value Storage**<br>**9984 Old State Road**<br>**Lewis Center, OH 43035** | **David Sharpe** | **Unit No. 17** | ☐ No<br>■ Yes |
| **Handy Storage Twelve Inc.**<br>**8910 Clearly Blvd.**<br>**Fort Lauderdale, FL 33324** | **Cyndi Green** | **Unit No. 613** | ☐ No<br>■ Yes |
| **Jack Rabbit Self Storage**<br>**4293 Holland Road**<br>**Virginia Beach, VA 23452** | **Aaron Decker** | **Unit No. K771** | ☐ No<br>■ Yes |
| **Pembrook Pines Self Storage**<br>**10806 Pines Blvd.**<br>**Hollywood, FL 33026** | **Tracy O'Connor** | **Unit No. A214** | ☐ No<br>■ Yes |
| **The Lock Up Storage Centers**<br>**1200 Pine Ridge Road**<br>**Naples, FL 34108** | **Brian Wells** | **Unit No. G303** | ☐ No<br>■ Yes |
| **Woodman Stop N Lock**<br>**1976 Woodman Center Dr.**<br>**Dayton, OH 45420** | **Ryan Blackburn** | **Unit No. OF-09** | ☐ No<br>■ Yes |
| **Extra Space Storage Grapevine**<br>**2044 W. State Hwy 114**<br>**Grapevine, TX 76051** | **Franco Korur** | **Unit No. 36** | ☐ No<br>■ Yes |
| **Extra Storage Space**<br>**3820 S. Orange Ave.**<br>**Orlando, FL 32806** | **Lauren Pearce** | **Unit Nos. 1053, 1055, 1057, 107, 2022, and 1049** | ☐ No<br>■ Yes |
| **Suni, LLC**<br>**4580 Silver Springs Dr, Ste 300**<br>**Park City, UT 84098** | **Steve Rose** | | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed | |
|---|---|---|---|---|
| 25.1. | **Brio Marlton, LLC** **420 S. Orange Ave., Ste 900** **Orlando, FL 32801** | **Affiliate Restaurant** | EIN: From-To | **45-2612132** **May 2018 to Present** |
| 25.2. | **Brio Tuscan Grille of Baltimore, LLC** **420 S. Orange Ave., Ste. 900** **Orlando, FL 32801** | **Affiliate Restaurant** | EIN: From-To | **45-4069548** **May 2018 to Present** |
| 25.3. | **Bravo Development of Kansas, Inc.** **420 S. Orange Ave., Ste. 900** **Orlando, FL 32801** | **Affiliate Restaurant** | EIN: From-To | **20-1192851** **May 2018 to Present** |
| 25.4. | **Brio Tuscan Grille of Maryland, LLC** **420 S. Orange Ave., Ste. 900** **Orlando, FL 32801** | **Affiliate Restaurant** | EIN: From-To | **27-3647011** **May 2018 to Present** |
| 25.5. | **Brio Tuscan Grille of Cherokee, LLC** **420 S. Orange Ave., Ste. 900** **Orlando, FL 32801** | **Affiliate Restaurant** | EIN: From-To | **45-4662852** **May 2018 to Present** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **FoodFirst Global Restaurants, Inc.**                    Case number *(if known)*  **6:20-bk-02159-LVV**

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.6. **Cherry Hill Two, LLC**<br>**420 S. Orange Ave., Ste. 900**<br>**Orlando, FL 32801** | **Affiliate Restaurant** | **Dates business existed**<br><br>EIN:     **20-3643701**<br><br>From-To   **May 2018 to Present** |
| 25.7. **FoodFirst Global Holdings, Inc.**<br>**420 S. Orange Ave., Ste. 900**<br>**Orlando, FL 32801** | **Affiliate** | EIN:     **36-4895297**<br><br>From-To   **May 2018 to Present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Diane Reed**<br>**5568 Lexington Dr.**<br>**Hilliard, OH 43026** | **7/30/2007 to 6/1/2019** |
| 26a.2. **Debbie Ticknor**<br>**6578 Baronscourt Loop**<br>**Dublin, OH 43016** | **8/9/1999 to 9/7/2019** |
| 26a.3. **Jennifer McWilliam**<br>**1273 Spring Brook Ct.**<br>**Westerville, OH 43081** | **4/23/2001 to 9/7/2019** |
| 26a.4. **Young Vetter**<br>**2852 Jared Place**<br>**Columbus, OH 43219** | **7/4/2011 to 9/7/2019** |
| 26a.5. **Jordan Ticknor**<br>**505 E. North Broadway St.**<br>**Columbus, OH 43214** | **6/29/2011 to 9/7/2019** |
| 26a.6. **Nick Wiggins**<br>**7361 Kemberwood Ct.**<br>**Blacklick, OH 43004** | **1/30/2008 to 9/7/2019** |
| 26a.7. **Charles Lempke**<br>**7477 Gardenview Place**<br>**Dublin, OH 43016** | **6/27/2007 to**<br>**11/01/2019** |
| 26a.8. **Brian Grusi**<br>**100 S. Eola Dr. #1203**<br>**Orlando, FL 32839** | **3/4/2019 to 3/19/2020** |
| 26a.9. **Philippa Edwards**<br>**4575 Emerson Park Dr. #308**<br>**Orlando, FL 32839** | **6/10/2019 to 9/6/2019** |
| 26a.10. **Antoinette Torees**<br>**9459 Dowden Rd., #2112**<br>**Orlando, FL 32832** | **6/17/2019 to**<br>**3/19/2020** |
| 26a.11. **Cecilia Farner**<br>**712 Monmouth Way**<br>**Winter Park, FL 32792** | **5/20/2019 to present** |

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |

| Name and address | Date of service From-To |
|---|---|
| 26a.12.  **Karin Frost**<br>3610 Palm Ave.<br>Apopka, FL 32703 | **4/1/2019 to present** |
| 26a.13.  **Jessica Williams**<br>832 N. Hyer Ave.<br>Orlando, FL 32803 | **6/10/2019 to present** |
| 26a.14.  **Greer Bogle**<br>529 Starstone Dr.<br>Lake Mary, FL 32746 | **7/22/2019 to present** |
| 26a.15.  **Felix Martin**<br>88 CArole Ave.<br>Orlando, FL 32807 | **6/10/2019 to 3/4/2020** |
| 26a.16.  **Jeremy Sevold**<br>2715 Patrician Circle<br>Kissimmee, FL 34746 | **6/3/2019 to present** |
| 26a.17.  **Crystal Grimmet**<br>3322 Countrysive View Dr.<br>Saint Cloud, FL 34772 | **6/3/2019 to present** |
| 26a.18.  **Clovia Waldman**<br>241 Messina Place<br>Howey in the Hills, FL 34737 | **1/20/2020 to present** |
| 26a.19.  **Tracy Brooks**<br>736 Avenida Quinta, Apt 108<br>Clermont, FL 34714 | **1/20/2020 to present** |
| 26a.20.  **Hollie Rose**<br>2138 Kane Park Way<br>Windermere, FL 34786 | **5/6/2019 to present** |
| 26a.21.  **Michele Bajaj**<br>15898 Citrus Grove Loop<br>Winter Garden, FL 34787 | **6/4/2019 to present** |
| 26a.22.  **Darren Tapp**<br>5832 Tarleton Way<br>Mount Dora, FL 32757 | **6/10/2019 to present** |
| 26a.23.  **Cody Behr**<br>480 N. Orange Ave., #203<br>Orlando, FL 32801 | **6/24/2019 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Deloitte & Touche USA LLP**<br>180 East Broad St, Ste 1400<br>Columbus, OH 43215 | **2017 and 2018** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Debtor    **FoodFirst Global Restaurants, Inc.**                              Case number *(if known)*  **6:20-bk-02159-LVV**

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Valuation Research Corp.**<br>**312 Walnut St, Ste 1700**<br>**Cincinnati, OH 45202** | **2018** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Cecilia Farner**<br>**712 Monmouth Way**<br>**Winter Park, FL 32792** | |
| 26c.2.    **Karin Frost**<br>**3610 Palm Ave.**<br>**Apopka, FL 32703** | |
| 26c.3.    **Jessica Williams**<br>**832 N. Hyer Ave.**<br>**Orlando, FL 32803** | |
| 26c.4.    **Greer Bogle**<br>**529 Starstone Dr.**<br>**Lake Mary, FL 32746** | |
| 26c.5.    **Clovia Waldman**<br>**241 Messina Place**<br>**Howey in the Hills, FL 34737** | |
| 26c.6.    **Tracy Brooks**<br>**736 Avenida Quinta, Apt 108**<br>**Clermont, FL 34714** | |
| 26c.7.    **Hollie Rose**<br>**2138 Kane Park Way**<br>**Windermere, FL 34786** | |
| 26c.8.    **Michele Bajaj**<br>**15898 Citrus Grove Loop**<br>**Winter Garden, FL 34787** | |
| 26c.9.    **Darren Tapp**<br>**5832 Tarleton Way**<br>**Mount Dora, FL 32757** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **American Express Bank**<br>**20022 N. 31 Ave.**<br>**Mail Code 08-04-16**<br>**Phoenix, AZ 85027** |
| 26d.2.    **US Foods**<br>**8399 W. Higgins Rd, #800**<br>**Des Plaines, IL 60018** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | FoodFirst Global Restaurants, Inc. | Case number (if known) | 6:20-bk-02159-LVV |
|---|---|---|---|

**Name and address**

| | |
|---|---|
| 26d.3. | **Halperns Steak and Seafood**<br>**4685 Welcome All Road**<br>**Atlanta, GA 30349** |
| 26d.4. | **Willis Towers Watson**<br>**5 Consourse Parkway**<br>**18th Floor**<br>**Atlanta, GA 30328** |
| 26d.5. | **Huntington Bank**<br>**41 South High Street**<br>**Columbus, OH 43215** |
| 26d.6. | **Garrison Investment Group**<br>**1290 Ave. of the Americas Ste 914**<br>**New York, NY 10104** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steve Layt CEO** | **12714 Melrose Street**<br>**Overland Park, KS 66213** | **CEO** | **0%** |
| **Hollie Rose** | **2138 Kane Park Way**<br>**Windermere, FL 34786** | **Senior Vice President** | **0%** |
| **Debbie Alison** | **5584 Thomas Square Dr**<br>**Kissimmee, FL 34747** | **SVP, Supply Chain** | **0%** |
| **Cecilia Farner** | **712 Monmouth Way**<br>**Winter Park, FL 32792** | **Controller** | **0%** |
| **Antonio Bonchristiano** | **Av. Brigadeiro Faria Lima**<br>**4055 - 8th floor**<br>**São Paulo - SP  BRAZIL   04538-0300** | **Vice-Chairman** | **0%** |
| **Danilo Gamboa** | **Av. Brigadeiro Faria Lima**<br>**4055 - 8th floor**<br>**São Paulo - SP  BRAZIL   04538-0300** | **Director** | **0%** |

Debtor    **FoodFirst Global Restaurants, Inc.**                              Case number *(if known)*    **6:20-bk-02159-LVV**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Rodrigo Boscolo** | **Av. Brigadeiro Faria Lima 4055 - 8th floor São Paulo - SP  BRAZIL  04538-0300** | **Director** | **0%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **FoodFirst Global Holdings LL** | **420 S. Orange Ave., Ste 900 Orlando, FL 32801** | **Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Diane Reed** | **5568 Lexington Drive Hilliard, OH 43026** | **CFO** | **10/02/2017 to 6/1/2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brian Grusi** | **100 S Eola Dr., #1203 Orlando, FL 32801** | **CFO** | **3/4/2019 to 3/19/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brad Blum** | **1169 Lakeview Drive Winter Park, FL 32789** | **CEO** | **5/25/2018 to 3/29/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mike Ellis** | **9565 Yellow Finch Court Brentwood, TN 37027** | **CDO** | **05/25/2018 to 8/4/2019** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John Wong** | **1238 NW 126th St. Seattle, WA 98177** | **CMO** | **9/3/2018 to 4/17/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **John Imbriolo** | **245 Kincaid Ave. Deland, FL 32724** | **CCO** | **6/21/2018 to 2/28/2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brian O'Malley** | **7667 Red Emerald Way Delaware, OH 43015** | **SVP, Finance** | **2/25/1996 to 6/10/2018** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor    **FoodFirst Global Restaurants, Inc.**                    Case number *(if known)*    **6:20-bk-02159-LVV**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Chuck Lempke | 7477 Gardenview Place<br>Dublin, OH 43016 | VP, Finance | 9/24/2017 to<br>11/22/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Debbie Ticknor | 6578 Baronscourt Loop<br>Dublin, OH 43016 | SVP Controller | 8/9/1999 to<br>9/7/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Khanh Collins | 22825 Queensbridge Drive<br>Ashburn, VA 20148 | COO | 12/17/2012 to<br>6/10/2018 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Steve Layt**<br>12714 Melrose Street<br>Overland Park, KS 66213 | **$129,808 Salary**<br>**$150,000 Bonus** | **4/10/2019 to**<br>**4/10/2020** | **Salary and bonus.** |
| | Relationship to debtor<br>**CEO** | | | |
| 30.2. | **Hollie Rose**<br>2138 Kane Park Way<br>Windermere, FL 34786 | **$162,212 Salary**<br>**$34,233  Bonus** | **4/10/2019 to**<br>**4/10/2020** | **Salary and bonus** |
| | Relationship to debtor<br>**CFO** | | | |
| 30.3. | **Debbie Alison**<br>5584 Thomas Square Dr<br>Kissimmee, FL 34747 | **$195,900 Salary** | **4/10/2019 to**<br>**4/10/2020** | **Salary** |
| | Relationship to debtor<br>**SVP, Supply Chain** | | | |
| 30.4. | **Cecilia Farner**<br>712 Monmouth Way<br>Winter Park, FL 32792 | **$116,817 Salary** | **4/10/2019 to**<br>**4/10/2020** | **Salary** |
| | Relationship to debtor<br>**Controller** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ☐ No
   ☑ Yes. Identify below.

| Debtor | **FoodFirst Global Restaurants, Inc.** | Case number *(if known)* | **6:20-bk-02159-LVV** |
|---|---|---|---|

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| **FoodFirst Global Intermediate 1, Inc.** | **EIN: 30-1078955** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the parent corporation** |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____5/8/20_____

_____    **Steven R. Layt**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   **President**   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

SoFA - Exhibit 3

FoodFirst Global Restaurants, Inc.

Payments Made to Creditors with 90 days of filing with agregate total over $6,825

| Vendor Name | Category | Address | Address 2 | Address 3 | City | State | Zip Code | Total Amount |
|---|---|---|---|---|---|---|---|---|
| FOURTH | PAYROLL COMPANY | 9007 BRITTANY WAY | - | - | TAMPA | FL | 33619 | 25,429,926.36 |
| GORDON FOOD SERVICES, INC | INVENTORY | P.O. BOX 88029 | - | - | CHICAGO | IL | 60680-1029 | 6,117,284.49 |
| SOUTHERN GLAZER | INVENTORY | 14911 QUORUM DRIVE SUITE 400 | - | - | DALLAS | TX | 75254 | 1,117,926.70 |
| AMEX EPAYMENT ACH PMT | AMERICAN EXPRESS | 1500 NW 136TH AVENUE | - | - | SUNRISE | FL | 33323 | 1,006,503.29 |
| C.H. ROBINSON COMPANY, INC | INVENTORY | P.O. BOX 9121 | - | - | MINNEAPOLIS | MN | 55480-9121 | 942,167.37 |
| HUNT MERCH SVCS INTERCHNG | CREDIT CARD FEES | 17 SOUTH HIGH STREET | - | - | COLUMBUS | OH | 43216 | 900,696.09 |
| MICHAEL'S FINER MEATS | INVENTORY | 29037 NETWORK PLACE | - | - | CHICAGO | IL | 60673-1290 | 877,346.57 |
| ANTHEM BCBS | INSURANCE | PO BOX 645438 | - | - | CINCINNATI | OH | 45264-5438 | 871,632.03 |
| FLA DEPT REVENUE | TAX | 5050 WEST TENNESSEE STREET | - | - | TALLAHASSEE | FL | 32399 | 840,284.81 |
| BEN E. KEITH CO | INVENTORY | P.O. BOX 1441 | - | - | FORT WORTH | TX | 76101 | 633,285.90 |
| MCGANN MEDIA GROUP, LLC | MEDIA | 61 JEFFERSON AVENUE | - | - | COLUMBUS | OH | 43215 | 518,924.55 |
| 8013 OHIO-TAXOSUTOH SALESTXOBG | TAX | 4485 NORTHLAND RIDGE BLVD | - | - | COLUMBUS | OH | 43229 | 480,334.43 |
| NICHOLAS & CO | INVENTORY | 5520 W HAROLD GATTY DRIVE | - | - | SALT LAKE CITY | UT | 84116 | 455,186.58 |
| ESIS FUNDING | CLAIMS MANAGEMENT | P.O. BOX 5128 | - | - | SCRANTON | PA | 18505 | 428,243.50 |
| WASSERSTROM COMPANY | INVENTORY | P.O. BOX 182056 | - | - | COLUMBUS | OH | 43218-2056 | 404,483.20 |
| SHAMROCK FOODS | INVENTORY | PO BOX 52438 | - | - | PHOENIX | AZ | 85072-2408 | 387,165.09 |
| HALPERN'S STEAK AND SEAFOO | INVENTORY | P.O. BOX 116421 | - | - | ATLANTA | GA | 30368-6421 | 380,790.48 |
| GREAT-WEST TRUSTPAYMENTS | 401K | 8505 E. ORCHARD ROAD | - | - | GREENWOOD VILLAGE | CO | 80111 | 362,047.04 |
| Produce Alliance LLC | INVENTORY | PO BOX 7762 | - | - | Carol Stream | IL | 60197-7762 | 327,573.19 |
| CSI MODR TAX | TAX | 301 WEST HIGH STREET | - | - | JEFFERSON CITY | MO | 65101 | 311,561.35 |
| PROFORMA | PRINTING | 6341 NICHOLAS DRIVE | - | - | COLUMBUS | OH | 43235 | 299,311.81 |
| STATE COMPTRLR TEXNET | TAX | PO BOX 149355 | - | - | AUSTIN | TX | 78714 | 286,621.39 |
| OPEN TABLE INC | BACK OFFICE SUPPORT - IT | 29109 NETWORK PLACE | - | - | CHICAGO | IL | 60673-1291 | 278,873.60 |
| PPING LLC | INVENTORY | 2672 SW 36TH STREET | - | - | DANIA BEACH | FL | 33312 | 276,139.11 |
| REPUBLIC NATIONA | INVENTORY | 9423 NORTH MAIN ST. | - | - | JACKSONVILLE | FL | 32218 | 257,194.95 |
| COMMWLTHOFPA | TAX | PO BOX 280905 | - | - | HARRISBURG | PA | 17128-0905 | 255,919.86 |
| PAUL WEIS RIFKIND WHARTON & GAR | PROFESSIONAL SERVICES | 1285 AVENUE OF THE AMERICAS | - | - | NEW YORK | NY | 10019-6064 | 251,652.70 |
| SIMON PROPERTIES | RENT | 225 WEST WASHINGTON STREET | - | - | INDIANAPOLIS | IN | 46204 | 229,332.66 |
| LICENSING SOLUTIONS,IN | PERMITS | 118 W MCKEY STREET | - | - | OCOEE | FL | 34761 | 225,925.37 |
| SIRNA & SONS PRODUCE | INVENTORY | 7176 STATE RT 88 | - | - | RAVENNA | OH | 44266 | 225,077.39 |
| SHUKER & DORRIS PA | PROFESSIONAL SERVICES | 121 SOUTH ORANGE AVENUE | - | - | ORLANDO | FL | 32801 | 213,736.00 |
| Produce Alliance LLC | PROFESSIONAL SERVICES | PO BOX 7762 | - | - | Carol Stream | IL | 60197-7762 | 327,573.19 |
| AFCO CREDIT CORP | INSURANCE | 310 GRANT STREET | SUITE 1600 | - | PITTSBURGH | PA | 15219 | 204,009.99 |
| BAR HARBOR SEAFOOD | INVENTORY | 2000 PREMIER ROW | - | - | ORLANDO | FL | 32809 | 183,468.92 |
| WILLOWBROOK MALL, LLC. | RENT | SDS-12-2767 | P.O. BOX 86 | - | MINNEAPOLIS | MN | 55486-2767 | 183,295.47 |
| CA DEPT TAX FEE CDTFA | TAX | 450 N STREET | - | - | SACREMENTO | CA | 94279 | 172,927.00 |
| NEVADA TAX | TAX | 1550 COLLEGE PARKWAY | - | - | CARSON CITY | NV | 89706-7937 | 167,413.83 |
| MI BUSINESS TAX PAYMENT | TAX | N/A | - | - | LANSING | MI | 48922 | 166,202.67 |
| GRANITE TECHNOLOGIES | UTILITY | CLIENT ID #311 | P.O. BOX 983119 | - | BOSTON | MA | 02298-3119 | 166,038.67 |
| NEWPORT MEAT COMPANY INC | INVENTORY | P.O. BOX 19726 | - | - | IRVINE | CA | 92623-9726 | 164,508.00 |
| HARBOURSIDE PLACE LLC | RENT | 107 NORTH COASTAL WAY | - | - | JUPITER | FL | 33477 | 160,000.00 |
| YOUNG CONAWAY STARGATT & TAYLOR | PROFESSIONAL SERVICES | 1000 NORTH KING STREET | - | - | WILMINGTON | DE | 19801 | 150,000.00 |
| NCR CORPORATION | BACK OFFICE SUPPORT - IT | P.O. BOX 198755 | - | - | ATLANTA | GA | 30384-8755 | 144,803.52 |
| SHIFT4 PAYMENTS | CREDIT CARD CHARGES | 2202 NORTH IRVING STREET | - | - | ALLENTOWN | PA | 18109 | 144,312.00 |
| MILLER TEXTILE SERVICE | INVENTORY | PO BOX 239 | - | - | WAPAKONETA | OH | 45895 | 143,461.41 |
| ALSCO | SUPPLIES | 10402 LAKERIDGE PKWY | SUITE 600 | - | ASHLAND | VA | 23005 | 137,164.70 |
| DOWNTOWN PRODUCE MARKET IN | INVENTORY | 7856 ELLIS ROAD | - | - | MELBOURNE | FL | 32904 | 135,308.40 |
| FORBES TAUBMAN ORLANDO LLC | RENT | 16286 COLLECTIONS CENTER DRIVE | - | - | CHICAGO | IL | 60693 | 127,621.04 |
| VA DEPT TAXATIONTAX PAYMEN200121 | TAX | 1957 WESTMORELAND STREET | - | - | RICHMOND | VA | 23230 | 127,378.68 |
| TAMPA WESTSHORE ASSOCIATES | RENT | DEPARTMENT 177001 | PO BOX 67000 | - | DETROIT | MI | 48267-0002 | 126,558.16 |
| EASTON TOWN CENTER LLC | RENT | L-3769 | - | - | COLUMBUS | OH | 43260-3769 | 123,960.75 |
| SOMERSET COLLECTION LTD PT | RENT | 16129 COLLECTIONS CENTER DRIVE | - | - | CHICAGO | IL | 60693 | 123,055.54 |
| HALPERN STEAK SEAFOOD | INVENTORY | P.O. BOX 116421 | - | - | ATLANTA | GA | 30368-6421 | 119,216.19 |
| APC WORKFORCE SOLUTIONS LL | RENT | dba ZEROCHAOS | 420 S. ORANGE AVE. STE. 600 | - | ORLANDO | FL | 32801 | 112,089.60 |
| COUNTRY CLUB PLAZA KC PART | RENT | dba COUNTRY CLUB PLAZA JV LLC | P.O. BOX 675001 | - | DETROIT | MI | 48267-5001 | 111,241.92 |
| SRMF TOWN SQUARE OWNER, LL | RENT | P.O. BOX 748550 | - | - | LOS ANGELES | CA | 90074-8550 | 110,004.98 |
| HUNT MERCH SVCS FEE | BANK CHARGES | 17 SOUTH HIGH STREET | - | - | COLUMBUS | OH | 43216 | 109,651.24 |
| FLORIDA POWER & LIGHT | UTILITY | GENERAL MAIL FACILIITY | - | - | MIAMI | FL | 33188-0001 | 108,372.57 |
| UNUM LIFE INSURANCE COMPAN | INSURANCE | P.O. BOX 406946 | - | - | ATLANTA | GA | 30384-6946 | 107,258.42 |
| CARDLYTICS, INC. | MARKETING | 75 REMITTANCE DR. | DEPT. 3247 | - | CHICAGO | IL | 60675-3247 | 106,442.22 |
| BEWLEY LASSLEBEN & MILLER LLP | PROFESSIONAL SERVICES | 13215 E. PENN STREET | #510 | - | WHITTIER | CA | 90602 | 105,594.93 |
| UTAH801/297-7703TAX PAYMNT | TAX | 210 N 1950 W | - | - | SALT LAKE CITY | UT | 84134 | 104,191.28 |
| FORBES/COHEN FLORIDA | RENT | 16156 COLLECTIONS CENTER DRIVE | - | - | CHICAGO | IL | 60693 | 103,671.38 |
| WATERSIDE SHOPS LLC | RENT | 16316 COLLECTIONS CENTER DRIVE | - | - | CHICAGO | IL | 60693 | 103,512.46 |

| Name | Category | Address 1 | Address 2 | Address 3 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| HEIDELBERG DIST | INVENTORY | 3601 DRYDEN ROAD | - | - | MORAINE | OH | 45439 | 101,383.32 |
| NC DEPT REVENUE TAX PYMT | TAX | 501 WILMINGTON STREET | - | - | RALEIGH | NC | 27604 | 100,607.95 |
| PIPER SANDLER | PROFESSIONAL SERVICES | 800 NICOLLETT AVENUE | SUITE 1000 | | MINNEAPOLIS | MN | 55402-7020 | 100,000.00 |
| CVM HOLDINGS, LLC | RENT | PO BOX 63340 | | | CHARLOTTE | NC | 28263-3340 | 90,752.52 |
| MICHAEL K ELLIS | PROFESSIONAL SERVICES | 9565 YELLOW FINCH COURT | | | BRENTWOOD | TN | 37027 | 88,390.58 |
| CORNERSTONE HOLDING LP. | RENT | dbaBOCA CENTER AT MILITARY LLC | P.O. BOX 865162 | | ORLANDO | FL | 32886-5162 | 87,676.43 |
| LIBERTY CENTER, LLC. | RENT | L-3745 | | | COLUMBUS | OH | 43260-3745 | 86,346.01 |
| RESTAURANT TECHNOLOGIES IN | SUPPLIES | 12962 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693 | 85,885.16 |
| ECOLAB | MAINTENANCE | 370 WABASHA ST N | | | ST PAUL | MN | 55102 | 85,492.80 |
| GREENE TOWN CENTER LLC | RENT | PO BOX 304 | DEPT. 5000 | | EMERSON | NJ | 7630 | 85,412.20 |
| MIDWAY CC VENTURE LP | RENT | 800 TOWN & COUNTRY BLVD. | SUITE 200 | | HOUSTON | TX | 77024 | 83,507.28 |
| WESTCOR SANTAN VILLAGE LLC | RENT | SAN TAN REGIONAL MALL | P.O. BOX 511249 | | LOS ANGELES | CA | 90051 | 82,382.82 |
| NJ S&U WEB PMT | TAX | PO BOX 999 | | | TRENTON | NJ | 08646-0999 | 81,801.80 |
| SANTA MONICA SEAFOOD CO IN | INVENTORY | 18531 BROADWICK STREET | | | RANCHO DOMINGUEZ | CA | 90220 | 81,035.84 |
| CBL & ASSOCIATES LIMITED | RENT | PARTNERSHIP | CBL#0452  P.O. BOX 955607 | | ST. LOUIS | MO | 63195-5607 | 80,628.63 |
| CP COMMERCIAL DELAWARE | RENT | PO BOX 72585 | - | - | CLEVELAND | OH | 44192-0002 | 80,626.41 |
| FEDWAY ASSOCIATE | INVENTORY | P O BOX 519 | 56 HACKENSACK AVENUE | - | KEARNY | NJ | 07032 | 80,610.90 |
| CHRISTIANA MALL LLC | RENT | SDS-12-3026 | P.O. BOX 86 | | MINNEAPOLIS | MN | 55486-3026 | 79,602.31 |
| TB MALL AT UTC, LLC. | RENT | dba THE MALL AT UNIV TOWN CNT | P.O. BOX 674647 | | DETROIT | MI | 48267-4647 | 79,530.03 |
| NYS DTF PROMP STTAX PAYMNT | TAX | PO BOX 5300 | - | - | ALBANY | NY | 12205-0300 | 79,461.89 |
| EAST BELTLINE DEVELOPMENT II LLC | RENT | PO BOX 715165 | | | CINCINNATI | OH | 45271-5165 | 78,701.22 |
| SAGEMORE MANAGEMENT, LLC. | RENT | t/a THE PROMENADE AT SAGEMORE | 8000 SAGEMORE DRIVE | SUITE 8201 | MARLTON | NJ | 8053 | 77,797.37 |
| SANDRA MICKELSON ESIS | CLAIMS | P.O. BOX 5128 | | | SCRANTON | PA | 18505 | 77,067.86 |
| PRISA LHC, LLC. | RENT | PRLHC MERCATO RETAIL 454802 | P.O. BOX 732937 | | DALLAS | TX | 75373-2937 | 76,809.68 |
| THE TAUBMAN REALTY GROUP | RENT | LIMITED PARTNERSHIP | CITY CREEK CENTER ASSOC LLC  PO BOX 674566 | | DETROIT | MI | 48267-4566 | 76,525.29 |
| RM MEMBER LLC. | RENT | RANCHO MALL, LLC | P.O. BOX 72439 | | CLEVELAND | OH | 44192 | 76,519.42 |
| PFP COLUMBUS II, LLC. | RENT | HUNTINGTON NATIONAL BANK | L-3581 | | COLUMBUS | OH | 43260 | 76,517.70 |
| CT DOR PAYMENT BUS | TAX | 450 COLUMBUS BOULEVARD | - | - | HARTFORD | CT | 06103 | 74,341.00 |
| CCC DC LLC | RENT | PO BOX 41147 | | | ARLINGTON | VA | 22204 | 73,972.00 |
| VORH ASSOCIATES, LLC | PROFESSIONAL SERVICES | JP MORGAN CHASE DEPT#77925 | P.O. BOX 77000 | | DETROIT | MI | 48277-0925 | 72,535.74 |
| JRA HHF VENTURE, LLC. | RENT | DEPT. 781885 | P.O. BOX 78000 | | DETROIT | MI | 48278-1885 | 71,722.45 |
| CGP-CPP PLAZA FRONTENAC LL | RENT | 2497393 PLAZA FRONTENAC | P.O. BOX 86 | SDS-12-3110 | MINNEAPOLIS | MN | 55486-3110 | 71,678.34 |
| GGP LIMITED PARTNERSHIP | RENT | FASHION PLACE, LLC. | SDS-12-2780 | P.O. BOX 86 | MINNEAPOLIS | MN | 55486-2780 | 71,418.92 |
| NOTL PROPERTY OWNER LLC | RENT | LOCKBOX 005686 | PO BOX 645686 | | CINCINNATI | OH | 45264-5686 | 70,405.47 |
| RETAIL PROPERTIES OF | RENT | AMERICA, INC. | dba RPAI SOUTHWEST MGMT LLC | 15105 COLLECTIONS CENTER DRIVE | CHICAGO | IL | 60693-5105 | 70,117.42 |
| RAMCO-GERSHENSON PROPERTIE | RENT | dba DEERFIELD TOWNE CENTER | LSE ID 0000 8579 | P.O. BOX 350018 | BOSTON | MA | 02241-0518 | 70,024.49 |
| FILLMORE BUCKEYE INVESTMEN | RENT | LLC. | 777 GOODALE PARTNERS, LLC. | 7555 E PLEASANT RD #160 | INDEPENDENCE | OH | 44131 | 69,994.76 |
| TM PARTRIDGE CREEK MALL, L | RENT | 75 REMIITTANCE DRIVE | DEPT. 1311 | | CHICAGO | IL | 60654-1311 | 69,333.62 |
| THE WOODLANDS MALL ASSOCIA | RENT | SDS-12-3053 | P.O. BOX 86 | | MINNEAPOLIS | MN | 55486-3053 | 69,077.46 |
| BUCKHEAD MEAT & SEAFOOD, I | INVENTORY | DEPT 33 | PO BOX 670445 | | HOUSTON | TX | 77267-0445 | 68,672.51 |
| RETAIL PROPERTIES OF AMERI | RENT | C/O RPAI US MANAGEMENT LLC | 13068 COLLECTIONS CENTER DR | | CHICAGO | IL | 60693-0130 | 68,335.04 |
| MONARCHS SUB, LLC. | RENT | P.O. BOX 734271 | | | DALLAS | TX | 75373-4271 | 67,234.18 |
| JOSEPH DIPIETRO | MARKETING | 5404 W. 149th Place | #17 | | Hawthorne | CA | 90250 | 67,000.00 |
| DELTA DENTAL | INSURANCE | P.O. BOX 633198 | | | CINCINNATI | OH | 45263-3198 | 66,377.28 |
| AL-DEPT OF REVDIRECT | TAX | P.O. BOX 327431 | - | - | MONTGOMERY | AL | 36132 | 66,124.10 |
| LEAWOOD TCP, LLC. | RENT | c/o GLIMCHER-LEAWOOD TCP | P.O. BOX 645089 | | CINCINNATI | OH | 45264-5089 | 65,086.96 |
| ARMADA HOFFLER BLOCK 8 ASS | RENT | DIVARIS PROPERTY MANAGEMENT | 4525 MAIN ST. SUITE 900 | | VIRGINIA BEACH | VA | 23462 | 64,830.12 |
| AL ONESPOT TAX ALABAMA.GO | TAX | PO BOX 327790 | - | - | MONTGOMERY | AL | 36132-7790 | 64,664.47 |
| SPOTSYLVANIA TOWNE CENTER | RENT | PO BOX 932400 | | | CLEVELAND | OH | 44193 | 64,339.64 |
| PAYTRONIX | GIFT CARDS | 80 BRIDGE STREET | | | NEWTON | MA | 2458 | 63,292.12 |
| INLAND SEAFOOD ATLANTA | INVENTORY | ATTN: ACCOUNTS RECEIVABLE | P.O. BOX 639737 | | CINCINNATI | OH | 45263-9737 | 62,895.19 |
| YTC BUTTERFIELD OWNER LLC. | RENT | 26073 NETWORK PLACE | | | CHICAGO | IL | 60673-1260 | 61,365.54 |
| NJ WEB PMT | TAX | PO Box 999 | - | - | TRENTON | NJ | 08646-0999 | 61,335.08 |
| SOUTHGATE MALL OWNER LLC. | RENT | c/o BANK OF AMERICA | P.O. BOX 57186 | | LOS ANGELES | CA | 90074-7186 | 61,007.25 |
| RREEF CONTINENTAL MASTER T | RENT | PO BOX 209266 | | | AUSTIN | TX | 78720-9266 | 60,798.52 |
| T&T PRODUCE | INVENTORY | PO BOX 5756 | | | FORT OGLETHORPE | GA | 30742 | 60,728.66 |
| BREAKTHRU BEVERA | INVENTORY | 3333 SOUTH LARAMIE AVENUE | | | CICERO | IL | 60804 | 59,941.88 |
| AMERICAN REALTY CAPITAL RE | RENT | OPERATING PARTNERSHIP LP | ARC SWWCHOH001, LLC | P.O. BOX 847350 | DALLAS | TX | 75284-7350 | 59,879.44 |
| CBL-T-C LLC. | RENT | WEST COUNTY MALL CMBS LLC | P.O. BOX 746395 | | ATLANTA | GA | 30374-6395 | 58,775.34 |
| PSE&G CO | UTILITY | P O BOX 14444 | | | NEW BRUNSWICK | NJ | 08906-4444 | 58,454.17 |
| PALT CRANBERRY | RENT | 5812 DARLINGTON RD | | | PITTSBURGH | PA | 15217 | 57,992.16 |
| TN STATE REVENUETN TAP | TAX | 500 DEADRICK STREET | - | - | NASHVILLE | TN | 37242 | 57,822.00 |
| CITYPLACE RETAIL, LLC. | RENT | P.O. BOX 865751 | | | ORLANDO | FL | 32886 | 57,637.80 |
| LAFAYETTE PARTNERS | RENT | 5812 DARLINGTON RD | | | PITTSBURGH | PA | 15217 | 56,427.84 |
| DEPT OF REVENUE KY TAXPMNT | TAX | N/A | - | - | FRANKFORT | KY | 40619 | 55,707.46 |
| BRINK'S INCORPORATED | BANKING SERVICES | 7373 SOLUTIONS CENTER | | | CHICAGO | IL | 60677-7003 | 55,390.40 |
| INSTITUTIONAL MALL INVESTO | RENT | dba IMI HUNTSVILLE LLC. | HUNTSVILLE LIFESTYLE | P.O. BOX 742117 | ATLANTA | GA | 30374-2117 | 55,329.87 |
| ACE USA | INSURANCE | DEPT CH 10123 | | | PALATINE | IL | 60055-0123 | 55,227.00 |
| AZ DEPT OF REV | TAX | 1600 W. MONROE | - | - | PHOENIX | AZ | 85007 | 54,939.46 |

| Name | Type | Address | | | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| PREMIER BEVERAGE | INVENTORY | 3701 LACON ROAD | - | - | HILLIARD | OH | 43026 | 54,116.21 |
| THE IRVINE COMPANY | RENT | 621031 RETAIL MARKETING | P.O. BOX 844611 | | LOS ANGELES | CA | 90084-4611 | 53,342.83 |
| MAJESTIC MEAT | INVENTORY | 70 WEST BOWERS WAY | | | SALT LAKE CITY | UT | 84115 | 53,310.89 |
| ABQ UPTOWN LLC | RENT | 7065 SOLUTION CENTER | | | CHICAGO | IL | 60677-7000 | 53,059.64 |
| M&J - BIG WATERFRONT TOWN | RENT | CENTER I LLC | LOCKBOX 778531 | 8531 SOLUTION CENTER | CHICAGO | IL | 60677-8005 | 52,933.23 |
| AMA (HARBOURSIDE) | RENT | 107 NORTH COASTAL WAY | - | - | JUPITER | FL | 33477 | 52,354.04 |
| DUKE ENERGY | UTILITY | P.O. BOX 1003 | | | CHARLOTTE | NC | 28201-1003 | 51,152.09 |
| ANTHEM BLUE | INSURANCE | PO BOX 645438 | - | - | CINCINNATI | OH | 45264-5438 | 50,937.73 |
| ALLEGIS GROUP HOLDINGS, IN | TEMP SERVICES | 3689 COLLECTION CTR. DRIVE | | | CHICAGO | IL | 60693 | 50,024.43 |
| HILCO REAL ESTATE, LLC | PROFESSIONAL SERVICES | 5 REVERE DRIVE | SUITE 320 | | NORTHBROOK | IL | 60062 | 50,000.00 |
| WILLIS TOWERS WATSON MIDWE | PROFESSIONAL SERVICES | 29727 NETWORK PLACE | | | CHICAGO | IL | 606731297 | 49,250.00 |
| OHIO TREASURER OF STATE | TAX | 180 E. BROAD STREET | | | COLUMBUS | OH | 43215 | 48,108.86 |
| CBL PROPERTIES | RENT | PO BOX 5598 | - | - | CAROL STREAM | IL | 60197-5598 | 47,090.60 |
| ROYAL CUP INC | INVENTORY | PO BOX 841000 | | | DALLAS | TX | 75284-1000 | 46,716.15 |
| ROOKWOOD EXCHANGE OPERATING | RENT | 3825 EDWARDS RD. | SUITE 200 | | CINCINNATI | OH | 45209 | 46,226.54 |
| TWC SERVICES, INC. | R&M | 150 MARITIME DRIVE | | | SANFORD | FL | 32771-6320 | 45,054.11 |
| WALT WHITMAN MALL, LLC. | RENT | P.O. BOX 776405 | | | CHICAGO | IL | 60677-6405 | 44,527.13 |
| SCHOOLCRAFT COMMONS UNIT3 | RENT | C/O ETKIN MANAGEMENT, LLC | 150 W. 2ND STREET | SUITE 200 | ROYAL OAK | MI | 48067 | 43,657.00 |
| TECO PEOPLE'S GAS | RENT | 600 W ROBINSON STREET | ATTN: BOB GODEK | | ORLANDO | FL | 32801 | 43,561.38 |
| BUCKHEAD BEEF COMPANY | INVENTORY | 220 RARITAN CENTER PKWY | | | EDISON | NJ | 8837 | 43,538.29 |
| BELDEN MALL, LLC. | RENT | LOCKBOX #5147 | P.O. BOX 8500 | | PHILADELPHIA | PA | 19178-5147 | 43,292.32 |
| HUNT PRIOR MONTH'S SERVICE CHARGES | BANK CHARGES | 17 SOUTH HIGH STREET | - | - | COLUMBUS | OH | 43216 | 42,311.44 |
| IL DEPT OF REVENUE | TAX | PO BOX 19013 | - | - | SPRINGFIELD | IL | 62794-9013 | 41,729.00 |
| GREAT LAKES WINE | INVENTORY | 373 VICTOR AVENUE | - | - | HIGHLAND PARK | MI | 48203 | 41,452.66 |
| APRIMO US LCC | ADVERTISING | 230 WEST MONROE SUITE 1200 | | | CHICAGO | IL | 60606 | 41,000.00 |
| VARICEPAY | TAX | PO BOX 1115 | - | - | RICHMOND | VA | 23218-1115 | 40,653.02 |
| BPC HENDERSON LLC. | RENT | P.O. BOX 72006 | | | CLEVELAND | OH | 44192-0006 | 40,413.34 |
| TAX_REV_CRS_ECKSTRD PMNT | TAX | PO BOX 8485 | - | - | ALBUQUERQUE | NM | 87198-8485 | 40,263.25 |
| CONSUMERS ENERGY | UTILITY | P O BOX 740309 | | | CINCINNATI | OH | 45274-0309 | 40,196.60 |
| KANSAS CITY POWER & LIGHT | UTILITY | PO BOX 219330 | | | KANSAS CITY | MO | 64121-9330 | 40,132.74 |
| KSDEPTOFREVENUE TAXDRAFTS | TAX | PO Box 3506 | | | TOPEKA | KS | 66625-3506 | 39,771.98 |
| AMERIPRIDE LINEN AND APPAR | INVENTORY | 4593 WINTERS CHAPEL ROAD | | | ATLANTA | GA | 30360 | 39,717.61 |
| THE FALLS SHOPPING CENTER | RENT | ASSOCIATES, LLC. | P.O. BOX 404566 | | ATLANTA | GA | 30384-4566 | 39,106.66 |
| FINTECH | INVENTORY MANAGEMENT | 3109 W. DR. MARTIN. LUTHER KING JR. BLVD | SUITE 200 | - | TAMPA | FL | 33607 | 39,077.42 |
| MAURER'S TEXTILE RENTAL | INVENTORY | SERVICE INC | PO BOX 515 | | DEWITT | MI | 48820 | 38,979.97 |
| TM STONY POINT PARK, L.P. | RENT | P.O. BOX 75519 | ATTN: ACCOUNTS RECEIVABLE | | BALTIMORE | MD | 21275-5519 | 38,000.72 |
| IA DEPT OF REV IA REV | TAX | 1305 E WALNUT STREET, 4TH FLOOR | - | - | DES MOINES | IA | 50319 | 37,841.00 |
| QUAKER ASSOCIATES, LLC. | RENT | dba QUAKER BRIDGE MALL | P.O. BOX 829443 | | PHILADELPHIA | PA | 19182-9443 | 37,811.99 |
| DAY & NIGHT ALL SERVICE LL | R&M | P.O. BOX 310 | | | NEW HYDE PARK | NY | 11040 | 37,811.03 |
| FUELHOUSE, LLC. | INVENTORY | 11 E. 6TH AVE. | SUITE 201 | | COLUMBUS | OH | 43201 | 37,782.50 |
| ROBERT MCAFEE | CLAIMS | P.O. BOX 5128 | - | - | SCRANTON | PA | 18505 | 37,500.00 |
| ALLIED BEVERAGE | INVENTORY | 700 KAPKOWSKI ROAD | | | ELIZABETH | NJ | 07201 | 37,358.02 |
| SEAFOOD SUPPLY CO | INVENTORY | 1500 E GRIFFIN | | | DALLAS | TX | 75215 | 37,186.92 |
| VORYS SATER SEYMOUR &PEASE | PROFESSIONAL SERVICES | POST OFFICE BOX 373487 | | | CLEVELAND | OH | 44193 | 37,166.53 |
| LEGACYVILLAGEINVESTORS | RENT | PO BOX 635159 | | | CINCINNATI | OH | 45263-5159 | 36,814.55 |
| STAPLES ADVANTAGE | OFFICE SUPPLIES | P.O. BOX 70242 | | | PHILADELPHIA | PA | 19176-0242 | 36,495.13 |
| HUNT MERCH SVCS CHARGEBACK | BANK CHARGES | 17 SOUTH HIGH STREET | - | - | COLUMBUS | OH | 43216 | 35,778.91 |
| DAYTON MALL VENTURE LLC | RENT | 2700 MIAMISBURG-CENTERVILLE RD | | | DAYTON | OH | 45459 | 35,611.46 |
| SPIRE | UTILITY | DRAWER 2 | | | ST. LOUIS | MO | 63171 | 35,161.35 |
| OLO - HELP@OLO.CPURCHASE | WEB | 26 BROADWAY, 24TH FLOOR | | | NEW YORK | NY | 10004 | 34,818.50 |
| AR DFA REVENUE PAYMENT | TAX | PO BOX 1272 | - | - | LITTLE ROCK | AR | 72203-1272 | 34,703.00 |
| COLONIAL/WEBB CONTRACTORS | R&M | 2820 ACKLEY AVE | | | RICHMOND | VA | 23228 | 34,347.18 |
| HOT SCHEDULES | BACK OFFICE SUPPORT - IT | P.O. BOX 848472 | | | DALLAS | TX | 75284-8472 | 33,915.51 |
| SAMMY'S SEAFOOD | INVENTORY | 2875 46TH AVE N | | | ST. PETERSBURG | FL | 33714 | 33,653.15 |
| JOHNSON BROTHERS | INVENTORY | 4701 MITCHELL STREET | - | - | NORTH LAS VEGAS | NV | 89081 | 33,593.68 |
| PROPANE PEOPLE | UTILITY | 2544 SW 36TH LANE | | | CAPE CORAL | FL | 33914 | 33,418.96 |
| TAX PAYMENTS OK TAX | TAX | 2501 N LINCOLN BLVD | - | - | OKLAHOMA | OK | 73194 | 32,889.18 |
| COLORADO DEPARTMENT OF REVENUE | TAX | N/A | - | - | DENVER | CO | 80261-0004 | 32,470.96 |
| ECOLAB PEST ELIM DIVISION | MAINTENANCE | 26252 NETWORK PLACE | | | CHICAGO | IL | 60673-1262 | 32,464.27 |
| CHAGRIN RETAIL LLC | RENT | 629 EUCLID AVENUE | SUITE 1300 | - | CLEVELAND | OH | 44114 | 32,342.50 |
| NELBUD SERVICES GROUP, INC | R&M | 51 KOWEBA LANE | | | INDIANAPOLIS | IN | 46201 | 31,806.32 |
| SULLIVAN COMPANY | INVENTORY | 130 GRAPHIC WAY | | | WESTERVILLE | OH | 43081 | 31,587.93 |
| LENNOX TOWN CENTER LTD. | RENT | DEPT. 324956 20805 2408 | P.O. BOX 83400 | | CHICAGO | IL | 60691-3400 | 31,529.20 |
| MLCC | INVENTORY | P.O. BOX 1602 | - | - | INDIANAPOLIS | IN | 46206 | 30,833.07 |
| FEDERAL HEATH SIGN COMPANY | R&M | DEPARTMENT #41283 | P.O. BOX 650823 | | DALLAS | TX | 75265 | 30,631.27 |
| GOODY GOODY LIQU | INVENTORY | 10370 LOUGHY DRIVE | - | - | DALLAS | TX | 75220 | 30,319.66 |
| SNYDER BROTHERS INC. | INVENTORY | ONE GLADE PARK EAST | P.O. BOX 1022 | | KITTANNING | PA | 16201 | 29,977.22 |
| EQUIFAX WORKFORCE SOLUTION | HR | 4076 PAYSPHERE CIRCLE | | | CHICAGO | IL | 60674 | 29,944.51 |
| WINTER PARK TOWNE CENTER L | RENT | PO BOX 73847 | | | CLEVELAND | OH | 44193 | 29,801.38 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MARCUS WADE SIMS | R&M | 5816 MAURIE DRIVE | | | WATAUGA | TX | 76148 | 29,500.00 |
| JEFFERSON COUNTY | TAX | PO BOX 70300 | | | LOUISVILLE | KY | 40270-0300 | 29,438.10 |
| PROFISH LTD | INVENTORY | 1900 FENWICK ST NE | | | WASHINGTON | DC | 20002 | 29,046.81 |
| DEL AMO FASHION CENTER | RENT | OPERATING COMPANY, LLC. | P.O. BOX 409657 | | ATLANTA | GA | 30384-9657 | 28,913.21 |
| WILLIE ITULE PRODUCE. INC. | INVENTORY | 301 N 45TH AVE | | | PHOENIX | AZ | 85043 | 28,853.81 |
| THE ILLUMINATING COMPANY | UTILITY | PO BOX 3687 | | | AKRON | OH | 44309-3687 | 28,177.37 |
| FLORIDA PUBLIC UTILITIES | UTILITY | P.O. BOX 1237 | | | SALISBURY | MD | 21802 | 28,123.29 |
| WASTE MANAGEMENT | TRASH | 3411 NORTH 40TH ST | | | TAMPA | FL | 33605 | 27,954.59 |
| GREAT WASH PARK, LLC | RENT | PO BOX 96146 | | | LAS VEGAS | NV | 89193-6146 | 27,676.67 |
| BDO USA, LLP. | PROFESSIONAL SERVICES | AP DEPARTMENT | P.O. BOX 642743 | | PITTSBURGH | PA | 15264-2743 | 27,568.00 |
| SPARTAN HOLDINGS LLC | RENT | C/O OLIVER SMITH REALTY CO | 7216 WELLINGTON DR SUITE 1 | | KNOXVILLE | TN | 37919 | 27,500.00 |
| BROWARD MALL, LLC. | RENT | P.O. BOX 51066 | ACCT#833093 | | LOS ANGELES | CA | 90074-1066 | 27,478.44 |
| ALLEGHENY COUNTYACH | TAX | PO BOX 643385 | - | - | PITTSBURGH | PA | 15264-3385 | 27,388.91 |
| COMP OF MARYLANDDIR DB | TAX | 110 CARROLL STREET | | | ANNAPOLIS | MD | 21411 | 27,074.02 |
| STEVEN C. COE | PROFESSIONAL SERVICES | 26612 GOLDENROD PL | | | CALABSAS | CA | 91302 | 26,981.94 |
| CREATIVE FINANCIAL STAFFIN | TEMP SERVICE | P.O. BOX 95111 | | | CHICAGO | IL | 60694-5111 | 26,763.65 |
| YOUNG'S MARKET C | INVENTORY | 500 SOUTH CENTRAL AVENUE | - | - | LOS ANGELES | CA | 90013 | 26,550.73 |
| PACIFIC SEAFOOD ARIZONA | INVENTORY | C/O PACIFIC SEAFOOD CO. | P.O. BOX 842757 | | BOSTON | MA | 02284-2757 | 26,450.58 |
| DTE ENERGY | UTILITY | PO BOX 740786 | | | CINCINNATI | OH | 45274-0786 | 26,203.03 |
| RELIANT ENERGY | UTILITY | DEPT. 0954 | P.O. BOX 120954 | | DALLAS | TX | 75312-0954 | 25,661.93 |
| LEHIGH VALLEY MALL, LLC. | RENT | P.O. BOX 829446 | | | PHILADELPHIA | PA | 19182-9446 | 25,562.84 |
| NEB DEPT REVENUENBF BUS | TAX | PO Box 94818 | - | - | LINCOLN | NE | 68509-4818 | 25,410.36 |
| MUZAK NATIONAL | MUSIC | 3318 LAKEMONT BLVD. | | | FORT MILL | SC | 29708 | 25,364.95 |
| KATSIROUBAS BROS. PRODUCE | INVENTORY | PO BOX 220 | | | READVILLE | MA | 2137 | 25,157.83 |
| WATERMEN ENTERPRISES, LLC. | JANITORIAL | P.O. BOX 794671 | | | DALLAS | TX | 75379 | 24,695.36 |
| FABULOUS FISH | INVENTORY | 13560 NW INDUSTRIAL DRIVE | | | BRIDGETON | MO | 63044 | 24,671.18 |
| CITY OF LIVONIA | TAX | 33000 CIVIC CENTER DR | | | LIVONIA | MI | 48154-3060 | 24,649.71 |
| EMPIRE DISTRIBUT | INVENTORY | 1541 Mt. TABOR ROAD | - | - | MARYVILLE | TN | 37801 | 24,352.24 |
| HOLLAND & KNIGHT | PROFESSIONAL SERVICES | P.O. BOX 864084 | - | - | ORLANDO | FL | 32886 | 24,235.00 |
| MALL AT SUMMIT LLC | RENT | P.O. BOX 644271 | | | PITTSBURGH | PA | 15264-4271 | 24,175.73 |
| KETER ENVIRONMENTAL SVC. I | TRASH | P.O. BOX 417468 | | | BOSTON | MA | 02241-7468 | 24,170.56 |
| ALUM CREEK CARRY | INVENTORY | 4275 ALUM CREEK DRIVE | - | - | OBETZ | OH | 43207 | 24,104.03 |
| PAMELA M. SMITH, R.D.N. | PROFESSIONAL SERVICES | P.O. BOX 541009 | | | ORLANDO | FL | 32854-109 | 24,000.00 |
| VIRGINIA BEACH TREASURER | TAX | MUNICIPAL CENTER BLDG 1 | 2401 COURTHOUSE DR | | VIRGINIA BEACH | VA | 23456-9018 | 23,924.85 |
| AIRECOM | R&M | 6171 HUNTLEY ROAD | SUITE E | | COLUMBUS | OH | 43229 | 23,811.45 |
| WI DEPT REVENUE TAXPAYMNT | TAX | PO BOX 8949 | - | | MADISON | WI | 53708-8949 | 23,618.15 |
| WESTERN COMMERCIAL SVCS LL | R&M | 2311 SOUTH INDUSTRIAL ROAD | | | LAS VEGAS | NV | 89102 | 23,610.80 |
| TRUSTWAVE | BACK OFFICE SUPPORT - IT | 75 REMITTANCE DRIVE | SUITE 6000 | | CHICAGO | IL | 60675-6000 | 23,260.66 |
| PEPSI-COLA COMPANY | INVENTORY | 75 REMIITANCE DRIVE | | | CHICAGO | IL | 60675-1884 | 23,196.50 |
| BRESCOME BARTON | INVENTORY | 69 DEFCO PARK ROAD | - | - | NORTH HAVEN | CT | 06473 | 23,134.17 |
| SYMMETRY FINANCIAL CONSULT | PROFESSIONAL SERVICES | 410 SHIMMERING WATER LANE | | | SALEM | SC | 29676 | 22,800.00 |
| SAM RUST SEAFOOD INC | INVENTORY | 620 REGIONAL DR | PO BOX 9760 | | HAMPTON | VA | 23670 | 22,727.75 |
| LITTLE ROCK DEVELOPMENT | RENT | COMPANY LLC. | PROMENADE AT CHENAL | P.O. BOX 95603 | LAS VEGAS | NV | 89193-5603 | 22,556.28 |
| EL GENERAL CLEANING SERVIC | JANITORIAL | 4991 RIALTO ROAD | | | WEST CHESTER | OH | 45069 | 22,463.00 |
| HUNTSVILLE UTILITIES | UTILITIES | 120 SPRAGENS ST. | | | HUNTSVILLE | AL | 35801 | 22,433.26 |
| COLUMBIA GAS | UTILITY | PO BOX 4629 | | | Carol Stream | IL | 60197-4629 | 22,358.44 |
| SOUTHERN WINE & SPIRITS OF | INVENTORY | 615 LAMBSON LANE | | | NEW CASTLE | DE | 19720 | 22,263.42 |
| PREPAID TECHNOLOGIES | BACK OFFICE SUPPORT - IT | 8 OFFICE PARK CIRCLE | SUITE 215 | | MOUNTAIN BRK | AL | 35223 | 22,000.00 |
| SOUTHWEST GAS CORPORATION | UTILITY | PO BOX 98890 | | | LAS VEGAS | NV | 89193-8890 | 21,944.74 |
| CLEANCARE | JANITORIAL | 51ST & A.V.R.R. | | | PITTSBURGH | PA | 15201 | 21,940.07 |
| EVERSOURCE | UTILITY | P.O. BOX 56004 | | | BOSTON | MA | 2205 | 21,610.76 |
| GATHER TECHNOLOGIES, INC. | BACK OFFICE SUPPORT - IT | 715 Peachtree Street NE | Suite 800 | | ATLANTA | GA | 30308 | 21,600.00 |
| THE CHEFS WAREHOUSE | SUPPLIES | 26576 NETWORK PLACE | | | CHICAGO | IL | 60673-1265 | 21,304.58 |
| TOTAL LINEN CARE | INVENTORY | 23 ACADEMY STREET | | | WILLIAMSTOWN | NJ | 8094 | 21,088.53 |
| KUB KNOXVILLE UTILITIES BO | UTILITY | P.O. BOX 59029 | | | KNOXVILLE | TN | 37950 | 21,031.00 |
| MANSFIELD POWER AND GAS. L | UTILITY | RECEIVABLES ACCOUNT | P.O. BOX 733714 | | DALLAS | TX | 75373-3714 | 20,986.42 |
| WHALEY FOODSERVICE, LLC. | INVENTORY | P.O. BOX 615 | | | LEXINGTON | SC | 29071 | 20,882.65 |
| FRANKLIN COUNTY TREASURER | TAX | 373 SOUTH HIGH ST | 17TH FLOOR | | COLUMBS | OH | 43215-6306 | 20,839.81 |
| DUQUESNE LIGHT COMPANY | UTILITY | PAYMENT PROCESSING CENTER | PO BOX 10 | | PITTSBURGH | PA | 15230-0010 | 20,785.57 |
| ABC BEVERAGE | INVENTORY | 115 NORTH CEDAR | | | GREENSBORO | NC | 27401 | 20,777.57 |
| ST OF UTAH ABC CONS COLL | TAX | 210 N 1950 W | - | - | SALT LAKE CITY | UT | 84134 | 20,769.94 |
| FIVE STAR VALET | MISC. | 1415 PANTHER LANE | UNIT 110 | | NAPLES | FL | 34109 | 20,468.00 |
| Robert Mcafee | CLAIMS | P.O. BOX 5128 | | | SCRANTON | PA | 18505 | 20,264.66 |
| ENTERGY | UTILITY | P.O. BOX 8101 | | | BATON ROUGE | LA | 70891-8101 | 20,234.69 |
| NEVADA DEPT OF TAXATION | TAX | 1550 COLLEGE PARKWAY | SUITE 115 | | CARSON CITY | NV | 89706-7937 | 19,953.77 |
| NV ENERGY | UTILITY | PO BOX 30086 | | | RENO | NV | 89520-3086 | 19,796.42 |
| BLACKHAWK NETWORK, INC. | GIFT CARDS | WELLS FARGO BANK | P.O. BOX 932859 | | ATLANTA | GA | 31193 | 19,699.80 |
| LUKAS LIQUOR SUP | INVENTORY | 12100 BLUE VALLEY PARKWAY | - | - | OVERLAND PARK | KS | 66213 | 19,627.46 |
| ALSCO | SUPPLIES | 1340 E. BERRY ST | | | FORT WORTH | TX | 76119 | 19,458.26 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALSCO | SUPPLIES | 1415 NW 21ST TERRACE | | | MIAMI | FL | 33142 | 19,318.30 |
| CENTERPOINT ENERGY | UTILITY | 23968 NETWORK PLACE | | | CHICAGO | IL | 60673-1239 | 19,125.79 |
| APEX SYSTEMS, LLC | PROFESSIONAL SERVICES | 3750 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693 | 18,978.00 |
| WILLOW LAKE SHOPPING CENTE | RENT | USRP WILLOW EAST LLC | 3055 SOLUTIONS CENTER | | CHICAGO | IL | 60677-3000 | 18,857.11 |
| CONNECTICUT SHELLFISH CO. | INVENTORY | 26 EAST INDUSTRIAL RD. | | | BRANFORD | CT | 6405 | 18,818.06 |
| TOWN CENTER INC | RENT | PO BOX 2273 | | | BRIGHTON | MI | 48116 | 18,646.14 |
| SoCalGas | UTILITY | P.O. BOX C | | | MONTEREY PARK | CA | 91756-5111 | 18,536.44 |
| STATE OF LOUISIAEPOSPYMNTS | TAX | PO BOX 5199 | | | BATON ROUGE | LA | 70821-5199 | 18,503.00 |
| UDABC | INVENTORY | 1625 SOUTH 900 WEST | P.O. BOX 30408 | | SALT LAKE CITY | UT | 84130-0408 | 18,476.70 |
| NEVADA LINEN SUPPLY | INVENTORY | 3960 W. MESA VISTA AVENUE | | | LAS VEGAS | NV | 89118 | 18,294.89 |
| XCEL ENERGY | UTILITY | 1123 W 3RD AVE | ATTN: PHIL RYMAN | | DENVER | CO | 80223 | 18,276.04 |
| JD MASTERS | R&M | 8817 78TH AVENUE | - | - | GLENDALE | NY | 11385 | 18,234.00 |
| ALL STATES RENTALS INC | UTILITY | C/O PROCESSING CENTER | PO BOX 900 | | NORTH SCITUATE | RI | 2857 | 18,146.68 |
| SEATTLE FISH CO INTL | INVENTORY | 4300 N. MATTOX RD. | | | RIVERSIDE | MO | 64150 | 17,947.23 |
| WE ENERGIES | UTILITY | PO BOX 90001 | | | MILWAUKEE | WI | 53290-001 | 17,843.64 |
| CITY OF K.C.MO. | TAX | PO BOX 842875 | - | - | KANSAS CITY | MO | 64184-2875 | 17,820.97 |
| VINTAGE WINE DIS | INVENTORY | 6555 DAVIS PARKWAY | - | - | SOLON | OH | 44139 | 17,674.98 |
| RESTAURANT HR GRSALE | PROFESSIONAL SERVICES | 1900 E GOLF ROAD | SUITE 950 | | SCHAUMBURG | IL | 60173 | 17,000.00 |
| GET FRESH PRODUCE | INVENTORY | 1441 BREWSTER CREEK BLVD | | | BARTLETT | IL | 60103 | 16,977.93 |
| CITY OF RICHMOND | TAX | 550 E  MARSHALL ST SUITE 202 | FIRE PREVENTION DIVISION | | RICHMOND | VA | 23219 | 16,876.59 |
| ORLANDO UTILITIES COMMISSI | UTILITY | P.O. BOX 31329 | | | TAMPA | FL | 33631-3329 | 16,788.04 |
| LG&E | UTILITY | PO BOX 9001960 | | | LOUISVILLE | KY | 40290-1960 | 16,781.53 |
| IN SALES/USE TAX | TAX | PO BOX 7207 | - | - | INDIANAPOLIS | IN | 46207 | 16,676.82 |
| ALSCO | SUPPLIES | P.O. BOX 25068 | | | ANAHEIM | CA | 92825-5068 | 16,457.01 |
| RADER, DAVID | PROFESSIONAL SERVICES | 949 CAROWAY BLVD | | | COLUMBUS | OH | 43230 | 16,350.00 |
| REPUBLIC SERVICES OF NJ LL | UTILITY | P O BOX 9001099 | | | LOUISVILLE | KY | 40290-1765 | 16,211.28 |
| LINCOLN CORNER | RENT | 555 WEST NEWTON STREET | | | GREENSBURG | PA | 15601 | 16,139.58 |
| SUPREME LOBSTER & SEAFOOD | INVENTORY | 220 E. NORTH AVENUE | | | VILLA PARK | IL | 60181-1221 | 16,136.79 |
| THE HAPPY CHEF, INC. | UNIFORM | 22 PARK PLACE | | | BUTLER | NJ | 7405 | 16,135.65 |
| DIRECTOR OF FINANCE | TAX | 100 N. CALVERT ST. | ROOM 628 | | BALTIMORE | MD | 21202 | 16,041.09 |
| LAYT, STEVE | EMPLOYEE | 420 S. Orange Avenue | SUITE 900 | | ORLANDO | FL | 32801 | 16,009.82 |
| CIT BANK, N.A. d.b.a. COMD | COPIER/PRINTER | 21146 NETWORK PLACE | | | CHICAGO | IL | 60673-1211 | 15,977.18 |
| NATIONAL GRID | UTILITY | P.O. BOX 11735 | | | NEWARK | NJ | 07101-4735 | 15,642.55 |
| AMERICAN RESTAURANT SERVIC | MAINTENANCE | 35246 US HWY 19 NORTH | UNIT 268 | | PALM HARBOR | FL | 34864 | 15,412.83 |
| BGE | UTILITY | PO BOX 13070 | | | PHILADELPHIA | PA | 19101-3070 | 15,352.21 |
| AMERICAN ELECTRIC POWER | UTILITY | 850 TECH CENTER DR | | | GAHANNA | OH | 43230 | 15,262.38 |
| OPTIMUM CARD SOLUTIONS LLC | GIFT CARDS | 855 S FIENE DRIVE | | | ADDISON | IL | 60101 | 15,223.47 |
| CADILLAC COFFEE CO | INVENTORY | P.O. BOX 932249 | | | CLEVELAND | OH | 44193 | 15,044.11 |
| MAJOR BRANDS - S | INVENTORY | 6701 SOUTHWEST AVENUE | - | - | ST. LOUIS | MO | 63143 | 14,999.33 |
| HUNT MERCH SVCS DISCOUNT | BANK CHARGES | 17 SOUTH HIGH STREET | | | COLUMBUS | OH | 43215 | 14,798.87 |
| MIAMI-DADE COUNTY TAX | TAX | 11805 S.W. 26 ST. | STE. 106 | | MIAMI | FL | 33175 | 14,703.18 |
| MAJOR BRANDS - K | INVENTORY | 550 EAST 13TH AVENUE | - | - | NORTH KANSAS CITY | MO | 64116 | 14,703.16 |
| PALM BEACH CO TAX COLLECTO | TAX | PO BOX 3353 | | | WEST PALM BEACH | FL | 33402-335 | 14,701.11 |
| TAX COLLECTOR | TAX | BARBARA FORD-COATES | 101 S. WASHINGTON BLVD. | | SARASOTA | FL | 34236-6993 | 14,514.12 |
| DOUGLAS COUNTY TREASURER | TAX | P.O. BOX 2855 | | | OMAHA | NE | 68103-2855 | 14,393.27 |
| FOG RIVER, LLC. | INVENTORY | 1360 SOUTH REDWOOD ROAD | | | SALT LAKE CITY | UT | 84104 | 14,374.06 |
| ATMOS ENERGY | UTILITY | #790311 | 1005 CONVENTION PLAZA | | ST. LOUIS | MO | 63101-1229 | 14,178.89 |
| COLUMBUS CITY TREASURER | TAX | CITY INCOME TAX DIVISION | 50 W  GAY ST  4TH FL | | COLUMBUS | OH | 43215 | 14,150.18 |
| SPEC'S FAMILY PA | INVENTORY | 2410 SMITH STREET | | | HOUSTON | TX | 77006 | 14,007.30 |
| KNOX COUNTY TRUSTEE | TAX | PO BOX 70 | | | KNOXVILLE | TN | 37901-0070 | 14,000.00 |
| GULF COAST PRODUCE DIST. I | INVENTORY | 194 BOHN STREET | | | BILOXI | MS | 39530 | 13,776.27 |
| RETURNED DEPOSIT ITEM | BANK CHARGES | 17 SOUTH HIGH STREET | - | - | COLUMBUS | OH | 43215 | 13,689.60 |
| TREASURER, SPOTSYLVANIA CO | TAX | BUSINESS LICENSE DIVISION | PO BOX 175 | | SPOTSYLVANIA | VA | 22553-0175 | 13,681.64 |
| TIPTON LINEN SERVICE | INVENTORY | 1415 INDEPENDENCE | | | CAPE  GIRARDEAU | MO | 63703 | 13,556.21 |
| BUCKHEAD MEAT OF DENVER IN | INVENTORY | DEPT 23 | P.O. BOX 670445 | | HOUSTON | TX | 77267-0445 | 13,518.45 |
| PINNACLE COMMERCIAL SVC, L | RENT | 1621 CARANDIS ROAD | | | WEST PALM BEACH | FL | 33406 | 13,375.00 |
| BROWARD COUNTY TAX COLLECT | TAX | 115 S. ANDREWS AVENUE | #A100 | | FT. LAUDERDALE | FL | 33301-1895 | 13,274.16 |
| ALSCO | SUPPLIES | 1101 TOUCHSTONE RD. | | | COLONIAL HEIGHTS | VA | 23834 | 13,191.15 |
| THE VILLAGE OF LOMBARD | RENT | 255 E WILSON AVE | | | LOMBARD | IL | 60148 | 13,170.15 |
| CAREERBUILDER, LLC. | PROFESSIONAL SERVICES | 13047 COLLECTIONS CENTER DRIVE | | | CHICAGO | IL | 60693-0130 | 13,071.11 |
| DUKE ENERGY PROGRESS | UTILITY | PO BOX 1003 | | | CHARLOTTE | NC | 28201-1003 | 13,037.03 |
| DOMINION VIRGINIA POWER | UTILITY | PO BOX 26543 | | | RICHMOND | VA | 23290 | 12,822.30 |
| DENVERGOV.ORG SALES TAX | TAX | 201 W. COLFAX AVENUE | | | DENVER | CO | 80202 | 12,776.00 |
| CONNECTICUT DIST | INVENTORY | 333 LORDSHIP BLVD | - | - | Stratford | CT | 06615 | 12,519.78 |
| RCC ASSOCIATES INC | R&M | 255 JIM MORAN BLVD | | | DEERFIELD BEACH | FL | 33442 | 12,512.86 |
| RESTAURANT PARTNERS PROCUR | PROFESSIONAL SERVICES | 3501 EAST LIVINGSTON STREET | SUITE 201 | | ORLANDO | FL | 32803 | 12,500.00 |
| SCHAGRIN GAS | UTILITY | P.O. BOX 427 | | | MIDDLETOWN | DE | 19709-0427 | 12,427.58 |
| ALABAMA CROWN | TAX | 1330 CORPORATE WOODS DRIVE | - | - | ALABASTER | AL | 35007 | 12,416.70 |
| LINKEDIN CORPORATION | RECRUITING | 62228 COLLECTIONS CENTER DR | | | CHICAGO | IL | 60693-0622 | 12,385.19 |

| Company | Category | Address | Address 2 | Address 3 | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| INTIME SOLUTIONS | INVENTORY | 8212 PRINCETON GLENDALE ROAD | - | - | WEST CHESTER | OH | 45069 | 12,328.13 |
| FAT FREE, INC. | MAINTENANCE | P.O. BOX 25601 | | | TAMPA | FL | 33622-5601 | 12,308.60 |
| GODWIN TUCKER | R&M | PO BOX 3285 | | | DES MOINES | IA | 50316-0285 | 12,284.65 |
| LINCOLN CORNER, INC. | RENT | 555 WEST NEWTON STREET | - | - | GREENSBURG | PA | 15601 | 12,203.08 |
| PIEDMONT NATURAL GAS | UTILITY | PO BOX 1246 | | | CHARLOTTE | NC | 28201-1246 | 11,978.41 |
| LANSING BOARD OF WATER & L | UTILITY | PO BOX 13007 | | | LANSING | MI | 48901-3007 | 11,941.89 |
| MISSION LINEN SUPPLY | INVENTORY | 2652 S. 16TH ST. #A | | | PHOENIX | AZ | 85034 | 11,554.88 |
| CITY OF PEMBROKE PINES | TAX | PO BOX 269005 | | | PEMBROKE PINES | FL | 33026 | 11,502.67 |
| EXECUTIVE MAINTENANCE SYST | JANITORIAL | 6819 POLONIA ROAD | | | CLEVELAND | OH | 44105 | 11,469.60 |
| EQUINITI TRUST COMPANY | RESTRUCTURING | P.O. BOX 856686 | | | MINNEAPOLIS | MN | 55485-0686 | 11,457.83 |
| DAYTON POWER & LIGHT | UTILITY | P.O. BOX 2631 | | | DAYTON | OH | 45401-2631 | 11,366.87 |
| DISCOVERY BENEFITS | EMPLOYEE BENEFITS | 4321 20TH AVENUE | - | - | FARGO | ND | 58103 | 11,347.32 |
| SOUTHERN CALIFORNIA EDISON | UTILITY | P.O. BOX 300 | | | ROSEMEAD | CA | 91772-0001 | 11,180.09 |
| DOMINION EAST OHIO | UTILITY | PO BOX 26785 | | | RICHMOND | VA | 23261-6785 | 11,175.47 |
| SOUTH JERSEY GAS | UTILITY | PO BOX 6091 | | | BELLMAWR | NJ | 08099-6091 | 11,116.76 |
| JEFFERSON PARISHSALES TAX | TAX | 1233 WESTBANK EXPRESSWAY | - | - | HARVEY | LA | 70058 | 11,091.84 |
| WAKE ABC | INVENTORY | 1212 WICKER DRIVE | - | - | RALEIGH | NC | 27604 | 11,087.20 |
| CHAMALEON ENTERPRISES INC | JANITORIAL | PO BOX 15146 | | | PLANTATION | FL | 33318 | 11,047.37 |
| RITE-AIR MECHANICAL SERVIC | R&M | 109 EDGEWOOD AVE | | | BELLMAWR | NJ | 8031 | 11,019.41 |
| INDIANAPOLIS POWER/LIGHT | UTILITIES | PO BOX 110 | | | INDIANAPOLIS | IN | 46206-0110 | 10,898.03 |
| HOOTSUITE, INC. | BACK OFFICE SUPPORT - IT | 5 EAST 8TH AVE. | | | VANCOUVER | BC | V5T 1R6 | 10,836.00 |
| DOMINION ENERGY | UTILITY | P.O. BOX 45841 | | | SALT LAKE CITY | UT | 84139-0001 | 10,782.88 |
| ALABAMA POWER | UTILITY | PO BOX 242 | | | BIRMINGHAM | AL | 35292 | 10,713.21 |
| CITY OF AUSTIN | TAX | FDS-CONTROLLER'S OFFICE | P.O. BOX 2920 | | AUSTIN | TX | 78768 | 10,672.63 |
| AT&T | UTILITY | 19 | P.O. BOX 5019 | | Carol Stream | IL | 60197-5019 | 10,660.67 |
| BULLITT TRUSTS/BEARGRASS R | RENT | ATTN: JAMES COUCH | 200 SOUTH FIFTH STREET | SUITE 500 NORTH | LOUISVILLE | KY | 40202 | 10,599.84 |
| EEC ACQUISITIONS LLC. | RENT | 210 VISTA PARK DR | | | PITTSBURGH | PA | 15205 | 10,494.61 |
| CERDANT, INC | BACK OFFICE SUPPORT - IT | PO BOX 3204 | | | DUBLIN | OH | 43017 | 10,358.70 |
| BRIAN GRUSI | EMPLOYEE | 100 S EOLA DR | UNIT 1203 | - | ORLANDO | FL | 32801 | 10,299.02 |
| MPWS CO. DBA PIO | RENT | - | | - | - | - | - | 10,213.74 |
| ARAMARK UNIFORM & CAREER | SUPPLIES | APPARELAUS MADISON MC LOCKBOX | 25259 NETWORK PLACE | | CHICAGO | IL | 60673-1252 | 10,071.93 |
| AMEREN MISSOURI | UTILITY | PO BOX 66529 | | | ST LOUIS | MO | 63166-6529 | 10,032.05 |
| CITY OF WINTER PARK | TAX | 401 PARK AVE SOUTH | ATTN: FINANCE A/R | | WINTER PARK | FL | 32789-4386 | 10,030.52 |
| WCA OF FLORIDA, LLC | TRASH | P.O. BOX 4524 | | | HOUSTON | TX | 77210-4524 | 10,018.86 |
| ROSENFIELD & COMPANY | PROFESSIONAL SERVICES | 301 E PINE STREET | | - | ORLANDO | FL | 32801 | 10,000.00 |
| ECOLAB FOOD SAFETY SPECIAL | MAINTENANCE | 24198 NETWORK PLACE | | | CHICAGO | IL | 60673-1241 | 9,978.74 |
| THE THARPE COMPANY | RECRUITING | P.O. BOX 60564 | | | CHARLOTTE | NC | 28260-0564 | 9,858.00 |
| SHI INTERNATIONAL CORP. | BACK OFFICE SUPPORT - IT | P.O. BOX 952121 | | | DALLAS | TX | 75395-2121 | 9,854.10 |
| MECK ABC #12 EAS | INVENTORY | 3904 COLONY ROAD | - | - | CHARLOTTE | NC | 28210 | 9,823.30 |
| ALLIANCE BEVERAGE | INVENTORY | 4490 60th STREET SE | | | GRAND RAPIDS | MI | 49512 | 9,764.90 |
| JJ TAYLOR DISTRIBUTING - TAMPA | INVENTORY | 5102 SOUTH 16th AVENUE | - | - | TAMPA | FL | 33619 | 9,726.80 |
| TWO COUSINS FISH MARKET IN | INVENTORY | 75 BENNINGTON AVENUE | | | FREEPORT | NY | 11520 | 9,641.20 |
| MIDAMERICAN ENERGY COMPANY | UTILITY | PO BOX 8020 | | | DAVENPORT | IA | 52808-8020 | 9,636.92 |
| CITY OF TOLEDO | TAX | DEPARTMENT OF PUBLIC UTILITIES | 420  MADISON AVE SUITE 100 | | TOLEDO | OH | 43667-0001 | 9,612.25 |
| GOLD COAST BEVERAGE | INVENTORY | 10055 NW 12th STREET | - | - | MIAMI | FL | 33172 | 9,606.65 |
| PSEGLI | UTILITY | P.O. BOX 9039 | | | HICKSVILLE | NY | 11802-9039 | 9,518.12 |
| SUPERIOR BEVERAGE | INVENTORY | 1070 ORCHARD ROAD | - | - | MONTGOMERY | IL | 60538 | 9,496.53 |
| VIRGINIA BEACH TREASURER | TAX | MUNICIPAL CENTER BLDG 1 | 2401 COURTHOUSE DR | | VIRGINIA BEACH | VA | 23456-9018 | 9,406.76 |
| MAJESTIC BUILDING MAINTENA | JANITORIAL | P.O. BOX 1303 | | | POWELL | OH | 43065 | 9,332.54 |
| REPUBLIC SERVICES | TRASH | PO BOX 9001099 | | | LOUISVILLE | KY | 40290-1099 | 9,244.01 |
| ALSCO | SUPPLIES | 2064 ELSA ST. | | | NAPLES | FL | 34109 | 9,239.64 |
| COASTAL BEVERAGE | INVENTORY | 4747 PROGRESS AVENUE | - | - | NAPLES | FL | 34104 | 9,217.60 |
| TOLEDO EDISON | UTILITY | PO BOX 3687 | | | AKRON | OH | 44309-3687 | 9,177.32 |
| SAPPHIRE CLEAN CORP. | MAINTENANCE | 13750 SE 54TH STREET | | | MORRISTON | FL | 32668 | 9,080.02 |
| KATHLEEN J. PALLO | JANITORIAL | 15412 SW 105TH AVE | | | MIAMI | FL | 33157 | 8,999.99 |
| SERVISOFT OF MIDDLEFIELD, | R&M | 14299 KINSMAN RD | PO BOX 174 | | BURTON | OH | 44021-0174 | 8,908.42 |
| VECTREN ENERGY DELIVERY | UTILITY | PO BOX 6248 | | | INDIANAPOLIS | IN | 46206-6248 | 8,849.77 |
| DFS HOLDING COMPANY, INC | SUPPLIES | 101 MT HOLLY BY-PASS | | | LUMBERTON | NJ | 8048 | 8,845.79 |
| COMDOC INC | COPIER/PRINTER | 21146 NETWORK PLACE | | | CHICAGO | IL | 60673 | 8,844.14 |
| NJ NATURAL GAS CO. | TAX | P.O. BOX 11743 | | | NEWARK | NJ | 07101-4743 | 8,827.63 |
| WASHINGTON GAS | UTILITY | PO BOX 37747 | | | PHILADELPHIA | PA | 19101-5047 | 8,753.24 |
| SOUTHWEST SEAFOOD INC. | INVENTORY | P.O. BOX 36384. | | | HOUSTON | TX | 77236 | 8,676.80 |
| OMAHA PUBLIC POWER DISTRIC | UTILITY | P.O. BOX 3995 | | | OMAHA | NE | 68103-0995 | 8,656.65 |
| CITY OF OMAHA TAXES | TAX | 1819 FARNAM STREET | - | - | OMAHA | NE | 68183 | 8,654.77 |
| ARROW WINE & SPIRITS | INVENTORY | 615 LYONS ROAD | - | - | DAYTON | OH | 45459 | 8,646.33 |
| REPUBLIC BEVERAGE - KENTUCKY | INVENTORY | P.O. BOX 37100 | - | - | LOUISVILLE | KY | 40233 | 8,631.88 |
| JEFFERSON PARISHSALES TAX | TAX | 1233 WESTBANK EXPRESSWAY | - | - | HARVEY | LA | 70058 | 8,627.31 |
| UNITED - JOHNSON | INVENTORY | 6000 GREENWOOD PARKWAY | SUITE 100 | - | BESSEMER | AL | 35022 | 8,552.36 |
| CONSTELLATION NEW ENERGY-G | UTILITY | P.O. BOX 4640 | | | Carol Stream | IL | 60197-4640 | 8,490.26 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CHATEAU WINE AND | INVENTORY | 2131 POLARIS PARKWAY | - | - | COLUMBUS | OH | 43240 | 8,464.92 |
| G&R MECHANICAL INC. | R&M | 3220 BERGEY ROAD | | | HATFIELD | PA | 19440 | 8,399.96 |
| CAPREF BROOKWOOD VILLAGE L | RENT | P.O. BOX 713934 | | | CINCINNATI | OH | 45271-3934 | 8,380.72 |
| MIDWEST REPAIR SERVICE LLC | MAINTENANCE | 217 UPTON ST. | | | SAINT LOUIS | MO | 63111 | 8,345.13 |
| ROCKY MTN POWER | UTILITY | 1033 NE 6TH AVE. | | | PORTLAND | OR | 97256-0001 | 8,335.96 |
| NATIONAL DISTRIB - NEW MEXICO | INVENTORY | 5920 OFFICE BOULEVARD NE | - | - | ALBUQUERQUE | NM | 87109 | 8,329.32 |
| NATIONAL WINE & SPIRITS | INVENTORY | 17550 Allen Road | | | BROWNSTOWN | MI | 48193 | 8,296.11 |
| COLLIER COUNTY TAX COLLECT | TAX | 3291 E. TAMIAMI TRAIL | | | NAPLES | FL | 34112-5758 | 8,251.52 |
| OHIO VALLEY BEER | INVENTORY | 10975 MEDALLION DRIVE | - | - | EVENDALE | OH | 45241 | 8,222.12 |
| PEGASUS BUILDING SERVICES | JANITORIAL | P.O. BOX 711 | | | NUTLEY | NJ | 7110 | 8,132.00 |
| COMMONWEALTH OF PENNSYLVANIA | INVENTORY | PO BOX 8500-53473 | | | PHILADELPHIA | PA | 19178 | 8,131.67 |
| BUCKHEAD MEAT OF SAN ANTON | TAX | PO BOX 1066 | DEPT  21 | | HOUSTON | TX | 77251-1066 | 8,061.45 |
| CITY OF HUNTSVILLE | TAX | 308 FOUNTAIN CIRCLE | 3RD FLOOR | | HUNTSVILLE | AL | 35801 | 7,982.52 |
| RR DONNELLEY & SONS COMPAN | ADVERTISING | 35 W. WACKER DRIVE | | | CHICAGO | IL | 60601 | 7,981.69 |
| CITY OF K.C.MO. | TAX | 414 E 12TH STREET | - | - | KANSAS CITY | MO | 64106 | 7,979.04 |
| PEOPLES GAS | UTILITY | PO BOX 644760 | | | PITTSBURGH | PA | 15264-4760 | 7,956.48 |
| EDWARD G. MILGRIM, P.A. | PROFESSIONAL SERVICES | MILGRAM LAW GROUP | 3216 CORRINE DRIVE | | ORLANDO | FL | 32803 | 7,898.54 |
| COMCAST | UTILITY | P.O. BOX 34744 | | | SEATTLE | WA | 98124-1744 | 7,829.17 |
| IN FAB TAX INTAX | TAX | PO BOX 7207 | - | - | INDIANAPOLIS | IN | 46207 | 7,779.50 |
| CITY OF LONE TREDEBITS | TAX | 9220 KIMMER DRIVE | SUITE 100 | | LONE TREE | CO | 80124 | 7,589.50 |
| ST LOUIS COUNTY COLLECTOR OF REVENUE | TAX | 41 S CENTRAL AVE | | | ST LOUIS | MO | 63105 | 7,571.59 |
| DUCKHORN WINE CO | INVENTORY | 1000 LODI LANE | - | - | - | - | | 7,521.00 |
| CITY OF RANCHO CUCAMONGA | TAX | 10500 CIVIC CENTER DRIVE | | | RANCHO CUCAMONGA | CA | 91730 | 7,516.23 |
| RENTOKIL NORTH AMERICAN IN | FOOD SAFETY | PO BOX 14095 | | | READING | PA | 19612 | 7,505.11 |
| UGI UTILITIES INC | UTILITY | P O BOX 15503 | | | WILMINGTON | DE | 19886-5503 | 7,319.66 |
| CITIZENS ENERGY GROUP | UTILITY | PO BOX 7056 | | | INDIANAPOLIS | IN | 46207-7056 | 7,308.57 |
| MDC FINANCE TOU PURCHASE | TAX | 11805 S.W. 26 ST. | - | - | MIAMI | FL | 33175 | 7,286.18 |
| PNM | UTILITY | PO BOX 17970 | | | DENVER | CO | 80217-0970 | 7,282.68 |
| G&R MECHANICAL INC. | R&M | 3220 BERGEY ROAD | - | - | HATFIELD | PA | 19440 | 7,250.00 |
| SYSCO NEW MEXICO | INVENTORY | 601 COMANCHE NE | | | ALBUQUERQUE | NM | 87107 | 7,221.94 |
| VINTAGE WINE COM | INVENTORY | 15420 EAST TWELVE ROAD | - | - | ROSEVILLE | MI | 48066 | 7,200.00 |
| KRYSTAL KLEEN INC. | MAINTENANCE | P.O. BOX 908 | | | WARREN | MI | 48090-0908 | 7,146.00 |
| DOOR & GATE CO. LLC. | R&M | 130 HICKMAN RD. | STE. 26 | | CLAYMONT | DE | 19703 | 7,145.06 |
| HARBOR DIST - CA | INVENTORY | 5901 BOLSA AVENUE | - | - | HUNTINGTON BEACH | CA | 92647 | 7,136.00 |
| SERVCO, LLC. | R&M | 701 BAGLEY DRIVE | | | TRUSSVILLE | AL | 35173 | 7,118.33 |
| SEATTLE FISH COMPANY COLOR | INVENTORY | PO BOX 17414 | | | DENVER | CO | 80217 | 7,114.38 |
| AGGRESSIVE ENERGY, LLC. | UTILITY | P.O. BOX 9402 | | | NEW YORK | NY | 10087 | 7,067.61 |
| MACHADO MANAGEMENT CONSULT | PROFESSIONAL SERVICES | 840 N. ATLANTIC AVE. APT. C403 | | | COCOA BEACH | FL | 32931 | 7,056.00 |
| ORANGE COUNTY TAX COLLECTO | TAX | PO BOX 545100 | | | ORLANDO | FL | 32854-5100 | 7,041.74 |
| PINNACLE IMPORTS | INVENTORY | 1681 WALTON ROAD | - | - | ST. LOUIS | MO | 63114 | 6,900.00 |
| JOHNSON CONTROLS SECURITY | SECURITY SERVICES | P.O. BOX 371994 | | | PITTSBURG | PA | 15250-7994 | 6,872.51 |
| FORTUNE FISH COMPANY | INVENTORY | DEPT #10477 | PO BOX 87618 | | CHICAGO | IL | 60680-0618 | 6,845.54 |
| | | | | | | Total | | 61,395,015.82 |

SoFA Exhibit 4

# FoodFirst Global Restaurants, Inc.

Payments to insiders during the one year prior to filing.

| Name | Title | Address | City | State | Zip | Salary | Severance | Bonus | Other | Total |
|------|-------|---------|------|-------|-----|--------|-----------|-------|-------|-------|
| Debbie Alison | SVP, Supply Chain | 5584 Thomas Square Drive | Winter Garden | FL | 34787 | $ 195,900 | | | | $ 195,900 |
| Cecilia Farner | Controller | 712 Monmouth Way | Winter Park | FL | 32792 | $ 116,827 | | | | $ 116,827 |
| Steve Layt | CEO | 820 Main Ln apt 1439 | Orlando | FL | 32801 | $ 129,808 | | $ 150,000 | | $ 279,808 |
| Brad Blum | CEO | 1169 Lakeview Drive | Winter Park | FL | 32789 | $ 392,308 | | | | $ 392,308 |
| Brian Grusi | CFO | 100 S Eola Dr. 1203 | Orlando | FL | 32801 | $ 324,231 | | | | $ 324,231 |
| John Imbrioli | CCO | 245 Kincaid Ave | Deland | FL | 32724 | $ 195,192 | | | | $ 195,192 |
| Chuck Lempke | VP Finance | 7477 Gardenview PL | Dublin | OH | 43016 | $ 109,900 | $ 47,308 | | | $ 157,208 |
| Debbie Ticknor | SVP Controller | 6578 Baronscourt Loop | Dublin | OH | 43016 | $ 87,464 | $ 192,500 | | $ 27,200 | $ 307,164 |
| Mike Ellis | CDO | 9565 Yellow finch Court | Brentwood | TN | 37027 | $ 121,827 | | | $ 187,425 | $ 309,252 |
| Diane Reed | CFO | 5568 Lexington Dr | Franklin | OH | 43026 | $ 54,172 | $ 475,958 | | | $ 530,130 |
| John Wong | CMO | 1238 NW 126th St | Seattle | WA | 98177 | $ 21,233 | | | | $ 21,233 |
| Khanh Collins | COO | 22825 Queensbridge Drive | Ashburn | VA | 20148 | | $ 193,846 | | | $ 193,846 |
| Brian O'Malley | CEO | 7667 Red Emerald Way | Delaware | OH | 43015 | | $ 369,231 | | | $ 369,231 |
| Hollie Rose | SVP, FINANCE | 2138 Kane Park Way | Windermere | FL | 34786 | $ 162,212 | | $ 34,233 | | $ 196,444 |
| | | | | | | $ 1,911,073 | $ 1,278,843 | $ 184,233 | $ 214,625 | $ 3,588,774 |

# SoFA Exhibit 7

# FoodFirst Global Restaurants, Inc.

## Legal Actions within one year prior to filing.

## Worker's Compensation Actions:

**Sarah Arndt**- OPEN- Slip and Fall

- Sarah Arndt vs. Bravo Brio Restaurant Group, Inc.
- Court of Common Pleas Franklin County Ohio Civil Division

**Krysta Bonney**- OPEN- server dropped a plate and cut the top of claimant's foot

- Docket number- CV2017-090697
- Venue- Phoenix, Arizona Maricopa County Trial Court

**Karen Bordt-** OPEN- suffered concussion after a bussed plate fell from a server assistant's hand

- Case number- GD-15-010035
- Venue- Allegheny County, Pennsylvania Court of Common Pleas

**Mary Ann Cheek**- OPEN-Guest tripped and fell fracturing femur

- Case number- Mary Ann Cheek v. Robert B. Aikens & Assoc., et al. OCCC/Case No: 20-179807-NO
- Venue State of Michigan 6th Judicial Circuit

**Nikki Courtney**- OPEN- Guest slipped and fell in bar area

- Case number- 11-2019-CA-003633-0001xx
- Venue- Collier County Circuit Court

**Louis Esposito**- Open-Guest went to sit in booth and fell

- Case number- 2019-10520
- Venue- Butler County, Pennsylvania Court of Common Pleas

**Jenna Guidry**-OPEN-Hit by porcelain plate

- Case Number- 773-949
- Venue- 24th Judicial District Court for the Parrish of Jefferson State of Louisiana

**Mollie Hart**- Open- Claimant tripped on the loose threshold and fell

- Case number- CACE-17-020400
- Venue-17th Judicial Circuit for Broward County, Florida

**Catherine Riorda Howard**-OPEN- Guest slipped on wet floor and landed on knee

- Case number- CV 19-431
- Venue- Cherokee Tribal Court, NC

**Annie Jones**- OPEN- Guest slipped and fell on water in floor

- Case number- 19-CVC-030160
- Venue- Court of Common Pleas Delaware County, Ohio

**Tiffany Kanzler**- OPEN- While walking to restroom slipped and fell

- Case Reference Number- 2018 L 1127
- Venue- DuPage County Circuit Court Illinois

**Amy Larsen**- OPEN- slipped and fell

- Case Number- PM-20CV001985
- Venue- Court of Common Pleas Franklin County, Ohio Civil Division

**Florecita Savasuk**-OPEN-Slipped and fell injuring knee and elbow

- Case Number- 502019CA012847XXXXMB Div AD
- Venue- Palm Beach County Circuit Court, Florida

**Karen Schooley**- OPEN- Slipped and fell on olive oil

- Case Number- 2017-CA-005134-O
- Venue- Circuit Court of 9th Judicial Circuit in and for Orange County, Florida

**Roland Wulf**-OPEN- Customer was walking by expo line when a server backed into customer and they fell

- Docket Number- CV 2017 03 0719
- Venue- Court of Common Pleas Butler County, Ohio

**Rosemarie Mancuso**- Closed- GL- guest was walking around bar became tangled with barstool fell backwards

- Docket number – 2017-004037CA
- Venue- circuit court of the seventeenth judicial circuit in and for Broward county Florida

**Guadalupe Herrera**- Closed- WC- injured arm due to repetitive motion of work

- Case Number- ADJ9165110
- Venue- Workers compensation appeals board state of California

**Joy Chandler** – Closed- WC- returning from picking up liquor slipped on back dock

- Case Number- Unknown
- Venue-Unknown

**Gabriel Gomez**- Closed- WC- doing inventory and stepped off ladder wrong, unknown injury to left knee and lower back

- Case Number- Unknown documents archived
- Venue- unknown documents archived

**Salvador Castruita**- Closed – WC – struck head against corner of oven door

- Case Number – unknown documents archived
- Venue- unknown documents archived

**Reynaldo Suazo** – Closed - WC- stepped on portion bag and slid, meniscus tear
- Case Number- unknown documents archived
- Venue- unknown documents archived

**Josephine Delvacchio** – Closed- GL – chair slipped which caused her to fall
- Docket Number- L-2689-18
- Venue- superior court of New Jersey law division Camden county

**Luis Maldonando** – Closed – WC- alleged injury to back, foot, and toes
- Case Number – unknown documents archived
- Venue- unknown documents archived

**Roger Cowan** – Closed- PL – while eating salad guest bit into something hard hurt tooth
- Docket number – 19-CV-00681NBF
- Venue – US district court Western District of Pennsylvania

**Malika Dakkon** – Closed- GL – slip and fall
- Case Number – 502019CA000382XXXXMB
- Venue – circuit court for the fifteenth judicial circuit in and for Palm Beach County Florida

**Violet Sitra** - Closed- GL- slip and fall
- Case Number – 2019-CA-000862
- Venue- circuit court for the fifteenth judicial circuit in and for Palm Beach County Florida

**Salvador Castruita** – Closed  - WC- due to stress and strain of his jaw multiple injuries
- Case Number – unknown documents archived
- Venue – unknown documents archived

**Roxana Campoy Ruiz** -Closed  - WC – slipped on water on floor injured knee
- Case Number -18-027899FJC
- Venue- state of Florida division of administrative hearings Fort Myers district

**Francisco Vasquez** – Closed  - WC- unclassified insufficient data
- Case Number – ADJ11308034
- Venue- workers compensation appeals board for the states of California

**Monica Luna** – Closed  - WC- stepped on step slipped and fell
- Case Number – unknown documents archived
- Venue – unknown documents archived

**Jeanetta Wafford**– Closed  - WC- struck by falling rack of glassed
- Case Number – claim documents archived
- Venue- claim documents archived

**Kierahn Botta Watson** – Closed  - WC-lacerated finer while cleaning slicer
- Case Number – documents archived
- Venue – documents archived

**Jonathon Schefter**– Closed  - WC-grabbed hot pan without using towel and burned hand
- Case Number – documents archived
- Venue- documents archived

**Joseph Edmond** – Closed  - WC- lifting case of water up the stairs felt pop in knee
- Case Number – 19-008548NPP
- Venue-state of Florida division of administrative hearings office of the judges of compensation claims Orlando district office

**Troy Mons**– Closed  - WC- fell in dish area
- Case Number – 19-023313SMS
- Venue- state of Florida division of administrative hearings office of the judges of compensation claims Miami district office

**Rafael Vasquez** – open – WC – cleaning hood of stove fell off ladder
- Case Number – ADJ10697943
- Venue- workers compensation appeals board in Anaheim

**David Palomino Garfias** – open – WC – putting dishes through dish pit sustained burns
- Case Number – 19-030596JIJ
- Venue- state of florida division of administrative hearings office of the judges of compensation claims Miami district office

**Miguel Hill**– open – WC – picked up olive jar felt right wrist snap
- Case Number – 19-019373FJC
- Venue- state of Florida division of administrative hearings office of the judges of compensation claims fort Myers district office

**Kaya Bozhinova**– open – WC- air vent fell from ceiling and hit head
- Hearing number- 2006035-MT
- Venue- state of Nevada department of administration hearings division

**Karen Shiner**– open – WC- carrying a tray to serve and tripped over a chair
- Case Number – ADJ11815609
- Venue- state of California workers compensation appeals boards Santa Ana

**Shawna Matthews**– open – WC-curtain rod fell onto head and shoulder
- Case Number -ADJ12243261
- Venue- state of California workers compensation appeals boards

**Jyoti Sharma**– open – PL- guest choked on piece of bone in fish
- Case Number – 611789/2019
- Venue- supreme court of the state of new York county of Nassau

**Tajrashan Elerbe**– open – WC- struck by falling wine rack
- Case Number – 2019-24448
- Venue-state of new jersey department of labor and work force development division of workers compensation

**Diane Saavedra**– open – WC- buckled left ankle and fell
- Case Number – 20-005502CJS
- Venue- state of Florida division of administrative hearings office of the judges of compensation claims west palm beach district office

**Frank Williams** – open – WC- infection resulted in loss of toe
- Case Number – 20-000948DAL
- Venue- state of Florida division of administrative hearings office of the judges of compensation claims fort lauderdale district office

**Carlos Donado** – open – WC- hot water spilled second and third degree burns
- Case Number – 2020-4592
- Venue- state of New Jersey department of labor and work force development division of workers compensation

## General Litigation:

**Venice Macon v. FoodFirst Global Restaurants, Inc**.- alleges racial discrimination, harassment and retaliation

- Case Number- Unknown
- Venue- US District Court Eastern District of Michigan

**Erica Morrison v. FoodFirst Global Restaurants, Inc. and Carlos Meneses** - claims that her supervisor, Carlos Meneses, sexually harassed her to the point that it created a hostile working environment and that the Company terminated her employment in retaliation for her complaints about him.  She also alleges that the Company discriminated against her on the basis of her disability (pregnancy) and failed to accommodate her disability.

- Venue- Los Angeles County Superior Court
- Case Number- 19STCV16377

**Symbology Innovations, LLC v. FoodFirst Global Restaurants, Inc**.- Plaintiff Symbology has sued FoodFirst for infringement of U.S. Patent No. 8,424,752, claiming that FoodFirst's use of a QR Code system to promote its BRIO Rewards Program infringes the patent.

- Venue- United States District Court, Southern District of Ohio
- Case Number- 2:19-CV-03125

**Daniel Moncada v. FoodFirst Global Restaurants, Inc**.- allegedly visually disabled individual, claims that he is unable to access brioitalian.com because it is not accessible to individuals with disabilities

- Venue- United States District Court for the Southern District of Florida
- Case Number- 0:19-cv-61792

**Natacha Candio v. Bravo Brio Restaurant Group, Inc**.- Ms. Candio alleges that she was terminated on account of her race and national origin

- Venue- U.S. Equal Employment Opportunity Commission
- Charge Number- 430-2018-01310

**Windy Lucius v. FoodFirst Global Restaurants, Inc. -** Florida alleging that FoodFirst's mobile application is not accessible to individuals with disabilities in violation of the ADA
- Venue- United States District Court, Southern District of Florida
- Case Number- 1:20-cv-20187

**FoodFirst Global Restaurants, Inc. v. Authentic8, Inc. -** FoodFirst terminated its contract with Authentic8, Inc. on Feb. 14, 2020 after the completion of the initial three month period. In response, on March 3, 2020, Authentic8 threatened legal action, alleging that FoodFirst breached the agreement by terminating the agreement prior to completing the 18-month minimum activation period.
- Venue- Court of Common Pleas Franklin County, Ohio
- Case number- unknown

**Chagrin Retail v. FoodFirst Global Restaurants, Inc**.- Dispute with Landlord over not paying rent and other monies owed. Landlord terminated lease, locked us out, and has filed a complaint.
- Case Number- 20CV930829
- Venue- Court of Common Pleas Cuyahoga County, Ohio

**Gethro Pierre v. Bravo Brio Restaurant Group, Inc.** Broward County (Florida) Circuit Court Case No. 510-2017-03054
- Mr. Pierre, a former Sous Chef in Miami, Florida, claims that the Company terminated his employment following an injury he sustained at work because he was late to work due to therapy following surgery for that injury.  He also claims that the Company failed to accommodate his disability.

**Charles Anderson v. FoodFirst Global Restaurants, Inc.** U.S. EEOC Charge No. 420-2019-02855
- Mr. Anderson, a former line cook at the company's Homewood, Alabama restaurant, alleges that he was subject to discriminatory terms and conditions of employment and was terminated in retaliation for complaining.
- Awaiting expiration of 90-day timeline to file lawsuit

**Communications Workers of America/Linda Bradley v. FoodFirst Global Restaurants, Inc**. U.S. EEOC Charge Nos. 570-2019-00660/00682
- Communications Workers of America ("CWA") and Linda Bradley have filed charges alleging that the Company's hiring advertisements through Facebook discriminated against individuals, like Ms. Bradley, who are over 40 as they were targeted only to individuals under 40.  These charges mirror a string of claims brought against Facebook and numerous employers by CWA and Ms. Bradley (both through the EEOC and in federal courts).

**Omar Pryor v. FoodFirst Global Restaurants, Inc.** U.S. EEOC Charge No. 510-2019-01079
- Mr. Pryor, a current busser at City Place (Florida), brings a charge alleging sexual harassment on the part of an assistant manager.  He claims to have been both verbally and physically harassed. He claims that he brought this to the attention of management, who did nothing to stop it.  He claims that he was written up in retaliation for bringing these complaints.

**Kelly Farwick v. FoodFirst Global Restaurants, Inc**. Litigation Threat Letter/EEOC Charge (Cincinnati)
- Ms. Farwick, a former Sous Chef at Rookwood, claims that another cook/dishwasher sexually assaulted her in the walk-in cooler, that the Company did not properly investigate her claims, and that the Company terminated her employment in retaliation for having brought her complaints.

**Melissa Jackson v. FoodFirst Global Restaurants, Inc**. US EEOC Charge No. 532-2020-00234
- Ms. Jackson, a current Team Lead in Westlake, Ohio, claims that she is being paid less than two male, comparable Team Leads in her restaurant.  She claims that she filed a previous charge complaining of that fact on October 18, 2019, and was subsequently suspended in retaliation for filing that charge.

**William Butler v. Food First Global Restaurants, Inc.** U.S. EEOC Charge No. 531-2018-02762C
- Mr. Butler, a former server at the company's Inner Harbor restaurant, alleges that he was racially abused by 3 other African-American employees and discharged after reporting this behavior to management.

**Natacha Candio v. Bravo Brio Restaurant Group**, Inc. U.S. Equal Employment Opportunity Commission  Charge No. 430-2018-01310
- Ms. Candio alleges that she was terminated on account of her race and national origin

**Communications Workers of America/Linda Bradley v. Food First Global Restaurants, Inc**. U.S. EEOC Charge Nos. 570-2019-00660/00682
- Communications Workers of America ("CWA") and Linda Bradley have filed charges alleging that the Company's hiring advertisements through Facebook discriminated against individuals, like Ms. Bradley, who are over 40 as they were targeted only to individuals under 40.  These charges mirror a string of claims brought against Facebook and numerous employers by CWA and Ms. Bradley (both through the EEOC and in federal courts).

**Brio Pembroke Pines DOL Audit U.S. Department of Labor**
- We received a United States Department of Labor ("DOL") Audit letter for the Brio at Pembroke Pines, Florida.  The DOL has required various information for the restaurant, including general information about the Company, restaurant team member information (such as time and payroll records) from November 2016 through November 2018, and team member interviews.  It is unclear if this a random audit, or prompted by a team member complaint.