[Doabtate] [District Order Abating Application to Employ]

ORDERED.

Dated: May 11, 2020

*Lori V. Vaughan*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                           Case No.
                                                                                                 6:20−bk−02159−LVV
                                                                                                 Chapter 11

FoodFirst Global Restaurants, Inc.

_____Debtor*_____/

### ORDER ABATING APPLICATION TO EMPLOY

THIS CASE came on for consideration, without hearing, on the Application to Employ ("Application") filed by Official Committee of Unsecured Creditors of FoodFirst Global Restaurants, Inc., et al , Doc. No. 154 . After review, the Court determines that the Application is deficient as follows:

☑ The Application does not include an original or electronic signature of the applicant's attorney as required by Fed. R. Bankr. P. 9011.

☐ The Application does not include a signed and dated proof of service as required by Local Rule 9013−3.

☐ The Application is not accompanied by a verified statement of the person to be employed setting forth the person's connections with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee as required by Fed. R. Bankr. P. 2014.

☐ The Application does not provide the name of the professional person to being employed as required by Fed. R. Bankr. P. 2014.

☐ The Application does not provide the reason for the selection of professional person being employed as required by Fed. R. Bankr. P. 2014.

☐ The Application does not provide the professional service to be rendered by the professional person being employed as required by Fed. R. Bankr. P. 2014.

☐ The Application does not provide the proposed arrangement for compensation as required by Fed. R. Bankr. P. 2014.

Accordingly, it is

***ORDERED:***

Consideration of the Application is abated until the deficiency is corrected.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both the debtors in a case filed jointly by two individuals.