**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | CASE NO.:   6:20-bk-02159-LVV |
| **FOODFIRST GLOBAL RESTAURANTS, INC.,** *et al.*, | CHAPTER 11 |
| Debtors._____/ | **Jointly Administered**[1] |

**VERIFIED STATEMENT PURSUANT TO THE FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 IN SUPPORT OF APPLICATION OF FOODFIRST GLOBAL RESTAURANTS, INC. TO RETAIN ROBERT B. MORRISON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTOR**
*NUNC PRO TUNC* **TO PETITION DATE**

I, Robert B. Morrison, ASA BV/IA, in accordance with F.R.B.P. 2014, make the following verified statements:

1. I am a Partner, Firm Leader: Business Advisory Team at Rosenfield & Co, PLLC ("Rosenfield"), whose office is located at 301 E. Pine Street, Suite 975, Orlando, Florida 32801.

2. I have been retained by the Debtors pre-petition to serve in an individual capacity as its Chief Restructuring Officer.

3. I have no connection with the U.S. Trustee's office or any person employed at the U.S. Trustee's office.

4. On May 15, 2020, the Debtor filed an application to employ Rosenfield and Company, PLLC ("Rosenfield") as Debtors' tax accountants (Doc. No. 201). I am a non-

---

[1] Joint administration with the following cases: Food First Global Restaurants, LLC, Case No. 6:20-bk-02159; FoodFirst Global Holdings, LLC, Case No: 6:20-bk-02161; Brio Tuscan Grille of Maryland, Inc., Brio Marlton, LLC, Case No: 6:20-bk-02162; Case No: 6:20-bk-02163-; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164; Cherry Hill To, LLC, Case No: 6:20-bk-02166; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165; and Bravo Development of Kansas, Inc., Case No: 6:20-bk-02167.

controlling shareholder of Rosenfield serving as the Firm Leader of its Business Advisory Services practice. I have no supervisory responsibilities over Rosenfield's tax practice or its tax professionals. Kenneth Rosenfield, CPA will serve as the partner in charge of Rosenfield's tax services to the Debtors.

5. The factual statements set forth in this verified statement have been made based on (1) a personal review by me and my staff of the list of creditors of the Debtors, (2) a computer search of my firms client list, and (3) a memorandum circulated to all firm staff requesting information as to whether a conflict would exist if this representation were undertaken. These efforts did not reveal any conflicts.

I verify, under penalty of perjury, that the foregoing is true and correct.

**DATED** and executed this 15th day of May 2020.

*/s/ Robert B. Morrison*
Robert B. Morrison, ASA BV/IA
Rosenfield and Company, PLLC
301 E. Pine Street, Suite 975
Orlando, Florida 32801
Tel: (407) 849-6400

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **CASE NO.:   6:20-bk-02159-LVV** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.** *et al.*, | **CHAPTER 11** |
| | **Jointly Administered** |
| Debtors. _____/ | |

**Certificate of Service**

I HEREBY CERTIFY that a true copy of the **VERIFIED STATEMENT PURSUANT TO THE FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014 IN SUPPORT OF APPLICATION FOR AUTHORITY TO RETAIN ROBERT B. MORRISON AS CHIEF RESTRUCTURING OFFICER TO THE DEBTOR** *NUNC PRO TUNC* **TO PETITION DATE**, together with all exhibits, has been furnished via CM/ECF, electronic mail, facsimile and U.S. Mail to: the landlords; APC Workforce Solutions, LLC, c/o Christine Rodriguez, crodriguez@workforcelogiq.com; Red Development, LLC, c/o Maegan Lawson, mlawson@newmarkmtp.com; Jeffrey R. Anderson Real Estate, Inc., c/o Mindy Heizer, mheizer@anderson-realestate.com; Winter Park Town Center LTD, c/o Ryan E. Davis, Esq., rdavis@whww.com and Sheila Hutchins, shutchins@castoinfo.com; Crocker Partners Property Management, LLC, c/o Judy Meador, jmeador@starkenterprises.com; Somerset Collection Limited Partnership, c/o Lynn Temby, ltemby@theforebescompany.com; West Farms Mall, LLC, c/o Jennifer Tressel, jtressel@taubman.com; Freemall Associates, LLC, c/o Stacie Ludwigsen, Stacie.Ludwigsen@macerich.com; The Irvine Company LLC, c/o Tangla Waddy, twaddy@irvinecompany.com; Fairfax Company of Virginia LLC, c/o Janice Sanders, jsanders@taubman.com; Debtors, c/o Stephen R. Layt, 420 S. Orange Ave., Suite 900, Orlando, FL 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, NY 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New York, NY 10036, vindelicato@proskauer.com; Ron Freed, Vice President, Ron.Freed@cnb.com; City National Bank, 555 South Flower St., 16th Floor, Los Angeles, CA 90071; Matthew White, Esq., mwhite@garrisoninv.com, Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020; digiacomo@chapman.com; Garrison Funding; Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, Suzanne.gilbert@hklaw.com; Brian Smith, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, brian.smith@hklaw.com; creditors' Committee: Brookfield Property Retail, Inc. Attn: Julie Minnick Bowden, National Bankruptcy Director, 350 N. Orleans Street, Suite 300 Chicago, IL 60654 (julie.bowden@brookfieldpropertiesretail.com); Bar Harbor Seafood, Attn: Bradley Boe, Director of Credit, 188 Inverness Drive West Englewood, CO 80112

(Brad.boe@pfgc.com); Simon Property Group, Inc., Attn:  Ronald M. Tucker, Vice President/Bankruptcy Counsel, 225 West Washington Street, Indianapolis, IN 46204 (rtucker@simon.com); Bradford J. Sandler, Esq., Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, bsandler@pszjlaw.com; Mark J. Wolfson, Esq., Foley & Lardner LLP, 100 N. Tampa Street, Suite 2700, Tampa, Florida 33602, mwolfson@foley.com; Robert Feinstein, Esq., Counsel for the Official Committee, Pachulski STang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY, 10017, rfeinstein@pszjlaw.com; all parties listed on the 1007-2 Parties-in-Interest list as shown on the matrix attached to the original of this certificate filed with the Court; and the U.S. Trustee's Office, 400 W. Washington St., Ste. 1120, Orlando, FL 32801, this 18th day of May 2020.

                                        /s/ R. Scott Shuker
                                        R. Scott Shuker, Esq.

```
Label Matrix for local noticing          John Cannizzaro                          James D'Loughy
113A-6                                   ICE MILLER LLP                           AdvisorLaw PLLC
Case 6:20-bk-02159-LVV                   250 West Street, Suite 700               2925 PGA Blvd Ste 204
Middle District of Florida               Columbus, OH 43215-7509                  Palm Beach Gardens, FL 33410-2909
Orlando
Mon May 18 10:13:29 EDT 2020

Scott N Opincar                          Michael Ott                              Ernie Zachary Park
MCDONALD HOPKINS LLC                     Ice Miller, LLP                          Bewley Lassleben & Miller LLP
600 Superior Ave. E. Ste 2100            200 W Madison Street                     13215 E Penn St  Ste 510
Cleveland, OH 44114-2653                 Suite 3500                               Whittier, CA 90602-1797
                                         Chicago, IL 60606-3417


Shawn M Riley                            Laurel D Roglen                          Bradford J Sandler
McDonald Hopkins LLC                     Ballard Spahr LLP                        Pachulski Stang Ziehl & Jones LLP
600 Superior Ave. E. Ste 2100            919 N. Market St 11th FL                 780 Third Avenue, 34th Floor
Cleveland, OH 44114-2653                 Wilmington, DE 19801-3023                New York, NY 10017-2024



100 PRATT ST. VENTURE, LLC               168th and Dodge LP                       AMERICAN EXPRESS PCARD
PO BOX 780462                            c/o Michelle E. Shriro                   1801 NW 66TH AVE. STE 103C
Philadelphia, PA 19178-0462              Singer & Levick PC                       Fort Lauderdale, FL 33313-4571
                                         16200 Addison Road, Suite 140
                                         Addison, TX 75001-5377


ANTHEM BCBS                              ARC SWWCHOH001, LLC                      Alsco Inc
PO BOX 645438                            c/o Patrick M. Mosley, Esq               c/o James D'Loughy Esq
CINCINNATI, OH 45264-5438                Hill Ward Henderson                      AdvisorLaw PLLC
                                         101 E. Kennedy Blvd., Suite 3700         2925 PGA Blvd Ste 204
                                         Tampa, FL 33602-5195                     Palm Beach Gardens FL 33410-2909


Brookfield Property REIT, Inc.           Brookfield Property REIT, Inc.           (p)C H  ROBINSON WORLDWIDE  INC
Attn:  Robert L. LeHane                  c/o Patrick M. Mosley, Esquire           ATTN BANKRUPTCY TEAM BILL GLAD
Kelley Drye & Warren LLP                 Hill Ward Henderson                      14701 CHARLSON ROAD
101 Park Avenue                          101 E. Kennedy Blvd., Suite 3700         SUITE 2400
New York, NY 10178-0062                  Tampa, FL 33602-5195                     EDEN PRAIRIE MN 55347-5093


C.H. Robinson Worldwide, Inc.            CBL & Associates Management, Inc.        CHERRY HILL TOWN CTR PARTN
c/o Mark A. Amendola, Esq.               c/o Buffey Klein                         1260 SHELTON ROAD
Martyn and Associates Co.                Husch Blackwell, LLP                     ATTN: SHOSHANA MAGDIELI
820 W. Superior Ave 10th Floor           1900 N. Pearl St, Ste 1800               Piscataway, NJ 08854
Cleveland, OH 44113-1827                 Dallas, TX 75201-2467


CVM Holdings, LLC                        City Creek Center Associates, LLC        City Creek Center Associates, LLC
c/o Patrick M. Mosley, Esq               c/o Angela N. Grewal                     c/o John T. Rogerson, III
Hill Ward Henderson                      Adams and Reese LLP                      Adams and Reese LLP
101 E. Kennedy Blvd., Suite 3700         501 Riverside Ave., Suite 601            501 Riverside Ave., Suite 601
Tampa, FL 33602-5195                     Jacksonville, FL 32202-4937              Jacksonville, FL 32202-4937


City National Bank                       CityPlace Retail, LLC                    Country Club Plaza JV LLC
c/o Franklin H. Top III                  c/o Larry I. Glick, Esq.                 c/o Angela N. Grewal
CHAPMAN AND CUTLER LLP                   Shutts & Bowen LLP                       Adams and Reese LLP
111 West Monroe St                       200 S. Biscayne Blvd Ste 4100            501 Riverside Ave., Suite 601
Chicago IL 60603-4080                    Miami, FL 33131-2362                     Jacksonville, FL 32202-4937


Country Club Plaza JV LLC                Creditor                                 DOLPHIN MALL ASSOCIATES
c/o John T. Rogerson, III                c/o Leslie C. Heilman                    PO BOX 6700
Adams and Reese LLP                      Ballard Spahr LLP                        DEPT 189501
501 Riverside Ave., Suite 601            919 N. Market Street, 11th Floor         Detroit, MI 48267-1895
Jacksonville, FL 32202-4937              Wilmington, DE 19801-3023
```

Deutsche Asset & Wealth Management
c/o Patrick M. Mosley, Esq
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

Dolphin Mall Associates LLC
c/o Angela N. Grewal
Adams and Reese LLP
501 Riverside Ave., Suite 601
Jacksonville, FL 32202-4937

Dolphin Mall Associates LLC
c/o John T. Rogerson, III
Adams and Reese LLP
501 Riverside Ave., Suite 601
Jacksonville, FL 32202-4937

EASTON TOWN CENTER LLC
L-3769
Columbus, OH 43260-3769

Edward G Milgrim PA dba Milgrim Law Group
c/o David J Lienhart Esq
Lienhart Law Firm, PA
3216 Corrine Drive
Orlando FL 32803-2230

FAIRFAX COMP OF VIRGINIA
P.O BOX 67000
DEPT 56501
Detroit, MI 48267-0565

Fairfax Company of Virginia LLC
c/o Angela N. Grewal
Adams and Reese LLP
501 Riverside Ave., Suite 601
Jacksonville, FL 32202-4937

Fairfax Company of Virginia LLC
c/o John T. Rogerson, III
Adams and Reese LLP
501 Riverside Ave., Suite 601
Jacksonville, FL 32202-4937

GORDON FOOD SERVICE
P.O. BOX 88029
CHICAGO, IL 60680-1029

GULFSTREAM PARK RACING
ATTN:  ACCTS RECEIVABLES
901 S. FEDERAL HWY
Hallandale, FL 33009-7199

Get Fresh Produce, Inc
c/o Mary Jean Fassett, Esq
McCarron & Diess
4530 Wisconsin Ave., NW, Ste 301
Washington, DC 20016-4667

Gordon Food Service Inc
Attn: Sharon Murphy, Director
of Credit
Credit Department
PO Box 2244
Grand Rapids MI 49501-2244

Gordon Food Services, Inc.
c/o Jason M Torf
200 W. Madison Street, Ste. 3500
Chicago, IL 60606-3417

Gordon Food Services, Inc.
c/o John C. Cannizzaro
250 West Street
Suite 700
Columbus, OH 43215-7509

Gordon Food Services, Inc.
c/o Michael W. Ott
200 W. Madison St, Ste. 3500
Chicago, IL 60606-3417

Gulf Coast Produce Distributors, Inc
c/o Mary Jean Fassett, Esq
McCarron & Diess
4530 Wisconsin Ave., NW, Ste 301
Washington, DC 20016-4667

Gulfstream Park, LLC
c/o Patrick M. Mosley, Esq
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

HINES GLOBAL REIT
4875 TOWN CENTER LLC
P.O. BOX 742632
Atlanta, GA 30374-2632

Harris County et al.
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

Hines Global REIT
c/o Patrick M. Mosley, Esquire
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

IMI Huntsville LLC
c/o Eric S. Golden, Esq.
Burr & Forman LLP
200 S. Orange Ave., Suite 800
Orlando, FL 32801-6404

Inland, Westfield, RPT, and Pyramid Landlord
c/o Barclay Damon, LLP
545 Long Wharf Drive, Ninth Floor
New Haven, CT 06511-5960

Irvine Spectrum Center LLC
a DE LLC
c/o Ernie Zachary Park Esq
Bewley Lassleben & Miller LLP
13215 E Penn St Ste 510
Whittier CA 90602-1797

Liberty Center LLC
c/o Gillian D. Williston
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462-3038

MICHAEL'S FINER MEATS
29037 NETWORK PLACE
Chicago, IL 60673-1290

Mansfield Power & Gas
c/o Thompson, O'Brien, Kemp & Nasuti, PC
40 Technology Parkway South Ste 300
Peachtree Corners, GA 30092-2924

Mark J. Wolfson, Esq.
Foley & Lardner LLP
100 North Tampa Street
Suite 2700
Tampa, FL 33602-5810

Mollie Hart
c/o Anidjar & Levine, P.A.
300 SE 17th Street
Fort Lauderdale, FL 33316-2550

Montgomery County
c/o John P. Dillman
Linebarger Goggan Blair & Sampson LLP
P.O. Box 3064
Houston, Tx 77253-3064

OPEN TABLE INC
29109 NETWORK PLACE
Chicago, IL 60673-1291

| | | |
|---|---|---|
| PGIM Real Estate<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | PPINC, LLC d/b/a Premier Produce<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | PRODUCE ALLIANCE LLC<br>PO BOX 7762<br>Carol Stream, IL 60197-7762 |
| PROFORMA<br>6341 NICHOLAS DRIVE<br>Columbus, OH 43235-5204 | Pacific Retail Capital Partners<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 | Performance Food Group, Inc.<br>d/b/a Bar Harbor Seafood<br>Attn: Bradley Boe, Dir of Credit<br>188 Inverness Drive West<br>Englewood, CO 80112-5205 |
| Premier Produce Central FL, LLC<br>t/a Downtown Produce<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | Produce Alliance LLC<br>c/o Mary Jean Fassett, Esq<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Ste 301<br>Washington, DC 20016-4667 | ROUSE - PARK MEADOWS, LLC<br>P.O. BOX 86<br>MINNEAPOLIS, MN 55486-3096 |
| Regency Centers LP<br>c/o Patrick M. Mosley, Esquire<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | Retail Properties of America, Inc.<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | Ronald E. Gold, Esq.<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, Ohio 45202-4257 |
| Rouse-Park Meadows, LLC<br>c/o Brookfield Property Retail, Inc.<br>Attn: Julie Minnick Bowden, Natl<br>Bankruptcy Director<br>350 N. Orleans St Ste 300<br>Chicago, IL 60654-1607 | SITE Centers Corp<br>c/o Patrick M. Mosley, Esquire<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | STAR-WEST FRANKLIN PK MALL<br>P.O. BOX 398008<br>SAN FRANCISCO, CA 94139-8008 |
| Serene Investment Management LLC<br>c/o Denise Dell-Powell, Esq.<br>Dean Mead Law Firm<br>420 S. Orange Ave Ste 700<br>Orlando, FL 32801-4911 | Simon Property Group<br>Attn: Ronald M. Tucker, Esq<br>President/Bkcy Counsel<br>225 West Washington Street<br>Indianapolis, IN 46204-3435 | Simon Property Group, Inc.<br>c/o Richard B. Webber II, Esquire<br>Zimmerman, Kiser & Sutcliffe, P.A.<br>PO Box 3000<br>Orlando, FL 32802-3000 |
| Sirna & Sons, Inc.<br>t/a Sirna & Sons Produce<br>c/o Mary Jean Fassett, Esq.<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Suite 301<br>Washington, DC 20016-4667 | Spotsylvania Mall Company<br>attn: R Davis & L Madgar<br>5577 Youngstown-Warren Rd<br>Niles, OH 44446-4803 | Starwood Retail Partners LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 |
| Starwood Retail Partners LLC<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | TB Mall at UTC LLC<br>c/o Angela N. Grewal<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 | TB Mall at UTC LLC<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 |
| TYSONS CORNER CENTER<br>P.O. BOX 849554<br>Los Angeles, CA 90084-9554 | Tampa Westshore Associates Ltd Ptrnship<br>c/o Angela N. Grewal<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 | Tampa Westshore Associates Ltd Ptrnship<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 |
| Taubman-Cherry Creek Limited Partnership<br>c/o Angela N. Grewal<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 | Taubman-Cherry Creek Limited Partnership<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 | The Forbes Company, LLC<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 |

| | | |
|---|---|---|
| The Macerich Company<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 | The Macerich Company<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | The Taubman Landlords c/o<br>Andrew S. Conway, Esq.<br>200 East Long Lake Road, Ste 300<br>Bloomfield Hills, MI 48304-2324 |
| Trademark Property Company<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | VORH Associates, LLC<br>c/o David M. Blau, Esq.<br>Clark Hill PLC<br>151 S Old Woodward Ave Ste 200<br>Birmingham, MI 48009-6103 | Village at Gulfstream Park, LLC<br>c/o Leslie C. Heilman<br>Ballard Spahr LLC<br>919 N. Market St, 11th Floor<br>Wilmington, DE 19801-3023 |
| WASSERSTROM COMPANY<br>P.O. BOX 182056<br>COLUMBUS OH 43218-2056 | WEST FARMS MALL, LLC<br>PO BOX 67000<br>DEPT 55501<br>Detroit, MI 48267-0555 | WMB 2, LLC<br>TWB Oxmoor 2, LLC<br>c/o John P. Brice<br>Wyatt, Tarrant & Combs, LLP<br>250 West Main St Ste 1600<br>Lexington, KY 40507-1746 |
| Washington Prime Group Inc.<br>c/o Steven R. Wirth, Esq.<br>Akerman LLP<br>401 E. Jackson Street, Suite 1700<br>Tampa, FL 33602-5250 | Washington Prime Group, Inc.<br>Attn: Ronald E. Gold, Esquire<br>3300 Great American Tower<br>301 E. Fourth Street<br>Cincinnati, OH 45202-4245 | Washington Prime Group, Inc. & affiliates<br>Attn: Stephen E. Ifeduba, Vice President<br>Corporate & Litigation Counsel<br>180 East Broad Street<br>Columbus, OH 43215-3707 |
| Watters Creek Owner, LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 | Watters Creek Owner, LLC<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | West Farms Mall LLC<br>c/o Angela N. Grewal<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 |
| West Farms Mall LLC<br>c/o John T. Rogerson, III<br>Adams and Reese LLP<br>501 Riverside Ave., Suite 601<br>Jacksonville, FL 32202-4937 | Willie Itule Produce Inc<br>c/o Mary Jean Fassett, Esq.<br>McCarron & Diess<br>4530 Wisconsin Ave., NW, Suite 301<br>Washington, DC 20016-4667 | Winter Park Town Center Ltd<br>c/o Ryan E. Davis Esq<br>Winderweedle Haines Ward Woodman PA<br>329 Park Avenue North Second FL<br>Winter Park FL 32789-7421 |
| YTC Mall Owner, LLC<br>c/o Leslie C. Heilman Esq<br>BALLARD SPAHR LLP<br>919 N. Market St 11th FL<br>Wilmington, DE 19801-3023 | YTC Mall Owner, LLC<br>c/o Patrick M. Mosley, Esq<br>Hill Ward Henderson<br>101 E. Kennedy Blvd., Suite 3700<br>Tampa, FL 33602-5195 | c/o Patrick M. Mosley, Esq.<br>Hill Ward Henderson<br>101 E. Kennedy Blvd, Suite 3700<br>Tampa, FL 33602-5195 |
| Ryan E Davis +<br>Winderweedle Haines Ward & Woodman P.A.<br>329 Park Avenue North, Second Floor<br>Winter Park, FL 32789-7421 | Mariane L Dorris +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue, Suite 1120<br>Orlando, FL 32801-3238 | Eric S Golden +<br>Burr & Forman LLP<br>200 S. Orange Avenue, Ste 800<br>Orlando, FL 32801-6404 |
| R Scott Shuker +<br>Shuker & Dorris, P.A.<br>121 South Orange Avenue<br>Suite 1120<br>Orlando, FL 32801-3238 | Ronald E Gold +<br>Frost Brown Todd LLC<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202-4257 | Mark J. Wolfson +<br>Foley & Lardner<br>100 North Tampa Street, Suite 2700<br>PO Box 3391<br>Tampa, FL 33601-3391 |
| John P Dillman +<br>Linebarger Goggan Blair & Sampson LLP<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Ronald M Tucker +<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 | Andrew S Conway +<br>The Taubman Company<br>200 East Long Lake Road<br>Suite 300<br>Bloomfield Hills, MI 48304-2324 |

| | | |
|---|---|---|
| Robert J Feinstein + <br> Pachulski Stang Ziehl & Jones LLP <br> 780 Third Avenue, 36th Floor <br> New York, NY 10017-2024 | John T Rogerson III+ <br> Adams and Reese LLP <br> 501 Riverside Avenue, 7th Floor <br> Jacksonville, FL 32202-4937 | Jill E Kelso + <br> Office of the United States Trustee <br> 400 W. Washington Street <br> Suite 1100 <br> Orlando, FL 32801-2440 |
| John P Brice + <br> Wyatt Tarrant & Combs LLP <br> 250 West Main Street <br> Suite 1600 <br> Lexington, KY 40507-1746 | Robert L LeHane + <br> Kelley Drye & Warren LLP <br> 101 Park Avenue <br> New York, NY 10178-0062 | Marc P Barmat + <br> Furr & Cohen, P.A. <br> 2255 Glades Road, Suite 301E <br> Boca Raton, FL 33431-7383 |
| Steven R Wirth + <br> Akerman Senterfitt <br> 401 E. Jackson Street, Suite 1700 <br> Tampa, FL 33602-5250 | Jason M Torf + <br> Ice Miller LLP <br> 200 West Madison Street, Suite 3500 <br> Chicago, IL 60606-3417 | Alan M Burger + <br> McDonald Hopkins LLC <br> 505 South Flagler Drive, Suite 300 <br> West Palm Beach, FL 33401-5942 |
| Richard B Webber II+ <br> Zimmerman Kiser & Sutcliffe PA <br> 315 East Robinson Street <br> Suite 600 <br> Orlando, FL 32801-4341 | Mark A Amendola + <br> Martyn and Associates <br> 820 Superior Avenue, Northwest <br> Tenth Floor <br> Cleveland, OH 44113-1827 | Patrick Mosley + <br> Hill, Ward, Henderson <br> 101 E. Kennedy Blvd., Suite 3700 <br> P.O. Box 2231 <br> Tampa, FL 33601-2231 |
| David J Lienhart + <br> Lienhart Law Fimr, P.A. <br> Post Office Box 533307 <br> Orlando, FL 32853-3307 | Buffey E Klein + <br> Husch Blackwell LLP <br> 2001 Ross Avenue, Suite 2000 <br> Dallas, TX 75201-2995 | Leslie C Heilman + <br> Ballard Spahr,LLP <br> 919 North Market St, 11th Floor <br> Wilmington, DE 19801-3023 |
| Larry I Glick + <br> Shutts & Bowen LLP <br> 200 South Biscayne Boulevard <br> Suite 4100 <br> Miami, FL 33131-2362 | Ilan Markus + <br> LeClairRyan A Professional Corporation <br> 545 Long Wharf Drive <br> Ninth Floor <br> New Haven, CT 06511-5960 | Megan Wilson Murray + <br> Buchanan Ingersoll & Rooney <br> 401 East Jackson Street, Suite 2400 <br> Tampa, FL 33602-5236 |
| David M Blau + <br> Clark Hill PLC <br> 151 S. Old Woodward Ave., Ste. 200 <br> Birminghaum, MI 48009-6103 | Angela N Grewal + <br> Adams and Reese, LLP <br> 501 Riverside Avenue <br> Jacksonville, FL 32202-4937 | Gillian D. Williston + <br> Troutman Sanders, LLP <br> 222 Central Park Avenue, Suite 2000 <br> Virginia Beach, VA 23462-3038 |
| Michelle E Shriro + <br> Singer & Levick, PC <br> 16200 Addison Road, Suite 140 <br> Addison, TX 75001-5377 | Franklin H Top III+ <br> Chapman and Cutler LLP <br> 111 West Monroe Street <br> Chicago, IL 60603-4080 | Lawrence A Levine + <br> Anidjar & Levine, P.A. <br> 300 SE 17th Street <br> Fort Lauderdale, FL 33316-2550 |
| Mary Jean Fassett + <br> McCarron & Diess <br> 4530 Wisconsin Avenue, NW, Suite 301 <br> Washington, DC 20016-4667 | Note: Entries with a '+' at the end of the <br> name have an email address on file in CMECF | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

C.H. ROBINSON COMPANY, INC
P.O. BOX 9121
Minneapolis, MN 55480-9121

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ROUSE - PARK MEADOWS, LLC
P.O. BOX 86
Minneapolis, MN 55486-3096

(d)WMB 2. LLC
TWB Oxmoor 2, LLC
c/o John P. Brice
Wyatt, Tarrant & Combs, LLP
250 West Main St Ste 1600
Lexington, KY 40507-1746

(d)c/o Patrick M. Mosley, Esq.
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

(d)Leslie C Heilman +
Ballard Spahr,LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801-3023

(d)Ronald E Gold +
Frost Brown Todd LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202-4257

End of Label Matrix
Mailable recipients    145
Bypassed recipients      5
Total                  150