# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
# www.flmb.uscourts.gov

| | |
|---|---|
| IN RE | CHAPTER 11 |
| FOODFIRST GLOBAL RESTAURANTS, INC., *et al.*, | CASE NO.: 6:20-bk-02159-LVV |
| Debtors. | Jointly Administered[1] <br> Objections Due by July 21, 2020 |

## DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES

**FOODFIRST GLOBAL RESTAURANTS, INC.,** and its affiliated debtors (collectively, "FoodFirst" or the "Debtors"), by and through their undersigned counsel, and pursuant to 11 U.S.C. §§ 105(a) and 1112(b) of the Bankruptcy Code, and Federal Rule of Bankruptcy Procedure 1017, hereby request that this Court dismiss the Chapter 11 cases, and in support state as follows:

### Background

1. On April 10, 2020 (the "Petition Date"), each of the Debtors filed with this Court a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The Debtors' cases are being jointly-administered for procedural purposes only. The Debtors are operating their business and managing their properties as debtors and debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On April 21, 2020, the Office of the United States Trustee appointed the official committee of unsecured creditors (Doc. Nos. 53 and 176) (the "Committee"). No request has been

---

[1] Jointly administered cases: FoodFirst Global Restaurants, Inc., Case No: 6:20-bk-02159-LVV; FoodFirst Global Holdings, Inc., Case No: 6:20-bk-02161-LVV; Brio Marlton, LLC, Case No: 6:20-bk-02162-LVV; Brio Tuscan Grille of Maryland, Inc., Case No: 6:20-bk-02163-LVV; Brio Tuscan Grille of Baltimore, LLC, Case No: 6:20-bk-02164-LVV; Brio Tuscan Grille of Cherokee, LLC, Case No: 6:20-bk-02165-LVV; Cherry Hill Two, LLC, Case No: 6:20-bk-02166-LVV; and Bravo Development of Kansas, Inc., Case No. 6:20-bk-02167-LVV.

made for the appointment of a trustee or an examiner in these cases.

3. On May 26, 2020, the Debtors filed a Motion for (I) Entry of an Order Authorizing, Under Sections 105, 363, 365, 1107 and 1108 of the Bankruptcy Code, (A) The Sale of Assets Pursuant to the Purchase Agreement Free and Clear of Liens, Claims and Interests Thereunder; (B) Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Consummation of the Purchase Agreement and Related Documents; and (II) Granting Related Relief (the "Sale Motion") (Doc. No. 241). This Court entered an Order Granting the Sale Motion on June 17, 2020 (the "Sale Order") (Doc. No. 333).

4. Pursuant to the Sale Order, all of Debtors' assets were sold to buyer in exchange for certain consideration as set forth in the Sale Order, including, without limitation, satisfaction of $25,000,000 of secured debt and funding of up to $1,050,000 to pay all allowed administrative expense claims (the "Administrative Expense Escrow").

5. The sale also resulted in assignment of at least 51 real property leases to buyer, cure of approximately $5,000,000 in post-petition lease claims, and preservation of over 1,000 jobs. Consummation of lease assignment will be concluded by July 21, 2020.

6. Debtors, in consultation with the Creditors' Committee, have concluded that the estates are best served by dismissing the cases and distributing the Administrative Expense Escrow under the terms set forth in the Motion and upon Court approval of dismissal.

7. Debtors believe, due to in excess of $2,000,000 in priority claims, that a plan of liquidation cannot be confirmed and the effort to confirm would serve only to increase administrative expenses and not result in a distribution to general unsecured creditors..

8. Debtors assert that a Chapter 7 would serve no purpose and also increase administrative claims without any increase in funds available for unsecured creditors. As part of

the Sale: (i) all actions under 11 U.S.C. 547 were purchased by the buyers with an agreement not to pursue preference actions; and (ii) broad releases were granted to former officers and directors. Accordingly, Debtors assert there are no viable remedies available to a Chapter 7 trustee to raise funds to distribute to unsecured creditors. Moreover, Debtors assert that after a review of potential causes of action the face amount of such claims, even if the Sale had not occurred, were less than $500,000 in total value.

9. Overall, there is no benefit for the estate to remain in Chapter 11 and dismissal is in the best interested of all creditors and parties in interest. Because Debtors have determined there is no benefit to the estate to continue towards confirmation as each entity no longer has an operating business or an asset of any value, the Debtors seek entry of an order pursuant to § 1112(b)(1) dismissing their chapter 11 cases and submit that dismissal is in the best interests of the estates and creditors.

10. Debtors have conferred with the Committee who has no opposition to dismissal of the Chapter 11 cases. Conversion of the case(s) would cause additional expenses with no change in recovery.

## Administrative Expense Escrow

11. Pursuant to the Sale Order, the Purchaser has agreed to fund the Administrative Expense Escrow. In addition to the Administrative Expense Escrow, Debtors have previously funded $250,000 for professionals employed by the Committee (the "Committee Professionals Fund"). The Administrative Expense Escrow will be used to pay the Administrative Expense Claims listed on **Schedule "A"** hereto. The Committee Professionals Fund will be used to pay the fees and expenses of professionals retained by the Committee. There will be no overlap between the two funs; however, both funds will be distributed upon Court approval of this Motion.

12. The administrative expense claims contained in **Schedule "A"** comprise Debtors understanding of the approximate amount of administrative expense claims as of June 30, 2020. To the extent such amounts increase prior to the August 4, 2020 hearing on the Motion, Debtors will file an updated **Schedule "A"** no later than August 3, 2020.

13. Parties who believe they hold a claim under Bankruptcy Code Section 503 who are either not listed or listed with an amount which differs from **Schedule "A"** should contact the undersigned in respect of such administrative expense claim and, if agreement is not reached with Debtor, should file an objection to the Motion by no later than July 21, 2020. Any disputes as to the administrative expense claims to be paid from the Administrative Expense Escrow will be resolved at the hearing on August 4, 2020.

### Relief Requested

14. Debtors submit that "cause" exists for the dismissal of their cases pursuant to section 1112(b)(1) and (4). Section 1112(b)(4) of the Bankruptcy Code provides a litany of statutory examples of "cause" for dismissal or conversion of a chapter 11 case, but a bankruptcy court is not constrained by those enumerated examples and may find "cause" based on the facts and circumstances of the particular chapter 11 case. *See In re Schultz*, 436 B.R. 170, 175 (Bankr. M.D. Fla. 2010). The legislative history of section 1112(b) of the Bankruptcy Code is nonexclusive, such that a bankruptcy court has the ability to dismiss a chapter 11 case for any reason cognizable to its equity powers. *See* H.R. Rep. No. 595, 95th Cong., 2d Sess. 405-06 (1978). However, the most important consideration when dismissing a case is whether dismissal is in the best interests of creditors. *In re Warner*, 83 B.R. 807, 810 (Bankr. M.D. Fla. 1998).

15. In this case, the facts and circumstances sufficiently establish cause for dismissal at the Debtors' request, and that such dismissal is in the best interests of creditors.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order (i) granting this Motion; (ii) dismissing the Debtors and their subsequent Chapter 11 cases; (iii) allowing distribution from the Administrative Expense Escrow and the Committee Professionals Fund; and (iv) granting such other and further relief the Court deems appropriate.

**RESPECTFULLY SUBMITTED** this 1st day of July 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **IN RE** | **CHAPTER 11** |
| **FOODFIRST GLOBAL RESTAURANTS, INC.**, *et al.*, | **CASE NO.: 6:20-bk-02159-LVV** |
| | **Jointly Administered** |
| **Debtors.** | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the forgoing **DEBTORS' MOTION TO DISMISS CHAPTER 11 CASES** has been furnished either via electronic mail or U.S. first-class mail postage prepaid to:  Debtors, c/o Hollie Rose, 4700 Millenia Blvd., Suite 400, Orlando, FL 32839; Rosenfield and Company, PLLC, 301 E. Pine Street, Suite 975, Orlando, FL 32801; Rosenfield and Company, PLLC; Attn: Bob Morrison, CRO, 301 E. Pine Street, Suite 975, Orlando, Florida 32801; Proskauer Rose LLP, attorney for GPEE Lender, LLC, Eleven Times Square, New York, NY 10036-8299; Vincent Indelicato, Esq., Proskauer, Eleven Times Square, New York, NY 10036, vindelicato@proskauer.com; Ron Freed, Vice President, Ron.Freed@cnb.com; City National Bank, 555 South Flower St., 16th Floor, Los Angeles, CA 90071; Matthew White, Esq., mwhite@garrisoninv.com, Anthony M. DiGiacomo, Chapman and Cutler LLP, 1270 Avenue of the Americas, New York, NY 10020; digiacomo@chapman.com; Garrison Funding; Suzanne E. Gilbert, Esq., Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, Suzanne.gilbert@hklaw.com; Brian Smith, Esq.,  Holland & Knight, 200 South Orange Avenue, Suite 2600, Orlando, FL 32801, brian.smith@hklaw.com; creditors' Committee: Brookfield Property Retail, Inc. Attn:  Julie Minnick Bowden, National Bankruptcy Director, 350 N. Orleans Street, Suite 300 Chicago, IL 60654 (julie.bowden@brookfieldpropertiesretail.com); Bar Harbor Seafood, Attn:  Bradley Boe, Director of Credit, 188 Inverness Drive West Englewood, CO 80112 (Brad.boe@pfgc.com); Simon Property Group, Inc., Attn:  Ronald M. Tucker, Vice President/Bankruptcy Counsel, 225 West Washington Street, Indianapolis, IN 46204 (rtucker@simon.com); Bradford J. Sandler, Esq., Pachulski Stang Ziehl & Jones, LLP, 780 Third Avenue, 34th Floor, New York, NY 10017, bsandler@pszjlaw.com; Mark J. Wolfson, Esq., Foley & Lardner LLP, 100 N. Tampa Street, Suite 2700, Tampa, Florida 33602, mwolfson@foley.com; Robert Feinstein, Esq., Counsel for the Official Committee, Pachulski STang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY, 10017, rfeinstein@pszjlaw.com; Gordon Food Services, Inc., c/o Ice Miller LLP, Attn: Jason Torf, Esq., 200 W. Madison St., Ste. 3500, Chicago, IL 60606 (Jason.Torf@icemiller.com); the parties entitled to receive CM/ECF noticing; all creditors and parties-in-interest as shown on the matrix attached to the original of this motion filed with the Court; and the **U.S. TRUSTEE**, 400 West Washington Street, Suite 1120, Orlando, Florida 32801, on this 1st day of July 2020.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

## SCHEDULE "A"

| **Administrative Claim** | **Claim** |
|---|---|
| Rents closed[2] | $ 218,379.16 |
| Shuker & Dorris, P.A. | $ 177,000.00 |
| Chubb Insurance | $ 139,539.16 |
| Gordon Food Service (includes PACA) | $ 123,000.00 |
| Rosenfield & Company, PLLC | $ 41,500.00 |
| Anthem Blue Cross and Blue Shield | $ 37,000.00 |
| Granite Accounts | $ 25,000.00 |
| Unum May and June | $ 20,000.00 |
| Brinks Security | $ 15,000.00 |
| Robert Morrison, CRO | $ 5000.00 |
| **Total Admin** | **$ 801,418.32** |

---

[2] For a detailed List of Rent Claim Amounts see **Schedule "B"**.

## SCHEDULE "B"

**FoodFirst Global Restaurants**

| Rest# | Brand | Landlord | Landlord Name on Rent Check | Landlord Address | Landlord Address | City | State | Zip | Restaurant Name | CITY | ST | Admin Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2107 | BRIO | 100 East Pratt Street Business Trust | 100 PRATT ST. VENTURE, LLC | P.O. BOX 780462 | | PHILADELPHIA | PA | 19178-0462 | Inner Harbor | | | $ 4,910 |
| 2018 | BRIO | Capref Brookwood Village | CAPREF BROOKWOOD VILLAGE L | P.O. BOX 713934 | | CINCINNATI | OH | 45271-3934 | Birmingham | Birmingham | AL | $ 4,295 |
| 2108 | BRIO | CBRE | CORNERSTONE HOLDING LP. | dbaBOCA CENTER AT MILITARY LLC | P.O. BOX 865162 | ORLANDO | FL | 32886-5162 | Boca Raton | Miami | FL | $ 5,840 |
| 1141 | BRAVO | East Beltline Development, LLC | EAST BELTLINE DEVELOPMENT | 38500 WOODARD AVENUE | SUITE 200 | BLOOMFIELD HILL | MI | 48304 | Knapps Crossing | Grand Rapids | MI | $ 3,498 |
| Columbus Office | | FILLMORE BUCKEYE INVESTMEN | FILLMORE BUCKEYE INVESTMEN | 777 GOODALE PARTNERS, LLC. | 7555 E PLEASANT RD #160 | INDEPENDENCE | OH | 44131 | Columbus Office | | | $ 4,666 |
| 1138 | BRAVO | Forest City Enterprises | BPC HENDERSON LLC. | P.O. BOX 72006 | | CLEVELAND | OH | 44192-0006 | Henderson | Henderson | NV | $ 2,761 |
| 2074 | BRIO | General Growth Properties, Inc. | ROUSE - PARK MEADOWS, LLC | SDS-12-3096 | P.O. BOX 86 | MINNEAPOLIS | MN | 55486-3096 | Park Meadows | Denver | CO | $ 6,142 |
| 2111 | BRIO | General Growth Properties, Inc. | WILLOWBROOK MALL, LLC. | SDS-12-2767 | P.O. BOX 86 | MINNEAPOLIS | MN | 55486-2767 | Willowbrook | Wayne | NJ | $ 6,124 |
| 1133 | BRAVO | Harbourside Place, LLC | HARBOURSIDE PLACE , LLC. | ACCT#9211203000 | 107 NORTH COASTAL WAY | JUPITER | FL | 33477 | Harbourside Place | Jupiter | FL | $ 6,667 |
| 2112 | BRIO | Hines Global REIT | HINES GLOBAL REIT | 4875 TOWN CENTER LLC | P.O. BOX 742632 | ATLANTA | GA | 30374-2632 | Jacksonville | Jacksonville | FL | $ 3,799 |
| 2093 | BRIO | IDB | GREAT WASH PARK LLC | P.O. BOX 96146 | | LAS VEGAS | NV | 89193-6146 | Summerlin | Summerlin | NV | $ 3,657 |
| 1044 | BRAVO | Inland Real Estate Group | INLAND CONTINENTAL PROPERT | MANAGEMENT CORP | 32533 COLLECTION CENTER DRIVE | CHICAGO | IL | 60693-0325 | Memorial Square | Oklahoma City | OK | $ 1,546 |
| 2048 | BRIO | Macerich | TYSONS CORNER CENTER | TYSON'S CORNER HOLDINGS LLC | P.O. BOX 849554 | LOS ANGELES | CA | 90084-9554 | Tyson Corners | McLean | VA | $ 11,329 |
| 2105 | BRIO | Macerich | MACW H, LP. | DANBURY MALL, LLC. | P.O. BOX 849548 | LOS ANGELES | CA | 90084-9548 | Danbury Fair | Danbury | CT | $ 5,593 |
| 2055 | BRIO | Principal Real Estate Investors | PIEDMONT ROW DRIVE LLC | PO BOX 310300 | REFERENCE 258810 | DES MOINES | IA | 50331-0300 | Piedmont | Charlotte | NC | $ 3,851 |
| 1091 | BRAVO | RED Development | LITTLE ROCK DEVELOPMENT | PROMENADE AT CHENAL | P.O. BOX 95603 | LAS VEGAS | NV | 89193-5603 | Little Rock | Little Rock | AR | $ 20,741 |
| 1131 | BRAVO | Rookwood Exchange Operating, LLC | Rookwood Exchng Operating, | 3825 EDWARDS RD. | SUITE 200 | CINCINNATI | OH | 45209 | Rockwood | Cincinnati | OH | $ 21,442 |
| 1026 | BRAVO | Stark Enterprises, Inc. | CHAGRIN RETAIL LLC | 629 EUCLID AVENUE | SUITE 1300 | CLEVELAND | OH | 44114 | Eton | Woodmere | OH | $ 4,312 |
| 2025 | BRIO | Stark Enterprises, Inc. | CP COMMERCIAL DELAWARE, LL | PO BOX 72585 | | CLEVELAND | OH | 44192-0002 | Crocker Park | Westlake | OH | $ 22,370 |
| 2033 | BRIO | Starwood Retail Partners LLC | TM STONY POINT PARK, L.P. | P.O. BOX 75519 | ATTN: ACCOUNTS RECEIVABLE | BALTIMORE | MD | 21275-5519 | Stony Point | Richmond | VA | $ 5,067 |
| 3017 | BRIO | Steiner & Associates | EASTON TOWN CENTER LLC | L-3769 | | COLUMBUS | OH | 43260-3769 | Bon Vie Easton | Columbus | OH | $ 4,723 |
| 1010 | BRAVO | The Feil Organization | CAUSEWAY LLC | PO BOX 54091 | | NEW ORLEANS | LA | 70154-4091 | Metairie | Metairie | LA | $ 3,594 |
| 2047 | BRIO | The Forbes Company | SOMERSET COLLECTION LTD PT | 16129 COLLECTIONS CENTER DRIV | | CHICAGO | IL | 60693 | Sommerset | Troy | MI | $ 34,103 |
| 2124 | BRIO | The Taubman Company | DOLPHIN MALL ASSOCIATES LL | DEPT. 189501 | P.O. BOX 6700 | DETROIT | MI | 48267-1895 | Dolphin Mall | Miami | FL | $ 5,318 |
| 1009 | BRAVO | USRP Willow East, LLC | WILLOW LAKE SHOPPING CENTE | USRP WILLOW EAST LLC | 3055 SOLUTIONS CENTER | CHICAGO | IL | 60677-3000 | Willowlake | Indianapolis | IN | $ 2,516 |
| 2110 | BRIO | Washington Prime Group | ARBORETUM MALL, LLC. | P.O. BOX 281637 | | ATLANTA | GA | 30384-1637 | Arboretum | Austin | TX | $ 3,258 |
| 2014 | BRIO | WINTER PARK TOWNE CENTER L | WINTER PARK TOWNE CENTER L | PO BOX 73847 | | CLEVELAND | OH | 44193 | Orlando | Orlando | FL | $ 16,257 |
| | | | | | | | | | | | Total | $ 218,379.16 |